# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Richard Horton

        Plaintiff,

       -vs-

City of Columbus, et al

        Defendant,

:

:      Case No.:   2:23-cv-3888

:      District Judge  Algenon L. Marbley

:      Magistrate Judge  Elizabeth Preston Deavers

:

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _Michele Berry_ , trial
(Name of Trial Attorney)

attorney for _Richard Horton_ , in the above-referenced action, hereby moves the court to
(Name of Party)

admit _Jonathan Loevy_ , *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for _Richard Horton_ .
(Name of Party)

Movant represents that _Jonathan Loevy_ is a member in good standing
(Name of PHV Attorney)

of the highest court of _Illinois_ as attested by the accompanying certificate from that
(Name of State)

court and that _Jonathan Loevy_ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

Jonathan Loevy _____ 's relevant identifying information is as follows:

(Name of PHV Attorney)

Business telephone  312-243-5900          Business fax  312-243-5902

Business address  311 N. Aberdeen, 3rd FL

Chicago, IL 60607

Business e-mail address  jon@loevy.com

s/ Michele Berry

(Signature of Trial Attorney)

3584 Mooney Ave.

(Address)

Cincinnati, OH 45208

(City, State, Zip Code)

513-919-5315

(Telephone Number)

Trial Attorney for  Richard Horton

(Name of Party)

**(Please attach required Certificate of Service)**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, a copy of the foregoing was filled using the Clerk of Court's CM/ECF filing system.


                                                Respectfully submitted,

                                                /s/ Michele Berry

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jonathan I. Loevy

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 09/09/1994 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois