IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Richard Horton,**

      **Plaintiff,**

  v.                              **Civil Action 2:23-cv-03888**
                                    **Chief Judge Algenon L. Marbley**
                                    **Magistrate Judge Elizabeth Preston**
                                    **Deavers**

**City of Columbus, et al.,**

      **Defendants.**

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on January 18, 2024 and was attended by:

Alyssa Martinez, counsel for plaintiff Richard Horton,

Jon Loevy, counsel for plaintiff Richard Horton,

Aaron Epstein, counsel for defendants City of Columbus and Brenda Walker,

Dexter Dorsey, counsel for defendants City of Columbus and Brenda Walker,

Sarah Feldkamp, counsel for defendants City of Columbus and Brenda Walker.

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.     CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

    \_\_\_\_\_Yes    \_\_X\_\_No

2.     INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

  \_X\_\_Yes    \_\_\_\_\_No    \_\_\_\_\_The proceeding is exempt under Rule 26(a)(1)(B)

1

If yes, such initial disclosures shall be made by February 1, 2024.

3. VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_Yes   \_X\_\_No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. PARTIES AND PLEADINGS

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by March 1, 2024.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

5. MOTIONS

   a. Are there any pending motion(s)?

      \_\_\_\_Yes   \_X\_\_No

      If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

      \_\_\_\_Yes   \_X\_\_No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by _____; Reply brief to be filed by _____.

6. ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff Richard Horton alleges that he was wrongfully imprisoned for more than 17 years for a 2004 armed robbery in Columbus, Ohio which he had nothing to do with. Dkt. 1. During the investigation, fingerprint evidence recovered from the scene was not a match to Plaintiff, and he was later granted a new trial based on post-conviction DNA testing of a shell casing recovered from

2

the scene. The state elected not to retry the case. Plaintiff brings federal and state causes of action, including Section 1983 counts for violation of his due process (Count I), deprivation of liberty without probable cause (Cause II), failure to intervene (Count III), and federal conspiracy (Count IV), with a *Monell* pattern-and-practice claim underlying those violations. Pursuant to state law, Plaintiff brings suit for malicious prosecution (Count V), intentional infliction of emotional distress (Count VI), civil conspiracy (Count VII), *respondeat superior* (Count VIII), and indemnification (Count IX). Plaintiff has made a jury demand.

Defendants deny that they committed any misconduct, and deny that they caused Plaintiff's damages.

7. DISCOVERY PROCEDURES

    a. The parties agree that all discovery shall be completed by December 1, 2024. The parties to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

    b. Do the parties anticipate the production of ESI? ____Yes __X__No

        If yes, describe the protocol for such production:

    c. Do the parties intend to seek a protective order or clawback agreement? Yes.

        If yes, such order or agreement shall be produced to the Court by April 1, 2024.

8. DISPOSITIVE MOTIONS

    a. Any dispositive motions shall be filed by March 1, 2025.

    b. Are the parties requesting expedited briefing on dispositive motions?

        ____Yes   __X__No

        If yes, identify the proposed expedited schedule:

        Opposition to be filed by_____; Reply brief to be filed by_____.

9. EXPERT TESTIMONY

    a. Primary expert reports must be produced by January 1, 2025.

3

    b. Rebuttal expert reports must be produced by <u>February 15, 2025</u>.

10.    <u>SETTLEMENT</u>

Plaintiff will make a settlement demand by <u>November 1, 2024</u>. Defendants will respond by <u>December 1, 2024</u>. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

                          <u>December</u> 20<u>24</u>

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, inter alia, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

Plaintiff intends to communicate a settlement demand, and the parties have expressed willingness to engage in early settlement discussions. If it makes sense in light of the demand and offer, the parties will request an early settlement conference. Otherwise, the parties will explore settlement on the abovementioned timeline.

11.    <u>RULE 16 PRETRIAL CONFERENCE</u>

Do the parties request a scheduling conference? There is a preliminary pretrial conference already set in this matter for February 1, 2024 at 10AM.

  <u> X </u> Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place <u>Feb. 1, 2024</u> by telephone.

<u>     </u> No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.    <u>OTHER MATTERS</u>

Indicate any other matters for the Court's consideration:

    Plaintiff became aware that Defendant Sias is deceased when he attempted to serve him. As such, Plaintiff is in the process of amending in Defendant Sias's personal representative to defend this action.

Signatures:

| Attorneys for Plaintiff: | Attorneys for Defendants: |
|---|---|
| /s/ Alyssa Martinez | /s/ Aaron Epstein |
| Jon Loevy* | Aaron Epstein |
| Alyssa Martinez* | Dexter Dorsey |
| LOEVY + LOEVY | Alana Tanoury |
| 311 N. Aberdeen Street, 3rd Fl. | Sarah Feldkamp |
| Chicago, IL 60607 | Assistant City Attorneys |
| 312-243-5900 | CITY OF COLUMBUS - DEPARTMENT OF LAW |
| alyssa@loevy.com | 77 N. Front Street |
|  | Columbus, Ohio 43215 |
| *admitted pro hac vice* | 614-645-7385 |
|  | adepstein@columbus.gov |
| Michele Berry | dwdorsey@columbus.gov |
| The Law Office of Michele L. Berry, LLC | avtanoury@columbus.gov |
| 3584 Mooney Avenue | snfeldkamp@columbus.gov |
| Cincinnati, OH 45208 |  |
| mberrylaw2007@gmail.com |  |

5