# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | Case No. 23-cv-3888 |
| *Plaintiff*, | ) | |
| | ) | Chief Judge Algenon L. Marbley |
| v. | ) | |
| | ) | |
| CITY OF COLUMBUS, *et al.*, | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, RICHARD HORTON, by his attorneys LOEVY & LOEVY, hereby moves for leave to file an Amended Complaint, stating as follows:

1. Plaintiff filed this lawsuit on November 20, 2023. Dkt. 1.

2. Plaintiff's Complaint alleges that he was wrongfully convicted of the 2004 Loew Street robbery. *Id*. ¶¶ 1–4. Plaintiff further alleges that various Columbus Police Department employees—including Defendant Sam Sias—framed Plaintiff for a crime that he did not commit, causing him to be wrongfully incarcerated for over 17 years. *Id*. ¶ 5.

3. While attempting to serve Defendant Sias, Plaintiff learned that he was deceased. Upon investigation, Plaintiff learned that Defendant Sias's wife, Mieko Sias, was named as the personal representative of Sias's estate.

4. As such, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff hereby moves for leave to file his First Amended Complaint, substituting Mieko Sias in as the personal representative of Defendant Sias to defend this action.

5. A copy of Plaintiff's proposed First Amended Complaint is attached to this motion

1

as Exhibit A.

6. Plaintiff has contacted Defendants about their position on this Motion for Leave to File an Amended Complaint. Defendants have no objection to the Motion.

7. Pursuant to Local Rule 7.2(a), a memorandum of law accompanies this Motion.

WHEREFORE Plaintiff, RICHARD HORTON, hereby moves for leave to file his First Amended Complaint, which is attached to this Motion as Exhibit A.

Respectfully submitted,

**RICHARD HORTON**

/s/ Jon Loevy
*One of Plaintiff's Attorneys*

Jon Loevy*
Alyssa Martinez*
LOEVY + LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
alyssa@loevy.com

* *admitted pro hac vice*

Michele Berry
The Law Office of Michele L. Berry, LLC
3584 Mooney Avenue
Cincinnati, OH 45208
mberrylaw2007@gmail.com

## CERTIFICATE OF SERVICE

I, Jon Loevy, an attorney, hereby certify that I filed the foregoing MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Jon Loevy
*One of Plaintiff's Attorneys*