**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD HORTON,**

    **Plaintiff,**

                            Case No. 2:23-cv-3888

vs.                           Chief Judge Algenon L. Marbley

                            Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## ORDER

For good cause shown, the Unopposed Motion for Leave to File an Amended Complaint (ECF No. 15) is **GRANTED.**  The Clerk is **DIRECTED** to detach and file the Amended Complaint attached to the Motion as Exhibit A (ECF No. 15-1).

    **IT IS SO ORDERED.**

                                          /s/ *Norah McCann King*

**DATED:  March 6, 2024**               **NORAH MCCANN KING**
                                          **UNITED STATES MAGISTRATE JUDGE**