IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, Columbus Division of Police Officers BRENDA K. WALKER (Badge #1176), MIEKO SIAS as personal representative of the ESTATE OF SAM SIAS (Badge #1871), and AS-YET UNKNOWN COLUMBUS POLICE OFFICERS, | ) ) ) ) ) ) ) | Magistrate Judge Elizabeth P. Deavers

**JURY TRIAL DEMANDED** |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 19)**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Richard Horton, by and through his attorneys, respectfully moves for an extension of time to file his response to Defendants City of Columbus and Brenda Walker's Motion for Judgment on the Pleadings (Dkt. 19) to April 18, 2024. A memorandum in support of this motion is attached.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Michele L. Berry (0018939) | Jon Loevy |
| THE LAW OFFICE OF MICHELE BERRY, LLC | Alyssa Martinez |
| 114 East 8th Street | LOEVY & LOEVY |
| Cincinnati, OH 45202 | 311 N. Aberdeen, 3rd FL |
| Tel: 513.919.5315 | Chicago, IL 60607 |
| Fax: 513.376.8752 | (312) 243-5900 |
| mberry@mberrylaw.com | alyssa@loevy.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

  I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on April 11, 2024 by using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*
