**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, Columbus Division of Police Officers BRENDA K. WALKER (Badge #1176), MIEKO SIAS as personal representative of the ESTATE OF SAM SIAS (Badge #1871), and AS-YET UNKNOWN COLUMBUS POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Magistrate Judge Elizabeth P. Deavers **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR
EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS'
<u>MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 19)</u>**

Plaintiff, RICHARD HORTON, by and through his attorneys, respectfully moves for an extension of time for Plaintiff to file a response to Defendants City of Columbus and Brenda Walker's Motion for Judgment on the Pleadings (Dkt. 19), and states as follows:

1. Defendants City of Columbus and Brenda Walker filed their Motion for Judgment on the Pleadings on March 21, 2024. Dkt. 19.

2. Pursuant to Local Rule 7.2(a)(2), Plaintiff's response is due on April 11, 2024.

3. Plaintiff has been diligent in attending to the responsive pleading. However, Plaintiff's counsel had an unexpected family emergency and is thus seeking a 7-day extension of time to file Plaintiff's response.

4. Prior to filing this motion, and pursuant to Local Rule 7.3(a), Plaintiff's counsel attempted to confer with counsel for Defendants on their stance for the relief requested. However, as of filing, Plaintiff has not yet received a response.

1

5. This motion is not made in bad faith or for the purpose of delay, and it will not unduly prejudice any of the parties.

6. For this reason, Plaintiff respectfully requests that this Court grant a 7-day extension of time to file his responsive brief.

WHEREFORE Plaintiff respectfully requests this Honorable Court grant his Motion for Extension of Time to File His Response to Defendants' Motion for Judgment on the Pleadings and set the deadline for April 18, 2024.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry_____
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Michele L. Berry (0018939) | Jon Loevy |
| THE LAW OFFICE OF MICHELE BERRY, LLC | Alyssa Martinez |
| 114 East 8th Street | LOEVY & LOEVY |
| Cincinnati, OH 45202 | 311 N. Aberdeen, 3rd FL |
| Tel: 513.919.5315 | Chicago, IL 60607 |
| Fax: 513.376.8752 | (312) 243-5900 |
| mberry@mberrylaw.com | alyssa@loevy.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on April 11, 2024 by using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*