# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, Columbus Division of Police Officers BRENDA K. WALKER (Badge #1176), MIEKO SIAS as personal representative of the ESTATE OF SAM SIAS (Badge #1871), and AS-YET UNKNOWN COLUMBUS POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Magistrate Judge Elizabeth P. Deavers  **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO SERVE

Now comes Plaintiff, Richard Horton, by and through his attorneys, and respectfully requests that this Court extend the time for service of Mieko Sias, as the personal representative of the Estate of Sam Sias, by 60 days pursuant to Federal Rule of Civil Procedure 4(m), until and including August 5, 2024. A memorandum in support of this motion is attached.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry
*One of Plaintiff's Attorneys*

Michele L. Berry (0018939)
THE LAW OFFICE OF MICHELE BERRY, LLC
114 East 8th Street
Cincinnati, OH 45202
Tel: 513.919.5315
Fax: 513.376.8752
mberry@mberrylaw.com

*Counsel for Plaintiff*

Jon Loevy
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on June 6, 2024 by using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*