**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD HORTON,**

        Case No. 2:23-cv-3888
        **Judge Algenon L. Marbley**
   **Plaintiff,**        **Magistrate Judge Elizabeth P. Deavers**

   v.

**CITY OF COLUMBUS,** *et al.*,

   **Defendants.**

## SHOW CAUSE ORDER

By Order dated June 11, 2024, Plaintiff was granted an extension of time until August 5, 2024, to complete service on Mieko Sias, as the personal representative of the Estate of Sam Sias. (ECF No. 26.) It is not apparent from the Court's docket that service of process has been completed on this Defendant.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER** why the action should not be dismissed as to this Defendant and why any additional extension of time to effect service on this Defendant should be allowed. The good cause showing should be supported with sworn affidavits.

   **IT IS SO ORDERED.**

Date: September 6, 2024           /s/ *Elizabeth A. Preston Deavers*
                                                  ELIZABETH A. PRESTON DEAVERS
                                                  UNITED STATES MAGISTRATE JUDGE