**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD HORTON, | **:** | |
| | **:** | |
| *Plaintiff*, | **:** | Case No. 23-cv-3888 |
| | **:** | |
| v. | **:** | |
| | **:** | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | **:** | |
| | **:** | |
| *Defendants*. | **:** | Magistrate Judge Elizabeth P. Deavers |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants City of Columbus and Brenda Walker hereby move the Court for the entry of the attached stipulated protective order.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Trial Atty.
Dexter W. Dorsey (0097657)
Alana V. Tanoury (0092265)
Sarah N. Feldkamp (0099464)
David J. Dirisamer (0092125)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
dwdorsey@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 12, 2024, I filed and served the foregoing document on all counsel of record via the Court's electronic filing system.

> */s/ Aaron D. Epstein*
> Aaron D. Epstein