IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD HORTON,**

       Plaintiff,

  v.

**CITY OF COLUMBUS,** *et al.,*

       Defendants.

Case No. 2:23-cv-3888
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff has responded to the Court's Show Cause Order issued September 6, 2024, directing him to demonstrate good cause as to why an extension of time to complete service on Mieko Sias, as the personal representative of the Estate of Sam Sias, should be allowed. (ECF No. 29.) Plaintiff's filing and the attached affidavit of counsel, explain that, after learning the Estate had been closed, Plaintiff has, after a diligent search, recently obtained an attorney admitted in the state courts of Ohio and qualified in probate matters to prepare and file the appropriate pleadings to reopen the Estate. (ECF Nos 34, 34-1.). Based on these representations, the Court concludes that Plaintiff has set forth good cause for an extension of time to complete service. Accordingly, Plaintiff may have **SIXTY (60) DAYS FROM THE DATE OF THIS ORDER** to complete service on Mieko Sias, as the personal representative of the Estate of Sam Sias.

    **IT IS SO ORDERED.**

Date: September 24, 2024

                              /s/ *Elizabeth A. Preston Deavers*
                            ELIZABETH A. PRESTON DEAVERS
                            UNITED STATES MAGISTRATE JUDGE