# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Richard Horton,<br><br>    Plaintiff,<br><br>  v.<br><br>City of Columbus, et al.,<br><br>    Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF DEPOSITION OF TRACY MCCLANAHAN

Please take notice that Defendants City of Columbus and Brenda K. Walker, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination before a court reporter of Tracy McClanahan on Thursday, November 14, 2024, at 10:00 a.m. at the Columbus City Attorney's Office, 77 North Front Street, Fourth Floor, Columbus, Ohio 43215.

The deposition will be taken stenographically, conducted under the supervision of an officer who is authorized by law to administer oaths, and will be video recorded. Said deposition is for discovery purposes and will continue from day to day until completed.

The subpoena issued to Tracy McClanahan via a process server with proof of service is attached as Exhibit A.

Respectfully submitted,

/s/ David J. Dirisamer
David J. Dirisamer (0092125)
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Dexter W. Dorsey (0097657)
Sarah Feldkamp (0099464)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
dwdorsey@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov

*Counsel for Defendants City of Columbus and Brenda K. Walker*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on November 6, 2024, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                           /s/ David J. Dirisamer
                           David J. Dirisamer (0092125)