# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | Case No. 23-cv-3888 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Chief Judge Algenon L. Marbley |
| v. | ) | |
| | ) | |
| CITY OF COLUMBUS, *et al.*, | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE SCHEDULING ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Richard Horton, by and through his undersigned attorneys, respectfully moves for an unopposed extension to the scheduling order. A memorandum in support of this motion is attached.

                                                                        Respectfully submitted,

                                                                        **RICHARD HORTON**

                                                                        /s/ Michele Berry
                                                                        *One of Plaintiff's Attorneys*

| | |
|---|---|
| Michele L. Berry (0018939) | Jon Loevy |
| The Law Office of Michele Berry, LLC | Alyssa Martinez |
| 114 East 8th Street | Loevy & Loevy |
| Cincinnati, OH 45202 | 311 N. Aberdeen, 3rd FL |
| Tel: 513.919.5315 | Chicago, IL 60607 |
| Fax: 513.376.8752 | (312) 243-5900 |
| mberry@mberrylaw.com | alyssa@loevy.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

  I, Alyssa Martinez, an attorney, hereby certify that I filed the foregoing document on March 27, 2025, using the Court's CM/ECF system, which effected service on all counsel of record.

               /s/ Alyssa Martinez
               *One of Plaintiff's Attorneys*