IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD HORTON,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 2:23-cv-03888 |
| | : | |
| v. | : | |
| | : | Judge Marbley |
| **CITY OF COLUMBUS, ET AL.** | : | |
| | : | Magistrate Judge Preston Deavers |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY NON-PARTIES
OHIO INNOCENCE PROJECT AND BRIAN HOWE
TO MOTION TO COMPEL OF DEFENDANTS CITY OF COLUMBUS AND BRENDA
WALKER (DOC. #64)**

Now come non-parties/third parties the Ohio Innocence Project and Brian Howe, and request an extension of time to respond to the motion to compel of Defendants City of Columbus and Brenda Walker. (Doc. #64). There is good cause for this request. Counsel for the moving party was contacted and indicated that he did not object to the request for an extension of time.

        Respectfully submitted,

        **DAVE YOST (0056290)**
        **Ohio Attorney General**

        */s/ Rory P. Callahan*
        _____
        RORY P. CALLAHAN (0072021)
        Assistant Attorney General
        Ohio Attorney General's Office
        Education Section
        30 E. Broad Street, 16th Floor
        Columbus, Ohio 43215
        Telephone: (614) 644-7250
        Facsimile: (614) 644-7634
        Rory.Callahan@OhioAGO.gov

*Counsel for Non-parties Ohio Innocence Project and Brian Howe*

## MEMORANDUM IN SUPPORT

The Ohio Innocence Project and Brian Howe request an extension of time of 14 days to respond to the Motion to Compel filed by Defendants City of Columbus and Brian Howe. (Doc. #64). The Ohio Innocence Project and Brian Howe have previously served as legal counsel for the Plaintiff in this case, Richard Horton, and the filing implicates issues of attorney-client privilege and attorney work product privilege. The request for an extension of time is made in good faith, and not for the purpose of delay or to interfere with the schedule for the case.

Counsel for the City of Columbus and Brenda Walker was contacted about this request and indicated he did not oppose the extension of time.

The Attorney General's Office is working to identify counsel to assist the Ohio Innocence Project and Brian Howe on this matter, and there has been a delay in that process. The additional time provides for evaluation of the attorney-client issues raised by the motion to compel (Doc. #64) and fully address the issues in that motion.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Appearance of Counsel* was filed electronically on April 10, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Rory P. Callahan*

_____
RORY P. CALLAHAN (0072021)
Assistant Attorney General