## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, Columbus Division | ) | Magistrate Judge Elizabeth P. Deavers |
| of Police Officers BRENDA K. WALKER | ) | |
| (Badge #1176), MIEKO SIAS as personal | ) | **JURY TRIAL DEMANDED** |
| representative of the ESTATE OF SAM SIAS | ) | |
| (Badge #1871), and AS-YET UNKNOWN | ) | |
| COLUMBUS POLICE OFFICERS, | ) | |
| | ) | |
| *Defendants*. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
### TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff

Richard Horton, by and through his attorneys, respectfully moves for an extension of time to

respond to Defendants' Motion to Compel (Dkt. 64), up to and including April 24, 2025. A

memorandum in support of this motion is attached.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry_____
*One of Plaintiff's Attorneys*

Michele L. Berry (0018939)
THE LAW OFFICE OF MICHELE BERRY, LLC
114 East 8th Street
Cincinnati, OH 45202
Tel: 513.919.5315
Fax: 513.376.8752
mberry@mberrylaw.com

*Counsel for Plaintiff*

Jon Loevy
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on April 10, 2025 using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

<u>/s/ Alyssa Martinez</u>
*One of Plaintiff's Attorneys*