

Alyssa Martinez <alyssa@loevy.com>

## RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

**Alyssa Martinez** <alyssa@loevy.com>                                                              Fri, Dec 13, 2024 at 3:27 AM
To: "Dirisamer, David J." <DJDirisamer@columbus.gov>
Cc: "Tanoury, Alana V." <AVTanoury@columbus.gov>, "Epstein, Aaron D." <ADEpstein@columbus.gov>, "Dorsey, Dexter W." <DWDorsey@columbus.gov>, "Feldkamp, Sarah N." <SNFeldkamp@columbus.gov>, Jon Loevy <jon@loevy.com>, Michele Berry-Godsey <mberrylaw2007@gmail.com>, Melinda Ek <melinda@loevy.com>, Christine Tran <tran@loevy.com>

Dear Counsel:

Thanks for the update, and apologies for the delay on our end. Plaintiff's counsel had a number of other professional obligations last week and this week. There are a few chains we owe you responses and auths on, and will get those out later today. Please also let us know if Defendants have had an opportunity to consider the case law we sent in regard to the Huntington Bancshares subpoena.

Thank you,
Alyssa

**Alyssa Martinez** (she/her)

LOEVY + LOEVY

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Thu, Dec 12, 2024 at 8:43 AM Dirisamer, David J. <DJDirisamer@columbus.gov> wrote:

> Alyssa,
>
> I am following up again on the previously provided authorizations for the release of Mr. Horton's records by the Franklin Co. Sheriff/The Franklin County Corrections Center.
>
> In addition, attached please find an authorization for the release of substance use disorder records by the Ohio Department of Rehabilitation and Correction.
>
> Please return these executed authorizations to us as soon as possible.
>
> Thank you.
>
> ---
>
> **From:** Dirisamer, David J.
> **Sent:** Wednesday, December 4, 2024 12:46 PM
> **To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
> **Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey'

<mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Alyssa,

I am following up on the below and the attached. Please return these executed authorizations to us as soon as possible.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Monday, November 25, 2024 2:16 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Alyssa,

Attached please find authorizations for the release of Mr. Horton's medical records and substance use disorder records from the Franklin Co. Sheriff/The Franklin County Corrections Center for February-March 2006, when he was in their custody.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Thursday, November 21, 2024 12:20 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Alyssa,

Attached please find subpoenas issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Wednesday, November 20, 2024 10:01 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Alyssa,

Please see attached correspondence regarding the subpoenas issued to Mark Godsey, David Thomas, and Brian Howe in this matter, and the attachments thereto.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Tuesday, November 5, 2024 11:39 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Thursday, October 31, 2024 9:42 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey'

Case: 2:23-cv-03888-ALM-ERD Doc #: 71-6 Filed: 04/18/25 Page: 4 of 12 PAGEID #: 2521

<mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find a subpoena issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Thursday, October 17, 2024 1:55 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Thursday, October 17, 2024 12:24 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

**From:** Dirisamer, David J.
**Sent:** Friday, October 11, 2024 8:42 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

**From:** Dirisamer, David J.
**Sent:** Thursday, October 10, 2024 12:26 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

**From:** Dirisamer, David J.
**Sent:** Monday, October 7, 2024 12:50 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find a subpoena issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Friday, October 4, 2024 3:33 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find subpoenas that were issued today in the above matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Monday, September 9, 2024 4:19 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find a letter to Rhonda Curry that was served on her on September 6 along with the subpoena attached to my email below.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Monday, September 9, 2024 3:42 PM

**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena

Counsel,

Attached please find a subpoena to Rhonda Curry for her deposition on September 27, along with proof of service of that subpoena.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Friday, September 6, 2024 1:19 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; 'Jon Loevy' <jon@loevy.com>; 'Michele Berry-Godsey' <mberrylaw2007@gmail.com>; 'Melinda Ek' <melinda@loevy.com>; 'Christine Tran' <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Subpoenas Issued

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

---

**From:** Dirisamer, David J.
**Sent:** Monday, August 19, 2024 4:48 PM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>; Alyssa Martinez <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; Jon Loevy <jon@loevy.com>; Michele Berry-Godsey <mberrylaw2007@gmail.com>; Melinda Ek <melinda@loevy.com>; Christine Tran <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Subpoenas Issued

Counsel,

Attached please find subpoenas issued today in this matter.

Thank you.

---

**From:** Tanoury, Alana V. <AVTanoury@columbus.gov>
**Sent:** Monday, August 19, 2024 1:02 PM
**To:** Alyssa Martinez <alyssa@loevy.com>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; Dirisamer, David J. <DJDirisamer@columbus.gov>; Jon Loevy <jon@loevy.com>; Michele Berry-Godsey <mberrylaw2007@gmail.com>; Melinda Ek <melinda@loevy.com>; Christine Tran <tran@loevy.com>
**Subject:** RE: [EXTERNAL] Horton v. City of Columbus - Ms. Curry's Deposition

Counsel,

Thank you for your message. We plan to depose all of the witnesses identified in Plaintiff's initial disclosures, but would like to start by scheduling the following depositions: Rhonda Curry, Richard Horton, Kim Curry, Shelli Curry, Riccardo Diggs/ Richard Diggs, and Cynthia Searcy. Please let us know dates that will work in September.

Additionally, Brenda Walker is available for her deposition on September 17, 18, 23, 24, and 25. Please let us know if any of those dates work.

Thank you,
Alana

**Alana Tanoury**

Assistant City Attorney

77 N. Front Street

Columbus, OH 43215

614-645-6945

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and delete all copies of the original e-mail message.*

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Friday, August 16, 2024 7:41 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; Dirisamer, David J. <DJDirisamer@columbus.gov>; Jon Loevy <jon@loevy.com>; Michele Berry-Godsey <mberrylaw2007@gmail.com>; Melinda Ek <melinda@loevy.com>; Christine Tran <tran@loevy.com>
**Subject:** Re: [EXTERNAL] Horton v. City of Columbus - Ms. Curry's Deposition

Dear Counsel:

We will have proposed dates to you later today to reschedule Ms. Curry's deposition along with proposed dates for Plaintiff and third parties.

Plaintiff also has several third parties he intends to depose, including other Columbus police officers, so we will send proposed dates and a preliminary list to see if there are any individuals that overlap.

Thanks,

Alyssa

_____

**Alyssa Martinez** (she/her)



Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Wed, Aug 7, 2024 at 11:16 AM Tanoury, Alana V. <AVTanoury@columbus.gov> wrote:

> Counsel,
>
> We are checking with Brenda Walker regarding dates for her deposition and will get back to you soon.
>
> We would like to reschedule Rhonda Curry's deposition as soon as possible, so please provide a few dates that will work for you.
>
> Additionally, could you please send us dates that will work for Plaintiff Horton's deposition?
>
> Finally, we would like to subpoena additional third-party witnesses for depositions. Could you please provide dates in September that will work?

Thank you,

Alana

**Alana Tanoury**

Assistant City Attorney

77 N. Front Street

Columbus, OH 43215

614-645-6945

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and delete all copies of the original e-mail message.*

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Tuesday, August 6, 2024 12:47 AM
**To:** Tanoury, Alana V. <AVTanoury@columbus.gov>
**Cc:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; Dirisamer, David J. <DJDirisamer@columbus.gov>; Jon Loevy <jon@loevy.com>; Michele Berry-Godsey <mberrylaw2007@gmail.com>; Melinda Ek <melinda@loevy.com>; Christine Tran <tran@loevy.com>
**Subject:** Re: [EXTERNAL] Horton v. City of Columbus - Ms. Curry's Deposition

Dear Counsel:

Plaintiff's original email was only sent to apprise the parties of a last minute conflict so that Ms. Curry's deposition could be rescheduled in line with the federal rules and so that we would not need to re-open her deposition at a future date because Plaintiff could not be in attendance to ask his questions or make objections for a witness who is critical to his case-in-chief.

However, as the jury verdict has come back, Plaintiff no longer has a conflict and is prepared to proceed should Ms. Curry appear tomorrow. I left a message for her to disregard my earlier call.

Because of our conflict, we cannot appear in person and will thus be attending via Zoom. Please send the Zoom link and ensure that Ms. Curry will be able to see the screen as we have exhibits we would like to put in front of her.

Separately, please advise dates that work for Defendants for Plaintiff to notice Defendant Walker's deposition.

Thank you,

Alyssa

_____

**Alyssa Martinez** (she/her)

**LOEVY + LOEVY**

Office: (312) 243-5900

311 N Aberdeen St, Chicago, IL 60607

**www.loevy.com**

On Mon, Aug 5, 2024 at 2:29 PM Tanoury, Alana V. <AVTanoury@columbus.gov> wrote:

> Counsel,
>
> We are not aware of any authority that would permit you to excuse a witness from appearing pursuant to a subpoena that we served. We have left a message for Ms. Curry letting her know she is obligated to appear tomorrow, and we plan to move forward with her deposition if she appears.
>
> To be clear, you never contacted us prior to telling Ms. Curry she does not need to comply with our subpoena, and we did not agree to excuse her or postpone the deposition. We previously agreed at your request to reschedule Ms. Curry's June 25, 2024 deposition, which was noticed on May 29, 2024 (ECF No. 24), due to your last minute unavailability. We re-subpoenaed Ms. Curry for a deposition on August 6, 2024 because Attorney Martinez stated that Plaintiffs' counsel was available on that date. Ms. Curry properly served with the subpoena, and we also filed an amended notice of her August 6, 2024 deposition with the Court (ECF No. 28). As I stated on June 25, 2024, we intend to keep the August 6, 2024 deposition date firm to avoid any further confusion or inconvenience for Ms. Curry.
>
> We have no objection to you attending in person, by zoom, or by telephone.
>
> Respectfully,
>
> Alana
>
> **Alana Tanoury**
>
> Assistant City Attorney
>
> 77 N. Front Street

4/18/25, 9:28 PM
Loevy & Loevy Mail - RE: [EXTERNAL] Horton v. City of Columbus - Service of Subpoena
Case: 2:23-cv-03888-ALM-EPD Doc #: 71-6 Filed: 04/18/25 Page: 12 of 12 PAGEID #: 2529

Columbus, OH 43215

614-645-6945



*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and delete all copies of the original e-mail message.*

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Monday, August 5, 2024 1:31 PM
**To:** Epstein, Aaron D. <ADEpstein@columbus.gov>; Dorsey, Dexter W. <DWDorsey@columbus.gov>; Feldkamp, Sarah N. <SNFeldkamp@columbus.gov>; Tanoury, Alana V. <AVTanoury@columbus.gov>; Dirisamer, David J. <DJDirisamer@columbus.gov>
**Cc:** Jon Loevy <jon@loevy.com>; Michele Berry-Godsey <mberrylaw2007@gmail.com>; Melinda Ek <melinda@loevy.com>; Christine Tran <tran@loevy.com>
**Subject:** [EXTERNAL] Horton v. City of Columbus - Ms. Curry's Deposition

Dear Counsel:

I hope this finds you well. Plaintiff's counsel is on a trial that ran long, so we need to reschedule Ms. Curry's deposition tomorrow for sometime next week. Is there a specific day that works best on your end? I have called Ms. Curry to let her know and ensure her appearance next week in line with the subpoena that was already served on her. We appreciate your flexibility.

Thanks,
Alyssa

---

**Alyssa Martinez** (she/her)



Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

---

**4 attachments**


**image001.png**
10K


**image002.png**
2K


**image003.png**
2K


**image004.png**
2K