IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD HORTON, | ) |
| *Plaintiff*, | ) Case No. 23-cv-3888 |
| v. | ) Chief Judge Algenon L. Marbley |
| CITY OF COLUMBUS, Columbus Division of Police Officers BRENDA K. WALKER (Badge #1176), MIEKO SIAS as personal representative of the ESTATE OF SAM SIAS (Badge #1871), and AS-YET UNKNOWN COLUMBUS POLICE OFFICERS, | ) Magistrate Judge Elizabeth P. Deavers<br><br>**JURY TRIAL DEMANDED** |
| *Defendants*. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Richard Horton, by and through his attorneys, respectfully moves for an extension of time to reply in support of Plaintiff's Motion for a Protective Order (Dkt. 71), up to and including May 30, 2025. A memorandum in support of this motion is attached.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry
*One of Plaintiff's Attorneys*

Michele L. Berry (0018939)
THE LAW OFFICE OF MICHELE BERRY, LLC
114 East 8th Street
Cincinnati, OH 45202
Tel: 513.919.5315
Fax: 513.376.8752
mberry@mberrylaw.com

*Counsel for Plaintiff*

Jon Loevy
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on May 23, 2025 using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*