## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | Case No. 23-cv-3888 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Chief Judge Algenon L. Marbley |
| v. | ) | |
| | ) | |
| CITY OF COLUMBUS, *et al.,* | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION TO EXTEND THE SCHEDULING ORDER

Plaintiff Richard Horton, by and through his undersigned attorneys, respectfully moves for an unopposed extension to the scheduling order, pursuant to Federal Rule of Civil Procedure 16(b)(4). In support, Plaintiff states as follows:

1.      Plaintiff filed his 9-count complaint on November 20, 2023 alleging constitutional violations stemming from his wrongful arrest, conviction, and imprisonment for an October 9, 2004 robbery. Dkt. 1.

2.      Due to the serious allegations in the case, the parties have disclosed dozens of witnesses, including eyewitnesses, police officers, detectives, damages witnesses, alibi witnesses, prosecutors, criminal defense attorneys, forensic professionals and examiners, and other third-party fact witnesses.

3.      The current deadline for the completion of fact discovery and primary expert witness disclosure is June 30, 2025. Dkt. 66.

4.      The parties have made significant progress during the allotted discovery period, including:

a. The parties exchanged initial and supplemental written discovery, including the production of thousands of pages of records. The parties have held several Rule 37 conferences to narrow and/or resolve any issues regarding written discovery disputes, and the parties are wrapping up those discussions;

b. The parties issued numerous subpoenas related to the underlying events and Plaintiff's damages;

c. The parties have conducted 22 depositions, including that of Plaintiff, Defendant Walker, Rhonda Curry, Kim Curry, Tracy Smith, Pamela Rhodeback, Todd Rhodeback, Janette Horton, Brian Howe, David Thomas, Alissa Holfinger, Kawanna Harris, Tom Seevers. Sergeant Charles Greene, Carol Wright, Sergeant Kirk Alt, Jonathan Gilles, Larry Turner, Richard Diggs, Alfred Harmon, Barbara Horton-Alomar, and Dwight Dorsey.

5. However, despite diligent efforts, the parties require additional time to complete a small amount of fact discovery.

6. As such, Plaintiff respectfully requests the Court grant a 14-day extension to the fact discovery deadline, up to and including Monday, July 14, 2025. The parties are in agreement that such an extension will allow for them to finalize the outstanding discovery issues.

7. Additionally, because the discovery still to be completed has direct bearing on expert discovery, Plaintiff conferred with Defendants about the current scheduling order. The parties reached consensus and, as such, Plaintiff respectfully requests that the scheduling order be modified as follows:

a. Fact discovery due: July 14, 2025

b. Primary experts due: July 14, 2025

    c.    Rebuttal experts due: August 22, 2025

    d.    Dispositive motions due: September 12, 2025

8.    This motion is brought in good faith and not for purposes of delay, but to ensure that the parties are able to fully conduct all discovery necessary for their claims and defenses. No party would be prejudiced by this extension.

9.    Plaintiff conferred with Defendants about this motion, and the parties are in agreement as to the request for relief herein.

WHEREFORE Plaintiff respectfully requests that this Court grant this motion and enter an order extending the fact discovery deadline up to and including July 14, 2025, modify the scheduling order as set forth above, and any other relief this Court deems just.

Respectfully submitted,

**RICHARD HORTON**

/s/ Michele Berry
*One of Plaintiff's Attorneys*

Michele L. Berry (0018939)
The Law Office of Michele Berry, LLC
114 East 8th Street
Cincinnati, OH 45202
Tel: 513.919.5315
Fax: 513.376.8752
mberry@mberrylaw.com

*Counsel for Plaintiff*

Jon Loevy
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, hereby certify that I filed the foregoing document on June

30, 2025, using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*