# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, | ) | Case No. 23-cv-3888 |
| *Plaintiff*, | ) | |
| | ) | Chief Judge Algenon L. Marbley |
| v. | ) | |
| CITY OF COLUMBUS, *et al.*, | ) | Magistrate Judge Elizabeth P. Deavers |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## JOINT PROPOSAL FOR AN EXTENSION
## TO THE CURRENT SCHEDULING ORDER

Pursuant to this Court's Order, Dkt. 101, the undersigned parties provide the below proposed extension to the current scheduling order.

1. On July 17, 2025, the Court permitted the parties to extend fact discovery for the completion of certain outstanding matters. Dkt. 98.

2. In light of the remaining discovery and upcoming deadlines, the parties sought leave to file a joint status report proposing a revised scheduling order. Dkt. 100. The Court granted that request. Dkt. 101.

3. After conferring, the parties jointly propose the following amended schedule:

    a. Rebuttal Expert Reports Due: September 12, 2025

    b. Close of Expert Discovery: October 10, 2025

    c. Dispositive Motions Due: October 31, 2025

    d. Dispositive Motion Responses Due: November 21, 2025

    e. Dispositive Motion Replies Due: December 12, 2025

<div style="float:right;">Respectfully submitted,</div>

/s/ Michele Berry
*Attorney for Plaintiff*

Michele L. Berry (0018939)
The Law Office of Michele Berry, LLC
114 East 8th Street
Cincinnati, OH 45202
513.919.5315
mberry@mberrylaw.com

Jon Loevy
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

/s/ Aaron Epstein
*Attorney for Defendants*

Aaron Epstein (0063286)
Alana V. Tanoury (0092265)
Sarah N. Feldkamp (0099464)
David J. Dirisamer (0092125)
Samantha J. Scherger (0097690)
CITY OF COLUMBUS,
DEPARTMENT OF LAW
77 N. Front Street,
Columbus, Ohio 43215
(614) 645-7385
adepstein@columbus.gov

*Counsel for Defendants*
*Brenda Walker and the City of Columbus*

## **CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, hereby certify that I filed the foregoing document on July 31, 2025, using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*