## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Richard Horton,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Columbus, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## JOINT MOTION TO AMEND THE CASE SCHEDULE

Plaintiff Richard Horton and Defendants the City of Columbus and Brenda Walker (collectively "Defendants") jointly request that the Court extend the case deadlines as follows:

- Rebuttal Expert Reports Due: October 24, 2025
- Close of Expert Discovery: November 25, 2025
- Dispositive Motions Due: December 19, 2025
- Dispositive Motion Responses Due: January 20, 2025
- Dispositive Motion Replies Due: February 3, 2025

The current deadline for rebuttal expert reports is September 12, 2025 (with each subsequent deadline flowing from that date). See Dkt. 103. The parties have made significant progress in meeting this deadline, but due to fact-witness depositions that needed to first be completed in this case, along with other professional commitments, the parties require more time. Additionally, Magistrate Judge Deavers is currently considering a discovery dispute that may impact Defendants' rebuttal expert witness disclosures. Finally, one of Defendants' rebuttal expert witnesses needs additional time to complete his report because his partner passed away at the beginning of August and he subsequently spent time out of the country. Accordingly, the

parties jointly request that the case deadlines be extended as described above to allow the parties additional time to disclose rebuttal expert reports and to complete expert discovery prior to the dispositive motion deadline. For all of these reasons, good cause exists for the requested amendments to the case schedule.

|  |  |
|---|---|
| /s/ Michele Berry (with permission from Alyssa Martinez<br>*Attorney for Plaintiff*<br>Michele L. Berry (0018939)<br>The Law Office of Michele Berry, LLC<br>114 East 8th Street<br>Cincinnati, OH 45202<br>513.919.5315<br>mberry@mberrylaw.com<br><br>Jon Loevy<br>Alyssa Martinez<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>/s/ Aaron D. Epstein<br>Aaron D. Epstein (0063286) – Lead<br>Alana V. Tanoury (0092265)<br>Sarah N. Feldkamp (0099464)<br>David J. Dirisamer (0092125)<br>Samantha J. Scherger (0097690)<br>Assistant City Attorneys<br>CITY OF COLUMBUS, DEPARTMENT OF LAW<br>77 N. Front Street, Columbus, Ohio 43215<br>(614) 645-7385 / (614) 645-6949 (fax)<br>adepstein@columbus.gov<br>avtanoury@columbus.gov<br>snfeldkamp@columbus.gov<br>djdirisamer@columbus.gov<br>sjscherger@columbus.gov<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

On September 12, 2025, I served a copy of the foregoing via the Court's CM/ECF system upon all parties of record.

/s/ Aaron D. Epstein
Aaron D. Epstein
