**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD HORTON,**

       **Plaintiff,**

      **v.**

**CITY OF COLUMBUS,** *et al.,*

      **Defendants.**

        **Case No. 2:23-cv-3888**
        **Judge Algenon L. Marbley**
        **Magistrate Judge Elizabeth P. Deavers**

## ORDER

    Based on the parties' Joint Motion to Amend the Case Schedule, ECF No. 107, the

Preliminary Pretrial Order dated February 1, 2024 (ECF No. 12), as modified by Orders dated

November 5, 2024 (ECF No. 42), December 16, 2024 (ECF No. 47), January 31, 2025 (ECF No.

53), March 28, 2025 (ECF No. 66), July 1, 2025 (ECF No. 90), July 25, 2025 (ECF No. 101),

and August 1, 2025 (ECF No. 103) is **FURTHER MODIFIED** as follows:

DISPOSITIVE MOTIONS

Any dispositive motions shall be filed by **DECEMBER 19, 2025.**  Responses shall be filed by
**JANUARY 20, 2026**.  Replies shall be filed by **FEBRUARY 3, 2026.**

EXPERT TESTIMONY

Rebuttal expert reports must be produced by **OCTOBER 24, 2025**. If the expert is specifically
retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by
the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P.
26(a)(2)(C), unless otherwise agreed to by the parties. Pursuant to Fed. R. Civ. P. 26(b)(4)(A),
leave of court is not required to depose a testifying expert.  Expert discovery shall be completed
by **NOVEMBER 25, 2025**.

      **IT IS SO ORDERED.**

Date:  SEPTEMBER 16, 2025              _____/s/ *Elizabeth A. Preston Deavers*
                             ELIZABETH A. PRESTON DEAVERS
                             UNITED STATES MAGISTRATE JUDGE