IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD HORTON,**

      **Plaintiff(s),**            Civil Action 2:23-cv-3888
                                        Judge Algenon L. Marbley
     **v.**                                        Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.,*

      **Defendant(s).**

## NOTICE

    **TAKE NOTICE** that a Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **OCTOBER 28, 2025,** at **11:30 AM.**

    The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**.

The Participant ID and Meeting Passcode are both **581746#.**


**Date: October 24, 2025**                 *s/Sherry Nichols*
                                                       Sherry Nichols, Courtroom Deputy
                                                       Sherry_Nichols@ohsd.uscourts.gov
                                                       614-719-3461