# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Richard Horton,<br><br>   Plaintiff,<br><br> v.<br><br>City of Columbus, et al.,<br><br>   Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## JOINT MOTION TO AMEND THE CASE SCHEDULE

Plaintiff Richard Horton and Defendants the City of Columbus and Brenda Walker jointly request that the Court extend the case deadlines as follows:

 Rebuttal Expert Reports Due: November 21, 2025

 Close of Expert Discovery: December 31, 2025

 Dispositive Motions Due: February 13, 2026

 Dispositive Motion Responses Due: March 13, 2026

 Dispositive Motion Replies Due: April 1, 2026

The parties have been working diligently to complete discovery and resolve discovery disputes in this case. On October 28, 2025, the Court held a status conference and addressed an outstanding discovery dispute related to expert disclosures. As discussed during the status conference, the parties jointly request that the case deadlines be extended to allow the parties additional time to disclose rebuttal expert reports and to complete expert discovery prior to the dispositive motion deadline. For all of these reasons, good cause exists for the requested amendments to the case schedule.

|  |  |
|---|---|
| /s/ *Alyssa Martinez (per email authorization)* | Respectfully submitted,<br><br>/s/ *Aaron D. Epstein* |
| *Attorney for Plaintiff*<br>Michele L. Berry (0018939)<br>The Law Office of Michele Berry, LLC<br>114 East 8th Street<br>Cincinnati, OH 45202<br>513.919.5315<br>mberry@mberrylaw.com<br><br>Jon Loevy<br>Alyssa Martinez<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>*Counsel for Plaintiff* | Aaron D. Epstein (0063286) – Lead<br>Alana V. Tanoury (0092265)<br>Sarah N. Feldkamp (0099464)<br>David J. Dirisamer (0092125)<br>Samantha J. Scherger (0097690)<br>Assistant City Attorneys<br>CITY OF COLUMBUS, DEPARTMENT OF LAW<br>77 N. Front Street, Columbus, Ohio 43215<br>(614) 645-7385 / (614) 645-6949 (fax)<br>adepstein@columbus.gov<br>avtanoury@columbus.gov<br>snfeldkamp@columbus.gov<br>djdirisamer@columbus.gov<br>sjscherger@columbus.gov<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

On October 30, 2025, I served a copy of the foregoing via the Court's CM/ECF system upon all parties of record.

/s/ Aaron D. Epstein
Aaron D. Epstein
