## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Richard Horton, | Case No. 2:23-cv-3888 |
| Plaintiff, | |
| | Chief Judge Algenon L. Marbley |
| v. | |
| | Magistrate Judge Elizabeth Preston Deavers |
| City of Columbus, et al., | |
| Defendants. | |

## SECOND AMENDED NOTICE OF DEPOSITION OF JENNIFER DYSART

Please take notice that Defendants City of Columbus and Brenda K. Walker, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination before a court reporter of Jennifer Dysart on Tuesday, December 2, 2025, at 10:00 a.m. Eastern Time via Zoom. The deposition will be taken stenographically, conducted under the supervision of an officer who is authorized by law to administer oaths, and will be video recorded. Said deposition is for discovery purposes and will continue from day to day until completed.

Respectfully submitted,

/s/ Alana V. Tanoury
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Sarah Feldkamp (0099464)
David J. Dirisamer (0092125)
Samantha J. Scherger (0097690)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
DJDirisamer@columbus.gov
sjscherger@columbus.gov

*Counsel for Defendants City of Columbus*
*and Brenda K. Walker*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2025, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)