THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Richard Horton, <br><br> Plaintiff, <br><br> v. <br><br> City of Columbus, et al., <br><br> Defendants. | Case No. 2:23-cv-3888 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Elizabeth Preston Deavers |

### DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION OUT OF RULE

Defendants, the City of Columbus and Brenda Walker (collectively "Defendants") respectfully move the Court for leave to take the deposition of Plaintiff's expert witness, Thomas Tiderington, after the close of discovery. Plaintiff does not oppose this motion.

The parties by agreement scheduled Mr. Tiderington's deposition for Wednesday, December 17, 2025. However, on December 16, Plaintiff's counsel, Ms. Martinez, cancelled the deposition, citing a family emergency.[1] Defendants asked whether Ms. Berry (Plaintiff's trial counsel), Mr. Loevy (co-counsel), or another member of the Loevy law firm could defend the deposition. Defendants made a Zoom link available so that the substitute lawyer could participate without traveling. However, Defendants were informed that no one was available.

The parties have now agreed to conduct Mr. Tiderington's deposition on January 8, 2026. However, that date falls after the December 31, 2025 deadline for the completion of expert discovery. Defendants therefore ask the Court to extend the deadline.

---

[1] Plaintiff also cancelled the December 18, 2025 deposition of Defendants' expert, John Wixted. Plaintiff has indicated that he will soon approach the court for leave to conduct that deposition in January 2026, as well. Defendants will not oppose that motion and have already provided potential January dates for Professor Wixted's deposition.

This request is not due to any delay or dilatory conduct by Defendants.  Defendants are not requesting any other changes to the scheduling order.  Wherefore, Defendants respectfully request leave to extend the expert discovery deadline for the sole purpose of deposing Mr. Tiderington.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Westley M. Phillips (0077728)
Alana V. Tanoury (0092265)
Sarah Feldkamp (0099464)
David J. Dirisamer (0092125)
Samantha J. Scherger (0097690)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov
sjscherger@columbus.gov
WMPhillips@columbus.gov

*Counsel for Defendants City of Columbus and Brenda K. Walker*

## CERTIFICATE OF SERVICE

On December 17, 2025, I served a copy of the foregoing via the Court's CM/ECF system upon all parties of record.

/s/ Aaron D. Epstein
Aaron D. Epstein

2