# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Richard Horton,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Columbus, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF FILING OF DEPOSITION

Defendants City of Columbus and Brenda K. Walker hereby give notice that the deposition of Bradley Thomas, together with exhibits, taken in the above-captioned matter on August 20, 2025, has been filed with the Court.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Aaron D. Epstein
　　　　　　　　　　　　　　　　　　　Aaron D. Epstein (0063286) – Lead
　　　　　　　　　　　　　　　　　　　Alana V. Tanoury (0092265)
　　　　　　　　　　　　　　　　　　　Sarah Feldkamp (0099464)
　　　　　　　　　　　　　　　　　　　David J. Dirisamer (0092125)
　　　　　　　　　　　　　　　　　　　Assistant City Attorneys
　　　　　　　　　　　　　　　　　　　CITY OF COLUMBUS, DEPARTMENT OF LAW
　　　　　　　　　　　　　　　　　　　77 N. Front Street, Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　(614) 645-7385 / (614) 645-6949 (fax)
　　　　　　　　　　　　　　　　　　　adepstein@columbus.gov
　　　　　　　　　　　　　　　　　　　avtanoury@columbus.gov
　　　　　　　　　　　　　　　　　　　snfeldkamp@columbus.gov
　　　　　　　　　　　　　　　　　　　djdirisamer@columbus.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants City of Columbus*
　　　　　　　　　　　　　　　　　　　*and Brenda K. Walker*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

    /s/ Aaron D. Epstein
    Aaron D. Epstein (0063286)