IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard Horton,<br><br>          Plaintiff,<br><br>     v.<br><br>City of Columbus, et al.,<br><br>          Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF FILING DOCUMENT

Defendants City of Columbus and Brenda K. Walker hereby give notice that the Motion for New Trial, together with exhibits, filed in Criminal Case No. 05CR-146 on April 16, 2021, has been filed with the Court. The document is used in support of Defendants' forthcoming Motion for Summary Judgment.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Sarah Feldkamp (0099464)
David J. Dirisamer (0092125)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov

*Counsel for Defendants City of Columbus and Brenda K. Walker*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)