**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Richard Horton, | Case No. 2:23-cv-3888 |
| Plaintiff, | |
| | Judge Algenon L. Marbley |
| v. | |
| | Magistrate Judge Elizabeth Preston Deavers |
| City of Columbus, et al., | |
| Defendants. | |

**NOTICE OF FILING DOCUMENT**

Defendants City of Columbus and Brenda K. Walker hereby give notice that the Indictment filed in Criminal Case No. 05CR-146 on June 7, 2005, has been filed with the Court. The document is used in support of Defendants' forthcoming Motion for Summary Judgment.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Sarah Feldkamp (0099464)
David J. Dirisamer (0092125)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov

*Counsel for Defendants City of Columbus
and Brenda K. Walker*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2026, I electronically filed the foregoing with the

Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and

may be obtained through, the Court's CM/ECF system.

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)