IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard Horton,<br><br>     Plaintiff,<br><br>     v.<br><br>City of Columbus, et al.,<br><br>     Defendants. | Case No. 2:23-cv-3888<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF FILING DOCUMENT

Defendants City of Columbus and Brenda K. Walker hereby give notice that the Decision and Entry Granting in Part Defendant's Motion in Limine to Exclude Prior Testimony filed in Criminal Case No. 05CR-146 on April 26, 2023, has been filed with the Court. The document is used in support of Defendants' forthcoming Motion for Summary Judgment.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Sarah Feldkamp (0099464)
David J. Dirisamer (0092125)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov

*Counsel for Defendants City of Columbus and Brenda K. Walker*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 19, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                               /s/ Aaron D. Epstein
                                               Aaron D. Epstein (0063286)