**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD HORTON, | ) | Case No. 23-cv-3888 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Judge Algenon L. Marbley |
| v. | ) | |
| | ) | |
| CITY OF COLUMBUS, *et al.,* | ) | Judge S. Courter Morris Shimeall |
| | ) | |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS UNOPPOSED**
**MOTION TO EXTEND THE DISPOSITIVE MOTION SCHEDULE**

Plaintiff Richard Horton, by and through his undersigned attorneys, respectfully moves for an unopposed extension to the current dispositive motion schedule, pursuant to Federal Rule of Civil Procedure 16(b)(4). In support, Plaintiff states as follows:

1.    On January 9, 2026, this Court entered an amended scheduling order setting the dispositive motion deadlines as follows: (1) dispositive motions due February 20, 2026; (2) responses due March 20, 2026; and (3) replies due April 6, 2026. Dkt. 126.

2.    On February 20, 2026, Defendants filed their 101-page motion for summary judgment. Dkt. 142.

3.    Despite diligent efforts, due to other personal and professional commitments—including a seven-week jury trial that extended beyond its anticipated duration—Plaintiff requires an additional seven days to respond to Defendants' briefing.

4.    As such, Plaintiff respectfully requests the Court grant a seven-day extension to the remaining dispositive motion schedule, setting the new deadlines as follows:

- Responses to dispositive motions: due March 27, 2026

1

- Replies to dispositive motions: due April 13, 2026

5.      This request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

6.      Plaintiff has conferred with Defendants regarding this motion, and Defendants do not oppose the relief requested.

WHEREFORE Plaintiff respectfully requests that this Honorable Court grant this motion and enter an order extending the dispositive motion schedule such that responses are due on March 27, 2026, and replies are due on April 13, 2026, and for any such other relief the Court deems just and proper.

Respectfully submitted,

**RICHARD HORTON**

/s/ Michele Berry
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Michele L. Berry (0018939) | Jon Loevy |
| The Law Office of Michele Berry, LLC | Alyssa Martinez |
| 114 East 8th Street | Loevy & Loevy |
| Cincinnati, OH 45202 | 311 N. Aberdeen, 3rd FL |
| Tel: 513.919.5315 | Chicago, IL 60607 |
| Fax: 513.376.8752 | (312) 243-5900 |
| mberry@mberrylaw.com | alyssa@loevy.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

2

## CERTIFICATE OF SERVICE

I, Alyssa Martinez, an attorney, hereby certify that I filed the foregoing document on March 18, 2026, using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*