# Exhibit 1

# Columbus Ohio - Division of Police



```
CITY ID.......  20538B
SS No.........  ████████
FBI No........  500796AB9
BCI No........  B543275

NAME..........  RICHARD HARRAPREE HORTON
SEX...........  MALE
RACE..........  BLACK
DOB...........  ████████
HEIGHT........  6-1
WEIGHT........  202
BUILD.........  MEDIUM
HAIR COLOR....  BLACK
EYE COLOR.....  BROWN
GLASSES.......  NO
FACIAL HAIR...  NONE
SPEECH........  NORMAL
TEETH.........  NORMAL
S/M/T.........
```

**DATE OF PHOTO 2004-06-22**

| | | |
|---|---|---|
| Precinct **6** | Felony Registrant | **NO** |
| Nationality**USA** | Weapons | |
| Drugs **MARIJUAN** | | |
| L.K.A. **893 CAMDEN AV COLUMBUS OH** | | |

Offense **FAIL TO APPEAR,TRAFFIC,NARCOTICS**

## FOR LAW ENFORCEMENT USE ONLY

City ID **20538B**

**RICHARD HARRAPREE HORTON**

COLUMBUS POLICE
DEPARTMENT



**Upon requests either through the Daily Bulletin or personal notification, all photos will be returned to the Columbus Police Identification Unit.**

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

Date: December 29, 2004
Case File No. 552-04

| DEFENDANT RICHARD H. HORTON | SEX Male | RACE Black | DOB ▮▮▮▮ | ID 20538B |
|---|---|---|---|---|
| ADDRESS 893 Camden Avenue, Columbus, Ohio | ZIP 43201 | | SSN ▮▮▮▮ | |
| CHARGE Aggravated Robbery, 2911.01 (A-1) | | | O.R. 040866104 | |
| OFFENSE LOCATION 927 Loew Street | | | DATE & TIME OF ARREST 12-27-04     9:00 PM | |
| EVIDENCE SEIZED 1 Shell casing | | | PROP NO. 04-24460 | |
| TAPE-RECORDED [ ] YES [X] NO | TYPE OF TAPE [ ] AUDIO [ ] VIDEO | | PROP. NO. | |

| DEFENDANT | SEX | RACE | DOB | ID |
|---|---|---|---|---|
| ADDRESS | ZIP | | SSN | |
| CHARGE | | | O.R. | |
| OFFENSE LOCATION | | | DATE & TIME OF ARREST | |
| EVIDENCE SEIZED | | | PROP NO. | |
| TAPE-RECORDED [ ] YES [ ] NO | TYPE OF TAPE [ ] AUDIO [ ] VIDEO | | PROP. NO. | |

| DEFENDANT | SEX | RACE | DOB | ID |
|---|---|---|---|---|
| ADDRESS | ZIP | | SSN | |
| CHARGE | | | O.R. | |
| OFFENSE LOCATION | | | DATE & TIME OF ARREST | |
| EVIDENCE SEIZED | | | PROP NO. | |
| TAPE-RECORDED [ ] YES [ ] NO | TYPE OF TAPE [ ] AUDIO [ ] VIDEO | | PROP. NO. | |

I-20.125 (1)

Page 1 of 6 pages

Witnesses: (Police)

| NAME<br>Detective Brenda K. Walker | RANK<br>P.O. | BADGE<br>#1176 |
|---|---|---|
| ASSIGNMENT<br>Robbery Squad – 942 | WATCH<br>1st | O.R.<br>040866104 |
| EXPECTED TESTIMONY<br>Primary detective. | | |

| NAME<br>Officer Pamela Rhodeback | RANK<br>P.O. | BADGE<br>#1915 |
|---|---|---|
| ASSIGNMENT<br>5 Precinct | WATCH<br>1st | O.R.<br>040866104 |
| EXPECTED TESTIMONY<br>First responding/reporting officer. | | |

| NAME<br>Detective Tom Seevers | RANK<br>P.O. | BADGE<br>#1042 |
|---|---|---|
| ASSIGNMENT<br>Crime Scene Search Unit | WATCH<br>1st | O.R.<br>040866104 |
| EXPECTED TESTIMONY<br>Processed crime scene. | | |

| NAME | RANK | BADGE |
|---|---|---|
| ASSIGNMENT | WATCH | O.R. |
| EXPECTED TESTIMONY | | |

| NAME | RANK | BADGE |
|---|---|---|
| ASSIGNMENT | WATCH | O.R. |
| EXPECTED TESTIMONY | | |

I-20.125 (2)

Page 2 of 6 pages

City 000003

If the victim or witness identified the defendant state: How (at scene, line-up, photo, etc.); when (date, time, etc.); where (arrest scene, home, etc.)

Witnesses: (Civilian)

| NAME Richard McClanahan | | | PHONE (HOME) ▉ | PHONE (WORK) ▉ |
|---|---|---|---|---|
| ADDRESS ▉ | | | SEX Male | AGE 48 |
| PLACE OF EMPLOYMENT Mr. Dependable | | | RELATIONSHIP TO DEFENDANT None | |
| EXPECTED TESTIMONY Victim of robbery. | | | | |
| COMMENT Positive I.D. photo array. O.R. #040866104 | TAPE ☐ YES ☒ NO | | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

| NAME Rhonda Curry | | | PHONE (HOME) ▉ | PHONE (WORK) |
|---|---|---|---|---|
| ADDRESS ▉ | | | SEX Female | AGE 47 |
| PLACE OF EMPLOYMENT N/A | | | RELATIONSHIP TO DEFENDANT None | |
| EXPECTED TESTIMONY Victim of robbery. | | | | |
| COMMENT Positive I.D. photo array O.R. #040866104 | TAPE ☐ YES ☒ NO | | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

| NAME | | | PHONE (HOME) | PHONE (WORK) |
|---|---|---|---|---|
| ADDRESS | | | SEX | AGE |
| PLACE OF EMPLOYMENT | | | RELATIONSHIP TO DEFENDANT | |
| EXPECTED TESTIMONY | | | | |
| COMMENT | TAPE ☐ YES ☐ NO | | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

I-20.125 (3)

City 000004

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

On October 9, 2004, **Richard McClanahan** and his girlfriend of twelve years, **Rhonda Curry**, were asleep at their residence, located at 927 Loew Street. At approximately 7:30 a.m., there was a knock at their door and a man's voice calling, **"Slim,"** which is Mr. McClanahan's nickname. Thinking it was his nephew, Mr. McClanahan answered the door. As he began to open it, it was forced open, causing Mr. McClanahan to fall back onto a roll-out couch that was open in the living room. He was immediately struck in the forehead with a handgun, causing his head to bleed.

The suspect immediately started demanding money while holding the gun to Mr. McClanahan's head. When Mr. McClanahan denied having any, the suspect stated he knew he had gotten paid the day before, and then shot Mr. McClanahan in the right leg. Mr. McClanahan told the suspect that he had used his money to pay bills. The suspect noticed Ms. Curry looking at him and ordered her to stop. He told her if she did not, he would kill her. He again ordered money from Mr. McClanahan. Mr. McClanahan told the suspect he had paid his bills and had only $40.00 left from his paycheck.

The suspect pulled Mr. McClanahan around on the floor while he looked for his boot, which he had put his money in. He asked Mr. McClanahan where his telephone was now and threatened that he had better find the money. The suspect again caught Ms. Curry looking at him, and again he ordered her to quit looking. Mr. McClanahan was able to locate his money and gave the suspect the two twenty-dollar bills.

The suspect became extremely angry and said, **"You got more than this—all that money you had yesterday!"** He then began ransacking the house when he realized that Ms. Curry was looking at him again. When she was caught, she quickly covered her eyes with her pillow. The suspect then placed the gun to her head and stated that because she had looked, he now had to kill her. Mr. McClanahan begged him not to hurt her but to instead shoot him again. The suspect asked Ms. Curry where her money was. She told him she didn't have any and that she did not have a job.

The suspect continued looking around and tried to fold up the couch, with Ms. Curry lying on it. He finally gave up and ran out the front door.

Ms. Curry's sister was an overnight guest and was in the back bedroom when the robbery took place. She heard everything but stayed in the bedroom until the robber left. Once the suspect left, the two women helped Mr. McClanahan to his truck and drove to his sister's to call police. By the time police arrived, Mr. McClanahan was transported to Grant Hospital, where he was immediately taken to surgery.

Robbery Detective B. Walker, #1176, and Crime Scene Search Unit Detective T. Seevers, #1042, responded. Detective Seevers processed the scene for latent prints. The results were positive and the lifts were forwarded to the Latent Unit for evaluation. A 9-mm spent shell casing was also recovered and taken to the Columbus Police Property Room and submitted under Property #04-24460.

Detective Walker met with Ms. Curry at Grant Hospital. Ms. Curry confirmed the above-stated facts. She told Detective Walker that she recognized the suspect but could not remember from where. She described him as male, black, 25 to 30 years of age, approximately 6'2" to 6'3" tall, medium, healthy build, light skin

(continued)

I-20.125 (4)

Page 4 of 6 pages

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

(yellow), wearing a gray pullover hooded sweatshirt with the hood up and tied tightly so that she could see his eyes and nose (the center of his face). She stated she would be able to identify the suspect if she saw him again.

On October 13, 2004, Detective Walker interviewed Richard McClanahan at Grant Hospital, where he was a patient. Mr. McClanahan told Detective Walker that he had had two surgeries since the robbery and needed at least two more to repair the damage to his leg.

Mr. McClanahan identified the robber as **"Richard."** Mr. McClanahan stated he was not sure of his last name but would be able to get it. He stated his niece sold him a car five or six years ago. The vehicle needed brakes and Mr. McClanahan put them on so she could sell it. Richard picked up the car at his house. He had seen Richard around the neighborhood and knew he had done time in prison for drug charges. Mr. McClanahan went on to tell Detective Walker that he had seen Richard the night before the robbery. After cashing his check, Mr. McClanahan went to a convenience store, located at 5th Avenue and St. Clair Avenue, to buy beer. Mr. McClanahan ran into Richard when he was outside using the pay phone to call the electric company about a debt. The two exchanged greetings. Mr. McClanahan had to take the wad of folded money out of his pocket to get to the change at the bottom. When Richard saw Mr. McClanahan's cash, he asked to borrow twenty dollars and Mr. McClanahan told him no because he needed it for bills. Richard then asked if he could use the phone and Mr. McClanahan told him no because he needed to place a business call. Mr. McClanahan tried the number once and it was busy. Richard again asked if he could have twenty dollars and said Mr. McClanahan could afford it, with all the money he had. Mr. McClanahan again told him no and tried the number again. The line was still busy, so Mr. McClanahan got in his truck and left.

On October 28, 2004, Detective Walker spoke with Richard McClanahan by phone. He provided the identity of the suspect as **Richard Horton, M/B, 25 to 27 years of age**.

Detective Walker was able to locate Richard Horton in the Columbus Police AFIS computer. A photo array was prepared (lineup #16079), which included Mr. Horton's photograph.

Detective Walker met with Richard McClanahan and Rhonda Curry on December 4, 2004. Ms. Curry and Mr. McClanahan were shown the photo array separately, and each positively identified Richard Horton as the robber. Mr. McClanahan and Ms. Curry each signed copies of the photo array and the Photo Array Procedures form.

On December 15, 2004, a warrant was issued against Richard H. Horton for Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree.

On December 27, 2004, Richard Horton turned himself in to the Franklin County Jail, located at 370 S. Front Street.

(continued)

I-20.125 (5)

Page _5_ of _6_ pages

City 000006

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

On December 28, 2004, at approximately 12:25 p.m., Detective Walker met with Richard Horton at the Franklin County Jail. Detective Walker advised Mr. Horton of his constitutional rights. Mr. Horton stated he understood his rights and refused to be interviewed without his attorney.

It is respectfully requested that the Franklin County Grand Jury indict Richard H. Horton for his involvement in the above-described offense for one count of Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree, and any and/or all other indictable offenses.

| APPROVED | INVESTIGATING DETECTIVE<br>Brenda K. Walker #1176 |
|---|---|
|  | ASSIGNMENT<br>Robbery – 1st |
| Sgt: |  |
|  | DAYS OFF<br>S/M |
| Lt.: |  |

BKW/cab 12-29-04

I-20.125 (6)

Page 6 of 6 pages

City 000007

# Columbus Division Of Police Preliminary Investigation

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

**1**

Case No. **040866104**
Report No. **040866104.1**
Report Date: **10/9/2004 9:29:49 AM**

| Subject: | 450 - Robbery |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Report Status | **A - Approved** | Date Entered | **10/9/2004 9:30:21 AM** | | Reporting Officer | **1996043 - Rhodeback , Pamela** |
| Report Type | **C - Preliminary Investigation** | Entered By | **1996043 - Rhodeback , Pamela** | | | |
| Occurred On (and Between) | **10/9/2004 7:50:00 AM** | Date Verified | | | | |
| | | Verified By | | | | |
| | | Date Approved | **10/9/2004 10:43:49 AM** | | Assisted By | |
| Location | **927 Loew St** | Approved By | **1996043 - Rhodeback , Pamela** | | | |
| Zip Code | **43219** | | | | | |
| Geo Code | | Connecting Cases | | | | |
| Zone | **5 - Zone 5** | Disposition | **Active** | | | |
| Call Source | | Clearance Reason | | | | |
| District | **60 - 60 District** | Date of Clearance | | | | |
| Vehicle Activity | | Reporting Agency | **Columbus Division Of Police** | | | |
| Vehicle Traveling | | Division | | | | |
| Cross Street | | Map | **5 - Zone 5** | | | |
| Jurisdiction | **01 - Columbus, OH** | | | | | |
| Means | | | | | | |
| Other Means | | | | | | |
| Motive | | | | | | |
| Other Motives | | | | | | |
| Threat Group | | Incident Number | | | | |
| Latent Process | **10 - Not Applicable** | Property Process | | | | |
| Location Of Dispatched Run | **1412 GIBBARD AVE** | Basic Called In | | | | |
| Tech Number | | Reporting Officer Assignment | **R52A** | | | |
| Detective Notified | **1985028 - Walker , Brenda** | Detective Name | | | | |
| Teletype # | | Unit Case File # | | | | |
| NIC # | | LEADS ID Number | | | | |

Report Narrative    **VICTIM STATES HE WAS ROBBED. CSSU RESPONDED.**

## Offense Detail: 291102.120 - Robbery

| | | | |
|---|---|---|---|
| Offense Description | **291102.120 - Robbery** | No. Prem. Entered | |
| IBR Code | **120 - Robbery** | Entry Method | |
| IBR Group | **A** | Method of Entry For Motor Vehicle Theft | |
| Crime Against | **PR** | Method of Entry For Burglary/B&E | |
| ORC Code | **291102.120** | Method of Entry For Burglary/B&E | |
| Offense Completed? | **Yes** | Direction of Entry | |
| Larceny Type | | Secondary Location | |
| Primary Location | **01 - Single Family Home** | Force Level | |
| Hate/Bias | **N - No Bias/Not Applicable** | | |
| Domestic Violence | **No** | | |

Method of Operation
Using
Criminal Activity
Weapons/Force    **12 - Handgun**
Type Security
Tools Used
Type Of Abuse                                                    Arrested By
Warrant Filed By

Offense Notes    VICTIM STATES AN UNKOWN MALE KNOCKED ON THE FRONT DOOR OF HIS HOME. VICTIM OPENED THE DOOR THEN WAS "PISTOL WHIPPED" ON THE HEAD BY THE SUSPECT, KNOCKING VICTIM TO THE GROUND. SUSPECT KEPT SCREAMING AT THE VICTIM, USING VICTIMS NICKNAME, SAYING "I KNOW YOU JUST GOT PAID BITCH, GIMME THE MONEY". SUSPECT WAS STANDING OVER THE VICTIM, THEN SHOT VICTIMS LEG. VICTIM GAVE THE SUSPECT $40. SUSPECT BECAME EVEN MORE IRATE, WANTING THE REST OF THE MONEY AND BEGAN RANSACKING THE FRONT ROOM, TURNING OVER MISC. ITEMS. SUSPECT THEN WENT TO THE GIRLFRIEND (ALSO LISTED AS A VICTIM), WHO WAS LAYING ON A HIDE-A-BED AND BEGAN SLAMMING THE BED CLOSED ON HER , OVER AND OVER AGAIN, SCREAMING "WHERE'S THE MONEY BITCH?". SUSPECT EVENTUALLY LEFT, RUNNING OUT THE FRONT DOOR OF THE RESIDENCE. VICTIMS DROVE OVER TO A SISTERS HOME AT 1412 GIBBARD AVE WHERE THEY CALLED 911.

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|
| | | | |

NetRMS_CR.rtf v2f

Printed: December 30, 2004 - 9:18 AM
City 000008

# Columbus Division Of Police Preliminary Investigation

Case No. **040866104**
Report No. **040866104.1**
Report Date: **10/9/2004 9:29:49 AM**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

**2**

## Suspect S1: UNKNOWN SUSPECT

| | | | | |
|---|---|---|---|---|
| Suspect Number | **S1** | DOB | | Place of Birth |
| Name | **UNKNOWN SUSPECT** | Age | **40** | SSN |
| AKA | | Sex | **M - Male** | DLN |
| Alert(s) | | Race | **B - Black** | DLN State |
| | | Ethnicity | **N - Not of Hispanic Origin** | DLN Country |
| Address | | Ht. | **6' 2"** | Occupation/Grade |
| CSZ | | Wt. | **150** | Employer/School |
| | | Eye Color | **BRO - Brown** | Res. County |
| Home Phone | | Hair Color | **U - Unknown** | Res. Country |
| Work Phone | | Hair Style | | Resident Status **U - Unknown** |
| | | Hair Length | | |
| | | Facial Hair | | |
| | | Complexion | | |
| | | Build | **01 - Thin Build** | |
| | | Teeth | | |

| | |
|---|---|
| Scars/Marks/Tattoos | |
| Suspect MO | |
| Other MO | |
| Habitual Offender Status | |
| Glasses | Complexion |
| Attire | Speech |
| Suspect ID Number | Suspect Other Descriptors |
| Prior DV Arrests? | Reason Not Arrested |
| | Suspect Actions |

Suspect Notes  GRAY HOODIE, PULLED TIGHT OVER THE FACE, LIGHT BLUE JEANS. VICTIM STATES HE COULDNT SEE THE FACE, BUT THE VOICE DID SOUND FAMILIAR. BELIEVES HE KNOWS SUSPECT.

## Victim V1: MCCLANAHAN, RICHARD Jr.

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | **V1** | Victim Of | **291102.120 - Robbery** | | |
| Victim Type | **I - Individual** | | | | |
| Name | **MCCLANAHAN, RICHARD Jr.** | DOB | **4/23/1956** | Place of Birth | |
| AKA | | Age | **48** | SSN | **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** |
| Alert(s) | | Sex | **M - Male** | DLN | |
| | | Race | **B - Black** | DLN State | |
| Address | **927 Loew St** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| CSZ | **Columbus, OH  43219** | Ht. | **6' 3"** | Occupation/Grade | |
| | | Wt. | **165** | Employer/School | |
| Home Phone | **NONE** | Eye Color | **BRO - Brown** | Res. County | |
| Work Phone | | Hair Color | **BRO - Brown** | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | **1 - Resident** |
| Attire | | Complexion | | Testify | **Yes** |
| Injury | **6 - Other Major Injury** | | | Will Prosecute | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | Assignment | | | |
| | Activity | | | |

| | | | | |
|---|---|---|---|---|
| Victim Taken To | **Grant Hospital** | Transported By | **MEDIC 18** | |
| Treated/Pronounced By | **DR. DIZON** | Ordered In | | |
| Ordered In Date/Time | | Can ID | | |
| Victim Relationship to Suspect | | Has lived as spouse within one year of alleged incident | | |
| Person related by blood or marriage with offender | | The other 'Natural' parent of the offender's child | | |
| Victim Currently live with the offender | | Has victim resided with the offender in the past | | |

**Victim Injury/Severity**
Injury Type          Injury Severity          Injury Location

Printed: December 30, 2004 - 9:18 AM
City 000009

# Columbus Division Of Police Preliminary Investigation

Case No. **040866104**
Report No. **040866104.1**
Report Date: **10/9/2004 9:29:49 AM**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

**3**

| | |
|---|---|
| Injuries Visible | Victim called police |
| Reporting Officer Assignment | Reporting Officer Assignment |
| Victim Actions | Was suspect at the scene when officer arrived |
| | Jurisdiction |
| Is there an existing CPO/TPO against offender | Had the suspect been drinking or using drugs |
| Case Number | If yes, Location |
| Will Victim be Staying at temporary address? | |
| Confidential | |
| Has the victim been drinking or using drugs | Were children present at the scene? |

Children Present
Age                    Sex                    Interviewed

Is victim a juvenile?          Has FCCS been notified?
Primary Aggressor              Order to Prosecutor Office

Victim Offender Relationships
Offender        Relationship
**S1**          **OK - Otherwise Known**

| Victim Notes | GUNSHOT WOUND TO THE RIGHT LOWER LEG, LACERATION ON THE HEAD. |
|---|---|

## Victim V2: CURRY, RHONDA

| | | | | | | |
|---|---|---|---|---|---|---|
| Victim Code | **V2** | | Victim Of | **291102.120 - Robbery** | | |
| Victim Type | **I - Individual** | | | | | |
| Name | **CURRY, RHONDA** | | DOB | **3/12/1957** | Place of Birth | |
| AKA | | | Age | **47** | SSN | **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** |
| Alert(s) | | | Sex | **F - Female** | DLN | |
| | | | Race | **B - Black** | DLN State | |
| Address | **927 Loew St** | | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| CSZ | **Columbus, OH 43219** | | Ht. | **5' 8"** | Occupation/Grade | |
| | | | Wt. | **175** | Employer/School | |
| Home Phone | **NONE** | | Eye Color | **BRO - Brown** | Res. County | |
| Work Phone | | | Hair Color | **BRO - Brown** | Res. Country | |
| E-mail | | | Facial Hair | | Resident Status | **1 - Resident** |
| Attire | | | Complexion | | Testify | **Yes** |
| Injury | **0 - None** | | | | Will Prosecute | |
| Circumstances | | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type Assignment Activity | | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Victim Taken To | | Transported By | |
| Treated/Pronounced By | | Ordered In | |
| Ordered In Date/Time | | Can ID | |
| Victim Relationship to Suspect | | Has lived as spouse within one year of alleged incident | |
| Person related by blood or marriage with offender | | The other 'Natural' parent of the offender's child | |
| Victim Currently live with the offender | | Has victim resided with the offender in the past | |

Victim Injury/Severity
Injury Type            Injury Severity            Injury Location

| | | |
|---|---|---|
| Injuries Visible | Victim called police | |
| Reporting Officer Assignment | Reporting Officer Assignment | |
| Victim Actions | Was suspect at the scene when officer arrived | |
| | Jurisdiction | |
| Is there an existing CPO/TPO against offender | Had the suspect been | |
| Case Number | | |

Printed: December 30, 2004 - 9:18 AM
City 000010

# Columbus Division Of Police Preliminary Investigation

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

**4**

Case No. **040866104**
Report No. **040866104.1**
Report Date: **10/9/2004 9:29:49 AM**

| | |
|---|---|
| Will Victim be Staying at temporary address? | drinking or using drugs If yes, Location |
| Confidential | |
| Has the victim been drinking or using drugs | Were children present at the scene? |

Children Present
Age            Sex            Interviewed

Is victim a juvenile?            Has FCCS been notified?
Primary Aggressor            Order to Prosecutor Office

Victim Offender Relationships
| Offender | Relationship |
|---|---|
| **S1** | **OK - Otherwise Known** |

Victim Notes

## Witness W1: CURRY, SHELLI

| | | | | | |
|---|---|---|---|---|---|
| Witness Code | **W1** | DOB | ▮▮▮ | Place of Birth | |
| Name | **CURRY, SHELLI** | Age | **48** | SSN | ▮▮▮ |
| AKA | | Sex | **F - Female** | DLN | |
| Alert(s) | | Race | **B - Black** | DLN State | |
| | | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| Address | **1020 E 9th Ave Apt 6** | Ht. | **5' 7"** | Occupation/Grade | |
| CSZ | **25701** | Wt. | **175** | Employer/School | |
| Home Phone | **304 697-4996** | Eye Color | **BRO - Brown** | Res. County | |
| Work Phone | | Hair Color | **BRO - Brown** | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | |
| Attire | | Complexion | | Testify | **Yes** |
| Can ID | | | | | |
| Witness Notes | VISITING VICTIMS, AT HOUSE WHEN ROBBERY OCCURRED. | | | | |

## Other Entity: O1 -- SEARCY, CYNTHIA

| | | | | | |
|---|---|---|---|---|---|
| Entity Code | **O1** | | | | |
| Entity Type | **12 - Interviewed At Scene** | | | | |
| Name | **SEARCY, CYNTHIA** | DOB | **3/17/1953** | Place of Birth | |
| AKA | | Age | **51** | SSN | |
| Alert(s) | | Sex | **F - Female** | DLN | |
| | | Race | **B - Black** | DLN State | |
| Address | **1412 Gibbard Ave** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| CSZ | **Columbus, OH  43219** | Ht. | **5' 9"** | Occupation/Grade | |
| Can ID | | Wt. | **170** | Employer/School | |
| Home Phone | | Eye Color | **BRO - Brown** | Res. County | |
| Work Phone | | Hair Color | **BRO - Brown** | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | **1 - Resident** |
| Attire | | Complexion | | | |
| Entity Notes | SISTERS HOME WHERE 911 CALL CAME FROM. | | | | |

## Property Description Item 1: 2102 - Bills - Misc./Assorted - MISC BILLS

| | |
|---|---|
| Item No. | **1** |
| Property Category | **2102 - Bills - Misc./Assorted** |
| IBR Type | **20 - Money** |
| UCR Type | **A - Currency, Notes, Etc...** |
| Status | **S - Stolen/Etc.** **(Bribed/Defrauded/Embezzled/Ransomed/Etc.)** |
| State Type | **01** |
| Count | **1** |
| Value | **40** |

# Columbus Division Of Police Preliminary Investigation

Case No. **040866104**
Report No. **040866104.1**
Report Date: **10/9/2004 9:29:49 AM**

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

**5**

Manufacturer
Model
Serial No.
Other Identifying Numbers
License No.
Description  **MISC BILLS**
Color
Vehicle Year
License Year
State
Body Style
Recovered Date
Owner  **V1 - MCCLANAHAN, RICHARD JR**
Disposition
Evidence Tag
Alert(s)

Drug Type
Drug Quantity
Drug Measure
Evidence Technician
Body Style
License Year
Color Bottom
Doors Locked
Recovered By
Impounded

Vehicle Year
State
Color Top
Keys With Auto
Insured
Location
Insurance Company

Identification Used
Type of Check
Payable To
Account Holder
Person Who Accepted Check
or Credit Card
Ident-a-Seal
Credit Card Type
Signer's Name Generated By

Check Number
Signed By
Endorsed By
Reason not Honored
Bank Name

Account #
Card Presented
Prints of Value

Property Notes

NetRMS_CR.rtf v2f

Printed: December 30, 2004 - 9:18 AM
City 000012

DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 1 | |
|---|---|---|---|
| OFFENSE<br>Armed Robbery | | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM'S NAME<br>Richard McClanahan & Rhonda Curry | PLACE OF OCCURRENCE<br>927 Loew Street | | DATE OF OFFENSE<br>10-09-04 |

## PRELIMINARY PROGRESS

On October 9, 2004, at approximately 8:30 a.m., Detective Bureau personnel notified Robbery Detective Brenda Walker, #1176, that patrol officers were requesting Robbery Squad's assistance. Detective Walker spoke to Sergeant Charles Greene, #5143, who advised of a residential robbery at 927 Loew Street. Detective Walker, along with Crime Scene Search Unit Detective T. Seevers, #1042, responded.

Upon arrival, detectives were met by Patrol Officer Pamela Rhodeback, #1915, and Todd Rhodeback, #1501, who provided the following information. The officers stated they were advised that the homeowners were victims of a residential robbery. As they answered a knock at the door, the suspect forced his way inside and struck the male victim in the head with a handgun, causing him to fall on a roll-out couch. The male victim was then shot in the leg. The suspect ransacked the living room and had tried to fold the female victim up in the fold-out couch/bed. The suspect took $40.00 before he fled.

Officers told detectives that the male resident had been transported to Grant Hospital for his injuries and that the female resident was at the hospital with him.

Detective Seevers photographed the crime scene. He then processed several areas and items for latent fingerprints. Two lifts were obtained and forwarded to the Latent Unit for evaluation. Detective Seevers collected on 9-mm spent shell casing, which was located in the living room. The item was taken to the Columbus Police Property Room and submitted under Property #04-24460).

Detective Walker met with **Rhonda Curry** at Grant Hospital and interviewed her regarding the incident (see Informational Summary #1). Ms. Curry stated that she recognized the suspect as someone she had seen in the past, but she could not recall where. She described him as male, black, 25 to 30 years of age, approximately 6'2" to 6'3" tall, medium, healthy build, light skin (yellow). She stated he wore a gray

| | CLEARANCE | DATE | AGES/PERSONS ARRESTED<br>28/Richard H. Horton | |
|---|---|---|---|---|
| X | CLEARED<br>BY ARREST | 12-27-04 | DETECTIVE<br>Brenda K. Walker | BADGE<br>#1176 |
| | EX. CLEARED | | DETECTIVE | BADGE |
| | UNFOUNDED | | DETECTIVE | BADGE |
| | RECLASSIFIED | | DETECTIVE | BADGE |
| | INVES. CONT. | | SUPERVISOR | IBM |

City 000013

DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | | PAGE NO. 2 |
|---|---|---|---|
| OFFENSE<br>Armed Robbery | | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM'S NAME<br>Richard McClanahan & Rhonda Curry | PLACE OF OCCURRENCE<br>927 Loew Street | | DATE OF OFFENSE<br>10-09-04 |

pullover hooded sweatshirt with the hood up and tied tightly so that she could see his eyes and nose. She stated she would be able to identify him if she saw him again, because she kept looking at his face to try to remember where she knew him from.

On October 13, 2004, Latent Examiner Kim Sharrock examined the lifts forwarded to the Latent Unit. The lifts were determined to be of value, but not AFIS quality.

On October 13, 204, at 12:10 p.m., Detective Walker interviewed **Richard McClanahan** at Grant Hospital, where he was a patient. MR. McClanahan told Detective Walker that he had had two surgeries since the robbery and needed at least two more to repair the damage to his leg, which had been shot. During the interview, Mr. McClanahan identified the robber as **"Richard."** He was unsure of Richard's last name, but told Detective Walker he would be able to get it (see Informational Summary #2 for details).

On October 28, 2004, Detective Walker spoke with Richard McClanahan by phone. Mr. McClanahan provided the identity of the suspect as **Richard Horton, M/B/25 to 27** years of age. Upon checking, Richard H. Horton was located in the Division computer under **CPD ID #20453B**.

On October 29, 204, Detective Walker submitted a Latent Comparison Request to have the prints recovered at the scene compared to those of Richard Horton. On November 4, 2004, Latent Examiner Rhonda Cadwallader determined the results were negative.

Detective Walker prepared a photo array (lineup #16079), which included Richard Horton's photograph. Detective Walker met with Richard McClanahan and Rhonda Curry on December 4, 2004. Ms. Curry and Mr. McClanahan were shown the photo array separately, and each positively identified Richard Horton as the robber. Mr. McClanahan and Ms. Curry each signed copies of the photo array and the Photo Array Procedures form.

On December 15, 2004, a warrant was issued against Richard H. Horton for Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree.

On December 27, 2004, Richard Horton turned himself in to the Franklin County Jail, located at 370 S. Front Street.

On December 28, 2004, at approximately 12:25 p.m., Detective Walker met with Richard Horton at the Franklin County Jail. Detective Walker advised Mr. Horton of his constitutional rights. Mr. Horton stated he understood his rights and refused to be interviewed without his attorney.

City 000014

DIVISION OF POLICE

PROGRESS OF INVESTIGATION                                          PAGE NO. 3

| OFFENSE | REPORT NUMBER | CASE FILE NO. |
|---------|---------------|---------------|
| Armed Robbery | 040866104 | 552-04 |
| FIRM OR VICTIM'S NAME | PLACE OF OCCURRENCE | DATE OF OFFENSE |
| Richard McClanahan & Rhonda Curry | 927 Loew Street | 10-09-04 |

Based on the above-listed facts, Columbus Police Report #040866104 is cleared by the arrest of:

**RICHARD H. HORTON, M/B/28**
**CPD ID #20538B**

BKW/cab 12-30-04

City 000015

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

|  | SUMMARY NO. 1 | PAGE 1 |
|---|---|---|
| OFFENSE<br>Armed robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |
| DETECTIVE<br>Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

**INFORMATIONAL SUMMARY #1**

SUBJECT: INTERVIEW OF      RHONDA CURRY, F/B/47
                                      DOB: █████████
                                      SSN: █████████
                                      927 LOEW STREET
                                      COLUMBUS, OHIO 43219

On October 9, 2004, at approximately 10:00 a.m., Robbery Detective Brenda Walker, #1176, conducted an interview with Ms. Curry at Grant Hospital regarding a robbery that occurred at Ms. Curry's residence earlier that morning.

Rhonda Curry lives at the residence with her live-in boyfriend of fifteen years, **Richard McClanahan**. At approximately 7:30 a.m., both she and Mr. McClanahan were asleep in the living room when they heard a knock at the door and a male calling Mr. McClanahan by his nickname **"Slim."** Thinking it was their nephew, Mr. McClanahan began to open the door, at which time it was forced open. This caused Mr. McClanahan to lose his balance and he fell onto a roll-out couch, which was open and on which Ms. Curry was lying. Mr. McClanahan was immediately struck in the forehead with a handgun.

The suspect immediately started demanding money and said, **"Man, give me the goddamn money! Where's it at? I know you got it. I know you got paid yesterday."** Mr. McClanahan replied by saying that he had paid his bills and had only forty dollars left. Mr. McClanahan was on his back and had raised his leg toward his chest in an effort to conceal himself when the suspect shot him in the leg and said, **"Man, I'll kill you!"**

Ms. Curry stated that one of the first things the robber said to her was to quit looking at him. Numerous times throughout the incident she was told to quit looking, however, she thought he looked familiar and was trying to remember how she knew him. At one point he caught her looking at him and he placed the gun to the pillow she was hiding under and told her he would have to kill her because she had seen his face. Mr. McClanahan begged him to leave her alone and to shoot him again instead.

City 000016

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO.<br>1 | PAGE<br>2 |
|---|---|---|
| OFFENSE<br>Armed robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |
| DETECTIVE<br>Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

The suspect was extremely angry and pulled Mr. McClanahan around on the floor so Mr. McClanahan could find his boots because Mr. McClanahan had stated he thought he had put his money in one of them. When Mr. McClanahan finally found the boots, he gave the suspect the forty dollars he had left after paying his bills.  The suspect kept accusing Mr. McClanahan of having more money, because he knew Mr. McClanahan had gotten paid the day before.  The suspect began ransacking the living room, turning over the TV and other various items.

The suspect then asked Ms. Curry where her money was.  She told him she didn't have any and that she didn't work.  Unhappy with her response, the suspect tried to fold up the couch she was lying on.

Ms. Curry told Detective Walker that the suspect finally gave up and said, **"Fuck this shit!"** and walked out the front door.  Ms. Curry stated she immediately closed and secured the front door, as she was unsure if he would come back.

Ms. Curry's sister, **Shelli Curry**, was visiting from out of town.  She was in the back bedroom when the robbery occurred and the robber did not know she was there.  After the robber left, the two women helped Mr. McClanahan to his truck and drove to his sister's to call police, as they did not have a phone.

Ms. Curry described the suspect as male, black, 25 to 30 years of age, 6'2" to 6'3" tall, medium, healthy build, light skin (yellow), wearing a gray pullover hooded sweatshirt (with the hood up and tied tightly), and medium-colored blue jeans with lighter stitching.  She could not remember if he wore gloves.  She described the gun as flat with a five- or six-inch silver barrel and a black handle.

Ms. Curry stated she would be able to identify the suspect if she saw him again.

Respectfully submitted,

*Brenda K Walker* 1176

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 12-30-04

City 000017

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 2 | PAGE 1 |
|---|---|---|---|
| OFFENSE<br>Armed robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 | |
| FIRM OR VICTIM<br>Richard McClanahan | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 | |
| DETECTIVE<br>Brenda K. Walker #1176 | DETECTIVE | SERGEANT | |

INFORMATIONAL SUMMARY #2

SUBJECT: INTERVIEW OF     RICHARD MCCLANAHAN, JR., M/B/48
                         DOB: 04-23-1956
                         SSN: 276-596-1900
                         927 LOEW STREET
                         COLUMBUS, OHIO 43219

On October 13, 2004, at approximately 12:10 p.m., Robbery Detective Brenda Walker, #1176, conducted an interview with Mr. McClanahan at Grant Hospital, where he was a patient as a result of injuries he had sustained during a robbery at his residence, 927 Loew Street, on October 9, 2004.

Mr. McClanahan started by telling Detective Walker that the person who robbed him was a male he knew as **"Richard."** He stated his niece had sold Richard a car five or six years ago and that he would be able to get Richard's last name. Mr. McClanahan said he had to replace the brakes on the car before she could sell it and that Richard had picked it up at his house, 927 Loew Street.

Mr. McClanahan stated he works for Mr. Dependable driving a tractor-trailer and delivering sod. Mr. McClanahan stated he has worked for this company for approximately two years. The night before the robbery (Friday), Mr. McClanahan had gotten paid. After going to the bank, Mr. McClanahan went to a convenience store, located at 5th Avenue and St. Clair Avenue, to buy beer.

Afterwards, Mr. McClanahan went outside to use the pay phone, where he ran into Richard. The two men exchanged greetings and Mr. McClanahan went ahead and proceeded to use the phone. Mr. McClanahan had to remove a handful of folded money from his pocket to get to the change underneath. When he did this, Richard saw his money and said, **"You must have just got paid with that big knot."** Mr. McClanahan replied, **"This ain't no money—this is chicken change."** Richard asked if he could borrow twenty dollars, and Mr. McClanahan told him he couldn't because he needed to pay his bills. Richard questioned Mr. McClanahan and asked, **"All that money and you can't loan me twenty dollars?"** Again, Mr. McClanahan told him no and that he needed it to pay bills. Richard asked if he could use the phone first. Mr. McClanahan told him no, that he needed to make an important business call before they

City 000018

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 2 | PAGE 2 |
|---|---|---|
| OFFENSE<br>Armed robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |
| DETECTIVE<br>Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

closed. Richard replied sarcastically, **"All right. That's all right."** Mr. McClanahan made the call, but the line was busy, so he got into his truck and left.

The next morning there was a knock at the door of Mr. McClanahan's residence. Mr. McClanahan's girlfriend, **Rhonda Curry**, woke him up, so he got up to answer it. Mr. McClanahan asked who it was through the door and he thought the male said, **"Rob."** (Rob is Mr. McClanahan's nephew, and he was expecting him, as he was going to help him with a car repair.)

As Mr. McClanahan opened the door, the door was pushed open, and Mr. McClanahan was hit in the head above his left eye with a handgun. He fell to the open roll-out couch. Pointing the gun at Mr. McClanahan's face, the suspect said, **"You know what this is. You know. Give it up."** Mr. McClanahan told him he didn't have any money. The suspect then shot Mr. McClanahan in the right leg and said, **"Give me that money. You just got paid yesterday—all that money you had."**

Mr. McClanahan told the suspect, **"I ain't got none. That was bill money. I told you that yesterday."** The suspect then stated, **"Yeah, where's your telephone at now? Get that money."**

Mr. McClanahan told Detective Walker that he was getting dizzy and that he had hidden his money but wasn't' sure where he had put it. He was trying to tell the suspect the he had forgotten where he put it and said he might have put it in his boot. Mr. McClanahan stated he was crawling around the floor when the suspect started dragging him and telling him he had better find it. When Mr. McClanahan found his boot, he removed the two twenty-dollar-bills that were inside. The suspect became angry and yelled, **"You got more than this, and all that money you had yesterday!"**

Mr. McClanahan said his girlfriend was crying and the suspect started screaming at her for looking at him, **"I told you don't look at me! I got to kill you now!"** Mr. McClanahan said the suspect held the gun to the pillow with which his girlfriend was covering her head. Mr. McClanahan told the suspect to shoot him again instead and to leave her alone. The suspect responded by telling Mr. McClanahan that he had to kill him anyway because he didn't have any money. Mr. McClanahan stated the suspect pulled back the hammer, placed the gun

City 000019

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 2 | PAGE 3 |
|---|---|---|
| OFFENSE<br>Armed robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |
| DETECTIVE<br>Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

to his head again and said, **"Give me the money!  This is your last chance!"**  Mr. McClanahan told him again that he didn't' have any more. Mr. McClanahan stated the suspect started knocking things over in the living room looking for money, then left.

Mr. McClanahan said that his girlfriend and her sister drove him to his sister's to call police, as they did not have a phone.  Mr. McClanahan said his sister lives just around the corner at 1412 Gibbard.

Mr. McClanahan described the suspect as male, black, light skin, 6'0" tall, with bushy eyebrows and short nappy hair.  During the robbery, the suspect wore a gray hooded sweatshirt, with the hood up and tied tightly.

Mr. McClanahan stated he would be able to identify the suspect if he saw him again.  Mr. McClanahan stated he did see the suspect's face during the robbery.  Mr. McClanahan advised that he would call Detective Walker when he found out Richard's last name.

Respectfully submitted,

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 12-30-04

# Columbus Division of Police
## INVESTIGATIVE PHOTO ARRAY PROCEDURE

Offense Report Number __040866104__       File Number __552-04__

Assigned Detective(s) __Brenda K. Walker "76__

**THE STATEMENT BELOW IS TO BE READ TO THE VIEWER BEFORE ARRAY IS SHOWN**

The photo array you are about to view consists of six photographs in no particular order of importance. The subject of this investigation may or may not be included in the photographs. Look carefully at the photographs of all six people then advise the detective whether or not you recognize anyone. You are not required to select any of the photographs.

**THE RESULT OF THE VIEWING AND LEVEL OF CERTAINTY MUST BE CLEARLY AND ACCURATELY DOCUMENTED IN THE FOLLOWING STATEMENT:**

Viewer's Statement _____

Pointed to photo 5 "that's him"

describe Level of certainty

"I swear on everything I Love he's the one"
'I recognize the eye's I Know those eye's it's him"

Viewer's Signature __Rhonda H. Curry__ Date __12-4-04__ Time __923__ AM/PM

Detective's Signature _____ Date _____ Time_____ AM/PM

---

The photo array # __16079__ consisted of six photographs numbered 1-6. The photograph of the subject of the investigation, ~~Mr.~~ Mr. __Richard H. Horton__ was in position# __5__

Detective's Comments __M/s Curry was sure of her selection__

# Columbus Division of Police
## INVESTIGATIVE PHOTO ARRAY PROCEDURE

Offense Report Number __040866104__          File Number __552-04__

Assigned Detective(s) __Brenda K. Walker__

### THE STATEMENT BELOW IS TO BE READ TO THE VIEWER BEFORE ARRAY IS SHOWN

The photo array you are about to view consists of six photographs in no particular order of importance. The subject of this investigation may or may not be included in the photographs. Look carefully at the photographs of all six people then advise the detective whether or not you recognize anyone. You are not required to select any of the photographs.

### THE RESULT OF THE VIEWING AND LEVEL OF CERTAINTY MUST BE CLEARLY AND ACCURATELY DOCUMENTED IN THE FOLLOWING STATEMENT:

Viewer's Statement _____

Immediatily pointed to photo #5
& said "Right here"
describe Level of certainty    "voice, same eyebrow
wearing same pants from night before, 100% certain"

Viewer's Signature __Richard McClanahan Jr.__ Date __12-4-04__ Time __9-15__ AM/PM

Detective's Signature __Brenda K. Walker__ Date __12.04.04__ Time __9:15__ AM/PM

The photo array # __16079__ consisted of six photographs numbered 1-6. The photograph of the subject of the investigation, Mr./Ms. __Richard H. Horton__ was in position# __5__

Detective's Comments _____
Mr. McClanahan was sure of his selection

City 000022

```
      4-0042023    12-27-2004    22:20              Status: A   Fac: MJ  Detain: N
                                                    Auth:      Visited:    Property:

HORTON, RICHARD H

Alias(s): HORTON, RICHARD H
893 CAMDEN AVE
COLS, OH   43201

     Sex: M                    Height: 6'01"                   Hair: BLK
     Race: B                   Weight: 200                     Eyes: BRN
     SSN:                      DOB:    ██████████              Relig:
FBI-Id:                        MNU-Id:                    BCI-Id:
   Empl: POPEYS                                 Pers Contact:

     Loc: MJ-5 -NR-002         Ill: N                          Med: N      Asgn: FEL
     Bin:    00427         Cash Recd:    75.00         Bond Type:      Bond:

     Accident: N             Lic No:                      Disp:
Arrest Location: 370 S FRONT ST
   "   Date/Time: 12-27-2004 21:00
   "      Officer: 682   FCSO   Rautio, N. John

Convey Officer: 682   FCSO   Rautio, N. John

Slating Officer: Holt, Lucas                 Warrant:   Y  On-View: N

Release Officer:                   -FCSO
 " Tentative D/T:                       To:


   Code No.      Charge Description                                    Case Number

1: 2911.01     AGGRAVATED ROBBERY                              31660        -04
     Sent-Date:                    Leng:              Meas:        Fine:
        Dispo:        /
   Chg Rel D/T:                                   Int. Ori: CPD


   Court   Date        Time      Judge                    Case No.

1:  M     12-28-2004     9:00   ARRAIGNMENT MUNICIPAL      31660

P08040:   PRINTED 12/27/04 22:21:56
```

City 000023

# CONSTITUTIONAL RIGHTS

Name _Richard HARREMbee Horton_  Place _370 S. Front St_

Date _12·28·2004_

Time _12:28 pm_

Before we ask you any questions, you must understand your rights. You have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions, and to have him/her present with you during questioning. If you are unable to pay a lawyer, a lawyer will be appointed for you prior to any questioning, if you so desire. If you wish to answer questions now without a lawyer present, you have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

I have read and been read the statement of my rights as written above. I understand what my rights are. I do not want a lawyer at this time. I am willing to answer questions. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

Witness _[signature]_ 1676

Witness _____

Time _12:31 pm_        Signed _wants An Attorney_

Signature for Waiver

Education:

Grade completed _12th Graduate_  Do you read and write? ☒ Yes ☐ No

Do you have a hearing problem? ☐ Yes ☒ No

Do you wear glasses or contacts? ☐ Yes ☒ No

_no Alcohol/ drugs past 24 hrs._

I-20.109 (11-99)

# Franklin County Municipal Court

Paul M. Herbert, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus } v: _Richard H Horton_
DEFENDANT

OTHER JURISDICTION

TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the _9th_ day of _October_, 20_04_ did: WHILE COMMITTING A theft offense to wit: Theft section # 2913.02 ORC Did with purpose to deprive the owner, to wit: Richard McClanahan of property knowingly exert control over $40.00 without the consent of the owner to wit Richard McClanahan and did Have a deadly weapon on His person and used it to wit: shot Richard McClanahan IN the leg with a handgun

in violation of section _2911.01 A 1_  ☐ City Code ☐ Misdemeanor  ☑ O.R.C. , a ☑ Felony of the _1st_ degree.

Complainant _Brenda Y Walker 1176_  _BRENDA K WALKER_ _1176_
SIGNATURE  PRINT FULL NAME  BADGE NUMBER

_120 Marconi Blvd Robbery Sq Columbus OH 43215_
ADDRESS OR AGENCY & ASSIGNMENT  CITY  STATE  ZIP CODE

Sworn to and subscribed before me, this

_15_ day of _Dec_, 20_04_

**Paul M. Herbert**

Clerk of the Franklin County Municipal Court

By _____

CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER  _Notary Seal & Expiration Date_

### ☑ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 A.M., MONDAY THROUGH FRIDAY.

**Paul M. Herbert**
Clerk of the Franklin County Municipal Court

Slate # _____ Control # _____

By _____
DEPUTY  DATE

Complaint Number
**1073049**

Issuing Officer _B. K. Walker_  Badge Number _1176_

Case No. _04 / 31660_

☐ SUMMONS
☑ WARRANT
☐ MISDEMEANOR CITATION

Charge: _Aggravated Robbery_

Section Number _2911.01 A 1_  ☐ City Code ☑ O.R.C.  Offense Date _10-09-04_  Offense Time _7.50_ ☐ AM ☑ PM

Offense Location _927 Loew St_  Suspect Cruiser Dist _____

Name _Horton_ _Richard_ _H_
LAST  FIRST  MIDDLE

Street _893 Camden Ave_

City _Columbus_  State _OH_  Zip _43201_

SEX _M_ RACE _B_ HGT _6'1_ WGT _202_ HAIR _BLK_ EYES _BRO_

DOB _08-31-1974_ S.S. # _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_ DL/I.D.# _265383_

☐ **SUMMONS:** Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☐ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____ Signature _____

Type of SUMMONS Service Requested:
☐ Personal  ☐ Certified Mail

☐ **CITATION:** Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

| COURT DATE & TIME | | | |
|---|---|---|---|
| | | | AM PM |
| MONTH | DAY | YEAR | TIME |

X _____

This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

8/01

AGENCY COPY
City 000025

*STAY-A-WAY FROM RHONDA CURRY AND*

# Court Arraignment Sheet
## Columbus Division of Police

*RICHARD McCLAUSHAN JR.*

Date: _12-28-2004_

**Check Block Applicable**
☒ Direct Indictment:
☐ Preliminary Hearing:
☐ Diversion

Note: List all CPD Officers subpoenaed at bottom of page.

*NO FURTHER ACTS OF VIOLENCE*

Defendant Name _Richard H. Horton_____     Charge _Aggravated Robbery 2911.01 (A-1)_____

Court Date _12/28/2004_ Municipal Court Case No._31600-2004_ CPD Case Folder No. _552-04_____

**(Note: If a high bond is warranted justify at end of summary)**

Bond Set _$25,000 APP_____  By Judge____*GLAEDEN*_____

Preliminary Hearing Date_1/6/2005_ Court Room ____*4-D*_____ Time_10:00AM__

Location Offense Occurred ___927 Loew Street_____ Date of Offense _10/09/2004_____

Time of Offense___7:50 AM_____ Victim Richard McClanahan, Jr._____ Age ___48___

Reporting Person___Rhonda Curry_____ Relationship to Victim __live-in-girlfriend___

Date of Arrest _____ Time of Arrest _____ Co-Defendants 1._____

2._____ 3._____ 4._____

Summary Of Incident: State the who, what, where, how, and, if known, the why of the case:
*"Use reverse side if more space is needed"*
On listed date and time Horton knocked on McClanahan's door and as McClanahan started opening it, Horton forced open the door, struck McClanahan in the forehead with a handgun, causing him to fall onto a fold-out couch, occupied by Rhonda Curry. He demanded McClanahan give him money. He then shot McClanahan in the leg when he refused. He held the gun on Rhonda Curry's head demanding money from her as well. McClanahan was able to find his $40, that he gave to Horton before he fled. Positive ID photo array._____

**Complaint filed by:**
Police Officer – Name ___Detective Brenda K. Walker #1176_____

Private Citizen – Name _____

Investigating Officer __Detective Brenda K. Walker___ Badge _1176_____ Assignment __Robbery Sq.__

Processing Officer _____ Badge _____ Assignment _____

If Preliminary Hearing, List all C.P.D. Officers Subpoenaed Here: _____

_____

_____

Supervisor's Approval _____ Date _____
Document1

*Left margin (vertical):* If Preliminary Hearing - Attach Subpoena here.

# Crime Scene Procedures

| CSSU # | Date |
|---|---|
| 04-964A | 10-9-04 |

| Offense | Incident/Report # | Location | Victim | JP. |
|---|---|---|---|---|
| ROBBERY | 040 866104 | 927 LOEW ST. | RICHARD McCLANAHAN | |

| CSSU Personnel | Investigator |
|---|---|
| T. SEEVERS 1042 | B. WALKER #1176 |

☑ Scene — ☑ Inside ☐ Outside

☑ Photos — Standard 24 TO — Other

☐ Vehicle Processed — ☐ Lab ☐ Scene

☐ Vehicle — Type — License #

☐ Search Warrant

☐ Trace Evidence — ☐ Blood ☐ Semen ☐ Hair ☐ Other

☐ Vacuum — ☐ Vehicle ☐ Scene ☐ Clothing ☐ Other

☑ Latent Process — Number of Lifts 2 — Chemicals BLACK POWDER

☐ Scene Diagram — ☐ Interior ☐ Exterior

☑ Evidence — ☑ Property Room ☐ Lab ☑ I.D. Section ☐ CSSU Lab

☑ Property Number 04-24460

☐ Scene Sealed

☐ Forensic Evidence Chart Completed

☑ Attachments PHOTO LIST, LAB, PRINT CARD,

☑ Other PROPERTY SLIP, NIBIN, FIREARM REC.

| | Scene | Morgue / Lab | H.Q. |
|---|---|---|---|
| Time Dispatched | 8:30A | | |
| Time Arrived | 8:56A | | |
| Time Cleared | 10:02A | | |

DET. B. WALKER 1176 OF 1st WATCH ROBBERY REQUESTED THAT 1ST WATCH CSSU DET T. SEEVERS 1042 RESPOND TO 927 LOEW ST. TO PROCESS THE SCENE OF A ROBBERY.

DET. WALKER MET DET. SEEVERS AT THE SCENE AND REQUESTED 1) PHOTOGRAPHS 2) EVIDENCE COLLECTION 3) PROCESS AREAS AND ITEMS FOR LATENT FINGERPRINTS.

THE PRIMARY SCENE WAS LOCATED IN THE LIVING ROOM OF THE 1 STORY, SIDED HOME ON THE WEST SIDE OF THE STREET WITH THE FRONT FACING TO THE EAST.

DET. SEEVERS TOOK A TOTAL OF (24) 35 mm PHOTOGRAPHS TO DEPICT THE CONDITION OF THE SCENE AND THE LOCATION OF ANY EVIDENCE. SEE PHOTO LIST.

DET. SEEVERS PROCESSED A SMALL TV, AND THE FOOT RAIL OF A BED FRAME, OF A HID A BED FOR LATENT FINGERPRINTS.

USING THE BLACK POWDER METHOD WHICH MET WITH A POSITIVE RESULT. A TOTAL OF (2) LIFTS WERE OBTAINED AND FORWARDED TO THE LATENT UNIT FOR EVALUATION. SEE PRINT CARD.

DET. SEEVERS COLLECTED (1) ITEM OF EVIDENCE FROM THE SCENE AND IT WAS TRANSPORTED TO THE CPD PROPERTY ROOM AND SUBMITTED UNDER PROPERTY NUMBER 04-24460.

| 1) | 953AM | 1 - SPENT SHELL CASING (WIN - 9mm) | UNDER MILK CRATE AT FOOT OF SOFA BED. |
|---|---|---|---|

☒ **Photo** ☐ *Evidence* **Collection**   CSSU # 04-964A   Date 10-9-04

| OFFENSE ROBBERY | | LOCATION | VICTIM | |
|---|---|---|---|---|
| CSSU PERSONNEL | | | INVESTIGATOR | |
| OR # 040 866104 | | PROPERTY # | PHOTO LAB # | |

| No. | Direction / Time | Photo / Evidence | Location |
|---|---|---|---|
| 1 | 9:19 A | P/C | |
| 2 | W | I. D. 927 LOEW ST. | |
| 3 | S/W | PUPPY PICTURE | |
| 4 | S/W | F. STORM LATCH | |
| 5 | W | F. STORM JAMB | |
| 6 | E | PAN L/R FROM KITCHEN DOOR | |
| 7 | NE | " | |
| 8 | NE | " | |
| 9 | NE | " | |
| 10 | N | " | |
| 11 | W | PAN L/R FROM F/DOOR | |
| 12 | SW | " | |
| 13 | SW | " | |
| 14 | SW | " | |
| 15 | S | " | |
| 16 | S/E | F/DOOR LOCK (SCREWDRIVER) INSIDE | |
| 17 | W | POSS. BLOOD ON SOFA BED | |
| 18 | W | L/R TOWARD BACK BEDROOM | |
| 19 | E | BACK BEDROOM TOWARD L/R | |
| 20 | NW | OVERVIEW BACK BEDROOM | |
| 21 | SW | " | |
| 22 | SE | " | |
| 23 | NE | " | |
| 24 | E/ON | SPENT SHELL CASING | UNDER MILK CRATE FOOT OF SOFABED |

I-10.113  (8/96)

City 000028

# Evidence and Property Inventory • Division of Police, Columbus, Ohio

**Property Number** ...O4O24446O... Date Submitted *10/9/04* Time ...*10:54*... ☐AM ☒PM

**Recovered From** ☐ Finder ☐ Suspect ☒ Victim ☐ Deceased  SSN................. DOB.............

*McCLANAHAN JR.* (Last Name)   *RICHARD* (First Name)   (Middle Name)

(Street Address)  (Apt.#)  (City)  (State)  (Zip)

**Owner Information** ☐ Same ☐ Suspect ☐ Victim ☐ Deceased  SSN................. DOB.............

(Last Name)  (First Name)  (Middle Name)

(Street Address)  (Apt.#)  (City)  (State)  (Zip)

**Turned In By** *SEEVERS*  **Associated Name**  SSN................. DOB.............
**Badge** *1042* **Asgmt.** *CSSU*  Last................. First................. Middle.............

**Recovered At** ...*927 LOEW ST.*...
(Location/Address)

**Charges/Reason Submitted:** Report# ...*040866104*... Incident#.............
**Offense Description** *ROBBERY*.............

**From Impounded Vehicle** Make ................. License#.................

| Articles | Brief Description (List Guns Below) | Make/Model | Serial #/Weight | Office Use Only |
|---|---|---|---|---|
| SPENT WIN. 9MM CASING | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Guns | Make | Model | Caliber | Type | Barrel Length | Finish | Serial Number | Office Use Only |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Firearm Information: Wanted Felon or Registrant Per ORC 2923.13**
☐ Yes ☐ No    **Safekeeping only**

**Entered:**   **Basic:** ✓

**Stored In:** ☒ Property Room ☐ Lab ☐ Other .............  Lab Request Submitted ☐ Yes ☒ No
**Stored For:** ☐ Safekeeping ☒ Evidence ☐ Destruction *(List Only One Per Form)*
**Hold For:** ☐ Homicide ☐ Auto ☐ Burglary ☐ Forgery/Fraud ☒ Robbery ☐ S.A.S.
☐ Juvenile ☐ Narcotics ☐ Vice ☐ Intelligence ☐ S.R.B. ☐ A.I.U.
☐ U.C.R.T. ☐ Assault ☐ Dom. Violence ☐ Other.............

**Detective Name & Badge#** *B. WALKER 1176*.............  **Property Clerk** .............

A-32 114 (7/04)

City 000029




# Recovered Firearm / Ammunition

☑ Ammo Only ☐ Safekeeping ☑ Evidence ☐ Lab Form Submitted
[Do not submit if no charges are filed or no suspect(s).]

## Impounded / Recovered From:

| Name | Sex / Race |
|---|---|
| Date of Birth | Social Security Number |
| Address | City/State/Zip |
| Date/Time of Recovery 10-9-04 9:53A | Offense ROBBERY |
| Owner's Name (If Different) | |
| Owner's Address (If Different) | |

## Weapon

| | |
|---|---|
| 040866107 OR / CI Number | 04-24460 Property Number |
| Serial Number | Manufacturer |
| Caliber | Model | Capacity |

| BBL Length | Grips | TWIST: RIGHT ___ LEFT ___ | LANDS & GROOVES |

**TYPE METAL:**
☐ Blue Steel
☐ Stainless
☐ Nickel
☐ Chrome

**TYPE WEAPON:**
☐ Revolver ☐ Shotgun
☐ Derringer ☐ Machine Gun
☐ Automatic ☐ Handgun
☐ Rifle

## Ammunition Only:

☐ Cartridge (s) Cal. ___ ☑ Casing (s) Cal. 9mm
☐ Bullet (s)

## Lab Use Only:          Dimensions: ___

Bullet
Twist: R ___ L ___

Bullet
Lands & Grooves ___

## REVOLVER

Facing rear of cylinder

Clockwise

Cylinder Rotation

☐ Clockwise
☐ Counter Clockwise

## AUTO PISTOL

In a clip fed gun, position #1 is always under the hammer. The top position of the clip is position #2

Brief narrative: RECOVERED AT ROBBERY SCENE

| Position | Condition Live or Spent | Maker |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

Complete this form when impounding firearms and/or ammunition. Property Room personnel will attach this form to the property receipt, and forward it to the Crime Lab with the property. Examiner will fill in the appropriate information and forward to the Detective Bureau.

T. SEEVERS 1042 CCSU
Recovered By:     Name, Badge, Assignment

1-10.112 (Rev. 3-92)



# NIBIN Evidence Request
## Columbus Division of Police

Lab Use Only:

PR# 04-24460 ____ Submitting Officer T. SEEVERS _____ Badge # 1042
OR# 04036604 ____ Incident # _____

**Foreign Departments Only:**

Invoice# _____ Criminal Case# _____

Department: _____

Date of Shooting or Seizure of Firearm(s): __10__ /__9__ /__04__ **Required**

Location of Shooting or Seizure of Firearm(s) 927 LOEW ST.

_____ Zone __5__ Cruiser District _____

*Type of Evidence:* ☐ Firearm(s)   ☑ Spent casing(s)/Shotshell(s)   ☐ Spent Bullet(s)/Projectile(s)

List Firearm(s) Submitted by make, model, and serial number:   (No mag or ammo)

| Make | Model | Serial Number |
|------|-------|---------------|
|      |       |               |
|      |       |               |
|      |       |               |

Circumstances of Recovery: (check all that apply): **Required**

☐ CCW   ☐ Stolen Weapon   ☐ Homicide   ☐ Agg. Assault   ☐ Discharge Into Habitation
☐ WUD   ☐ Narc. Search Warrant   ☐ Drive-By Shooting   ☐ Suicide   ☐ Found
☑ Other __ROBBERY__

R WALKER #1176   X4665

---

## LABORATORY USE ONLY

Evidence was entered into the *IBIS* system on __/__/____ By: _____

NIBIN Case # _____

Additional Comments: _____

_____

_____

_____

Correlation(s) of the above entered exhibit(s) were viewed on __/__/____ by _____

**Results:** ☐ No Matches Found        ☐ Hit Made (see attached paperwork)

I-10.117   (07/02)

City 000031



# Request for Laboratory Examination

❑ Crime Laboratory, 520 King Avenue

❑ C.S.S.U. Latent Evidence Lab, 120 Marconi Blvd.

*(Check one)*

◆ **Please make three copies** ◆

❑ Adult Arrested
❑ Juvenile Arrested
❑ Payable Citation

Ticket No. _____

Date _10-9-04_____

Please examine the following articles in the case of :

Suspect _____  Victim _RICHARD McCLANAHAN JR._

Location _927 LOEW ST_____  Offense _ROBBERY_____

Offense Report Number _040 866104_____  Property number _____

## CHECK TYPE OR TYPES OF LABORATORY EXAMINATION

| | | |
|---|---|---|
| (✓) Latent Fingerprints | ( ) Firearms Examination | ( ) Test For Semen |
| ( ) Alcoholic Beverage Analysis | ( ) Bullet/Casing Comparison | ( ) Test for Blood |
| ( ) Blood/Urine Alcohol Analysis | ( ) Serial Number Restoration | ( ) DNA Analysis |
| ( ) Blood/Urine Drug Screen | ( ) Distance Determination | ( ) Glass Comparison |
| ( ) Drug Analysis *(Specify below)* | ( ) Toolmark Comparison | ( ) Paint Comparison |
| ( ) Photo Lab *(Specify below)* | ( ) Shoeprint Comparison | ( ) Other Examination *(Specify below)* |

List Articles Submitted _ONE CARD W/ 2 LATENT LIFTS_

Investigating Officer _B. WALKER_  Badge Number _1176_

Assignment _ROBBERY 1ST_  Telephone Extension _4665_

Submitting Officer _T. SEELERS_  Badge Number _1042_

Assignment _CSSU 1ST_  Telephone Extension _4863_

**(Over)**

I-10.101 (Rev. 11/02)

City 000032

Location __927 LOEW ST._____    Offense _ROBBERY_____ Property # _____
Victim _RICHARD McCLANAHAN JR_____    Detective(s) _WALKER_____
Date _10.9.04_____ OR# _040866104_____    CSSU Detective(s)_TJ_____
I-10.108 (1-91)



1



2

ts1042
10.9.04



1
2

SOFA BED + FRAME
IN LIVING ROOM

City 000033

# Columbus Division Of Police Follow-Up Report

Case No. **040866104**
Report No. **040866104.3**
Report Date: **10/13/2004 11:34:59 AM**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

**1**

| Subject: | **LATENT EXAM** |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | **I - In Process** | Date Entered | **10/13/2004 11:34:59 AM** | Reporting Officer | **1996043 - Rhodeback , Pamela** |
| Report Type | **O - Follow-Up Report** | Entered By | **1987001 - Sharrock, Kimberly** | | |
| Occurred On (and Between) | **10/9/2004 7:50:00 AM** | Date Verified | | | |
| | | Verified By | | | |
| | | Date Approved | | | |
| Location | **927 Loew St** | Approved By | | Assisted By | |
| Zip Code | **43219** | | | | |
| Geo Code | | Connecting Cases | | | |
| Zone | **5 - Zone 5** | Disposition | **Active** | | |
| Call Source | | Clearance Reason | | | |
| District | **60 - 60 District** | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | **Columbus Division Of Police** | | |
| Vehicle Traveling | | Division | | | |
| Cross Street | | Map | **5 - Zone 5** | | |
| Jurisdiction | **01 - Columbus, OH** | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |
| Threat Group | | Incident Number | | | |
| Latent Process | | Property Process | | | |
| Location Of Dispatched Run | | Basic Called In | | | |
| Tech Number | | Reporting Officer Assignment | | | |
| Detective Notified | | Detective Name | | | |
| Teletype # | | Unit Case File # | | | |
| NIC # | | LEADS ID Number | | | |

Report Narrative
**LC#7102-04**
**1 CARD 2 LIFTS NO AFIS QUAILTY PRINTS. PRINTS OF VALUE**

## Offense Detail: 291102.120 - Robbery

| | | | |
|---|---|---|---|
| Offense Description | **291102.120 - Robbery** | No. Prem. Entered | |
| IBR Code | **120 - Robbery** | Entry Method | |
| IBR Group | **A** | Method of Entry For Motor Vehicle Theft | |
| Crime Against | **PR** | Method of Entry For Burglary/B&E | |
| ORC Code | **291102.120** | Method of Entry For Burglary/B&E | |
| Offense Completed? | **Yes** | Direction of Entry | |
| Larceny Type | | Secondary Location | |
| Primary Location | **01 - Single Family Home** | Force Level | |
| Hate/Bias | **N - No Bias/Not Applicable** | | |
| Domestic Violence | **No** | | |
| Method of Operation | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons/Force | **12 - Handgun** | | |
| Type Security | | | |
| Tools Used | | | |
| Type Of Abuse | | Arrested By | |
| Warrant Filed By | | | |

Offense Notes
VICTIM STATES AN UNKOWN MALE KNOCKED ON THE FRONT DOOR OF HIS HOME. VICTIM OPENED THE DOOR THEN WAS "PISTOL WHIPPED" ON THE HEAD BY THE SUSPECT, KNOCKING VICTIM TO THE GROUND. SUSPECT KEPT SCREAMING AT THE VICTIM, USING VICTIMS NICKNAME, SAYING "I KNOW YOU JUST GOT PAID BITCH, GIMME THE MONEY". SUSPECT WAS STANDING OVER THE VICTIM, THEN SHOT VICTIMS LEG. VICTIM GAVE THE SUSPECT $40. SUSPECT BECAME EVEN MORE IRATE, WANTING THE REST OF THE MONEY AND BEGAN RANSACKING THE FRONT ROOM, TURNING OVER MISC. ITEMS. SUSPECT THEN WENT TO THE GIRLFRIEND (ALSO LISTED AS A VICTIM), WHO WAS LAYING ON A HIDE-A-BED AND BEGAN SLAMMING THE BED CLOSED ON HER , OVER AND OVER AGAIN, SCREAMING "WHERE'S THE MONEY BITCH?". SUSPECT EVENTUALLY LEFT, RUNNING OUT THE FRONT DOOR OF THE RESIDENCE. VICTIMS DROVE OVER TO A SISTERS HOME AT 1412 GIBBARD AVE WHERE THEY CALLED 911.

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|
| | | | |

NetRMS_CR.rtf v2f

Printed: December 29, 2004 - 1:50 PM
City 000034

# LATENT COMPARISON REQUEST

### Division of Police • Columbus, Ohio

| REQUEST Date: | Requested By: | BADGE / IBM # | ASSIGNMENT / SHIFT | PHONE # |
|---|---|---|---|---|
| 10-29-2004 | Brenda K Walker | 1176 | Robbery 1st | 4667 |

| OFFENSE: | | Offense Date: | Offense Report # |
|---|---|---|---|
| Armed Robbery | | 10-09-2004 | 040866104 |

| Offense Location or Address: | Latent Case # |
|---|---|
| 927 Loew St. | 7102-04 |

| SUSPECT Name: *Only ONE suspect is to be listed. Submit a separate request for each suspect.* | Suspect I.D. # |
|---|---|
| Richard H. Horton | 20538B |

• Latent Unit Use Only - Do Not Write In Area Below •

Results of Latent Examination:

NEGATIVE RESULTS

| Date Completed: | Examined & Compared By: | Verified By: |
|---|---|---|
| 11/4/04 | Rhonda Leavelledr LP5 | |

| Results Sent To: | Date Sent: |
|---|---|
| B. Walker 1176 Robbery | 11/4/04 |

S-33.112 (2/96)

City 000035

# Personal Profile • Columbus, Ohio Division of Police

| 1. CPD ID Number |
|---|
| 20538 B |

| 2. Date 12-28-2004 | 3. Arrested ☐ Fel. Reg ☐ | 4. Charge AGGRAVATED ROBBERY | | | 5. Report Number 040866104 |

| 6. Last Name HORTON | First Richard | Middle | Maiden/Alias | Sex M | Race B |

| 7. Date of Birth 08-21-1976 | 8. Place of Birth LENORE N.C. | 9. Social Security # 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 | 10. Height 6'1 | 11. Weight 202 | 12. Hair BLK | 13. Eyes BRO |

**14. Address**

**15. Residential Phone**

**16. Motor Vehicle/Drivers License Information**

None

no drivers License.

**17. Relatives/Associates**

| Name | Sex | Race | Age | Date of Birth | Address | Relationship |
|---|---|---|---|---|---|---|
| Janice Horton | | | | | | Mother/Deceased |
| Nancy Banner 294-0623 | | | | | 893 Camden Ave | Aunt |
| Vantaishia Johnson | F | | 5 | 04-19-99 | Grove City Ohio | daughter |
| Kabe Horton | M | | 3 | 04-14-04 | Alabama | Son. |

**18. Synopsis of Incident**

Horton Forced his way inside 927 Loew St struck the male vic in the head with his gun & did demand $. Not moving fast enough Horton shot the man in the Leg. He continued threatening both the male & Female victims with the gun. He ultimately took $40.00 And Fled.

**19. Hobbies/Interests/Places Frequented**

watch sports
Lifting weights.

Attorney Ms Riggins
turned self in Frank Co Jail
parole officer - Ms Hopkins

**20. Education/Employment/Military Service**

Graduate Centenial H.S.
no military
Popeye's Chicken - Livingston Ave  8 mos.

No Addictions

| 21. Detective B.K. Walker | Badge 1176 | Investigative Unit Robbery 1Sr | Case File # 552-04 |

I-20.113 (1/98)

City 000036

City 000037



04-2107AA001.jpg



04-2107AA002.jpg



04-2107AA003.jpg



04-2107AA004.jpg



04-2107AA005.jpg



04-2107AA006.jpg



04-2107AA007.jpg



04-2107AA008.jpg



04-2107AA009.jpg



04-2107AA010.jpg



04-2107AA011.jpg



04-2107AA012.jpg

City 000038



04-2107AA013.jpg



04-2107AA014.jpg



04-2107AA015.jpg



04-2107AA016.jpg



04-2107AA017.jpg



04-2107AA018.jpg



04-2107AA019.jpg



04-2107AA020.jpg



04-2107AA021.jpg



04-2107AA022.jpg



04-2107AA023.jpg



04-2107AA024.jpg

# Columbus Division Of Police Preliminary Investigation

Case No. **040866104**
Report No. **040866104.2**
Report Date: **10/12/2004 1:04:06 PM**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

**1**

| Subject: | **450 - Robbery Progress** |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Report Status | **I - In Process** | Date Entered | **10/12/2004 1:04:06 PM** | | Reporting Officer | |
| Report Type | **C - Preliminary Investigation** | Entered By | **1985028 - Walker , Brenda** | | **1996043 - Rhodeback , Pamela** | |
| Occurred On (and Between) | **10/9/2004 7:50:00 AM** | Date Verified Verified By Date Approved | | | | |
| Location | **927 Loew St** | Approved By | | | Assisted By | |
| Zip Code | **43219** | | | | | |
| Geo Code | | Connecting Cases | | | | |
| Zone | **5 - Zone 5** | Disposition | **Active** | | | |
| Call Source | | Clearance Reason | | | | |
| District | **60 - 60 District** | Date of Clearance | | | | |
| Vehicle Activity | | Reporting Agency | **Columbus Division Of Police** | | | |
| Vehicle Traveling | | Division | | | | |
| Cross Street | | Map | **5 - Zone 5** | | | |
| Jurisdiction | **01 - Columbus, OH** | | | | | |
| Means | | | | | | |
| Other Means | | | | | | |
| Motive | | | | | | |
| Other Motives | | | | | | |
| Threat Group | | Incident Number | | | | |
| Latent Process | **02 - Scene Processed By CSSU** | Property Process | | | | |
| Location Of | | Basic Called In | | | | |
| Dispatched Run | | | | | | |
| Tech Number | | Reporting Officer Assignment | | | | |
| Detective Notified | | Detective Name | | | | |
| Teletype # | | Unit Case File # | | | | |
| NIC # | | LEADS ID Number | | | | |

Report Narrative

## Offense Detail: 291102.120 - Robbery

| | | | |
|---|---|---|---|
| Offense Description | **291102.120 - Robbery** | No. Prem. Entered | |
| IBR Code | **120 - Robbery** | Entry Method | |
| IBR Group | **A** | Method of Entry For Motor Vehicle Theft | |
| Crime Against | **PR** | Method of Entry For Burglary/B&E | |
| ORC Code | **291102.120** | Method of Entry For Burglary/B&E | |
| Offense Completed? | **Yes** | Direction of Entry | |
| Larceny Type | | Secondary Location | |
| Primary Location | **01 - Single Family Home** | Force Level | |
| Hate/Bias | **N - No Bias/Not Applicable** | | |
| Domestic Violence | **No** | | |
| Method of Operation | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons/Force | **12 - Handgun** | | |
| Type Security | | | |
| Tools Used | | | |
| Type Of Abuse | | Arrested By | |
| Warrant Filed By | | | |
| Offense Notes | VICTIM STATES AN UNKOWN MALE KNOCKED ON THE FRONT DOOR OF HIS HOME. VICTIM OPENED THE DOOR THEN WAS "PISTOL WHIPPED" ON THE HEAD BY THE SUSPECT, KNOCKING VICTIM TO THE GROUND. SUSPECT KEPT SCREAMING AT THE VICTIM, USING VICTIMS NICKNAME, SAYING "I KNOW YOU JUST GOT PAID BITCH, GIMME THE MONEY".  SUSPECT WAS STANDING OVER THE VICTIM, THEN SHOT VICTIMS LEG.  VICTIM GAVE THE SUSPECT $40. SUSPECT BECAME EVEN MORE IRATE, WANTING THE REST OF THE MONEY AND BEGAN RANSACKING THE FRONT ROOM, TURNING OVER MISC. ITEMS. SUSPECT THEN WENT TO THE GIRLFRIEND (ALSO LISTED AS A VICTIM), WHO WAS LAYING ON A HIDE-A-BED AND BEGAN SLAMMING THE BED CLOSED ON HER , OVER AND OVER AGAIN, SCREAMING "WHERE'S THE MONEY BITCH?". SUSPECT EVENTUALLY LEFT, RUNNING OUT THE FRONT DOOR OF THE RESIDENCE. VICTIMS DROVE OVER TO A SISTERS HOME AT 1412 GIBBARD AVE WHERE THEY CALLED 911. | |

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|

Printed: December 3, 2004 - 1:52 PM
City 000039

# Columbus Division Of Police Preliminary Investigation

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

**2**

Case No. **040866104**
Report No. **040866104.2**
Report Date: **10/12/2004 1:04:06 PM**

## Suspect S1: UNKNOWN SUSPECT

| | | | | | | |
|---|---|---|---|---|---|---|
| Suspect Number | **S1** | DOB | | Place of Birth | | |
| Name | **UNKNOWN SUSPECT** | Age | **40** | SSN | | |
| AKA | | Sex | **M - Male** | DLN | | |
| Alert(s) | | Race | **B - Black** | DLN State | | |
| | | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | | |
| Address | | Ht. | **6' 2"** | Occupation/Grade | | |
| CSZ | | Wt. | **150** | Employer/School | | |
| | | Eye Color | **BRO - Brown** | Res. County | | |
| Home Phone | | Hair Color | **U - Unknown** | Res. Country | | |
| Work Phone | | Hair Style | | Resident Status | **U - Unknown** | |
| | | Hair Length | | | | |
| | | Facial Hair | | | | |
| | | Complexion | | | | |
| | | Build | **01 - Thin Build** | | | |
| | | Teeth | | | | |

Scars/Marks/Tattoos
Suspect MO
Other MO
Habitual Offender Status
Glasses
Attire
Suspect ID Number
Prior DV Arrests?

Complexion
Speech
Suspect Other Descriptors
Reason Not Arrested
Suspect Actions

Suspect Notes

## Victim V1: MCCLANAHAN, RICHARD Jr.

| | | | | | | |
|---|---|---|---|---|---|---|
| Victim Code | **V1** | Victim Of | **291102.120 - Robbery** | | | |
| Victim Type | **I - Individual** | | | | | |
| Name | **MCCLANAHAN, RICHARD Jr.** | DOB | **4/23/1956** | Place of Birth | | |
| AKA | | Age | **48** | SSN | **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** | |
| Alert(s) | | Sex | **M - Male** | DLN | | |
| | | Race | **B - Black** | DLN State | | |
| Address | **927 Loew St** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | | |
| CSZ | **Columbus, OH  43219** | Ht. | **6' 3"** | Occupation/Grade | | |
| | | Wt. | **165** | Employer/School | | |
| Home Phone | **NONE** | Eye Color | **BRO - Brown** | Res. County | | |
| Work Phone | | Hair Color | **BRO - Brown** | Res. Country | | |
| E-mail | | Facial Hair | | Resident Status | **1 - Resident** | |
| Attire | | Complexion | | Testify | **Yes** | |
| Injury | **6 - Other Major Injury** | | | Will Prosecute | | |
| Circumstances | | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type Assignment Activity | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Victim Taken To | **Grant Hospital** | Transported By | **medic 18** | |
| Treated/Pronounced By | **dr.Dizon** | Ordered In | | |
| Ordered In Date/Time | | Can ID | | |
| Victim Relationship to Suspect | | Has lived as spouse within one year of alleged incident | | |
| Person related by blood or marriage with offender | | The other 'Natural' parent of the offender's child | | |
| Victim Currently live with the offender | | Has victim resided with the offender in the past | | |

Victim Injury/Severity
Injury Type       Injury Severity       Injury Location

NetRMS_CR.rtf v2f

Printed: December 3, 2004 - 1:52 PM

City 000040

# Columbus Division Of Police Preliminary Investigation

Case No. **040866104**
Report No. **040866104.2**
Report Date: **10/12/2004 1:04:06 PM**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

**3**

| | | |
|---|---|---|
| Injuries Visible | | Victim called police |
| Reporting Officer Assignment | | Reporting Officer Assignment |
| Victim Actions | | Was suspect at the scene when officer arrived |
| | | Jurisdiction |
| Is there an existing CPO/TPO against offender | | |
| Case Number | | Had the suspect been drinking or using drugs |
| | | If yes, Location |
| Will Victim be Staying at temporary address? | | |
| Confidential | | |
| Has the victim been drinking or using drugs | | Were children present at the scene? |

Children Present
Age                                   Sex                              Interviewed

                                                                      Has FCCS been notified?
Is victim a juvenile?                                                 Order to Prosecutor Office
Primary Aggressor

Victim Offender Relationships
| Offender | Relationship |
|---|---|
| **S1** | **OK - Otherwise Known** |

Victim Notes

---

## Victim V2: CURRY, RHONDA

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | **V2** | Victim Of | **291102.120 - Robbery** | | |
| Victim Type | **I - Individual** | | | | |
| Name | **CURRY, RHONDA** | DOB | **3/12/1957** | Place of Birth | |
| AKA | | Age | **47** | SSN | **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** |
| Alert(s) | | Sex | **F - Female** | DLN | |
| | | Race | **B - Black** | DLN State | |
| Address | **927 Loew St** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| CSZ | **Columbus, OH 43219** | Ht. | **5' 8"** | Occupation/Grade | |
| | | Wt. | **175** | Employer/School | |
| Home Phone | **NONE** | Eye Color | **BRO - Brown** | Res. County | |
| Work Phone | | Hair Color | **BRO - Brown** | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | **1 - Resident** |
| Attire | | Complexion | | Testify | **Yes** |
| Injury | **0 - None** | | | Will Prosecute | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type Assignment Activity | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|

| | | |
|---|---|---|
| Victim Taken To | | Transported By |
| Treated/Pronounced By | | Ordered In |
| Ordered In Date/Time | | Can ID |
| Victim Relationship to Suspect | | Has lived as spouse within one year of alleged incident |
| Person related by blood or marriage with offender | | The other 'Natural' parent of the offender's child |
| Victim Currently live with the offender | | Has victim resided with the offender in the past |

Victim Injury/Severity
| Injury Type | Injury Severity | Injury Location |
|---|---|---|

| | | |
|---|---|---|
| Injuries Visible | | Victim called police |
| Reporting Officer Assignment | | Reporting Officer Assignment |
| Victim Actions | | Was suspect at the scene when officer arrived |
| | | Jurisdiction |
| Is there an existing CPO/TPO against offender | | |
| Case Number | | Had the suspect been drinking or using drugs |

NetRMS_CR.rtf v2f

# Columbus Division Of Police Preliminary Investigation

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

Case No. **040866104**
Report No. **040866104.2**
Report Date: **10/12/2004 1:04:06 PM**

**4**

| | | |
|---|---|---|
| Will Victim be Staying at temporary address? Confidential | If yes, Location | |
| Has the victim been drinking or using drugs | Were children present at the scene? | |

Children Present
Age          Sex          Interviewed

Is victim a juvenile?          Has FCCS been notified?
Primary Aggressor          Order to Prosecutor Office

Victim Offender Relationships
| Offender | Relationship |
|---|---|
| S1 | OK - Otherwise Known |

Victim Notes

## Witness W1: CURRY, SHELLI

| | | | | | |
|---|---|---|---|---|---|
| Witness Code | W1 | DOB | 3/3/1956 | Place of Birth | |
| Name | CURRY, SHELLI | Age | 48 | SSN | 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 |
| AKA | | Sex | F - Female | DLN | |
| Alert(s) | | Race | B - Black | DLN State | |
| | | Ethnicity | N - Not of Hispanic Origin | DLN Country | |
| Address | 1020 E 9th Ave Apt 6 | Ht. | 5' 7" | Occupation/Grade | |
| CSZ | 25701 | Wt. | 175 | Employer/School | |
| Home Phone | 304 697-4996 | Eye Color | BRO - Brown | Res. County | |
| Work Phone | | Hair Color | BRO - Brown | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | |
| Attire | | Complexion | | Testify | Yes |
| Can ID | | | | | |
| Witness Notes | | | | | |

## Other Entity: O1 -- SEARCY, CYNTHIA

| | | | | | |
|---|---|---|---|---|---|
| Entity Code | O1 | | | | |
| Entity Type | 12 - Interviewed At Scene | | | | |
| Name | SEARCY, CYNTHIA | DOB | 3/17/1953 | Place of Birth | |
| AKA | | Age | 51 | SSN | |
| Alert(s) | | Sex | F - Female | DLN | |
| | | Race | B - Black | DLN State | |
| Address | 1412 Gibbard Ave | Ethnicity | N - Not of Hispanic Origin | DLN Country | |
| CSZ | Columbus, OH 43219 | Ht. | 5' 9" | Occupation/Grade | |
| Can ID | | Wt. | 170 | Employer/School | |
| Home Phone | | Eye Color | BRO - Brown | Res. County | |
| Work Phone | | Hair Color | BRO - Brown | Res. Country | |
| E-mail | | Facial Hair | | Resident Status | 1 - Resident |
| Attire | | Complexion | | | |

Entity Notes

## Property Description Item 1: 2102 - Bills - Misc./Assorted - MISC BILLS

| | |
|---|---|
| Item No. | 1 |
| Property Category | 2102 - Bills - Misc./Assorted |
| IBR Type | 20 - Money |
| UCR Type | A - Currency, Notes, Etc... |
| Status | S - Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) |
| State Type | 01 |
| Count | 1 |
| Value | 40 |
| Manufacturer | |

Richard McCLANAHAN Jr Victim "SLIM"
4-23-56

Girlfriend/wife          Rhonda W. Curry  3-12-57
W.t                      Shelli Curry.    3-3-56

Contract  926 Loew

Step daughter  -  Kimberly Curry.        *
                  614-291-1102
                  1250 Indianola        43201

- Richard Horton -
M/B/25.27.
Reynolds/Lexington Ave

City 000043

boyfriends sister called yesterday & said
nephew  boy wanted car done
wanted Ricky to call him today.

Knock on door
Ricky guy to get car fix
"Slim, slim" through door
  instead of looking out
Ricky opened door
  bum Rushes him puts gun to head.
push door open   Ricky falls on fold out
hits him in head L top w/ gun
Man give me the god dam money
where's that  I know you got it
I know you got paid yester

Kicked off   Man don't do that
him.           I paid my bills    I got $0.00
              Man I'll kill you.

1st came    bitch quit lookn at me   you keep lookn
in          at me  I'll kill your ass
Roughin
Ricky up    tried to peek coupe times
            bitch quit lookn at me

guy lookn for cash.  Ricky fell on bed
leg kicked up     put gun to knee & shoots

trying to peek
puts gun pillow bitch I kill your ass
man don't hurt her
bitch where's your $ at
I don't have any I don't have a job.

M/B/ 25.30   6'2 - 6'3   healthy/Muscular
Lt skin - yellow

Pullover Grey hoodie tied tight talking
through string   eyes/Nose only.
Medium blue jeans w/ Lighter stitching
Shoes?   Gloves?

NO Accent

GUN   5-6 barrel silver   Flat
handle black

ARS Investiga

Fuck this shit
Left.
Gone   She shuts door / puts Knife in
Sister comes out forgot She was there
took them to touch   wanted to go to sisters

City 000045

interview

Richard McClanahan.                    10·13·2004          12:10pm
Drive tractor/trailor - Mr Dependable    Dewey Ave off Joyce
7years.              Friday   evening .
Sod delivery  seen △ At  store                                        Cit 60/Speeding
        △ ARAb Store  5th /St Clair   across from KFC.
Express          went  to pay for beer
Market           △ At pay phone  going to use phone
                 let me use it first
                    no business phone   call elec. Co. turn it off
                 seen pull out $
                 you  must have  just got paid  big knot
                 shit  this ain't no  $  chicken change
                 loan me  20.00
                     got no $ to loan you
                     all that $ ° you can't loan  20.00
                        no.  my bill $
                 let me use phone  1st
                 no important call
                 thats ok  alright
                     made call  line busy
                 got in truck left


niece sold △ car  "Richard"
        see All time in neighborhood
at your house  5·6 yrs ago  when bought car
        put brakes On it .     Not been there 5·6 yrs.

City 000046

Knock on door
couch asleep    girlfriend couch bed
"Somebody at door Rick"
ask who it is
thought said Rob  because Rob coming over
for break job.  open door man come on open door
Answer door.
pistol   hit head rushed in
                    ↓
             Above L eye.
    down to couch bed
        You Know what this is
          "              "         Give it up

Give me that $    I don't have  no money man
shot IN R Leg     you just got paid yesterday all that $ you
         I Ain't got none   that was bill $   had.
              I told you that yesterday
         where's that telephone at now.
              Get that $
but Vic hid it forgot where it was  Crawling around
I don't Know where it is  getting dizzy
better get that $   Starts to draggin vic
around   cent might be in my boot
found $ in boot — 2 $20 bills
you got more than this all that $
yesterday.

City 000047

starts to Ransack house
girlfriend crying / screamin leaned up
I tld you don't look at me I got to Kill you now
no man shoot me again leave her alone
I'm going to kill you anyways you ain't got no $
cocked back hammer placed to head again
Give me the $ Last chance
" " " don't got any
heavin stuff around
took out door Left.
Go to Sister's
sister-in-law- & Girlfriend.
no phone at home.

M/B 5'9-6' Lt skin short nappy hair.
bushy eye brows just out prison drugs
grey hoodie hood up tied tight

Can ID.

M/B 27-28 Everett Middle Sch
Long do Richard Diggs. — Adidas boy.
Hamilton Reynolds Ave.
St Clair go N 1 house from alley Red brick
One happy family on R 1 sets back
turn L. 1 next to it nice cars

City 000048

Where your telephone at now?
Get the rest of that $ you just got paid.

FRIDAY    —         GRANT    700 A


5·7 YRS.            Rich. @ neighborhood.
Reynold Ave.          ?  stays.
                   —old paperwork    —

City 000049

1250 INdiANoLA    9:00A        12-04.2004

hAIRy eyebrows  -  Knew voice

                    phone at now u/F
where's your telephone at now

you just got PAID

---

SANJAY
DR. MehtA _M.D._                    Oct 8_
        4 SURGeRies.  -  / that day.
    2) monday
       3) weds / thurs

    4) 11-17-04

OTeRS ORthopedic TRAUMA  &  Reconstructive SURGery
       285 E. State St
          Suite 500
       Cols, Ohio 43215
          614 566 7777

City 000050

M/B, Lt SKiN. yellow    6'1   185#
6uN "Left hands.
        Strange eye's  — mean - evil
did not recognize voice   — yelling demanding
STARED at him.
        relized she was watchin him


        pointed to #5
            that him

City 000051

June 22. 2005
9:20AM.

JANETTE D. HARMON          12·30·1981
2279 SONORA DR
Grove City ~~State~~          43123
cell     284-4482

work - Broadview Health Center.
2 years
337-1066

Richard Horton.      -
fiance.                          wedding-July 1
Known him    14 mos.
engaged    2 mos.
Lived together    since JANUARY. 2005

will get / dates

At home Oct 09 2004
don't work on weekends -
burned leg at work 2 wks prior.
burned hot water on leg.
before she went to hosp.
Tues.

City 000052

Shopping. didn't go until 9 or 10.

**Friday.**

Worked until 2:30 -
took nap.  woke up @ 5:00
Δ not there ~~2:30~~ 3:00
Δ worked at popeye's. = Livingston/main
off at 4:30-5:00pm.
took Cota bus.
Always go to Gym & works out
Worlds Gym downtown
pu Δ Gym 9:30pm.
go home

what we always do
not specifically
did work that
Fridays till 4:30pm.

April -            he got paid every other Friday.
                                    nobody
Gastation BP/thorton's.

Alum Creek
Livingston.

_____

No drug Activity since dating
Does drink.


Light sleeper would have known
if he got up.

2002 Sebring.  -  Never driven CAR.

City 000053

Prison For crack/cocain
27 mos.

Met him 3 wks After he got out prison
met in May     out April.

Attorney Myron Swartz

not Aware of any drug use.
never Seen △ with Any GUNS.

No one else in home.
no kids together/ or living with..

City 000054



City of Columbus
Public Safety Department
Police Division
120 Marconi Boulevard
P.O. Box 15009
Columbus, Ohio 43215-0009

ROBBERY    Det. B WALKER 1176

JEANETTE HARMON
2279 SONORA DRIVE
GROVE CITY OHIO 43123

Division of Police • Columbus, Ohio          06-15-2005

This is to notify JEANETTE HARMON                to:

[X] Appear at the Columbus Police Headquarters, 120 Marconi Blvd.
on the 22 day of JUNE at 9:00 A.M.
Bring this notice with you and report to the:

☐ Burglary Squad - 5th Floor          ☐ Juvenile Squad - 5th Floor
☐ Interview Rooms - 5th Floor          [X] Detective Bureau - 6th Floor
☐ Accident Investigation Squad - 2nd Floor
☐ Narcotics Officer in the Report Room - 1st Floor

Telephone this Number: 645- 4665, IF YOU NEED TO CANCEL
Regarding RICHARD HORTON
Ask for Detective(s) WALKER

Intelligence Bureau     ☐ Economic Crime Unit     [X] Investigative Unit
U-21.104 (11/96)

City of Columbus
**Public Safety Department**
**Police Division**
120 Marconi Boulevard
P.O. Box 15009
Columbus, Ohio 43215-0009

ROBBERY   Det. B WALKER 1176

JEANETTE HARMON
2279 SONORA DRIVE
Grove City Ohio 43123

---

Division of Police • Columbus, Ohio        06-15-2005

This is to notify _Jeanette HARMON_ to:

☒ **Appear** at the Columbus Police Headquarters, 120 Marconi Blvd.
on the _22_ day of _JUNE_ at _9 : 00_ A.M. / P.M.
Bring this notice with you and report to the:

☐ Burglary Squad - 5th Floor          ☐ Juvenile Squad - 5th Floor
☐ Interview Rooms - 5th Floor          ☒ Detective Bureau - 6th Floor
☐ Accident Investigation Squad - 2nd Floor
☐ Narcotics Officer in the Report Room - 1st Floor

☐ **Telephone this Number:** 645- _4665, IF you Need to Cancel_

Regarding _Richard Horton_

Ask for Detective(s) _WALKER_

Intelligence Bureau     ☐ Economic Crime Unit     ☒ Investigative Unit
U-21.104  (11/96)

City 000056

# Witness Statement

## Columbus, Ohio • Division of Police

Name Janette Harmon  Sex F Age 23 Race BLACK

Address 2279 Sonora Dr.

City Grove City  State OH  Zip 43123

Cell ~~Home~~ Phone 614-284-4482 Work Phone _____

On Oct 9, 2004 Richard Horton was with me (Janette Harmon) doing our normal routine on that Saturday morning. I did not work on that Saturday morning so we were asleep at this time and then spent the rest of the day together.

1176  10:00AM
6-22-05

Report # _____

Case# _____

Detective _____

Signature _____

Date 6/22/05  Time _____

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 3 | PAGE 1 |
|---|---|---|
| OFFENSE Aggravated Robbery | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan Jr. | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-19-2004 |
| DETECTIVE Sam Sias #1871 | DETECTIVE Brenda Walker #1176 | SERGEANT |

INFORMATIONAL SUMMARY #3

SUBJECT:                    INTERVIEW WITH:

                           JANETTE D. HARMON, F/B/23
                           DOB: 12-30-1981
                           2279 SONORA DRIVE
                           GROVE CITY, OHIO 43123
                           CELL PHONE: 284-4482
                           WORK PHONE: 337-1066

On June 22, 2005, at approximately 9:00 a.m., Robbery Detectives Brenda Walker, #1176, and Sam Sias, #1871, conducted an interview with Ms. Harmon at Columbus Police Headquarters, 6th-floor, Detective Bureau.

Ms. Harmon was interviewed at the request of Prosecutor Nate Smith as an alibi witness for suspect **Richard Horton**. Ms. Harmon identified herself as Richard Horton's fiancée. She has known him for approximately 14 months. They have lived together at the above-listed address since his release from jail in January. They have been engaged for two months and plan to marry at the Franklin County Courthouse July 1.

Ms. Harmon started by saying that Mr. Horton was at home with her on October 9, 2004. She knew that, because it was a Saturday, and they do not work weekends. She remembered that October 9, 2004, was around the time she had burned her leg at work, but she couldn't remember the exact date of the injury.

Ms. Harmon continued by saying that on Saturdays, they always sleep in. Detective Walker asked if she would have noticed if Mr. Horton had gotten up and left. She said she was a very light sleeper and would have known if he had gotten out of bed. She could not remember any specifics about that day; only that they might have gone shopping. She could not say where or for what, nor could she provide any receipts.

Detective Walker asked Ms. Harmon if she could remember what they had done the night before, on Friday October 8. Again, she could not remember specifics but stated she would get off work at 2:30 p.m. and

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 3 | PAGE 2 |
|---|---|---|
| OFFENSE<br>Aggravated Robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan Jr. | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-19-2004 |
| DETECTIVE<br>Sam Sias #1871 | DETECTIVE<br>Brenda Walker #1176 | SERGEANT |

go home and take a nap.  Mr. Horton got off work that day at 4:30 p.m. from Popeye's Chicken, located at 2135 E. Livingston Avenue.  Mr. Horton would take the COTA bus and go to the World Gym downtown and work out.  She would pick him up at the gym around 9:30 and they would go home.  Again, she could not say specifically, only that that was what they always did—their normal routine.

Ms. Harmon stated that Richard Horton had not been involved in any drug activity that she was aware of since they have been dating.  She said she had never seen him with a gun.

Ms. Harmon stated she drives a 2002 Sebring.  She said that Richard Horton has never driven her car, as he does not have a valid driver's license.

Ms. Harmon was aware of some of Richard Horton's criminal history.

Ms. Harmon provided a short handwritten statement.  It will be maintained in the robbery File (#552-04).

Respectfully submitted,

*Brenda K. Walker* 1176

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 06-30-05

City 000059

**Photo Lab Work Order** ........ Columbus Division of Police

Press Firmly • Submit Both Copies to Photo Lab • Yellow Copy Will Be Returned

*Walker* *Robbery*

| REQUESTED BY NAME | ASSIGNMENT | PHONE EXT. |
| --- | --- | --- |
| | | *04-2107* |

*Richard McClanahan* *92-7 Loew* *Robbery*

| PROPERTY NUMBER | OFFICIAL REPORT # | PHOTO LAB CONTROL # |
| --- | --- | --- |
| SUBJECT NAME | LOCATION / ADDRESS | DATE - SCENE / OFFENSE |

❶ **Film** Processing & Proof Sheet ········ **Date** of Request _10/12/04_
# of Rolls __1__   ☑ Color  ☐ Black & White,  ☑ 35mm  ☐ 120  ☐ _____
☐ Notify for Pick-up  ☑ Division Mail,   Negatives: ☑ File  ☐ Return with proofs
Info (exposure problems, etc.): ........................................................................
..........................................................................................................*

❷ **Print** Processing ························· **Date** of Request ____ / ____ /
☐ Print CIRCLED Proofs ONLY   ☐ Print ALL without an " ✖ " over proof
# of Proofs/Prints _____   # of Prints Each _____ ,   ☐ Color   ☐ B&W
☐ 5x7  ☐ 8x8  ☐ 7x10  ☐ 8x10  ☐ 11x14  ☐ 16x20  ☐ 20x24  ☐ _____
☐ Pick-up  ☐ Mail, Info: ..........................................................................*

❸ **Copywork** Photos ······················ **Date** of Request ____ / ____ /
# of Originals _____   # of Copies of Each _____ ,  ☐ Color   ☐ B&W
☐ Polaroid  ☐ Negative  ☐ Slide,  Size: _____ ,  ☐ Pick-up  ☐ Mail

❹ **Video Tape** ································ **Date** of Request ____ / ____ /
☐ Duplicate Tape(s)   # of Originals _____   # of Copies of Each _____
☐ Still Prints - Specify: ....................................*,  ☐ Pick-up  ☐ Mail

❺ **Photographer Needed** ··············· **Date** of Request ____ / ____ /
☐ Photo  ☐ Video, **Date Needed:** ___ / ___ / ___ , Time: ___ : ___ AM/PM to ___ : ___ AM/PM
Location: ..........................................................................................
Use & event/activity: ............................................................................*

*Additional Info by Job # : .......................................................................
..........................................................................................................
..........................................................................................................
..........................................................................................................
..........................................................................................................
..........................................................................................................

| PHOTO LAB USE ONLY | | | | Twin Number |
| --- | --- | --- | --- | --- |
| Job # | Received in Lab | Lab Tech | Sent / Notified | *6733* |
| *1* | *10/12/04* | *CF* | *10/14/04* | |
| | / | | / | |

Remarks: ...............................................................................................

Complete and resubmit multi-use yellow copy if further processing is required on this job.
**Original** - Photo Lab File   **Yellow Copy** - Return with Completed Work

S-34.100 (3-91)
City 000060