# Exhibit 7

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Richard Horton, | Case No. 2:23-cv-3888 |
| Plaintiff, | |
| | Judge Algenon L. Marbley |
| v. | |
| | Magistrate Judge Elizabeth Preston Deavers |
| City of Columbus, et al., | |
| Defendants. | |

I, Andrea M. Weisenburger, of the Ohio Bureau of Criminal Investigation ("BCI"), having been first duly cautioned and sworn, and being under no disability that would prevent me from testifying herein, state from my own knowledge:

1. This affidavit is based on my personal knowledge of the facts set forth herein.

2. I am currently employed as a Forensic Scientist by BCI.

3. I was working as a Forensic Scientist for BCI on January 15, 2019, when Sara DeVine of BCI opened, took photographs of, and resealed a cartridge case that was provided to BCI by John DeFluiter on October 25, 2018 (the "Cartridge Case").

4. On September 19, 2019, I opened the Cartridge Case and began testing for DNA. Thereafter I made a DNA comparison using the DNA profile extracted from the Cartridge Case to a known standard from Richard Horton.

5. The version of BCI's DNA Methods Manual that went into effect July 1, 2019 is attached hereto as Exhibit 1.

6. Attached hereto as Exhibit 2 is a true and accurate copy of a document titled Methods Modifications for Ammunition DNA Collection and Extraction that outlines an

1

alternative procedure for the extraction of DNA from ammunition. The salmon sperm DNA extraction procedure outlined therein was utilized in testing the Cartridge Case.

7. As stated in Exhibit 2, the salmon sperm DNA extraction procedure is utilized to offset anticipated degradation of DNA with improved recovery. Degradation can result in an inability to detect DNA from an object that once contained DNA. Degradation can result from exposure to high temperatures and/or heavy metals or from the passage of time.

8. The results of the testing on the Cartridge Case are as reflected in the attached Exhibit 3.

9. Based on my DNA analysis, I have no knowledge of how, when, or why the DNA was deposited onto the Cartridge Case.

10. The testing for DNA that I performed on the Cartridge Case was performed before other BCI personnel performed NIBIN testing on the Cartridge Case. This is in keeping with BCI protocols that do not provide for DNA testing to be performed after NIBIN testing by BCI due to the possibility that DNA could be deposited on a cartridge case during NIBIN testing.

And further Affiant sayeth naught.

Andrea Weisenburger

Sworn to before me and subscribed in my presence on this _____ day of January, 2025.

**NOTARY (signature)**

**NOTARY (print)**

2

never
_____

**My Commission Expires**