# Exhibit 10

57776 - B34

FILED
COURT OF APPEALS
FRANKLIN CO. OHIO

2006 JUL -6 PH 4: 20

CLERK OF COURTS

IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO

CRIMINAL DIVISION          52124C03

- - -

State of Ohio,                    :

                    Plaintiff,    :

          vs.                     :     Case Number 05CR-01-146

Richard H. Horton,                :

                    Defendant.    :

                                  :

                  - - -

CONTINUED TRANSCRIPT OF PROCEEDINGS

Before the Honorable John F. Bender, Judge, on Friday,

February 3, 2006.

                  - - -

APPEARANCES:

     Messrs. Douglas P. Stead and Nathan T. Smith,
     Assistant Prosecuting Attorneys,

          On behalf of the Plaintiff, State of Ohio.

     Ms. Alissa R. Holfinger,
     Attorney at Law,

          On behalf of the Defendant, Richard H.
          Horton.

                  - - -

ON COMPUTER 7.

57776 - B35

2

Friday Afternoon Session,

February 3, 2006.

- - -

Thereupon, at 12:20 p.m. the jurors resumed their places in the jury box.

- - -

THE COURT: All right, we're back on the record, all parties are present except Mr. Shwartz, who is not with us this morning, but I take it that's okay with everybody at that table.

MS. HOLFINGER: Yes, Your Honor.

THE COURT: Very well, okay, you are here, Ms. Holfinger, we only need one.

So, I see they've elected you the forelady of the jury; is that correct?

JURY FOREPERSON: That is correct.

THE COURT: Have you reached verdicts in this case?

JUROR FOREPERSON: Yes, we have.

THE COURT: Would you please hand the forms to the bailiff.

All right. Defendant and counsel, please rise.

State of Ohio versus Richard Horton, Count One: "We, the jury in this case, being duly impaneled

57776 - B36

and sworn, find the Defendant Richard H. Horton guilty as to Count One of the indictment, to wit: Aggravated burglary.

"We, the jury in this case, being duly impaneled and sworn, having found Richard Horton guilty beyond a reasonable doubt of aggravated burglary as charged in Count One of the indictment further find beyond a reasonable doubt that the Defendant, while committing the offense of aggravated burglary, had a firearm on or about his person or under his control and that he used the firearm to facilitate the aggravated burglary."

Why don't you have her go on outside, it might be best.

Count Two: "We, the jury in this case, being duly impaneled and sworn, find the Defendant Richard H. Horton guilty as to Count Two of the indictment, to wit: Aggravated robbery of Richard McClanahan.

"We, the jury in this case, being duly impaneled and sworn, having found Richard Horton guilty beyond a reasonable doubt of aggravated robbery as charged in Count Two of the indictment, further find beyond a reasonable doubt that the Defendant, while committing the offense of aggravated robbery,

57776 - B37

had a firearm on or about his person or under his control and that he used the firearm to facilitate the aggravated robbery.

"Each of us jurors concurring in this verdict signs his/her name hereto this 3rd day of November, 2005." Appears to be signed by all members of this jury.

Ladies and gentlemen, in relation to Count One, I didn't ask you this, but is that your verdict --

THE JURY: Yes.

THE COURT: -- as to that count, you all agree on that?

THE JURY: Yes.

THE COURT: As to Count Two which I've just read, ladies and gentlemen, is that your verdict?

THE JURY: Yes, it is.

THE COURT: You all agree on that verdict?

THE JURY: Yes.

THE COURT: Very well.

Count Five: "We, the jury in this case, being duly impaneled and sworn, find the Defendant Richard H. Horton guilty as to Count Five of the indictment, to wit: Kidnapping of Richard McClanahan.

"We, the jury in this case, being duly

57776 - B38

impaneled and sworn, having found Richard H. Horton guilty beyond a reasonable doubt of kidnapping as charged in Count Five of the indictment, further find beyond a reasonable doubt that the Defendant, while committing the offense of kidnapping, had a firearm on or about his person or under his control and that he used the firearm to facilitate the kidnapping.

"Each of us jurors concurring in this verdict signs his or her name hereto this 3rd day of February 2006." Appears to be signed by all members of the jury.

Ladies and gentlemen, is that your verdict as to Count Five?

THE JURY: Yes.

THE COURT: Count Six, felonious assault: "We, the jury in this case, being duly impaneled and sworn, find the Defendant Richard Horton guilty as to Count Six of the indictment, to wit: Felonious assault of Richard McClanahan.

"We, the jury in this case, being duly impaneled and sworn, having found Richard Horton guilty beyond a reasonable doubt of felonious assault as charged in Count Six of the indictment, further find beyond a reasonable doubt that the Defendant, while committing the offense of felonious assault, had

57776 - B39

a firearm on or about his person or under his control and that he used the firearm to facilitate the felonious assault." Appears to be signed by each member of the jury.

Ladies and gentlemen, is this your verdict as to Count Six?

THE JURY: Yes.

THE COURT: Very well.

Count Seven, aggravated robbery of Rhonda Curry: "We, the jury in this case, being duly impaneled and sworn, find the Defendant Richard H. Horton guilty as to Count Seven of the indictment, to wit: Aggravated robbery of Rhonda Curry.

"We, the jury in this case, being duly impaneled and sworn, having found Richard Horton guilty beyond a reasonable doubt of aggravated robbery as charged in Count Seven of the indictment, further find beyond a reasonable doubt that the Defendant, while committing the offense of aggravated robbery, had a firearm on or about his person or under his control and that he displayed the firearm, and/or brandished the firearm, and/or indicated that he possessed the firearm, and/or used the firearm to facilitate the aggravated robbery.

"Each of us jurors concurring signs this

57776 - B40

7

verdict."

Ladies and gentlemen, is this your verdict as to Count Seven?

THE JURY: Yes.

THE COURT: Count Ten: "We, the jury in this case, being duly impaneled and sworn, find the Defendant Richard H. Horton guilty as to Count Ten of the indictment, to wit: Kidnapping of Rhonda Curry.

"We, the jury in this case, being duly impaneled and sworn, having found Richard H. Horton guilty beyond a reasonable doubt of kidnapping as charged in Count Ten of the indictment, further find beyond a reasonable doubt that the Defendant, while committing the offense of kidnapping, had a firearm on or about his person or under his control and that he displayed the firearm, and/or brandished the firearm, and/or indicated that he possessed the firearm, and/or used the firearm to facilitate the kidnapping."

Each of the jurors appears to have signed this form.

Ladies and gentlemen, is this your verdict as to Count Ten?

THE JURY: Yes.

THE COURT: Thank you. You may be seated.

Do you wish to have the jury polled?

57776 - B41

8

MS. HOLFINGER:  No, Your Honor.

THE COURT:  Very well.

Ladies and gentlemen, I want to thank you very much for your service here.  This was not a lengthy trial but a very difficult trial I think in many respects, and I know that you all worked very hard before arriving at this verdict.  I'm going to excuse you now and ask you to wait back there and I will come back and talk to you.  Thereafter, if you care to, the lawyers may wish to talk to you, they may not.  If they do, that is solely your decision whether or not you wish to talk to anybody about this case.  But, you are free once you are excused to discuss the case and your jury experience if you so desire so.  I'll be with you shortly.  Thank you.

- - -

Thereupon, at 12:28 p.m. the jurors retired from the courtroom, and the following proceedings were held in open court outside their presence and hearing:

THE COURT:  Well, as to Count Eleven, having a weapon while under disability, the Court having reviewed the evidence thoroughly enters a finding of guilty as to that count.

Now, you want a PSI?

MS. HOLFINGER:  I don't think that we need a

57776 - B42

9

PSI in this case, Your Honor.

THE COURT:  All right.  We are going to set sentencing --

THE BAILIFF:  Monday, Tuesday, Wednesday, take your pick.

THE COURT:  Which day works for you, Ms. Holfinger?

MS. HOLFINGER:  Any day should be fine, I think we'll be here.

THE COURT:  Why don't we do it Wednesday, is that okay with you, the 8th?

MR. STEAD:  I have a pretty busy grand jury morning.  If it's at 1:30 in the afternoon, that will be fine.

THE BAILIFF:  We can do that.

THE COURT:  We can do that.

MR. STEAD:  The morning is pretty busy for me.

THE COURT:  Please be seated for a moment.

What I would like from counsel on both sides, some idea of what they view the maximum penalty in this case to be, given all of the counts and given the provision of 2941.25.  In other words, do we have offenses that are allied offenses of similar import and, therefore, for purposes of sentencing merge?

10

57776 - B43

MR. STEAD: Kidnappings, on behalf of the State, we feel would merge since it was only restrain language on the kidnappings, the removal language having been removed.

THE COURT: Thank you. I was going to suggest that.

MR. STEAD: We would think the maximum in this case would be 38 years.

THE COURT: All right. Well, again, I leave it up to you. If you wish to present anything concerning that matter as far as the merging of offenses based on allied offenses of similar import, I will be willing to listen to that at that time.

MS. HOLFINGER: Okay, thank you, Your Honor.

THE COURT: And if you wish --

THE BAILIFF: Revoke bond?

THE COURT: Yes.

And if you wish to present additional evidence at that time, please feel free. Also, my view is that on the kidnapping of Rhonda Curry, that -- and I'll listen to argument on this Wednesday -- that I will probably on my own motion reduce that to an F-2.

MR. STEAD: In light of the fact that they would merge --

11

57776 - B44

THE COURT:  You don't care?

MR. STEAD:  -- I don't care.

THE COURT:  I wouldn't think you would.

MR. STEAD:  We would ask for bond to be revoked in this case.

THE COURT:  And it will be revoked.  All right.  We will back here next Wednesday at 1:30.

MR. STEAD:  Thank you, Your Honor.

THE DEFENDANT:  All I want to do is just, I want to get my cell phone to my mother-in-law.

A DEPUTY:  We'll go back there.

THE DEFENDANT:  I'm sorry, Your Honor, I didn't do it, I swear I didn't do it.

- - -

Thereupon, at 12:30 p.m. the sentencing of this cause was adjourned until 1:30 p.m., Wednesday, February 8, 2006.

- - -

57776 - B45

12

CERTIFICATE

I do hereby certify that the foregoing is a true, correct, and complete transcript of the proceedings in this matter on Friday, February 3, 2006, taken by me and transcribed from my original stenographic notes.

Jan Shenk, RMR, Official
Court Reporter.

- - -

52124C04

06 JUL -3 AM 10: 46
CLERK OF COURTS

FILED