# Exhibit 14

OB871 - N65

## IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
### CRIMINAL DIVISION

|  |  |  |
|---|---|---|
| **State of Ohio,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Case No. 05-CR-00146** |
| | : | |
| **Richard H. Horton,** | : | **Judge Andria Noble** |
| | : | |
| **Defendant.** | : | |

## ENTRY – *NOLLE PROSEQUI*

This day, upon application of the Prosecuting Attorney and for good cause shown, it is

ordered by the Court that *Nolle Prosequi* be entered in this indictment for the reason that the

State submits it can no longer prove the charged crimes beyond a reasonable doubt.


/s/ signature page attached
Judge Andria Noble


APPROVED:


/s/ Janet Grubb
Janet Grubb    0017522
First Assistant Prosecuting Attorney


/s/ Jason Manning
Jason Manning  0073707
Assistant Prosecuting Attorney


/s/ Steven Schott
Steven Schott  0097554
Assistant Prosecuting Attorney

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 May 25 2:35 PM-05CR000146

0B871 - N66

Franklin County Court of Common Pleas

**Date:**           05-25-2023

**Case Title:**     STATE OF OHIO -VS- RICHARD H HORTON

**Case Number:**    05CR000146

**Type:**           NOLLE PROSEQUI - CASE

It Is So Ordered

/s/ Judge Andria C. Noble

Electronically signed on 2023-May-25      page 2 of 2