# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

Richard Horton,              :

     Plaintiff,       :

     vs.              : Case No. 2:23-cv-3888
                       Judge Algeon L. Marbley
City of Columbus,            :
et al.,
                       :

     Defendants.      :

- - - - -

VIDEOTAPED DEPOSITION OF TRACY SMITH

- - - - -

Taken at Columbus City Attorney's Office
77 North Front Street, 4th Fl.
Columbus, OH 43215
November 14, 2024, 10:17 a.m.

- - - - -

Spectrum Reporting LLC
400 South Fifth Street, Ste. 201
Columbus, Ohio 43215
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

2

A P P E A R A N C E S


ON BEHALF OF PLAINTIFF:

     Loevy & Loevy
     311 North Alberdeen Street, Fl. 3
     Chicago, IL 60607
     By Alyssa Martinez, Esq.
     (Via videoconference)


ON BEHALF OF DEFENDANTS:

     Columbus City Attorney's Office
     77 North Front Street, 4th Fl.
     Columbus, OH 43215
     By David J. Dirisamer, Esq.
        Alana Valle Tanoury, Esq.


ALSO PRESENT:

     Gregory Castetter - Videographer
     Kim Riddel - Reporter in Training
     Doug Girard - City Attorney Paralegal

3

Thursday Morning Session

November 14, 2024, 10:17 a.m.

- - - - -

S T I P U L A T I O N S

- - - - -

It is stipulated by counsel in attendance that the deposition of Tracy Smith, a witness herein, called by the Defendants for cross-examination, may be taken at this time by the notary pursuant to notice and subsequent agreement of counsel; that said deposition may be reduced to writing in stenotypy by the notary, whose notes may thereafter be transcribed out of the presence of the witness; that proof of the official character and qualification of the notary is waived.

- - - - -

4

I N D E X

Examination By                                            Page

Mr. Dirisamer - Cross                                        6
Ms. Martinez - Cross                                        76
Mr. Dirisamer - Further Cross                              108
Ms. Martinez - Further Cross                               112
Mr. Dirisamer - Further Cross                              113


Exhibit                                                   Page

Exhibit 1 - Transcript of Trial                            34

(Exhibits attached electronically.)

5

THE VIDEOGRAPHER:  The following deposition of Tracy Smith is being taken on November 14th, 2024 at 77 North Front Street, Fourth Floor, Columbus, Ohio, in the case of Richard Horton versus City of Columbus, et al., in the United States District Court, Southern District of Ohio, Eastern Division, Case No. 2:23-cv-3888.  The court reporter is Natalie Ward and the videographer is Gregory Castetter. This deposition is being recorded by Spectrum Reporting LLC.

We are on the record at 10:17 a.m. Will counsel please announce their presence.

MR. DIRISAMER:  David Dirisamer, counsel for Defendant, City of Columbus and Brenda Walker.  My colleague Alana Tanoury is here with me, along with our paralegal Doug Girard.

MS. MARTINEZ:  Alyssa Martinez on behalf of Plaintiff Richard Horton, appearing remotely from Chicago.

- - - - -

6

TRACY SMITH

being first duly sworn, testifies and says as follows:

CROSS-EXAMINATION

BY MR. DIRISAMER:

Q.          Good morning, ma'am.  Can you please state and spell your name for the record.

A.          Tracy McClanahan Smith, S-m-i -- T-r-a-c-y, M-c-C-l-a-n-a-h-a-n, S-m-i-t-h.

Q.          And so is McClanahan now your middle name?

A.          McClanahan is my maiden name.

Q.          Okay.  So your name right now is Tracy Smith?

A.          Yes.

Q.          But it used to be Tracy McClanahan?

A.          Yes, that's my maiden name.

Q.          Okay.  Just very briefly today, obviously this is a deposition, it's a question and answer format.  You know, there's a video, but also everything is being taken down by the court reporters, so everything that both of us say.  So as a result, I would just ask that I will attempt not to speak over you, and I would ask that you

7

not speak over me just, so we can get a clear record for the court reporters.

Does that make sense?

A.      Uh-huh.

Q.      Okay.  And then in the same way -- and I'll try to do this, I'm not always the best at it, but I'll try to speak slowly so they can take down the questions that I'm asking, and I would ask if you could try and speak slowly as well so they can take down your answers.

Is that okay?

A.      Yeah, that's fine.

Q.      All right.  And then I know it's on video, but because we do have the written record, every question needs to have a verbal answer, so whether that's yes or no, something like that, instead of just nodding or your shaking your head.

Does that make sense?

A.      Yes.

Q.      Okay.  And then I'm hoping this doesn't go too long today, but it's --

A.      It shouldn't go too long because I'm very upset that I'm here and had to miss a day of work for something that I have no knowledge of, of

8

what took place, what happened, whatever.  Just from hearsay, because that's my uncle.

Q.          I apologize, again, for the inconvenience.  We'll try to minimize that and, you know, be efficient today.

          But if you do need a break at any time to use the restroom or get a drink or something --

A.          No, I shouldn't need a break.  This should be very quick.

Q.          Okay.  But if you do, just ask, please.

          Is there any reason that you can't testify truthfully and completely today?

A.          No.

Q.          Are you on any medication that would affect your memory or anything like that?

A.          No.

Q.          And do you have any memory -- health issues or anything else that would affect your memory?

A.          No.  I take medication, but it shouldn't affect my memory.

Q.          Okay.  And you said that your maiden name was McClanahan, right?

A.          Uh-huh.  Yes.

9

Q.        And your current last name is Smith?

A.        Yes.

Q.        Have you had any other last names?

A.        No.

Q.        Okay.  What's your current address?

A.        3498 Derbyshire Drive, Apartment B, as in boy, Columbus, Ohio 43224.

Q.        All right.  And what's your current phone number?

A.        Area code 614-774-9767.

Q.        Okay.  Have you ever given a deposition before?

A.        Never.

Q.        Okay.  Have you ever testified in court before?

A.        Never.

Q.        Okay.  Did you do anything to prepare for this deposition today?

A.        No.

Q.        Okay.

A.        There's nothing to prepare for.

Q.        All right.  So you didn't review any documents?

A.        Huh?

10

Q.          You did not review any documents?

A.          No, I don't have no documents to review, but what someone sent to my house and gave to somebody.

Q.          Okay.  And you didn't speak with anyone in preparation for this deposition?

A.          No, no preparation.

Q.          All right.  You mentioned the subpoena that you received.  Did you speak with anyone about that subpoena?

A.          My mother, my Uncle Ricky -- Richard McClanahan's sister.

Q.          Okay.  And what's her --

A.          Because we live together and it came there, and that's when they -- they handed it to my stepfather and they called and asked me what was it, and I told them.

Q.          Okay.  And your -- what's your mother's name?

A.          My mother's name is Beverly.

Q.          And her last name?

A.          McClanahan.

Q.          And you said that she is Richard McClanahan's sister?

11

A.        Yes.

Q.        And that you live with her at the Derbyshire address?

A.        Yes.

Q.        All right.  Have you spoken with anyone else about today's deposition?

A.        No.

Q.        Or about the subpoena that you received?

A.        No.

Q.        Okay.  Let's talk a little bit about your family for a moment.  Was Richard McClanahan your uncle?

A.        Yes.

Q.        Okay.  And he was your mother's sister, as you just said?

A.        Mother's brother.

Q.        Mother's brother, I'm sorry, yes.

          Was Rhonda Curry his girlfriend for a period of time?

A.        Yes.

Q.        And did they live together?

A.        Yes.

Q.        And do you recall them living at an

12

address on Loew Street?

A.          I don't remember the address, but I remember the house sit back.

Q.          Okay.  Was it on a street with --

A.          It was by my grandfather's house, Gilbert, Gilbert and 5th Avenue.  You go down the road, and it sits just right there by itself. It's not there no more.  I think somebody bought it and knocked it down or something.  I don't think it's there anymore.

Q.          Okay.  So it was set back from the street, you were saying?

A.          Yeah, it was sit back from the street.

Q.          And do you recall, was there only maybe two houses or something on that street?

A.          I don't remember, man.  That was so long ago.

Q.          Okay.  But you said it was by Gilbert and 5th Avenue?

A.          Yeah, down from my grandpa.

Q.          Okay.  And where did your grandfather live?

A.          He lived at 1417 Gilbert, off of Joyce.

Q.          Okay.

13

A.          He owned property throughout there. I'm not sure if that was one of his houses my Uncle Ricky was living in because it was so long ago.  It might have been one of his houses.  I'm not sure.

Q.          Okay.  Are you still in contact with Rhonda Curry today?

A.          Yeah, that's my aunt.

Q.          Okay.  When was the last time you saw or spoke with her?

A.          Last time I saw her probably was a while ago.  The last time I talked to her, she got something from Court or something about this stuff.

Q.          Okay.  And did you -- so you talked to her about whatever she received related to --

A.          Yeah, she said that she got something, something about the City of Columbus.  I don't really remember, because I was in a rush, but, yeah, she received something, then same with my cousin, Kimberly, her daughter, they received something, then I received something.

Q.          Okay.  And sticking with your conversation with Rhonda for a second, did you

14

talk at all about this case or her role in it?

A.     I did ask why are they bringing this up.  This is over -- at least over 18 years ago, maybe 20 years ago, what's going on.  And she briefly said that, well, Richard was out and DNA showed that it wasn't him or something, and that was that.

Q.     Do you recall exactly what she said about DNA?

A.     No, she just said that he's out and that supposedly DNA -- it was all over the news, too.  I seen it on the news myself when he got let go.

Q.     Okay.

A.     But I didn't see it; someone sent it to me.  Long story short, it was brief, she just was saying that's what it's about.  She didn't know why they were bringing it back up or whatever, and we just got to find out and let each of us go, so...

Q.     In your conversation with Rhonda, did she say anything about this case that you didn't already know from the news?

A.     No.

15

Q.          And you mentioned speaking with Kim Curry as well?

A.          Yes, that's my cousin.

Q.          Okay.  And was that also a fairly brief conversation?

A.          Yeah, it was real brief.

Q.          Did you learn anything from that conversation you didn't already know from the news?

A.          No, I already new from the news and the articles that when he got out, people sent it around.  You know, people talk and --

Q.          Okay.  Sticking again with the family for a little moment.  You mentioned that your mom, your mother, is Richard McClanahan's sister.

Did he have other siblings?

A.          Yeah.

Q.          How many?

A.          My Aunt Debbie, she passed away from SIDS when she was little.  My Aunt Cynthia passed away about four or five years ago.  My uncle Rosco, he was murdered -- I had to be a little kid, it had to be in the '80s -- New Year's Day. There's one more left.  My Uncle Dale, he's alive.

16

The only living siblings that my Uncle Ricky has is my mother, which is the oldest, and my Uncle Dale, which is the baby.

Q.        Okay.  We've talked about your mother. Do you know where your Uncle Dale lives?

A.        No.  I mean, I don't know his address or nothing.

Q.        Is it in Columbus?

A.        Yeah, he lives in Columbus.

Q.        Okay.  And how many siblings -- do you know how many siblings Rhonda Curry has?

A.        I don't know how many siblings Aunt Rhonda has.

Q.        Okay.  We talked about your mother.  Is your father still living?

A.        No, my father passed away, my biological father.

Q.        You mentioned a stepfather as well.  Is -- what's his name?

A.        His name is Christopher.

Q.        And he lives with you-all at the Derbyshire address?

A.        Yes.

Q.        Okay.  How many siblings do you have?

17

A.          Two.

Q.          And what are their names?

A.          Ricky and William.

Q.          Okay.  Last name McClanahan?

A.          Uh-huh.

Q.          Okay.  Do they both live in Columbus?

A.          Yes.  William in incarcerated.

Q.          Okay.  Do you have any kids?

A.          No.  My dog, my fur baby.

Q.          All right.  Okay.  So we've talked a little bit about this, but I want to turn to this case.

            What do you know about this case?

A.          I don't even really remember nothing about it until you-all started serving people, and then the news showed that he got released and people sent -- and I read up on the article.  I don't even remember, it's been so long ago.

            I remember my uncle was in the hospital.  My mother got a phone call, and she had to tell me, that's the only way I could have known, and that my uncle was hurt.  That's all I remember.  I don't remember anything else.

Q.          Okay.  And, you know, I get that.  I

18

want to talk through some things.  I know it's been a long time, but I want to talk and just see what you do remember.

Let's -- let's start with this:  Do you know Richard Horton?

A.        Yes, he lived in our neighborhood.

Q.        Okay.  When you say lived in your neighborhood, where -- where did he live?

A.        I'm not -- I don't remember where he lived.  He even might have went to school with us. We lived on Lexington.  I think you would call that the Milo area, Lexington.  I don't remember the address.

Q.        So you lived on Lexington Avenue?

A.        Yeah, I lived on Lexington.  I can't remember where Richard lived, but I know he used to go to the recreation center, Milo Grogan Recreation Center.  I think he went to school with us.  I just can't remember.

Q.        Okay.  Well, let's take a step back for a moment.  So when you lived -- well, first of all, do you remember what years you lived on Lexington?

A.        No.

19

Q.        Okay.  But this was while you were --
do you remember what age you were when you lived
there?

A.        I don't remember.  I was in school
still.  Well, I remember I went to Whetstone High
School, because I played varsity basketball and I
was a freshman in ninth grade, that's when I
started Whetstone High School, freshman year.  I
just don't remember how long we lived there.

Q.        So you said you went to West Lawn High
School for your freshman --

A.        Whetstone, yeah.  I graduated from
there, went there through ninth through twelfth.

Q.        Okay.  And what year did you graduate?

A.        '93.

Q.        Okay.  And did you live on Lexington
the whole time you were in high school?

A.        I want to say something happened where
the landlord did some phoney stuff and sold the
house and my mom and them were still paying rent,
and I think we had to move to the west side, if I
remember.  It's been so long ago.

Q.        Yeah, I understand.  But you think you
moved to the west side sometime while you were in

20

high school?

A.        It could have been before or after, because I went to Westmoor Middle School, and I remember we were within walking distance, but my dad used to take us to school.  So I don't know.

Q.        Okay.  All right.  While you were living on Lexington, who lived there with you?

A.        My family, my siblings, my dad and my mom.

Q.        Okay.  And you said that you would -- you knew that Richard Horton lived in the neighborhood?

A.        Yeah, I just don't remember where he lived.  He had to live in the neighborhood because I know he was at the recreation center sometimes with us.  He knew everybody we know, like the same area.  But I just don't remember where he lived.

Q.        So you remember seeing him at the rec center?

A.        I remember when I was younger seeing him a few times.

Q.        And that's why you think he lived in the neighborhood?

A.        Yeah, I -- that's what would make me

21

think that he lived in the neighborhood.  I just don't remember where he stayed.  It had to be the neighborhood because he was around, I do remember that.

Q.          Okay.  Do you recall him ever living on Reynolds Avenue?

A.          No.  I don't even know where Reynolds Avenue is.

Q.          All right.  And when you say you recall seeing him in the neighborhood, was this while you were in high school, after you were in high school?  Do you know when it was?

A.          I don't remember.

Q.          Did you ever go to school with Richard Horton?

A.          I want to say he went to school with us, but I don't know what year.  And I know -- he's not the same age as me, I don't believe, so he wasn't in none of my classes.  I can't remember if he was in any of my classes.

Q.          Okay.

A.          I just remember he was different.  He was -- he was just different.  I don't know if he was in our class or not.  He wasn't a bad

22

different, but he was just weird, like -- it wasn't a bad weird, though, or different.  It just -- I don't know.

Q.        Yeah.  You said you knew some of the same people as Richard Horton.

Who were those people?

A.        Some of the people in the neighborhood, the kids we grew up with.  Kyle -- most of them has been murdered, killed.  Kyle, I can't remember Kyle's last name.  He lived about five houses down from us.  It was a few people.  I can't remember all their names.  That was so long ago.

Q.        Sure.  Was it possibly Kyle Ramsey?

A.        Yeah, Damika Ramsey's his sister.  It is Ramsey.  Yeah, he was murdered.

Q.        So that was somebody that Richard Horton was friends with?

A.        I think he knew him because he was in the neighborhood.

Q.        And that was someone that you knew as well?

A.        Yeah.

Q.        All right.

A.        Javonne, I can't remember his last

23

name.  They were like popular in the neighborhood.

I just don't remember his last name.

Q.        And that was somebody else that Richard Horton was friends with?

A.        Yeah, he would know him.  I can't say who his friends was.  I don't remember who he hung around or nothing like that.  I just remember, like I said, him being weird, different, but not in a bad way, just, I don't know.

Q.        Yeah, can you describe what you mean by weird, different.

A.        I don't know.  Like, you know how some people don't fit in with a crowd or something, but it wasn't in a bad way.  I can't recall nothing -- he was always polite to me that I remember of. Like, I never had a run-in or anything with him. So it wasn't in a bad way at all.  I don't know.

Q.        Okay.  Do you recall Richard Horton ever being in trouble with the law, getting arrested?

A.        That, I don't know.

Q.        Okay.  All right.

A.        Most of my -- most of my time, summers and stuff, I spent it at my godmother's house, so

24

I really didn't be in the neighborhood all like that a lot.  Because I was the only girl, so I went with my godsisters in the summertimes and on breaks and stuff.

Q.        And where was that?

A.        It was out west, different places.  My godmom moved around sometimes.

Q.        All right.  Did you ever attend Everett Middle School?

A.        Yes, I did.

Q.        Okay.  Do you recall what years?

A.        I don't remember what year, but I remember.  It's off of 5th Avenue.  Yeah, I went there for middle school, went there and Westmoor.

Q.        Okay.  So you did go to Everett Middle School at some point.  You don't recall exactly when?

A.        No.

Q.        Okay.  Do you recall if Richard Horton ever went to Everett Middle School?

A.        I don't remember.  I just can't remember.  He had to go to school somewhere with us, but I don't remember what school.  It's been so long ago.

25

Q.          Okay.  So you think at some point he went to school with you, but you don't recall if it was at Everett Middle School or somewhere else?

A.          I don't remember what school.  In my mind, I'm thinking he had to go to school with us because he was in the neighborhood.  And if he was in the neighborhood, hanging in the neighborhood, then -- when we were young like that, then you had to go to school and you lived out that way.

So I don't know.  I really don't remember.  I can't remember everything I did yesterday, to be honest.

Q.          Okay.  And after you graduated from high school, did you continue living on Lexington?

A.          No, we moved.  Yeah, we stayed there for a little bit, and then my parents split up. So we stayed there for a little while, and then we moved where we at now.  Not in the same apartment. We've been living out there, like, over 20 years, it's called Carriage Houses, the Derbyshire, but we lived in three different apartments.

When we first moved out there, we lived where you've got to go inside a building, then we moved to the end as we got older, and then where

26

we at now is in the middle.

Q.        Okay.

A.        Because it kept flooding where we lived.

Q.        Okay.  So you graduated high school, you said, in 1993?

A.        Yeah.

Q.        Do you think -- and we're talking about when you saw Richard Horton in the neighborhood, it was while you were in high school.  Do you think you saw him in the neighborhood in the five years after you graduated high school, so from 1993 to 1998?

A.        I don't know.  I didn't -- like I said, I didn't really stay in the neighborhood much.  I was always gone because I have two brothers and I always wanted to go with my godsisters and my godmom.

Q.        Okay.  And you don't know whether you would have seen him, let's say, five to ten years after you graduated high school, 1998 to 2003?

A.        I don't remember.

Q.        Okay.  All right.  Do you recall ever selling a car to Richard Horton?

27

A.            That I really don't remember, but if the BMV said that I sold him a car, it's possible. But I just -- I don't even remember what kind of car it could have been.

Q.            Well, do you recall ever driving an Oldsmobile Cutlass?

A.            Yes, I do, just for a short period of time.  My ex-husband, we had got it from somebody, and as soon as we got it, they stole it, took the music out of it, and it had wheels on it, rims on it, so it was sitting on bricks.  I remember that.

Q.            So you recall driving an Oldsmobile Cutlass, but your memory is it was stolen?

A.            Yeah, it was stolen.  It was stolen and stripped, and then it was recovered.

Q.            Okay.

A.            And after that, I don't remember.  So if the BMV said I sold a car -- I mean, I trust the BMV.  I just don't remember selling him a car.

Q.            Okay.  So you don't remember -- you don't remember selling Richard Horton a car, but you did drive a Cutlass?

A.            I didn't really get a chance to drive it after we bought it.  It was -- we always

28

believed the people who sold it to us came back and took the stuff.

Q.        Got it.

A.        Took the music out and took the wheels out.  That's my story, and I'm sticking to it.  I believe that it was a dirty game back then.  I believe that's what they did.

Q.        All right.  And so after that, you said the car was stolen and then recovered?

A.        (Indicates affirmatively.)

Q.        Is that a yes?

A.        Yes.

Q.        And then after it was recovered, you don't recall what happened to it?

A.        I don't remember.

Q.        So it is possible that you sold it after it was recovered?

A.        Yeah, it's possible.  If it's on BMV records -- I mean, I trust the BMV.  I had to have a title or something.

Q.        Well, and let's back up for just a second.  Do you recall your Uncle Richard McClanahan ever doing work on cars for you?

A.        Yeah, he worked on cars for everybody.

29

Q.          Okay.  Like fixing brakes, stuff like that.

A.          In the family, yeah, that's what he did, besides my grandpa's trucking business, they drove dump trucks, and my grandpa owned property. Yeah, my Uncle Ricky, there ain't nothing he couldn't do.  He could fix anything.

Q.          Okay.  And when he would fix brakes on your cars, would he do that at his house?

A.          He would fix cars at his house.  You would pull up in the driveway, and he would -- he fixed a few of my cars, I believe, throughout the years.

Q.          Okay.  Do you ever recall him fixing a car right before you sold it to somebody?

A.          I don't know.  I really don't remember.

Q.          Okay.  Could have happened, but you don't remember?

A.          Yeah, it could have, but I don't remember.

Q.          Okay.  And do you recall ever selling a car to someone at Richard McClanahan's house?

A.          I don't remember.

Q.          Okay.  Could have happened, but you

30

don't remember?

A.          It could have happened, but I don't remember.  I don't even remember what happened to the car after it got stolen.

Q.          All right.  Fair enough.  I want to turn back now to the -- and we'll talk -- you mentioned the robbery itself, and we'll talk about that in a minute, but I want to talk about the criminal trial of Richard Horton a little bit.

Are you aware that Richard McClanahan and Rhonda Curry both testified at that criminal trial?

A.          Yes, I remember that.

Q.          Okay.  And that they identified, at that trial, Richard Horton as the robber?

A.          I remember.

Q.          Did you attend any part of that trial?

A.          Not one part of it, that I remember -- that I remember of.  My memory is off of what was said from Uncle Ricky, which has passed away, and Aunt Rhonda.  That's my memory -- of course, we family, like what happened, you know what I mean.

Q.          Uh-huh.

A.          Yeah.

31

Q.          Okay.  And we'll get in to in a minute what you remember talking to them about.  Just sticking with the criminal case for a moment.  Are you aware that Richard Horton appealed his conviction and sought his release from prison several different times?

A.          I didn't know that he was appealing it, but when he got out, it hit the news, different people, like I said, called and said things like, wow, you know, he's out, DNA proved it wasn't him, and so on and so on.

Q.          Okay.  All right.  And do you recall specifically who told you that?

A.          No.

Q.          Okay.  Did you attend any proceedings related to --

A.          I don't remember attending anything.

Q.          Okay.  All right.  And you've talked about seeing some things on the news.  Did you do any specific research into his criminal case or his release from prison, anything like that?

A.          I did read the article that he got released and the people -- the team that was helping him that exonerate people, like help

32

people that's wrongfully imprisonment.  I read the article.

Q.        And it was an article from the news station or newspaper?

A.        You Google it.

Q.        Okay.  So you read that article. Beyond that, haven't really looked into it?

A.        Right.  I mean, it's been so many years ago, it's just like went away.  Then my uncle passed away.

Q.        Okay.  And are you aware that Richard Horton is claiming, despite Richard McClanahan's and Rhonda Curry's identifications of him at his criminal trial as the robber, that he did not commit the aggravated robbery?

A.        Yeah.

          MS. MARTINEZ:  Objection to that question.

Q.        And are you aware that this is a civil case filed by Mr. Horton against the City of Columbus in which he's seeking monetary damages?

A.        Yeah, it says it on the thing.

Q.        Okay.  Have you read the complaint in this case?

33

A.          No.

Q.          All right.  And have you done any research into this case specifically?

A.          No.

Q.          Read any articles about it?

A.          Just the articles that I read when he got released.

Q.          Okay.  But no further articles about this lawsuit?

A.          No.

Q.          And have you talked to anyone about this case?

A.          No.  You asked me that a while ago.

Q.          I'm sorry.

A.          No, you're good.

Q.          All right.

MR. DIRISAMER:  Alyssa, I'm going to be referring to the testimony from the criminal trial.  I assume you have that.

Do you need me to provide it to you?

MS. MARTINEZ:  No, I can bring it up. If you can just tell me the Bates stamp of the pages you're going to be on.

MR. DIRISAMER:  Yeah, give me one

34

moment.

MS. MARTINEZ:  Okay.  Thanks.

MR. DIRISAMER:  It's going to be --
it's page 99 of the transcript, which is
Bates-stamped City 4386.

MS. MARTINEZ:  Okay.

Q.        Okay.

MS. MARTINEZ:  Just to clarify, I think
I'm on a different version.  On the top left, is
that 5776-C68?

MR. DIRISAMER:  Yes.

MS. MARTINEZ:  Okay.  Great.

Q.        Okay.  I've handed you what we'll mark
as Exhibit 1.

- - - - -

Thereupon, Exhibit 1 is marked for
purposes of identification.

- - - - -

Q.        Sorry, let me do that and then we'll go
back.  And I'll represent to you that this is
testimony from Richard Horton's criminal trial,
and this specific portion we're looking at is
testimony that was given by Rhonda Curry.

So starting in the middle of this page

35

right here.

A.          This whole thing?

Q.          Don't worry, we're not going to do the whole thing.  Just some short parts of it.

So the middle of this page, do you see, there's a question there -- this is a question from the attorney, and then the answers are from Rhonda Curry.

It says:  "Have you had any contact with Mr. Horton?"  That was the question.

"ANSWER:  Not -- not at this time, maybe years prior to that.

"QUESTION:  How did you know him years prior to that?

"ANSWER:  He bought a car from Rick's niece.

"QUESTION:  Do you know him any other time?

"ANSWER:  No.

"QUESTION:  Were you present when he bought the car?

"ANSWER:  Yes.

"QUESTION:  Where was that?

"ANSWER:  At 927 Loew Street.

36

"QUESTION:  Can you give any more details about that?"

And then on to the next page.

"ANSWER:  No, not really.  It was just Rick sold the car, his niece Tracy, was there and collected the money and was gone.

"QUESTION:  How long did that take?

"ANSWER:  Maybe an hour for them to get it started and check the oil and all."

Does that -- well, first let me ask you this question:  Do you think that's referring to you?

A.          I guess.  That's what it sound like.

Q.          You don't know of any other niece named Tracy?

A.          No.  It's referring to me.  He only has one niece named Tracy, and that's me.

Q.          Okay.  All right.  And I know we've talked about this a little bit, but does that change any -- does that help your recollection at all of --

A.          Yeah, if it say I sold him a car, I must have sold him a car.  I just don't remember.

Q.          Okay.  And you just don't remember

37

anything about -- about that sale?

A.        No.  I really don't.

Q.        Okay.

A.        I can't sit here and say, yeah, I remember that day and exactly.  I don't remember.

Q.        All right.  That's fine.  All right. If you could go back to page 55.

A.        Go back.  Is that right?

Q.        No.

A.        Oh, that's 86.  I'm looking at the --

Q.        No, I'm sorry, let me -- if you don't mind, I'll just -- yeah, it's these numbers.  I'm sorry, there's multiple sets of numbers.  But let's do it this way.

Okay.  Right there.  And this is still testimony from the criminal trial.  This is now Richard McClanahan's.  So the questions will be from the attorneys.  The answers from Richard McClanahan.

Question says:  "How did you know him?

"ANSWER:  Back seven, eight, ten years ago, something like that, my niece had a car she wanted to sell and she sold it to him, to Richard. She said it was at the police impound.  They towed

38

it from the police impound to my house, where I put brakes on the car. Before she would let him have it, I had to put brakes on the car.

"QUESTION: Okay. And the person that she sold the car to was the man that you encountered in the parking lot?

"Yes.

"Where did you" -- okay.

Sorry, we can strike that last question. It was just the -- just that question and answer.

Does that -- you mentioned that the Oldsmobile Cutlass you had got stolen and then it was recovered. When it was recovered, did it come back from the police impound?

A.         I don't remember. I really don't. Like I said, I don't even remember what happened to the doggone car until this came up saying that I sold it to him. I just know I didn't drive it. I might have drove the car one time it got -- and that was from buying it.

Q.         Yeah.

A.         And then that night I got ripped off.

Q.         Yeah. But when you said it was

39

recovered, you don't recall how it was recovered or from where --

A.        It was found somewhere, and I know it had to get towed because it was on bricks.  It didn't have no wheels.

Q.        Yeah, okay.

A.        I remember that.

Q.        Okay.  So it was towed -- it was towed from somewhere.  Do you remember where it was towed to?

A.        I don't even remember where they found it at.

Q.        Okay.  All right.  We talked a little bit -- and I'm sorry I'm skipping around a little bit.  We talked about the -- talking about this Cutlass.

Do you recall anything about that car? What year it was?

A.        Nothing.

Q.        What color it was?

A.        I remember it was a pretty color, like champagne, like pinkish.  It had a nice paint job on it, nice wheels, nice deck back then -- back then it was decks.  You pull them out, take the

40

face off the deck.  I remember that, but...

Q.          Okay.  Okay.

A.          But, yeah, it was, like, a pink color, real pretty Cutlass.

Q.          Do you know if it was a two-door or a four-door?

A.          It was a two-door because I never had a two-door car in my damn life.  It was a two-door, I believe.

Q.          Okay.

A.          And that was weird.  Two-doors are weird.

Q.          Yeah.  And do you know -- I know you don't know exactly what year it was.  Was it in 1980s?

A.          I don't know what that year that car was.  I didn't even want the car.  My ex-husband wanted me to get the car.

Q.          All right.  All right.  Fair enough. If you could go just a few pages ahead to page 59. Okay.  Let me get there with you.

             Okay.  Now, again, this is the testimony from Richard Horton's criminal trial. This is the testimony of Richard McClanahan.  I'm

41

going to start close to the bottom, about maybe four lines up from the bottom.

A.          Uh-huh.

Q.          It says -- and, again, the questions are the attorney; the answer is Richard McClanahan.

"QUESTION:  What name were you able to give her at that point?

"ANSWER:  Richard.

"QUESTION:  Okay.  Did you explain to her how you knew Richard?"

Going on to the next page.

"ANSWER:  Yes.

"QUESTION:  The part about the selling the car?

"ANSWER:  The car, yeah, I told her.

"QUESTION:  Did Detective Walker ask you to attempt to determine the last name of Richard?

"ANSWER:  She asked me did I know it, I told her, no, I didn't, but I could get it.

"QUESTION:  Okay.  Did she ask you to do that?

"ANSWER:  Yes, she asked me to get the

42

last name.

"QUESTION:  Did you -- in fact, when you got out of the hospital -- attempt to get the last name of Richard?

"ANSWER:  Yes, I did.

"QUESTION:  Who did you contact to get it?

"ANSWER:  My niece who sold him the car.

"QUESTION:  Okay.  Was your niece able to provide you with a last name?

"ANSWER:  Yes, she was through a yearbook.

"QUESTION:  And the last name was?

"ANSWER:  Horton, Richard Horton."

Do you recall Richard McClanahan contacting you at any time to get the last name of someone names Richard?

A.       I don't remember, but it's possible, because my Uncle Ricky didn't know Richard's last name, so I had to tell him the last name, because I knew his last name from the neighborhood, and I think he went to school with us, me or my brother. Somewhere he went with us because he was in the

43

neighborhood.  He used to be at Milo Grogan hanging with some of the people in the Milo area, but, like I said, most of them are dead now.

Q.          Do you recall ever looking through a yearbook to find the last name?

A.          I don't remember.

Q.          And do you recall ever giving Richard McClanahan the last name Horton to go with the first name Richard?

A.          I had to.  If my uncle asked me what his last name was, I'm sure I knew his last name, because his name is Richard, like -- the name runs long in my family.  It came from my grandfather's father, passed on down.  My dads name, brother, nieces and -- I mean nephews.

But, yeah, I probably did tell him the last name, got the last name for him, because I knew Richard's last name.

Q.          It sounds like you've always known Richard Horton's last name?

A.          Yeah.

Q.          So in October 2004 you, would have known his last name?

A.          Yes.

44

Q.        And if Richard McClanahan had asked you for that last name, you would have given it to him?

A.        Absolutely I would have.

Q.        All right.

A.        But I don't remember looking through a yearbook to get it.

Q.        Okay.  All right.  Do you know whether Richard Horton ever sold drugs?

A.        I don't know.  I don't get in people's business.  I don't remember if he did or he didn't.

Q.        Okay.  So you don't remember -- it's possible he did, but you're not sure?

A.        I mean, I don't know.  I don't -- yeah, I don't remember.  I don't get in people's business about stuff like that.  It's not my business what he do or did, if he sold drugs.  I never seen him sell no drugs, so I can't speak on that.

Q.        Okay.

A.        But as everybody knows, my aunt and my uncle were on drugs pretty bad back then.  I do remember that when I was a kid.

45

Q.        But you don't know where they got those drugs from?

A.        No.  My guess is the neighborhood. It's not hard, especially back then.

Q.        Okay.

A.        And that was a drug area.

Q.        Do you recall, was there a specific place in the neighborhood where drugs were commonly sold?

A.        Just anywhere, you just pull up anywhere, like any other neighborhood.  Back then it was real bad.

Q.        All right.  Do you recall drugs being sold on Star Avenue?

A.        Oh, yeah, real bad.  A lot of them dead.  A lot of boys that used to hang at Milo, shoot basketball and stuff with my little brother, yeah, Kyle Ramsey, all of them, yeah, they were well known -- Javonne, they were well-known drug dealers.  They had multiple cases.

Q.        So I just want to unpack that a little bit.  So you recall Kyle Ramsey selling drugs?

A.        Yeah.

Q.        On Star Avenue?

46

A.        I recall Star -- him in the neighborhood, hearing, never seeing him, but hearing.  I just couldn't believe it, because he was different, too.  He wasn't the type.  It's a type of street person to be in the streets.  Kyle wasn't one of them.  He was tall, big, big teddy bear, and it's sad what happened to him.  He got out there in a dirty game.  But, yeah.

Q.        But your understanding was that Kyle Ramsey was selling drugs?

A.        Oh, yeah.  He was a known -- everybody knew him.  He went to jail mult -- he went to jail before.  A lot of them is dead.  A lot of them was drug dealers and got killed, like Kyle did, in the neighborhood.

Q.        And you said Javonne was also a drug dealer?

A.        Oh, yeah, well known.  He's in and out of prison ever since we was younger.

Q.        And is that the same Javonne that you said earlier was friends with Richard Horton?

A.        They all knew each other from the neighborhood, from the recreation center.  And Star was the main spot it was.  Star Avenue was

47

popular back then.

Q.         So Star Avenue was the main spot where drugs were sold in the neighborhood?

A.         Yeah, that whole area.

Q.         Okay.

A.         Like any other neighborhood, east side, everywhere.

Q.         All right.

A.         But I've never seen none of them sell any drugs, so... I just see, like, hear, you know they got ten years, you know, back and forth to jail, you know how people talk.  Back then it wasn't social media, so it was word of mouth.

Q.         Okay.  And you said you didn't know whether Richard Horton was a drug dealer or not.

Have you ever spoken with anyone about whether Richard Horton was a drug dealer?

A.         No.  He just -- he reminded me of Kyle. They just not cut out for that.  Like I said, there's a certain type of person to be out there like that, and those two boys, definitely.  Some of the rest of them, God rest their soul, but, I mean, they let how they was brought up, because their parents are on drugs, hinder them.  Kyle and

48

Richard, they just wasn't somebody that you would think that would sell dope.  But I never, ever seen neither one of them sell a lick of drugs.

Q.          Okay.  Did you know anyone else with the first name of Richard who was a drug dealer in the neighborhood?

A.          No.

Q.          Okay.

A.          There was a few Richards in the neighborhood, I do remember that, but I don't know if they was drug dealers or not.  I don't know. I've never seen none of them boys sell drugs.  I only know it to be a fact because I know the police ain't going to lie on them.  When they go away to jail, I hear they're locked up.

But, yeah.  There was another Richard in the neighborhood, but I don't know his last name.  I believe he had a brother, and I believe he was in and out, if I can remember that.  There was another Richard, but I don't -- I can't remember what he looked like, his last name, and that's a name that I would remember because it runs in my family, runs deep in my family.

Q.          Have you ever heard the name Richard

49

Diggs?

A.        No.

Q.        Okay.  Have you ever heard the name Ricardo Diggs?

A.        That's his brother, Ricardo, Richard and Ricardo.  I was trying to think.  He got a brother.  This other Richard had a brother.  Yep. But I couldn't tell -- I couldn't tell you what they look like, nothing.

Q.        Okay.  So you did know a Richard and Ricardo?

A.        Yep.  I remember them, those names in the neighborhood.

Q.        But you didn't know their last name?

A.        Nope, never knew their last name.

Q.        And --

A.        I think -- I'll be 50 February 20th.  I want to say all of them is younger than me.  All of them is dead, too, Kyle and all of them.  They my brother's age.

Q.        Were this Richard and Ricardo that you knew in the neighborhood, were they also friends with Kyle Ramsey?

A.        I don't know.  They were around, so

50

somehow they all was friends.  You know, you lived in a neighborhood, you grew up together, and they were boys and they played basketball and stuff at the rec center.  Milo was, like, the place to be.

Q.          Were Richard and Ricardo friends with Javonne, who you've mentioned a few times today?

A.          I can't say none of them was friends, but I can say they knew of each other.  I can't say they hung together.  Like I said, I never stayed in the neighborhood because I had brothers.  So the times that I did, I would go to the rec center so I could see everybody, and then I would be gone again.

Q.          Were the Richard and Ricardo that you knew in the neighborhood, were they friends with Richard Horton?

A.          He probably knew him.  If I knew him, he had to know them.  But I never -- I don't remember ever seeing them hang together, none of that stuff.  I can't remember.  But I do remember there was another Richard and his brother's name was Ricardo in the neighborhood.

Q.          Okay.  Did you ever -- did you ever go to school with Kim Curry?

51

A.              No.  That's my cousin.  I never went to no school with her.  They're from West Virginia.  My uncle met my Aunt Rhonda when she moved here.  I think they're from Huntington.

Q.              All right.  Did you ever know Richard Diggs and Ricardo -- or I'm sorry.  The person that you knew as -- the people you knew as Richard and Ricardo, did you ever know them to pretend to be one another?

A.              Yeah.  I remember that.  I do remember that.  I remember they was troublesome.  I do remember that.  I just couldn't remember the brother's name.  You don't get a -- I just remember it wasn't a good vibe about those two boys, those two names, growing up versus Richard and Kyle.  It was -- man, they wouldn't -- Richard and Kyle, they were softies, man.  I just couldn't see them hurting anybody actually.  But those two brothers was -- they were troublesome, hearsay throughout the neighborhood and stuff, hearing the boys talk, people that played basketball and stuff.  They were troublesome boys, and they would switch identities, yes, they would.

Q.              Do you -- did you personally see that

52

or is that something that you were told?

A.        Hearsay.

Q.        Okay.

A.        Yep.

Q.        All right.

A.        Growing up, hearsay, yep.

Q.        Okay.  But you never witnessed it?

A.        Never witnessed it ever.

Q.        Okay.  And in that -- in that answer you gave, not the last one, but the one before that you said Richard and Kyle.

Were you referring to Richard Horton?

A.        Yep.

Q.        And Kyle Ramsey?

A.        Yeah, they just -- I couldn't see them selling drugs.  I couldn't see them hurting nobody.  I just couldn't see it.  I can't say that they didn't.  I don't know.  Only God knows what happened.  But I can't see them.

Like I said, a lot of the rest of them is dead.  They wasn't cut out for that stuff.  I don't even know why they jumped in it.  Back then it was really bad.  And, like I said, they were on drugs bad back then.  My mom is the oldest sister.

53

It stressed her out.  She's like the rock of the family.  She took care of all her siblings.  She missed out on her schooling taking care of them. That's how much she loved her siblings.  But, yeah.

Q.         The Richard and Ricardo that we've been talking about that you knew from the neighborhood, do you know if Richard McClanahan knew them?

A.         I don't know.  A lot of people my Uncle Ricky knew around there I didn't know, because I don't hang in the neighborhood.  I was older then, had my own place probably.  I remember, yeah, I do remember, though, Uncle Ricky would fix cars up sometimes.  If I needed something, that would be the first person I'd call.

Q.         Okay.  And do you know if Rhonda Curry knew this Richard and Ricardo that you knew in the neighborhood?

A.         I don't know.  I really don't know.

Q.         Okay.  All right.  I have a little bit more to go, not too much.  If it's okay, I'd like to take a quick break and just sort of gather my thoughts and try to streamline this.

A.         Okay.  Good, because I take a water

54

pill, and I've got to use the bathroom.

MR. DIRISAMER:  Oh, okay.  Let's take a quick break, hopefully just five minutes.

THE VIDEOGRAPHER:  We are off the record.  The time is 11:03.

(A short recess is taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 11:16.

BY MR. DIRISAMER:

Q.       All right.  I want to just clean up a few things and then we'll move into a new line of questioning.

The Richard and Ricardo that you knew in the neighborhood, I think you described them a minute ago as troublesome.  Did you --

A.       Yeah, I remember throughout the years hearing that they were very troublesome.

Q.       Okay.  Did you -- do you recall ever specifically seeing either of them sell drugs?

A.       No.  I've never seen none of them, those boys, the ones that's murdered or ones in jail, I never seen any of them sell drugs.

Q.       Okay.  Do you recall hearing from anyone that they had sold drugs?

55

A.      I mean, people talked.  They were drug dealers.  I never seen them do it, but...

Q.      Okay.  You said people talk and that they were drug dealers?

A.      Yeah, people in the neighborhood, you know, people we grew up with, they talk.

Q.      What about Richard Horton, did people talk about him being a drug dealer?

A.      I've never heard nothing about Richard selling drugs.

Q.      You also said that someone had told you that Richard and Ricardo switched identities.

Do you recall who told you that?

A.      No.  People talked about it all the time, just shooting the shit, they sit around and talk.

Q.      But you don't recall any specific person that told you that?

A.      No.

Q.      Okay.  Do you recall ever hearing the nickname Adidas Man or Adidas Boy?

A.      No.  Never.

Q.      You're not familiar with that at all?

A.      No.

56

Q.        Okay.  Have you had any contact with Richard Horton since his release from prison?

A.        No.

Q.        Have you seen him at all?

A.        No.  Yeah, I seen him on the news.

Q.        Okay.  But in person --

A.        No.

Q.        -- you've never seen him?

All right.  And you talked earlier about things that you have read regarding DNA related to this case.

Do you have any knowledge of anything related to DNA in this case other than what you've read in online articles?

A.        No.

Q.        Okay.  So no one has specifically talked to you about that?

A.        No.  Just from what I read and people talking.

Q.        Okay.  When you say people talking, has anyone specifically talked to you about DNA?

A.        No.

Q.        Okay.  We talked a little bit about your aunt and uncle's drug use.  Do you know

57

whether they ever bought drugs from Richard Horton?

A.          I don't know.  I'm not sure.

Q.          Do you know if they ever bought drugs from Kyle Ramsey?

A.          I'm not sure.  They got it from the neighborhood.  Who they bought it from, I don't know.

Q.          Did you save your -- do you recall whether you saved your school yearbooks?

A.          I don't remember.

Q.          So you don't know whether you would have still had a school yearbook in 2004?

A.          I don't remember if I still had it. Like I said, we moved, and we lived in the same place -- was kind of scrammed in.  I don't remember.

Q.          Okay.

A.          I can't even remember the last time I seen the damn yearbook.  We graduated in '93.

Q.          All right.  And are you aware that Rhonda Curry has -- is still adamant that Richard Horton was the robber in this case?

A.          Yeah.

58

MS. MARTINEZ:  I'm going to object to that question.

Q.        All right.  I want to talk now about the day of the robbery.

Do you recall -- and I think you talked a little bit about this, but do you recall learning that Richard McClanahan and Rhonda Curry had been the victim of a robbery?

A.        Yeah, somebody had to notify my mom.

Q.        So you learned through your mom?

A.        Yeah, and my mom had to call me.  I'm sure that's how it had to go, because that's her brother and she would have been the person that they called.

Q.        Do you know if you would have found out on the day of the robbery or was it sometime later?

A.        I don't know.  I don't know.  It had to be, most likely, you would think, if they took him to the hospital, somebody had to call and notify her and she had to notify me.  Like I said, she's the go-to.  She's the one that take care of all her siblings.

Q.        Okay.  So you think you found out

59

pretty quickly after it happened?

A.        I don't know how -- what time it happened, when did I find out.  That was over 15, what, 18, 20 years ago.  I don't remember.

Q.        Sure.

A.        Down to the T.  But I'm sure I learned it from my mom, that's the only way I could have learned it, because the first call would have been made, like I said, if anything happened to any of them would have been to her.

Q.        Okay.  Do you recall what your mom told you?

A.        She had to say that my uncle been shot.  Yeah, I don't remember exactly what she said, but...

Q.        Do you recall her saying anything about who the robber was?

A.        No.  She doesn't -- she missed out on schooling, education to take care of them.  So she doesn't read like we read.  She can read our names and stuff.  She can't really hear that well.  That runs in the family.  She -- she wouldn't know if you said a name or you didn't.

Q.        Okay.  Did you ever go to the hospital

60

to see Richard McClanahan?

A.      I don't remember.

Q.      Do you recall ever speaking with Richard McClanahan about the robbery?

A.      Yeah, he had to tell me -- if he asked me what the boy's last name was, he had to tell the family what happened.  Everybody wanted to know what happened, you know, what happened to you.  I don't remember word for word it was so long ago.  But, yeah, that's my uncle.

Q.      Okay.  So when you spoke with him, was it over the phone?

A.      I don't remember.

Q.      You're not sure.  Okay.  And you don't recall the specifics of that conversation?

A.      No.  I don't remember.

Q.      But you do believe that he asked you for the last name?

A.      I believe that.  I mean, I believe he asked me, because he don't -- he probably don't know him like that.  I don't know how he know it -- well, from the neighborhood, I guess, cause he was fixing a lot of cars out there, they say, I'm sure.  Sometimes I had to wait to get my car

61

fixed because he do a good job.

Q.        Okay.  Do you recall when the -- that conversation with Richard McClanahan was in relation to the robbery?

A.        No.

Q.        A week later, two weeks later?

A.        I don't remember.

Q.        Okay.  Do you know if he was still in the hospital, or was he at home?

A.        I don't remember.

Q.        Did he tell you anything -- do you recall him telling you anything about the robbery?

A.        I don't remember.  I don't remember.

Q.        Okay.  Do you recall him telling you anything about the robber?

A.        Yeah, him and my Aunt Rhonda said that it was the boy.

Q.        The boy named Richard?

A.        Well, I didn't mean to say the boy. Yeah, said it was Richard Horton.  I remember that back then.  They said it was him, so...

Q.        You recall them saying that it was Richard Horton?

A.        Yes.

62

Q.        And you also believed that they asked your help in identifying Richard Horton's last name?

A.        Yeah, I believe my uncle asked me.  If he asked me my last name, we know him, so I'm going to say his last name.

Q.        Okay.

A.        It wouldn't have been hard to find out.

Q.        And you don't specifically recall looking through a yearbook to find that last name?

A.        I don't remember.

Q.        But you did go to school with Richard Horton?

A.        I'm sure he had to go to school with one of us, man, because he was in the neighborhood.  Like I said, I believe they younger than me, all of them is.  I'll be 50 in February. They're younger than me.  I don't remember any of them being in my classes, nothing like that.

Q.        Okay.  And if he had gone to school with you, he would have been in a school yearbook that you would have had?

A.        It's possible.  Yeah.  I don't know what year or what school he went to with me.  Like

63

I said, I don't remember.  I'm not going to --

Q.        Okay.

A.        -- just say anything.  I don't remember.

Q.        All right.  Now, you said that they, meaning, I think, your aunt and uncle, had said that Richard Horton was the robber, right?

A.        Uh-huh.

Q.        And that was after you had given them the last name Horton when they asked for your help in identifying him?

A.        I don't remember --

          MS. MARTINEZ:  Objection.

A.        Yeah, I don't remember.

Q.        Okay.  But you do recall them saying that Richard Horton was the robber?

A.        Not them.  My Uncle Ricky.

Q.        Okay.  Just him.  Okay.  And said that to you?

A.        Yeah.  And then Aunt Rhonda, that's what they said.  That's who did it.

Q.        Okay.  Did you ever speak with Rhonda Curry about the robbery?

A.        No, not that I remember of.

64

Q.          Just your uncle?

A.          Yeah, I don't remember speaking with
her.  It's been so long ago.

Q.          All right.  And how many times -- do
you recall how many times you spoke with your
uncle about it?

A.          I don't remember.

Q.          But you know you spoke with him at
least once?

A.          Yeah, I know I spoke to him at least
once, because everybody in the family wanted to
know what happened.

Q.          Do you recall speaking with other
family members about the robbery?

A.          No.

Q.          You don't recall speaking with Kim
Curry?

A.          No.  I don't remember.  Kim wasn't
around a lot.  Like I said, my Aunt Rhonda was on
dope.

Q.          Do you recall speaking with Shelly
Curry about the robbery?

A.          No, that's my other aunt.  That's my
Aunt Rhonda's sister.

65

Q.          All right.  All right.  Did you ever speak with a police officer about the robbery?

A.          I don't remember.

Q.          Did you ever speak with a police detective about the robbery?

A.          Not that I remember.  Not that I recall of.

Q.          Okay.

A.          It's been so long ago.

Q.          And so you were given those answers, you don't recall ever being shown a photo array of possible suspects?

A.          I don't remember.

Q.          Do you ever recall seeing anyone else being shown a photo array of possible suspects?

A.          Not to my knowledge.

Q.          Okay.  Did you ever discuss with anyone a photo array of possible suspects?

A.          Not that I remember of.

Q.          All right.  Do you recall ever speaking with anyone named Doug Stead or Nathan Smith regarding the robbery or Horton's criminal case?

A.          I don't even know who they are.  The names don't ring a bell.  If I did, I don't

66

remember.

Q.          All right.  Did you ever speak with anyone that you believed was a prosecutor regarding the 2004 robbery or any criminal proceedings against Mr. Horton?

A.          I don't --

Q.          You don't recall?

A.          I don't recall.

Q.          Okay.  Do you ever recall speaking with anyone named Alyssa Hollfinger or Myron Schwartz regarding the October 2004 robbery or any criminal proceedings against Mr. Horton?

A.          I don't remember.

Q.          Do you recall speaking with an attorney or investigator that you believe worked for Mr. Horton regarding the October 2004 robbery?

A.          I don't remember.

Q.          Have you ever spoken with anyone from the Ohio Innocence Project at any time?

A.          I don't remember talking to nobody from there.

Q.          Have you ever spoken with Ms. Martinez, who's on Zoom today, concerning the October 2004 robbery or this case?

67

A.          Have I ever spoke to her?

Q.          (Indicates affirmatively.)

A.          Yes.

Q.          When did you speak with her?

A.          Yesterday.

Q.          And what did you speak with her about?

A.          She was just making sure that I was going to court.  She left a message of who she was, and I told her I already spoke with somebody and told them, yeah, I don't have any reason not to go.  I don't know what help that I could be.  I wasn't there.  I don't remember nothing.  It's so long ago.  But that was it.

Q.          So she left a message, a voicemail?

A.          Yep.

Q.          And you called her back?

A.          Yes.

Q.          And had a conversation with her about the deposition today?

A.          Yeah, she just was making sure that I was coming and that I knew I had a court date. That was it.

Q.          And you didn't talk about any of the allegations in this case?

68

A.          No.  It was short and sweet.  She apologized for calling so late.

Q.          All right.  And you didn't talk about fingerprints?

A.          She didn't talk about anything.  She just said when I get here, I'll know what's what and she let me know that she'll be there, too, but not in person.

Q.          Okay.  And you didn't talk with her about DNA?

A.          She didn't ask me any questions about nothing going on right now.  She just said she was making sure I was coming, and I told her someone had called me already.  I thought that y'all -- somebody else from here.  When she said that she's not here, she'll be on Zoom, that's when I knew she was from somewhere else.

But it was short and sweet.  She didn't ask me any type of questions, anything.  She just apologized for calling too late.  I told her that was okay, I wanted to call back, because I had already told somebody -- I don't know who I talked to, they called me yesterday.  I already had let them know I don't have a reason not to come.

69

Q.          Okay.  To your knowledge, was anyone else on the call with you and Ms. Martinez?

A.          Nope.  No.  It was just me and Ms. Martinez and it was real quick.

Q.          Okay.  Have you ever spoken with anyone named John Lovie concerning the October 2004 robbery of this case?

A.          Not that I know of.

Q.          Have you ever spoken with anyone named Cindy Chuhinko regarding the 2004 robbery case?

A.          Those names don't -- not that I remember.

Q.          All right.  We've talked about some of these people, but I did want to go through a few names with you.

Do you -- have you ever known anyone named Derrick Greathouse?

A.          There were some Greathouses in the neighborhood.  They were brothers.  They lived in the Milo Grogan area also.

Q.          Okay.  Do you recall their first names?

A.          No.  I just remember the last name, and it was a few of them that lived in the neighborhood.

70

Q.          Do you know how many brothers?

A.          I don't know.

Q.          Okay.

A.          They be in and out of jail, I heard, through the years, too.

Q.          Do you know what they were in and out of jail for?

A.          I'm not sure.  I never looked them up, never hung with them, friends with them, just knew them.

Q.          Did -- to your knowledge, were any of them ever selling drugs?

A.          I don't know.  I've never seen none of them.  It was a drug area.  I've never seen none of them sell drugs.

Q.          Have you ever heard that any of the Greathouses were selling drugs?

A.          I mean, you hear that all of them is drug dealers, but you can't speak on it.  You don't know.  I don't know.  I didn't never see them sell nobody drugs or have drugs on them. Like I said, I wasn't in the neighborhood much.  I was gone.  And when I came around, that's when I seen everybody and people fill you in on what's

71

going on.

Q.      Okay.  Have you ever known anyone named Quiana Matthews?

A.      It doesn't sound familiar.

Q.      Okay.  What about Kawanna Harris?

A.      It don't sound familiar.

Q.      Okay.  Have you ever known anyone named Brenda Walker?

A.      Don't sound familiar.

Q.      Or Sam Sais?

A.      Nope.  It don't sound familiar at all.

Q.      Sure.  What about Janette Harmon?

A.      No.

Q.      Or Janette Horton?

A.      No.

Q.      Alfred Harmon?

A.      No.

Q.      Barbara Horton Alomar?

A.      No.

Q.      Furquan McDougald?

A.      No.

Q.      Lakeon Horton?

A.      No.

Q.      Or Dwight Dorsey?

72

A.          No, not that I recall of.

Q.          Okay.

            MR. DIRISAMER:  Let's take a very quick break for two minutes, and then I have one last final set of questions.  But if we could go off the record real quick.

            THE VIDEOGRAPHER:  We are off the record.  The time is 11:33.

                (A short recess is taken.)

            THE VIDEOGRAPHER:  We are back on the record.  The time is 11:41.

BY MR. DIRISAMER:

Q.          Are you aware that Richard Horton was released from prison in West Virginia in April of 2004, just a few months before this robbery?

A.          No.

Q.          Okay.  Not aware -- not aware of that?

A.          No.

Q.          Are you aware that he was, prior to that conviction in West Virginia, that he was convicted of drug abuse here in Franklin County?

A.          No.

Q.          You weren't aware of that?

            MS. MARTINEZ:  I'll lodge an objection

73

to that question.

Q.        Are you surprised by those convictions at all based on what you knew of him?

A.        I mean, yeah, I wouldn't -- like I said, I wouldn't -- him and Kyle just wasn't cut out for that stuff if they got involved in it. They just -- I wouldn't think.  But, I mean, if they got records or whatever, I mean, not my business.

Q.        Okay.

A.        But I wouldn't -- I wouldn't think. They're softies.  They ain't street people. They're not street guys.

Q.        Are you aware of any issues between your aunt and uncle and Richard Horton?

A.        Not that I remember of.

Q.        Okay.  And you're aware that your uncle said that you provided the last name of Horton to him, correct?

A.        Yes.  Now I am.

Q.        Yeah.  And do you have any reason to dispute that?

A.        I don't have a reason to dispute it, because if he asked me for his last name, we all

74

know his last name.

Q.       And you're aware that your aunt said that you provided the last name of Horton to your uncle, right?

A.       I didn't know who said it, but I'm aware now that you're saying it.

Q.       Okay.  And you have no reason to dispute that?

A.       I won't dispute it.

Q.       Okay.  How did your uncle describe the robber to you so that you could give him the last name Horton?

A.       I don't remember nothing about that.  I just -- when everybody -- well, he had to be asked what happened.  That's when he said they were saying that Richard did it.  I was -- I was shocked, like damn.

Q.       Okay.

A.       I don't know why, what the -- I don't know.

Q.       Okay.

A.       I don't know none of that.  I wasn't there.  Nothing.

Q.       Do you recall your uncle ever giving

75

you a description of the robber?

A.            I don't remember.  If he said his name, he had to describe him because he knew that we knew him from the neighborhood.  My Uncle Ricky knew that we knew Richard from the neighborhood.

Q.         Okay.

A.            We didn't hang with him, nothing like that.  My brothers didn't hang with him, nothing like that.  They just all from the neighborhood.

Q.         So how is it that you knew that the last name of Richard, the robber, was Horton and not another last name?

A.            From the -- from -- I don't remember. Probably from my uncle saying who did it.  He was like -- he had to say Richard, the Richard you guys know.  So, yeah, he just didn't have a last name.  It was so long ago, I don't remember how it went or what was said, none of that.

Q.         Okay.  But you believe your uncle told you that Richard was the robber, right?

A.         Yes.

Q.         And that you told him -- and it was a Richard that you knew?

A.         Yep.

76

Q.        And that you then told him that Richard's last name was Horton?

A.        So he had to describe him.  I don't remember what the other Richard looked like.  He could be sitting right here now and I wouldn't know who he was.  I don't know if I would know who he was, him or his brother, it was so many years ago.

Q.        But you recall telling -- giving the last name Horton to your uncle?

A.        Yes.

          MS. MARTINEZ:  Objection.

Q.        When he asked you --

A.        If he asked me the last name and described him, I would have gave it to him.

Q.        Okay.  All right.  Those are all the questions I have for you right now.  Thank you.

A.        Okay.

                    - - - - -

          CROSS-EXAMINATION

BY MS. MARTINEZ:

Q.        Okay.  I will say I've probably got ten minutes max, so I think we'll get you out of here in time.  Counsel might have some follow-up

77

questions when we're done, so I can't make any

promises, but I'll try to get through as quickly

as possible, okay?

A.          You're fine.

Q.          Okay.  So I just want to ask a couple

of follow-up questions and a few clarifying

questions about your testimony this morning.

First and foremost, you were not

present for the 927 Loew Street robbery, correct?

A.          No.

Q.          Okay.  So you have no idea who

committed the robbery, right?

A.          No.

Q.          Okay.  And as you sit here today, you

don't have any specific memory of your uncle

asking you to look through a yearbook, right?

A.          No, not at all.

Q.          Okay.  And so it's possible that that

didn't happen; is that fair?

A.          That's fair.

Q.          Okay.  And as you sit here today, you

don't have any specific memory of going through a

yearbook looking for someone named Richard, right?

A.          Not at all.

78

Q.        Okay.  So it's possible that that didn't happen as well?

A.        Anything's possible.

Q.        Okay.  And as you sit here today, you don't have a specific memory of picking out Richard Horton from this yearbook, right?

A.        No, I don't have a memory of it.

Q.        Okay.  And so it's possible that that also didn't happen; is that fair?

A.        Yep, that's fair.

Q.        Okay.  But as you sit here today, you know that DNA evidence ruled out Mr. Horton as the perpetrator of the robber, correct?

          MR. DIRISAMER:  Objection.

A.        Yes.

Q.        Okay.  And as you sit here today, do you know that fingerprints that were lifted from the scene also ruled out Mr. Horton as the perpetrator of the robbery?

          MR. DIRISAMER:  Objection.

A.        No, I didn't -- I wasn't aware of that. I might have read it.  If it's in the article, I might have read it.

Q.        Okay.  But you don't remember learning

79

that before today?

A.          Oh, no, not at all.

Q.          Okay.  Okay.  And I know we've asked you, or counsel has asked you quite a few questions about a car and the car history, and I've got a few follow-up questions on that.

But first and foremost, as you sit here today you don't have any memory of ever selling Mr. Horton a vehicle, right?

A.          No, not at all.

Q.          Okay.  And I'm sorry to have to ask you a couple of these questions, but you testified that your aunt and uncle were struggling with an addiction to crack cocaine back when the robbery happened; is that correct?

A.          Yes, very correct.  I remember that because my mom was -- she's the rock of the family and she worried about my Uncle Ricky.  I mean, they were out there pretty bad.

Q.          Okay.  And, again, I apologize for asking you about this, but can you tell me just a little bit about what you mean by they were out there pretty bad.

A.          Just strung out.  Like, my Uncle Ricky

80

made good money.  My grandfather had a trucking business, a dump truck business, and my Uncle Ricky drove one of them.  And like I said, it ain't nothing -- like my grandfather, there ain't nothing they can't do or fix.  So -- and they used to smoke all their money up.  I remember that as a kid.  They --

Q.          Do you know if -- oh, I'm sorry, I didn't mean to cut you off.

A.          They was on it pretty bad.

Q.          Okay.

A.          Back then drugs was bad.  It was real bad.  And they were in a drug -- a nice drug area, right in the center of it.

Q.          Do you know if they would use crack cocaine every day?

A.          I don't know, because I didn't see them every day.

Q.          Do you recall ever going over to their house or seeing them while they were high?

A.          Yeah.  Yeah.

Q.          And is it something that happened with relative frequency back in 2004?

A.          I don't remember to what year or

81

whatever it was.  But, yeah, they would be in the backroom, so you could -- I mean, it's common sense what they doing.  They would never do it in front of me.  They never did it -- I never seen them smoke or anything.  My uncle, they was too ashamed.  But, yeah, they were on it pretty bad.

Q.        And as you sit here today, do you have any concerns about how two people struggling with addiction were able to make an identification in this case?

MR. DIRISAMER:  Objection.

A.        I never understood that from -- from day one.  I just never understood it from the time he was convicted and how -- I just never understood it.  But I just figured the law, I can't say they don't make mistakes, and I can't say they ain't no bad detectives, cops, out there, but I -- I just don't understand how the whole thing happened.  And then to read the article that the DNA, it just mind blowing.  But, like I said, God knows, my Uncle Ricky knows, Rhonda knows and Richard knows.  They're the only ones that know what happened.

Q.        And do you think that their struggles

82

with addiction played any role in their identification of Mr. Horton?

MR. DIRISAMER:  Objection.

A.          I'm not sure.  I mean, it's no secret, everybody know they was on drugs bad.  Like I said, I just couldn't believe that they would go off of two testimonies of two drug addicts.  I just, I never understood that.  But I didn't go to school for law, you know.  I have a whole other profession.  But I don't know.

My heart go out to him if he's spent all that time for no reason.  Only they know.  I wasn't there.  I can't say too much bad about him. I never had nothing bad to say about him.  I don't remember a bad life about him.  I just remember he was different.  He was weird, but in a good way, not a bad way.

And our friend, Kyle, like, them two boys, if they were out there, you know, hanging around them, other people, they just didn't fit in.  They stood out.  They just -- it wasn't them. The streets is for certain type of people, for heartless people, and them two boys, they -- I never had a heartless vibe about them, never.

83

Q.        And I'm sorry to make you talk about
Kyle.  I, you know, can't imagine how difficult
that is bringing that up and having you talk to
it.

A.        He was a good young man, come from good
cloth, just wanted to fit in, and that's sometimes
how they do.

Q.        Yeah.  And you testified earlier as
well that Mr. Horton was polite and nice towards
you in your interactions, right?

A.        Yeah, any -- I can't remember a bad
thing about him, man.  That's why to hear if he
sold drugs or was in jail for drugs and stuff like
that.  It just -- it don't fit him.

Q.        And do you -- as you sit here today, do
you know -- or actually strike that, please.

          As you sit here today, do you recall
ever learning about Mr. Horton's parents passing
away when he was a teenager?

A.        Nope.  I don't remember his parents or
if he had siblings or anything like that.  I just
remember him because he was a bright light, he was
high yellow.  He stood out.  He really did.  He
stood out.  He stood out real, just different

84

dude, different type dude.

Q.        Would it be fair to say he was very high energy?

A.        He kind of was -- he kind of was shy, like.  I don't know.  I don't know.  He just kind of was shy, like it seemed like, he liked being in the background.  But that's how I remember him.

Q.        And as you sit here today, are you aware that Mr. Horton spent 17 years incarcerated after being convicted of this robbery?

A.        Yeah.  Like I said before, only God knows and them, and if that boy was in there wrongfully, it's awful.  I just couldn't imagine. I don't even want to imagine.  But I hope that God fix everything, so -- and whoever is responsible, if he is, or whatever, you know, my Uncle Ricky get some type of justice.  He was my favorite uncle.  Yep.

Q.        We won't tell your other uncles that you said that.

A.        Yeah.

Q.        Okay.  I'm just going to have a few more follow-up questions for you.  Okay.  And you were issued a subpoena to be here today by the

85

City of Columbus, correct?

A.          Yes.

Q.          Okay.  And what is your understanding of why you're here today?

A.          I guess all I can make out of it is they ask me questions, maybe Richard said he knows me.  I can't lie; I know him from the neighborhood.  I don't know.  I was very highly upset when I got it.  I didn't get it.  When they took it to the house and then I had to be here, miss work, and I just didn't understand why because I don't know how I can help anybody.  I wasn't there.  That is my uncle.  It's my mother's brother.  But I wasn't there.  I don't know.  I don't know what happened.  I do know that they were on drugs, and when you out there on drugs, anything can happen.

Q.          Yeah, fair enough.  And --

A.          And when you on drugs, you do things, things that you don't want to do, and, you know, a lot of things.  But, yeah, they were out there pretty bad.  Yeah.  So I didn't understand how it all went down.  But, like I said, the detectives and stuff, the lawyers, I don't know, it's awful.

86

My heart go out to him if he is innocent. My heart really goes out to him.

Q.      Yeah, 17 years is a long time away from your family, right?

        MR. DIRISAMER: Objection.

A.      It really is a long time. Any time for something if you are innocent, any time away, because that's one thing you can't get back, is time.

Q.      Totally. And you testified earlier that you don't recall exactly when you first learned that Mr. Horton had been identified by your aunt and uncle as the robber; is that correct?

A.      That's correct.

Q.      Okay. And you testified earlier that you don't recall ever speaking with a police officer or a defective about the robbery?

A.      Not that I recall of. It's been so many years ago.

Q.      Okay. And you testified that you don't recall if you went to Mr. Horton's criminal trial, correct?

A.      No.

87

Q.        Okay.

A.        Not at all.  I don't believe I went at all.

Q.        Okay.  And do you remember if anyone talked to you about you potentially testifying?

A.        I don't remember.

Q.        Okay.

A.        I remember -- I remember seeing Richard.  I was working somewhere.  I was bartending.  Somebody must have told him and -- where I worked.  And, I remember, I just never forget the look on his face.  He asked me could he talk to me, and I said I don't know what you want to talk to me about, and he said, please, please, please talk to your uncle, I did not do it.  I do remember that.  It stuck with me for a long time. He said they about to send me away, I'm about to get sent away for something I didn't do.

And I told him I wasn't there.  I remember tell him I wasn't there, baby, I don't know, and there's nothing I can do to help you.  I can't tell them anything.  They were there. They're saying what they saw, and I do remember him coming to my job.  Somebody must have told

88

him, like I said, where I was working at the time.

And he was like, I remember he was pleading his case, you know me, you know me, and that's -- it stuck with me.  And when I got word that he got let go, it kind of broke me down for a couple days.  If that boy really didn't do that and he was trying to reach out, but there wasn't nothing I could do.  I wasn't there.

I know that they were on drugs bad.  I don't know what interactions you had with my uncle, you know, how did you y'all even know each other.  Well, I'm sure from the neighborhood.  I take that back.

But, yeah, I do remember that.  I don't know when or what year it was, but I remember he came, he was very polite, and I told him I was sorry, and he said, please, I'm about to get sent away, I did not do it.  I do remember the look on his face, because he's high yellow, and his face was red, like he was through, like pleading and begging, like, please, can you please talk to your uncle, it was not me, I did not do it.

And it stuck with me and it really, like I said, took me down a couple days bad when I

89

got word that he got out, like if this boy really didn't do that, he wasn't lying that day that he found me at my job.  And somebody had to tell him where I work.  I hadn't seen Richard in a long time, in a while.  He wouldn't know nothing about the south end.  I worked at a bar, ran it.  He wouldn't have known nothing about that bar, so...

But he was very polite and he just kept pleading his case, and I remember looking at him as he walked out the door with his head down, and I just told him there's nothing I could do to help you, I wasn't there, so... I just -- like I said, I just hope justice do be served and whoever is responsible for it.

So I don't know how I can help whoever, help anybody, but I'm pissed off that I'm here, but glad it's over, and I just -- I'm sad my family got to go through it, because my mom has been kind of down because it opened up a can of worms, and then the 11th was his 13-year death anniversary, 11-11.

Q.        I'm sorry to hear that.

A.        And then she worried about me, because I got to come down here and I got congestive heart

90

failure, so she know stuff weigh on my heart, have to rethink all that stuff, you know, think back, and then if that boy didn't do it, like. I don't know. But, yeah.

Q. I've just got a few more questions for you. And I apologize that I've got to ask these follow-ups and that, you know, we're making you go through this and your family go through this again.

A. That's fine.

Q. I just want to ask, when you talk about the look on his face and when he left, was he just very emotional?

A. Yeah. He was -- I mean, he was pleading to me like I could save his life, that's how he was pleading to me, like you know me. And in my heart I did know of him. I never heard no bad thing about the boy. He just weird and stood out, different, but in a good way, not a bad, weird or creepy weird or nothing like that. For one, he bright as hell and his ears, I remember his ears is funny. He just -- I don't know. It's just the look on his face, I never forget it. And when he walked out the door, I'm like damn. Yep.

91

Q.          And when he came and made that request of you, did you believe what he was saying at the time?

A.          I didn't know what to believe, because, like I said, I wasn't there.  I didn't know what to believe.  And I didn't know the whole part to the story.  You know, they just tell a part.  I didn't know the whole details or nothing like that, not that I remember of.

            But I always -- it always did stick in my head, how could two known crackheads -- and I love them to death, but at the time they were crackheads, somebody get convicted off of them, two -- I just never understood it.  But my godfather's attorney, he said you've got to think, back then thing were different.  Technology is speeded it up now.  So back then things were handled different.

            So... yep, it's sad.  I just, like I said, I hope justice be served and whoever is responsible, because that's messed up for him to do that many years if somebody is out here that really did it.  It's bad.

Q.          And do you recall learning that prior

92

to his criminal trial, the police had already tested the fingerprints and they had shown that he was not a match?

MR. DIRISAMER: Objection.

A.        No, I had no recollection.

Q.        Okay. And I just -- I've got a few more quick follow-ups. We're going to jump around a little bit.

You talked about the BMV having a proof of sale in your earlier testimony. Do you remember that?

A.        No, I said -- yeah, I remember that. If they say I sold him a car, the BMV ain't going to lie. I just don't remember. I didn't even want the damn car. Because it had them fancy wheels and the stereo, I knew it was going to happen. I just didn't think as soon as we bought it and got it home, that the people we sold it to was going to take it back and rip it off.

I didn't want the car to begin with. I didn't want nobody trying to hurt me for me, stick me up for it. I remember that. I hated that damn car. I didn't drive that car but from when we bought it, and then they came and took it that

93

night.

Q.        Yeah, that's a quick turnaround and that really, really --

A.        Yeah, I don't know what happened to the damn car.  But if the BMV got a record of me selling a car to him, the BMV ain't going to lie. I can't see them lying with my signature.  I just don't remember.

Q.        Yeah, no, my question for you is:  Did someone tell you that the DMV has these records with your signature?

A.        No.  I was just saying if they do, it would be on file, and if they say it, then I must have sold him a car.  No one said it.  I'm saying in general.

Q.        Understood.  Understood.  And when you stated that you spoke with someone about the subpoena yesterday, I believe you said you spoke with a man yesterday?

A.        Yes, my godfather.

Q.        Oh, understood.  Okay.  Did you speak with anyone from the City of Columbus about the subpoena?

A.        Yesterday when they called me before

94

you did.  I just told them I was mad I had to come down here.  I don't know why I've got to come down here.  I wasn't there.  I don't know nothing.  And whoever it was, was very polite, like you were, he told me -- yours was sweet and short, you were just calling to make sure that I was aware that I had a subpoena to be here.  There's was a little longer because I had a few questions.  But they were very polite and they just said they're sorry to inconvenience me.

But it's Richard Horton, the case has came up, whatever, whenever I get down here, there's some questions that they just need to ask me.  Like I said, they were very polite and I had a few questions, so we stayed on the phone a lot longer than me and you.  It was quick.

Q.        Okay.  And did you talk about the specific substance of this case?

A.        I remember saying I guess they're saying somebody saying I sold a car or something, I don't know.  Anyway, they were very polite. But, no, they just said when I get here they'll tell me everything, and they were very polite about it.  And so --

95

Q.        Okay.  Do you remember the name of the person you spoke with?  I'm sorry, I didn't mean to cut you off.

A.        I don't remember.  It was a 645 number.  They said -- they stated their name.  I don't remember.  I was still pissed off that I had to give my hours up today.  I don't miss work.  I don't.  Even if I'm sick.  I do MRDD through Franklin County, been with the same lady for 20-some years.  And it's a cake job.  You don't have to miss.  And I had to give somebody my damn hours.  It's hard out here, holidays coming, but...

Q.        Yeah.

A.        But like my dad always say, whatever's meant for any of us won't miss us, so it will come back what I missed.

Q.        And then quickly follow-up questions about that car.  You testified that right after it was bought and then stolen, that it was stripped?

A.        Yeah, they stripped it.  It didn't even have no damn wheels on it.  They sit it on bricks, motherfuckers.  That's what they used to do.  The rims, get them off real quick.  They snatch your

96

system out.  That's why I didn't want the doggone car.  My ex-husband wanted me to get the damn car so bad.  I was glad they stole it.

Q.        And so if your uncle had repaired the car, it would have needed more than just brakes, right?

A.        I'm not sure what it would have needed. But, yeah, it would have needed tires for sure.

Q.        Okay.  And, I apologize, I might have asked you this a few minutes ago:  But it -- it is possible that you never sold Mr. Horton a car, right?

MR. DIRISAMER:  Objection.

A.        I mean, it's possible.  But, like I said, if the BMV got a record, I trust the BMV, I must have sold it, because I don't even remember what happened to the car.  Like I said, I didn't want the car from the beginning.

Q.        And earlier you were asked questions about who Mr. Horton's friends were.  Do you remember those questions?

A.        Yeah.

Q.        Okay.  And as you sit here today, you've testified to people that you saw him with,

97

but you don't have personal knowledge of who his friends were.

Is that fair to say?

A.        That's fair to say.  People, you know, they all be around each other.  It's a rec center on the street Star.  So sometime -- that's why I said, I don't get in their business if they sell dope or not, it ain't my business, but sometime, you know, you get caught with people, they see you with people, they know what they do, then they going to put that on you, too.

So, yeah, those were just people I know he knows, he knows them, he was around them, but I never seen none of them.

Q.        Okay.  And you testified that you learned about the robbery from your mom, but you don't recall when you learned about it; is that correct?

A.        Right.  I'm sure it had to be afterwards, because the first phone call would be to my mom.  The first phone call would have been to her to let her know what was going on.

Q.        Okay.  So you might not have learned about it that first day that it happened; it could

98

have been after that?

A.         It had to be the same day.  Aunt Rhonda is not going to go without letting my mom know what's going on with her brother.

Q.         Okay.

A.         Yeah, it had to be after it happened, it had to be.  She wouldn't go a day without telling my mom what happened to her brother.

Q.         Okay.  Okay.  But as you sit here today, you don't have a specific memory of learning about it; is that correct?

A.         Correct.

Q.         Okay.  And I believe you testified earlier that the first you learned that your uncle had testified that you gave him the last name Horton was today; is that correct?

A.         Uh-huh.  Yes.

Q.         Okay.  Okay.  You didn't know that before today?

A.         Say it again.

           MR. DIRISAMER:  Objection.

A.         Say it again.

Q.         Oh, sorry.  Yeah.  You didn't know before today that your uncle, Mr. McClanahan, was

99

saying that you gave him the last name Horton?

A.        Oh, yeah.

          MR. DIRISAMER:  Objection.

A.        I didn't know that.  I didn't know that he said that I gave him the last name Horton, no.

Q.        Okay.  And you testified that if he had asked you for the last name, you would have given it, right?

A.        Yeah, I would have given it, because I remember Richard's name clearly because of the other Richard.  So everybody call him Richard Horton.

Q.        Okay.

A.        When they describe him.

Q.        Oh, I'm sorry?

A.        Because Richard was -- he was light bright.  He stands out.

Q.        But as you sit here today, you have no memory of giving him the last name Horton, correct?

A.        Correct.

Q.        Okay.  And do you know whether your uncle, Mr. McClanahan, already knew Mr. Horton's last name back in 2004?

100

MR. DIRISAMER:  Objection.

A.          Not that I know of.

Q.          Okay.  And as you sit here today, do you remember when you learned that your aunt and uncle had identified Mr. Horton as the perpetrator?

A.          I don't remember.

Q.          Okay.  And as you sit here today, do you have a specific memory of speaking with your uncle about who he thought the perpetrator was or do you believe you had the conversation based on the testimony you read?

A.          I believe it because of the testimony read, and I believe that he asked for the last name because he knows that we know him from the neighborhood, we either went to school with him or something, he was around from the times I was there in the neighborhood, which wasn't a lot, yeah.

Q.          Okay.  I just want to clarify.  As you sit here today, you don't have any memory of talking with your uncle about who the perpetrator was, correct?

A.          No, just -- no.

101

Q.           No memory, okay.  And -- okay.  I think I'm almost done.

And you were asked questions about Richard and Ricardo Diggs earlier and you classified them as troublesome.

Do you remember that testimony?

MR. DIRISAMER:  Objection.

A.           Yes, I remember.

Q.           And you testified that you had heard from people that sometimes they would take the identity of the other; is that correct?

A.           Yeah.  People used to talk about it a lot, all the time.

Q.           Do you remember any specific instances that you learned about where they would go as the other?

A.           No, just -- just hearsay.  I mean, and I know they was doing it.  People was saying they were doing it a lot as they got older.

Q.           Okay.  And do you know who Rolland Hunter is?

A.           I know Rolland, light skin with a big head, he light like Richard.  He got a big old head.  I didn't know his last name, but it got to

102

be the Rolland from Star.  He lives in the area,
too.  He lived in our neighborhood, too.  Yeah,
big head, light skin, real big head.

Q.          And was he a nice guy?

A.          I don't know.  He was different.  They
was younger than me.  He was different, too.
Yeah, I never knew his last name.  If I did, I
don't remember, but Rolland, I remember him, light
skin with a big head.  He light like Richard.
Richard is a different kind of light than Rolland.
But Rolland is a dingy light with a big old head.
They used to crack on him all the time.

Q.          Okay.  And when -- or strike that,
please.

          Do you remember ever learning about
specific things that either Diggs brother had done
that you would classify as troublesome?

          MR. DIRISAMER:  Objection.

A.          I don't remember.  I just remember
through the years hearing that them boys was
trouble, yep.

Q.          And to the best of your recollection,
were they both younger than you?

A.          I believe they -- I believe all of

103

them, and a lot of them that's passed, was younger than me, because I'll be 50 in February.  I believe they were younger than me.

Q.        Okay.  And, let's see, I think I've got one or two more.

          And so if you were to learn that either Richard or Ricardo Diggs was the true -- strike that, please -- was the true perpetrator of this robbery, would you be surprised?

          MR. DIRISAMER:  Objection.

A.        I wouldn't be surprised because of hearsay through the years.  I wouldn't be surprised of that, not at all.

Q.        Okay.  And I apologize for having to ask you this:  Do you recall ever learning that your uncle, Mr. McClanahan, had stolen drugs from Mr. Ramsey shortly before this robbery occurred?

A.        No.

Q.        Okay.  And do you recall ever learning -- or strike that, please.

          Do you recall ever hearing about your uncle, Mr. McClanahan, offering to change his story to police if Mr. Horton paid him money?

          MR. DIRISAMER:  Objection.

104

A.        I wasn't aware of it, but by them being on drugs like that, it wouldn't surprise me.

Q.        Okay.  And do you believe it's possible that Columbus Police committed misconduct in this case?

MR. DIRISAMER:  Objection.

A.        I mean, like I said, I didn't go to school for it, so I don't know.  Only God knows and them.

Q.        And is there anything that you can remember about the robbery or conversations you had with someone about it after the fact that you haven't testified to already here today?

A.        No, not at all.

Q.        Okay.  And I think my last question is: When Mr. Horton came in to your place of work and begged for your help, do you recall approximately what year that happened?

A.        I don't remember.  I really don't remember.  If I had to -- I -- if I had to take a guess, I would say it had to be before he was being sentenced, because I remember his face and I remember him saying, please, you know me, I did not do that to your uncle, and I remember his

105

face.  I'll never forget his face, man, and how he walked out the door with his head down.

So I think he was about to get sentenced and it was, like, I was his last resort to try to reach out to my uncle, like, hey, what went down for real or something, you know.  He thought -- in my heart I feel like he thought I had the -- I had the power to talk to my uncle and get the real story out of him, because Richard knows me and knows I'm for what's right.  I was older than them, I'm sure.  It don't seem like they was my age, because I don't remember none of them in no classes with me.

And I just will never forget the look on that boy's face, man, never.  And then the way that they was on drugs, and I love my family, it wouldn't surprise me, not at all.

Q.      And when you say it wouldn't surprise you, do you mean it wouldn't surprise you if they were wrong?

MR. DIRISAMER:  Objection.

A.      It wouldn't surprise me if he offered the boy some money to change his story because --

Q.      Or if he asked for money to change his

106

story, do you mean?

MR. DIRISAMER:  Objection.

A.          Yes.  I wouldn't be surprised if my Uncle Ricky -- love him to death, but when you on drugs or impaired, you know, you're not the person that you really are and you do some damn shit out there to your own family for money and drugs when you got that addiction.

Q.          And as you sit here today, do you recall ever learning that your uncle, Mr. McClanahan, gave the name Richard Diggs to detectives four days after the robbery as who he thought the perpetrator was?

MR. DIRISAMER:  Objection.

A.          I'm not aware of it.  I wasn't aware. I don't remember.

Q.          So today is the first you're learning that?

A.          Yeah.

Q.          Okay.  And my last question is:  After Mr. Horton came to your job and spoke with you, do you remember if you reached out to your uncle or not?

A.          No.  The only person that I would reach

107

out to is my mom.  That's my go-to.  I wouldn't have reached out to my Uncle Ricky.

Q.        Okay.

A.        Respectfully, I wouldn't have reached out to him.  Yeah, my go-to is my mom.  I know I tell her everything, and my mom said you've got to put it in God's hands and let the law do what they go to do.

Q.        She said that about this case?

A.        Yep.  She said put it in God's hand, only they all know what happened, and she hoped that -- it's sad if Richard was wrongfully imprisonment [sic], and she hope they get the right person.  She just hope justice be served.

Q.        Okay.  Those are all the questions that I have for you this morning.  I'm going to open it up to the attorneys that are back there in the room.  But thank you so much for your time.

A.        Okay.  Thank you.

MR. DIRISAMER:  I do have a few more. I will be very brief.

- - - - -

108

FURTHER CROSS-EXAMINATION

BY MR. DIRISAMER:

Q.        You've described Richard Horton, I think twice now, as high yellow.  Do you remember that?

A.        Yeah, he was like a Lite-Brite, you know.  He stood out.

Q.        Okay.  Do you recall your uncle ever saying that the robber was high yellow?

A.        No.  I don't remember -- I have no recollection of that.  But I remember he stood out.  Big-head Rolland was a dingy, like I said, he was a dingy yellow.  Richard was bright.

Q.        The brothers Richard and Ricardo that you knew in the neighborhood, would you describe them as high yellow?

A.        I don't remember what they look like.  It's been so many years.

Q.        Do you recall anyone else in the neighborhood named Richard that you would describe as high yellow?

A.        No, those were the only two Richards that I remember, the two knucklehead brothers and Richard.

109

Q.        Would your uncle have any reason to lie to police about who was the robber?

A.        I mean, they were on drugs.  Anything's possible.  I would hope not.

Q.        All right.  You've talked a little bit about the fact that they were using drugs.

A.        Yeah.

Q.        Was your uncle still working during that whole time period that he was using drugs?

A.        Yep, and my granddad would be pissed. He would smoke all his money up, all that good money he made driving them dump trucks.  If you-all know, that they make money, even back then, driving those trucks.

Q.        But he was still working, right?

A.        Yes.

Q.        And you talked about him working on cars?

A.        He worked on cars on the side and he drove dump trucks for my grandpa when he wasn't strung out on a binge, you know, you don't want to do that.  Well, you don't know.  You don't want to do nothing.  You just want to smoke, smoke, smoke.

Q.        All right.  But he was able to do those

110

things, work and work on cars, he was able to do that during the period that he was using drugs?

A.        Yeah.

Q.        And during the period that she was using drugs, your aunt also, Rhonda Curry, also had a job, right?

A.        I don't know if Aunt Rhonda was working back then.  I just don't remember.  I don't remember.

Q.        All right.

A.        Yeah, I don't remember.  I know she worked at a Wendy's for a long time.  But I don't think she was working at Wendy's 20 years ago.

Q.        Okay.  We've talked a little bit about Kyle Ramsey today.  Did you ever talk to him about this robbery?

A.        No.  I don't even remember what year Kyle got killed.  I don't know if Kyle was dead then or if it was afterwards.  I don't remember when Kyle got killed.

Q.        All right.  And did you ever talk to Kyle at all about your aunt and uncle?

A.        No, I hadn't seen Kyle in a long time, just heard about him.  I heard about him buying up

111

property in our old neighborhood.

Q.          And other than the one conversation you told us about at a bar with Richard Horton, have you had any other conversations with him about your aunt and uncle?

A.          No.  Nope.

Q.          All right.  Thank you.  That's all I have.

A.          Okay.

MS. MARTINEZ:  I'm sorry, I have two more quick follow-up questions, and then I promise we're done.

THE WITNESS:  Okay.  You know anybody that can do with this?

MR. DIRISAMER:  For the record, she's handed us the money order.  It's in the name of Tracy McClanahan.  I think there may be an issue with that because that's not her current name.  So we will work to get a money order issued in your correct name, and we'll get that to you as soon as we can.

THE WITNESS:  Thank you.

MS. MARTINEZ:  Okay.  Thank you, Counsel.

112

- - - - -

FURTHER CROSS-EXAMINATION

BY MS. MARTINEZ:

Q.         My last two questions for you, ma'am.

The first is:  Do you recall ever learning that your aunt and uncle had purchased drugs from Mr. Horton before the robbery, and they were unhappy with what they got?

A.         No.  I didn't even know Richard sold drugs.

Q.         Okay.

A.         I've never seen him buy it from him. You wonder why certain people be around sometimes, you know, like, why they always around when you come up, but it's none of my business, so just mind -- tend to my own business.

Q.         And as you sit here today, are you aware of the fact that your aunt and uncle hid their addiction problems during Mr. Horton's criminal trial?

A.         Oh, wow, no.

Q.         Okay.  And so today is the first thing you're learning of that?

A.         Yeah.  I thought they knew they was --

113

it wasn't a secret.  I thought they knew that they were on it bad.

Q.        Those are the last questions that I have for you.

MR. DIRISAMER:  I'm sorry, if I could have one more.  I promise this is the last one.

- - - - -

FURTHER CROSS-EXAMINATION

BY MR. DIRISAMER:

Q.        Do you ever recall seeing Richard Horton at your aunt and uncle's house?

A.        Did I see Richard there?  I just don't remember.  Yeah, I don't remember.  I seen him in the neighborhood.  I don't remember if I seen him over at my -- I don't remember.  It's been so long ago and I don't want to say -- I don't want to guess.  I don't remember.

MS. MARTINEZ:  Okay.  All right. That's all I have.

THE WITNESS:  All right.  Thank you.

MS. MARTINEZ:  Thank you so much.  Have a great rest of your day.

THE VIDEOGRAPHER:  This concludes the deposition of Tracy Smith.  We are off the record

114

at 12:24.

THE WITNESS:  I'll read it.

(Signature not waived.)

- - - - -

Thereupon, the foregoing proceedings concluded at 12:24 p.m.

- - - - -

115

State of Ohio      :        C E R T I F I C A T E
County of Franklin: SS

I, Natalie Ward, a Notary Public in and for the State of Ohio, certify that Tracy Smith was by me duly sworn to testify to the whole truth in the cause aforesaid; testimony then given was reduced to stenotype in the presence of said witness, afterwards transcribed by me; the foregoing is a true record of the testimony so given; and this deposition was taken at the time and place specified on the title page.

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, the witness and/or the parties have not waived review of the deposition transcript.

I certify I am not a relative, employee, attorney or counsel of any of the parties hereto, and further I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Columbus, Ohio, on December 2, 2023.

*Natalie Ward*

_____

Natalie M. Ward, Notary Public - State of Ohio
My commission expires December 3, 2024.

116

Witness Errata and Signature Sheet
Correction or Change Reason Code
1-Misspelling  2-Word Omitted  3-Wrong Word
4-Clarification  5-Other (Please explain)

Page/Line          Correction or Change          Reason Code

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

I, Tracy Smith, have read the entire transcript of
my deposition taken in this matter, or the same
has been read to me.  I request that the changes
noted on my errata sheet(s) be entered into the
record for the reasons indicated.

Date_____Signature_____

Ref: NW312905TS

Realtime - Videoconferencing - Trial Presentation - Video
Spectrum Reporting LLC | 614-444-1000

**Exhibits**

**312905 Exhibit 001** 4:7 34:14,16

**1**

**1** 34:14,16
**10:17** 5:12
**11-11** 89:21
**11:03** 54:5
**11:16** 54:8
**11:33** 72:8
**11:41** 72:11
**11th** 89:20
**12:24** 114:1, 6
**13-year** 89:20
**1417** 12:23
**14th** 5:3
**15** 59:3
**17** 84:9 86:3
**18** 14:3 59:4
**1980s** 40:15
**1993** 26:6,13
**1998** 26:13, 21

**2**

**20** 14:4 25:19 59:4 110:13
**20-some** 95:10
**2003** 26:21
**2004** 43:22 57:13 66:4, 11,16,23 69:6,10 72:15 80:23 99:24
**2024** 5:3
**20th** 49:17
**2:23-cv-3888** 5:8

**3**

**3498** 9:6

**4**

**43224** 9:7
**4386** 34:5

**5**

**50** 49:17 62:17 103:2

**55** 37:7
**5776-C68** 34:10
**59** 40:20
**5th** 12:6,19 24:13

**6**

**614-774-9767** 9:10
**645** 95:4

**7**

**77** 5:3

**8**

**80s** 15:23
**86** 37:10

**9**

**927** 35:24 77:9
**93** 19:15 57:20
**99** 34:4

**A**

**a.m.** 5:12
**Absolutely** 44:4
**abuse** 72:21
**adamant** 57:22
**addiction** 79:14 81:9 82:1 106:8 112:19
**addicts** 82:7
**address** 9:5 11:3 12:1,2 16:6,22 18:13
**Adidas** 55:21
**affect** 8:15, 18,21
**affirmatively** 28:10 67:2
**age** 19:2 21:18 49:20 105:12
**aggravated** 32:15
**ahead** 40:20
**Alana** 5:16
**Alfred** 71:16
**alive** 15:24
**allegations** 67:24

**Alomar** 71:18
**Alyssa** 5:18 33:17 66:10
**anniversary** 89:21
**announce** 5:13
**answers** 7:10 35:7 37:18 65:10
**anymore** 12:10
**Anything's** 78:3 109:3
**apartment** 9:6 25:18
**apartments** 25:21
**apologize** 8:3 79:20 90:6 96:9 103:14
**apologized** 68:2,20
**appealed** 31:4
**appealing** 31:7
**appearing** 5:19
**approximately** 104:17
**April** 72:14
**area** 9:10 18:12 20:17 43:2 45:6 47:4 69:20 70:14 80:13 102:1
**array** 65:11, 15,18
**arrested** 23:20
**article** 17:17 31:22 32:2, 3,6 78:22 81:19
**articles** 15:11 33:5, 6,8 56:14
**ashamed** 81:6
**assume** 33:19
**attempt** 6:23 41:18 42:3
**attend** 24:8 30:17 31:15
**attending** 31:17
**attorney** 35:7 41:5 66:14 91:15
**attorneys** 37:18

107:17
**aunt** 13:8 15:19,20 16:12 30:21 44:22 51:3 56:24 61:16 63:6,20 64:19,23,24 73:15 74:2 79:13 86:13 98:2 100:4 110:5,7,22 111:5 112:6, 18 113:11
**Avenue** 12:6, 19 18:14 21:6,8 24:13 45:14,24 46:24 47:2
**aware** 30:10 31:4 32:11, 19 57:21 72:13,17,19, 23 73:14,17 74:2,6 78:21 84:9 94:6 104:1 106:15 112:18
**awful** 84:13 85:24

**B**

**baby** 16:3 17:9 87:20
**back** 12:3, 11,13 14:18 18:20 28:1, 6,21 30:6 34:20 37:7, 8,21 38:15 39:23 44:23 45:4,11 47:1,11,12 52:22,24 54:7 61:21 67:16 68:21 72:10 79:14 80:12,23 86:8 88:13 90:2 91:16, 17 92:19 95:17 99:24 107:17 109:13 110:8
**background** 84:7
**backroom** 81:2
**bad** 21:24 22:2 23:9, 14,17 44:23 45:12,15 52:23,24 79:19,23 80:10,12,13 81:6,17 82:5,13,14, 15,17 83:11 85:22 88:9, 24 90:18,19

91:23 96:3 113:2
**bar** 89:6,7 111:3
**Barbara** 71:18
**bartending** 87:10
**based** 73:3 100:11
**basketball** 19:6 45:17 50:3 51:21
**Bates** 33:22
**Bates-stamped** 34:5
**bathroom** 54:1
**bear** 46:7
**begged** 104:17
**begging** 88:21
**begin** 92:20
**beginning** 96:18
**behalf** 5:19
**believed** 28:1 62:1 66:3
**bell** 65:24
**Beverly** 10:20
**big** 46:6 101:22,23 102:3,9,11
**Big-head** 108:12
**binge** 109:21
**biological** 16:17
**bit** 11:11 17:11 25:16 30:9 36:19 39:14,15 45:22 53:20 56:23 58:6 79:22 92:8 109:5 110:14
**blowing** 81:20
**BMV** 27:2,18, 19 28:18,19 92:9,13 93:5,6 96:15
**bottom** 41:1, 2
**bought** 12:8 27:24 35:15, 21 57:1,4,7 92:17,24 95:20
**boy** 9:7 55:21 61:17,

18,19 84:12 88:6 89:1 90:3,18 105:23

**boy's** 60:6 105:15

**boys** 45:16 47:21 48:12 50:3 51:15, 21,22 54:21 82:19,23 102:20

**brakes** 29:1, 8 38:2,3 96:5

**break** 8:6,8 53:22 54:3 72:4

**breaks** 24:4

**Brenda** 5:15 71:8

**bricks** 27:11 39:4 95:22

**briefly** 6:18 14:5

**bright** 83:22 90:21 99:17 108:13

**bring** 33:21

**bringing** 14:2,18 83:3

**broke** 88:5

**brother** 11:17,18 42:23 43:14 45:17 48:18 49:5,7 58:13 76:7 85:14 98:4,8 102:16

**brother's** 49:20 50:21 51:13

**brothers** 26:16 50:10 51:19 69:19 70:1 75:8 108:14,23

**brought** 47:23

**building** 25:23

**business** 29:4 44:11, 17,18 73:9 80:2 97:7,8 112:15,16

**buy** 112:12

**buying** 38:21 110:24

————
**C**
————

**cake** 95:10

**call** 17:20 18:11 53:15 58:11,20 59:8 68:21

69:2 97:20, 21 99:11

**called** 10:16 25:20 31:9 58:14 67:16 68:14,23 93:24

**calling** 68:2, 20 94:6

**car** 26:24 27:2,4,18, 19,21 28:9 29:15,22 30:4 35:15, 21 36:5,22, 23 37:22 38:2,3,5,18, 20 39:17 40:8,16,17, 18 41:15,16 42:9 60:24 79:5 92:13, 15,20,23 93:5,6,14 94:20 95:19 96:2,5,11, 17,18

**care** 53:2,3 58:22 59:19

**Carriage** 25:20

**cars** 28:23, 24 29:9,10, 12 53:13 60:23 109:18,19 110:1

**case** 5:4,7 14:1,22 17:12,13 31:3,20 32:20,24 33:3,12 56:11,13 57:23 65:22 66:24 67:24 69:7,10 81:10 88:3 89:9 94:11, 18 104:5 107:9

**cases** 45:20

**Castetter** 5:9

**caught** 97:9

**center** 18:17, 18 20:15,19 46:23 50:4, 12 80:14 97:5

**champagne** 39:22

**chance** 27:23

**change** 36:20 103:22 105:23,24

**check** 36:9

**Chicago** 5:20

**Christopher** 16:20

**Chuhinko** 69:10

**Cindy** 69:10

**City** 5:5,15 13:18 32:20 34:5 85:1 93:22

**civil** 32:19

**claiming** 32:12

**clarify** 34:8 100:20

**clarifying** 77:6

**class** 21:24

**classes** 21:19,20 62:19 105:13

**classified** 101:5

**classify** 102:17

**clean** 54:10

**clear** 7:1

**close** 41:1

**cloth** 83:6

**cocaine** 79:14 80:16

**code** 9:10

**colleague** 5:16

**collected** 36:6

**color** 39:20, 21 40:3

**Columbus** 5:4,5,15 9:7 13:18 16:8,9 17:6 32:21 85:1 93:22 104:4

**commit** 32:15

**committed** 77:12 104:4

**common** 81:2

**commonly** 45:9

**complaint** 32:23

**completely** 8:12

**concerns** 81:8

**concluded** 114:6

**concludes** 113:23

**congestive** 89:24

**contact** 13:6 35:9 42:6 56:1

**contacting** 42:17

**continue** 25:14

**conversation** 13:24 14:21 15:5,8 60:15 61:3 67:18 100:11 111:2

**conversations** 104:11 111:4

**convicted** 72:21 81:14 84:10 91:13

**conviction** 31:5 72:20

**convictions** 73:2

**cops** 81:17

**correct** 73:19 77:9 78:13 79:15, 16 85:1 86:14,15,23 97:18 98:11, 12,16 99:20, 21 100:23 101:11 111:20

**counsel** 5:13,15 76:24 79:4 111:24

**County** 72:21 95:9

**couple** 77:5 79:12 88:6, 24

**court** 5:6,8 6:21 7:2 9:14 13:13 67:8,21

**cousin** 13:21 15:3 51:1

**crack** 79:14 80:15 102:12

**crackheads** 91:11,13

**creepy** 90:20

**criminal** 30:9,11 31:3,20 32:14 33:18 34:21 37:16 40:23 65:22 66:4,11 86:22 92:1 112:20

**CROSS-EXAMINATION** 6:4 76:20 108:1 112:2 113:8

**crowd** 23:13

**current** 9:1, 5,8 111:18

**Curry** 11:19 13:7 15:2 16:11 30:11 34:23 35:8 50:24 53:16 57:22 58:7 63:23 64:17, 22 110:5

**Curry's** 32:13

**cut** 47:19 52:21 73:5 80:9 95:3

**Cutlass** 27:6, 13,22 38:13 39:16 40:4

**Cynthia** 15:20

————
**D**
————

**dad** 20:5,8 95:15

**dads** 43:14

**Dale** 15:24 16:3,5

**damages** 32:21

**Damika** 22:14

**damn** 40:8 57:20 74:17 90:24 92:15, 22 93:5 95:11,22 96:2 106:6

**date** 67:21

**daughter** 13:21

**David** 5:14

**day** 7:23 15:23 37:5 58:4,16 80:16,18 81:13 89:2 97:24 98:2,7 113:22

**days** 88:6,24 106:12

**dead** 43:3 45:16 46:13 49:19 52:21 110:18

**dealer** 46:17 47:15,17 48:5 55:8

**dealers** 45:20 46:14 48:11 55:2,4 70:19

**death** 89:20 91:12 106:4

**Debbie** 15:19

**deck** 39:23

40:1

**decks** 39:24

**deep** 48:23

**defective** 86:18

**Defendant** 5:15

**deposition** 5:2,10 6:19 9:11,18 10:6 11:6 67:19 113:24

**Derbyshire** 9:6 11:3 16:22 25:20

**Derrick** 69:17

**describe** 23:10 74:10 75:3 76:3 99:14 108:15,20

**description** 75:1

**details** 36:2 91:8

**detective** 41:17 65:5

**detectives** 81:17 85:23 106:12

**determine** 41:18

**difficult** 83:2

**Diggs** 49:1,4 51:6 101:4 102:16 103:7 106:11

**dingy** 102:11 108:12,13

**Dirisamer** 5:14 6:5 33:17,24 34:3,11 54:2,9 72:3, 12 78:14,20 81:11 82:3 86:5 92:4 96:13 98:21 99:3 100:1 101:7 102:18 103:10,24 104:6 105:21 106:2,14 107:20 108:2 111:15 113:5,9

**dirty** 28:6 46:8

**discuss** 65:17

**dispute** 73:22,23 74:8,9

**distance** 20:4

**District** 5:6,7

**Division** 5:7

**DMV** 93:10

**DNA** 14:5,9, 11 31:10 56:10,13,21 68:10 78:12 81:20

**documents** 9:23 10:1,2

**dog** 17:9

**doggone** 38:18 96:1

**door** 89:10 90:24 105:2

**dope** 48:2 64:20 97:8

**Dorsey** 71:24

**Doug** 5:17 65:21

**drink** 8:7

**drive** 9:6 27:22,23 38:19 92:23

**driveway** 29:11

**driving** 27:5, 12 109:12, 14

**drove** 29:5 38:20 80:3 109:20

**drug** 45:6,19 46:14,16 47:15,17 48:5,11 55:1,4,8 56:24 70:14, 19 72:21 80:13 82:7

**drugs** 44:9, 18,19,23 45:2,8,13,22 46:10 47:3, 10,24 48:3, 12 52:16,24 54:19,22,24 55:10 57:1,4 70:12,15,17, 21 80:12 82:5 83:13 85:16,19 88:9 103:16 104:2 105:16 106:5,7 109:3,6,9 110:2,5 112:7,10

**dude** 84:1

**duly** 6:2

**dump** 29:5 80:2 109:12, 20

**Dwight** 71:24

___

**E**

**earlier** 46:21 56:9 83:8 86:10,16 92:10 96:19 98:14 101:4

**ears** 90:21, 22

**east** 47:6

**Eastern** 5:7

**education** 59:19

**efficient** 8:5

**emotional** 90:13

**encountered** 38:6

**end** 25:24 89:6

**energy** 84:3

**et al** 5:5

**Everett** 24:8, 15,20 25:3

**evidence** 78:12

**ex-husband** 27:8 40:17 96:2

**Exhibit** 34:14,16

**exonerate** 31:24

**explain** 41:10

___

**F**

**face** 40:1 87:12 88:19 90:12,23 104:22 105:1,15

**fact** 42:2 48:13 104:12 109:6 112:18

**failure** 90:1

**fair** 30:5 40:19 77:19, 20 78:9,10 84:2 85:18 97:3,4

**fairly** 15:4

**familiar** 55:23 71:4, 6,9,11

**family** 11:12 15:13 20:8 29:3 30:22 43:13 48:23 53:2 59:22 60:7 64:11,

14 79:17 86:4 89:18 90:8 105:16 106:7

**fancy** 92:15

**father** 16:15, 16,17 43:14

**favorite** 84:17

**February** 49:17 62:17 103:2

**feel** 105:7

**figured** 81:15

**file** 93:13

**filed** 32:20

**fill** 70:24

**final** 72:5

**find** 14:19 43:5 59:3 62:8,10

**fine** 7:12 37:6 77:4 90:10

**fingerprints** 68:4 78:17 92:2

**fit** 23:13 82:20 83:6, 14

**fix** 29:7,8,10 53:13 80:5 84:15

**fixed** 29:12 61:1

**fixing** 29:1, 14 60:23

**flooding** 26:3

**Floor** 5:4

**follow-up** 76:24 77:6 79:6 84:23 95:18 111:11

**follow-ups** 90:7 92:7

**foregoing** 114:5

**foremost** 77:8 79:7

**forget** 87:12 90:23 105:1, 14

**format** 6:20

**found** 39:3, 11 58:15,24 89:3

**four-door** 40:6

**Fourth** 5:4

**Franklin** 72:21 95:9

**frequency** 80:23

**freshman** 19:7,8,11

**friend** 82:18

**friends** 22:17 23:4,6 46:21 49:22 50:1, 5,7,15 70:9 96:20 97:2

**front** 5:3 81:4

**funny** 90:22

**fur** 17:9

**Furquan** 71:20

___

**G**

**game** 28:6 46:8

**gather** 53:22

**gave** 10:3 52:10 76:15 98:15 99:1,5 106:11

**general** 93:15

**Gilbert** 12:6, 18,23

**Girard** 5:17

**girl** 24:2

**girlfriend** 11:19

**give** 33:24 36:1 41:8 74:11 95:7, 11

**giving** 43:7 74:24 76:9 99:19

**glad** 89:17 96:3

**go-to** 58:22 107:1,5

**God** 47:22 52:18 81:21 84:11,14 104:8

**God's** 107:7, 10

**godfather** 93:20

**godfather's** 91:15

**godmom** 24:7 26:18

**godmother's** 23:24

**godsisters** 24:3 26:17

**good** 6:6 33:15 51:14 53:24 61:1 80:1 82:16 83:5 90:19

109:11
**Google** 32:5
**grade** 19:7
**graduate** 19:14
**graduated** 19:12 25:13 26:5,12,21 57:20
**granddad** 109:10
**grandfather** 12:21 80:1,4
**grandfather's** 12:5 43:13
**grandpa** 12:20 29:5 109:20
**grandpa's** 29:4
**great** 34:12 113:22
**Greathouse** 69:17
**Greathouses** 69:18 70:17
**Gregory** 5:9
**grew** 22:8 50:2 55:6
**Grogan** 18:17 43:1 69:20
**growing** 51:15 52:6
**guess** 36:13 45:3 60:22 85:5 94:19 104:21 113:17
**guy** 102:4
**guys** 73:13 75:16

**H**

**hand** 107:10
**handed** 10:15 34:13 111:16
**handled** 91:18
**hands** 107:7
**hang** 45:16 50:19 53:11 75:7,8
**hanging** 25:7 43:2 82:19
**happen** 77:19 78:2,9 85:17 92:17
**happened** 8:1 19:18 28:14 29:17, 24 30:2,3,22 38:17 46:7 52:19 59:1,

3,9 60:7,8 64:12 74:15 79:15 80:22 81:19,23 85:15 93:4 96:17 97:24 98:6,8 104:18 107:11
**hard** 45:4 62:8 95:12
**Harmon** 71:12,16
**Harris** 71:5
**hated** 92:22
**head** 7:17 89:10 91:11 101:23,24 102:3,9,11 105:2
**health** 8:17
**hear** 47:10 48:15 59:21 70:18 83:12 89:22
**heard** 48:24 49:3 55:9 70:4,16 90:17 101:9 110:24
**hearing** 46:2, 3 51:20 54:17,23 55:20 102:20 103:21
**hearsay** 8:2 51:19 52:2,6 101:17 103:12
**heart** 82:11 86:1,2 89:24 90:1,17 105:7
**heartless** 82:23,24
**hell** 90:21
**helping** 31:24
**hey** 105:5
**hid** 112:18
**high** 19:5,8, 10,17 20:1 21:11 25:14 26:5,10,12, 21 80:20 83:23 84:3 88:19 108:4, 9,16,21
**highly** 85:8
**hinder** 47:24
**history** 79:5
**hit** 31:8
**holidays** 95:12
**Hollfinger** 66:10

**home** 61:9 92:18
**honest** 25:12
**hope** 84:14 89:13 91:20 107:13,14 109:4
**hoped** 107:11
**hoping** 7:20
**Horton** 5:5, 19 18:5 20:11 21:15 22:5,17 23:4,18 24:19 26:9, 24 27:21 30:9,15 31:4 32:12,20 35:10 42:15 43:8 44:9 46:21 47:15, 17 50:16 52:12 55:7 56:2 57:2,23 61:20,23 62:13 63:7, 10,16 66:5, 12,16 71:14, 18,22 72:13 73:15,18 74:3,12 75:11 76:2, 10 78:6,12, 18 79:9 82:2 83:9 84:9 86:12 94:11 96:11 98:16 99:1,5,12,19 100:5 103:23 104:16 106:21 108:3 111:3 112:7 113:11
**Horton's** 34:21 40:23 43:20 62:2 65:22 83:18 86:22 96:20 99:23 112:19
**hospital** 17:20 42:3 58:20 59:24 61:9
**hour** 36:8
**hours** 95:7, 12
**house** 10:3 12:3,5 19:20 23:24 29:9, 10,22 38:1 80:20 85:10 113:11
**houses** 12:15 13:2,4 22:10 25:20
**hung** 23:6 50:9 70:9

**Hunter** 101:21
**Huntington** 51:4
**hurt** 17:22 92:21
**hurting** 51:18 52:16

**I**

**idea** 77:11
**identification** 34:17 81:9 82:2
**identifications** 32:13
**identified** 30:14 86:12 100:5
**identifying** 62:2 63:11
**identities** 51:23 55:12
**identity** 101:11
**imagine** 83:2 84:13,14
**impaired** 106:5
**impound** 37:24 38:1, 15
**imprisonment** 32:1 107:13
**incarcerated** 17:7 84:9
**inconvenience** 8:4 94:10
**Innocence** 66:19
**innocent** 86:1,7
**inside** 25:23
**instances** 101:14
**interactions** 83:10 88:10
**investigator** 66:15
**involved** 73:6
**issue** 111:17
**issued** 84:24 111:19
**issues** 8:18 73:14

**J**

**jail** 46:12 47:12 48:15 54:22 70:4,7 83:13

**Janette** 71:12,14
**Javonne** 22:24 45:19 46:16,20 50:6
**job** 39:22 61:1 87:24 89:3 95:10 106:21 110:6
**John** 69:6
**Joyce** 12:23
**jump** 92:7
**jumped** 52:22
**justice** 84:17 89:13 91:20 107:14

**K**

**Kawanna** 71:5
**kid** 15:23 44:24 80:7
**kids** 17:8 22:8
**killed** 22:9 46:14 110:18,20
**Kim** 15:1 50:24 64:16, 18
**Kimberly** 13:21
**kind** 27:3 57:16 84:4,5 88:5 89:19 102:10
**knew** 20:11, 16 22:4,18, 20 41:11 42:22 43:11, 18 46:12,22 49:15,22 50:8,15,17 51:7 53:7,8, 10,17 54:13 67:21 68:16 70:9 73:3 75:3,4,5,10, 23 92:16 99:23 102:7 108:15 112:24 113:1
**knocked** 12:9
**knowledge** 7:24 56:12 65:16 69:1 70:11 97:1
**knucklehead** 108:23
**Kyle** 22:8,9, 13 45:18,22 46:5,9,14 47:18,24

49:19,23
51:16,17
52:11,14
57:5 73:5
82:18 83:2
110:15,18,
20,22,23

**Kyle's** 22:10

___

**L**

**lady** 95:9

**Lakeon** 71:22

**landlord** 19:19

**late** 68:2,20

**law** 23:19
81:15 82:9
107:7

**Lawn** 19:10

**lawsuit** 33:9

**lawyers** 85:24

**learn** 15:7
103:6

**learned** 58:10 59:6,8
86:12 97:16,
17,23 98:14
100:4
101:15

**learning** 58:7
78:24 83:18
91:24 98:11
102:15
103:15,19
106:10,17
112:6,23

**left** 15:24
34:9 67:8,14
90:12

**letting** 98:3

**Lexington** 18:11,12,14,
15,23 19:16
20:7 25:14

**lick** 48:3

**lie** 48:14 85:7
92:14 93:6
109:1

**life** 40:8
82:15 90:15

**lifted** 78:17

**light** 83:22
99:16
101:22,23
102:3,8,9,
10,11

**lines** 41:2

**Lite-brite** 108:6

**live** 10:14
11:2,22
12:22 17:6
18:8 19:16
20:14

**lived** 12:23
18:6,7,10,
11,14,15,16,
21,22 19:2,9
20:7,11,14,
17,22 21:1
22:10 25:9,
21,22 26:4
50:1 57:15
69:19,23
102:2

**lives** 16:5,9,
21 102:1

**living** 11:24
13:3 16:1,15
20:7 21:5
25:14,19

**LLC** 5:11

**locked** 48:15

**lodge** 72:24

**Loew** 12:1
35:24 77:9

**long** 7:21,22
12:17 13:3
14:16 17:18
18:2 19:9,22
22:12 24:24
36:7 43:13
60:10 64:3
65:9 67:13
75:17 86:3,6
87:16 89:4
110:12,23
113:15

**longer** 94:8,
16

**looked** 32:7
48:21 70:8
76:4

**lot** 24:2 38:6
45:15,16
46:13 52:20
53:9 60:23
64:19 85:21
94:15
100:18
101:13,19
103:1

**love** 91:12
105:16
106:4

**loved** 53:4

**Lovie** 69:6

**lying** 89:2
93:7

___

**M**

**M-C-C-L-A-N-
A-H-A-N** 6:9

**mad** 94:1

**made** 59:9
80:1 91:1
109:12

**maiden** 6:12,
17 8:22

**main** 46:24
47:2

**make** 7:3,18
20:24 77:1
81:9,16 83:1
85:5 94:6
109:13

**making** 67:7,
20 68:13
90:7

**man** 12:16
38:5 51:16,
17 55:21
62:15 83:5,
12 93:19
105:1,15

**mark** 34:13

**marked** 34:16

**Martinez** 5:18 32:17
33:21 34:2,
6,8,12 58:1
63:13 66:22
69:2,4 72:24
76:12,21
111:10,23
112:3
113:18,21

**match** 92:3

**Matthews** 71:3

**max** 76:23

**Mcclanahan** 6:8,10,12,16
8:23 10:22
11:12 17:4
28:23 30:10
37:19 40:24
41:6 42:16
43:8 44:1
53:8 58:7
60:1,4 61:3
98:24 99:23
103:16,22
106:11
111:17

**Mcclanahan'
s** 10:12,24
15:15 29:22
32:12 37:17

**Mcdougald** 71:20

**meaning** 63:6

**meant** 95:16

**media** 47:13

**medication** 8:14,20

**members** 64:14

**memory** 8:15,17,19,
21 27:13
30:19,21
77:15,22
78:5,7 79:8
98:10 99:19
100:9,21
101:1

**mentioned** 10:8 15:1,14

16:18 30:7
38:12 50:6

**message** 67:8,14

**messed** 91:21

**met** 51:3

**middle** 6:10
20:3 24:9,
14,15,20
25:3 26:1
34:24 35:5

**Milo** 18:12,
17 43:1,2
45:16 50:4
69:20

**mind** 25:5
37:12 81:20
112:16

**minimize** 8:4

**minute** 30:8
31:1 54:15

**minutes** 54:3
72:4 76:23
96:10

**misconduct** 104:4

**missed** 53:3
59:18 95:17

**mistakes** 81:16

**mom** 15:14
19:20 20:9
52:24 58:9,
10,11 59:7,
11 79:17
89:18 97:16,
21 98:3,8
107:1,5,6

**moment** 11:12 15:14
18:21 31:3
34:1

**monetary** 32:21

**money** 36:6
80:1,6
103:23
105:23,24
106:7
109:11,12,
13 111:16,
19

**months** 72:15

**morning** 6:6
77:7 107:16

**mother** 10:11 15:15
16:2,4,14
17:20

**mother's** 10:18,20
11:15,17,18
85:13

**motherfucker
s** 95:23

**mouth** 47:13

**move** 19:21
54:11

**moved** 19:24
24:7 25:15,
18,22,24
51:3 57:15

**MRDD** 95:8

**mult** 46:12

**multiple** 37:13 45:20

**murdered** 15:22 22:9,
15 54:21

**music** 27:10
28:4

**Myron** 66:10

___

**N**

**named** 36:14,17
61:18 65:21
66:10 69:6,
9,17 71:2,7
77:23
108:20

**names** 9:3
17:2 22:12
42:18 49:12
51:15 59:20
65:24 69:11,
15,21

**Natalie** 5:8

**Nathan** 65:21

**needed** 53:14 96:5,
7,8

**neighborhoo
d** 18:6,8
20:12,14,23
21:1,3,10
22:7,19 23:1
24:1 25:6,7
26:9,11,15
42:22 43:1
45:3,8,11
46:2,15,23
47:3,6 48:6,
10,17 49:13,
22 50:2,10,
15,22 51:20
53:7,11,18
54:14 55:5
57:7 60:22
62:16 69:19,
24 70:22
75:4,5,9
85:8 88:12
100:16,18
102:2
108:15,20
111:1
113:14

**nephews** 43:15

**news** 14:11,
12,23 15:9,
10 17:16

31:8,19 32:3 56:5

**newspaper** 32:4

**nice** 39:22, 23 80:13 83:9 102:4

**nickname** 55:21

**niece** 35:16 36:5,14,17 37:22 42:8, 10

**nieces** 43:15

**night** 38:23 93:1

**ninth** 19:7,13

**nodding** 7:17

**North** 5:3

**notify** 58:9, 20,21

**November** 5:3

**number** 9:9 95:4

**numbers** 37:12,13

___ **O** ___

**object** 58:1

**objection** 32:17 63:13 72:24 76:12 78:14,20 81:11 82:3 86:5 92:4 96:13 98:21 99:3 100:1 101:7 102:18 103:10,24 104:6 105:21 106:2,14

**occurred** 103:17

**October** 43:22 66:11, 16,23 69:6

**offered** 105:22

**offering** 103:22

**officer** 65:2 86:18

**Ohio** 5:4,7 9:7 66:19

**oil** 36:9

**older** 25:24 53:11 101:19 105:11

**oldest** 16:2 52:24

**Oldsmobile** 27:6,12 38:13

**online** 56:14

**open** 107:16

**opened** 89:19

**order** 111:16,19

**owned** 13:1 29:5

___ **P** ___

**p.m.** 114:6

**pages** 33:23 40:20

**paid** 103:23

**paint** 39:22

**paralegal** 5:17

**parents** 25:16 47:24 83:18,20

**parking** 38:6

**part** 30:17,18 41:14 91:6,7

**parts** 35:4

**passed** 15:19,20 16:16 30:20 32:10 43:14 103:1

**passing** 83:18

**paying** 19:20

**people** 15:11,12 17:15,17 22:5,6,7,11 23:13 28:1 31:9,23,24 32:1 43:2 47:12 51:7, 21 53:9 55:1,3,5,6,7, 14 56:18,20 69:14 70:24 73:12 81:8 82:20,22,23 92:18 96:24 97:4,9,10,12 101:10,12, 18 112:13

**people's** 44:10,16

**period** 11:20 27:7 109:9 110:2,4

**perpetrator** 78:13,19 100:6,10,22 103:8 106:13

**person** 38:4 46:5 47:20 51:6 53:15 55:18 56:6

58:13 68:8 95:2 106:5, 24 107:14

**personal** 97:1

**personally** 51:24

**phone** 9:9 17:20 60:12 94:15 97:20, 21

**phoney** 19:19

**photo** 65:11, 15,18

**picking** 78:5

**pill** 54:1

**pink** 40:3

**pinkish** 39:22

**pissed** 89:16 95:6 109:10

**place** 8:1 45:8 50:4 53:12 57:16 104:16

**places** 24:6

**Plaintiff** 5:19

**played** 19:6 50:3 51:21 82:1

**pleading** 88:3,20 89:9 90:15,16

**point** 24:16 25:1 41:8

**police** 37:24 38:1,15 48:14 65:2,4 86:17 92:1 103:23 104:4 109:2

**polite** 23:15 83:9 88:16 89:8 94:4,9, 14,21,23

**popular** 23:1 47:1

**portion** 34:22

**possibly** 22:13

**potentially** 87:5

**power** 105:8

**preparation** 10:6,7

**prepare** 9:17,21

**presence** 5:13

**present** 35:20 77:9

**pretend** 51:8

**pretty** 39:21 40:4 44:23 59:1 79:19, 23 80:10 81:6 85:22

**prior** 35:12, 14 72:19 91:24

**prison** 31:5, 21 46:19 56:2 72:14

**problems** 112:19

**proceedings** 31:15 66:5, 12 114:5

**profession** 82:10

**Project** 66:19

**promise** 111:11 113:6

**promises** 77:2

**proof** 92:9

**property** 13:1 29:5 111:1

**prosecutor** 66:3

**proved** 31:10

**provide** 33:20 42:11

**provided** 73:18 74:3

**pull** 29:11 39:24 45:10

**purchased** 112:6

**purposes** 34:17

**put** 38:2,3 97:11 107:7, 10

___ **Q** ___

**question** 6:19 7:15 32:18 35:6, 10,13,17,20, 23 36:1,7,11 37:20 38:4, 10 41:7,10, 14,17,22 42:2,6,10,14 58:2 73:1 93:9 104:15 106:20

**questioning** 54:12

**questions** 7:8 37:17 41:4 68:11, 19 72:5 76:17 77:1, 6,7 79:5,6,

12 84:23 85:6 90:5 94:8,13,15 95:18 96:19, 21 101:3 107:15 111:11 112:4 113:3

**Quiana** 71:3

**quick** 8:9 53:22 54:3 69:4 72:3,6 92:7 93:2 94:16 95:24 111:11

**quickly** 59:1 77:2 95:18

___ **R** ___

**Ramsey** 22:13,15 45:18,22 46:10 49:23 52:14 57:5 103:17 110:15

**Ramsey's** 22:14

**ran** 89:6

**reach** 88:7 105:5 106:24

**reached** 106:22 107:2,4

**read** 17:17 31:22 32:1, 6,23 33:5,6 56:10,14,18 59:20 78:22, 23 81:19 100:12,14 114:2

**real** 15:6 40:4 45:12, 15 69:4 72:6 80:12 83:24 95:24 102:3 105:6,9

**reason** 8:11 67:10 68:24 73:21,23 74:7 82:12 109:1

**rec** 20:18 50:4,11 97:5

**recall** 11:24 12:14 14:8 21:5,9 23:14,18 24:11,16,19 25:2 26:23 27:5,12 28:14,22 29:14,21 31:12 39:1, 17 42:16 43:4,7 45:7, 13,22 46:1 54:18,23 55:13,17,20

57:9 58:5,6 59:11,16 60:3,15 61:2,12,14, 22 62:9 63:15 64:5, 13,16,21 65:6,11,14, 20 66:7,8,9, 14 69:21 72:1 74:24 76:9 80:19 83:17 86:11, 17,19,22 91:24 97:17 103:15,19, 21 104:17 106:10 108:8,19 112:5 113:10

**received** 10:9 11:9 13:16,20,21, 22

**recess** 54:6 72:9

**recollection** 36:20 92:5 102:22 108:11

**record** 5:12 6:7 7:2,14 54:5,8 72:6, 8,11 93:5 96:15 111:15 113:24

**recorded** 5:10

**records** 28:19 73:8 93:10

**recovered** 27:15 28:9, 13,17 38:14 39:1

**recreation** 18:17,18 20:15 46:23

**red** 88:20

**referring** 33:18 36:11, 16 52:12

**related** 13:16 31:16 56:11, 13

**relation** 61:4

**relative** 80:23

**release** 31:5, 21 56:2

**released** 17:16 31:23 33:7 72:14

**remember** 12:2,3,16 13:19 17:14, 18,19,23 18:3,9,12, 16,19,22

19:2,4,5,9, 22 20:4,13, 17,18,20 21:2,3,13, 19,22 22:9, 11,24 23:2, 6,7,15 24:12,13,21, 22,23 25:4, 11 26:22 27:1,3,11, 17,19,20,21 28:15 29:16, 18,20,23 30:1,3,13, 16,18,19 31:2,17 36:23,24 37:5 38:16, 17 39:7,9, 11,21 40:1 42:19 43:6 44:6,11,13, 16,24 48:10, 19,21,22 49:12 50:19, 20 51:10,11, 12,14 53:12, 13 54:16 57:11,14,17, 19 59:4,14 60:2,9,13,16 61:7,10,13, 20 62:11,18 63:1,4,12, 14,24 64:2, 7,18 65:3,6, 13,19 66:1, 13,17,20 67:12 69:12, 22 73:16 74:13 75:2, 13,17 76:4 78:24 79:16 80:6,24 82:15 83:11, 20,22 84:7 87:4,6,8,11, 16,20,23 88:2,14,15, 18 89:9 90:21 91:9 92:11,12,14, 22 93:8 94:19 95:1, 4,6 96:16,21 99:10 100:4, 7 101:6,8,14 102:8,15,19 104:11,19, 20,22,23,24 105:12 106:16,22 108:4,10,11, 17,23 110:8, 9,11,17,19 113:13,14, 15,17

**reminded** 47:18

**remotely** 5:20

**rent** 19:20

**repaired** 96:4

**reporter** 5:8

**reporters** 6:22 7:2

**Reporting** 5:11

**represent** 34:20

**request** 91:1

**research** 31:20 33:3

**resort** 105:4

**Respectfully** 107:4

**responsible** 84:15 89:14 91:21

**rest** 47:22 52:20 113:22

**restroom** 8:7

**result** 6:23

**rethink** 90:2

**review** 9:22 10:1,3

**Reynolds** 21:6,7

**Rhonda** 11:19 13:7, 24 14:21 16:11,13 30:11,21 32:13 34:23 35:8 51:3 53:16 57:22 58:7 61:16 63:20,22 64:19 81:21 98:2 110:5,7

**Rhonda's** 64:24

**Ricardo** 49:4,5,6,11, 21 50:5,14, 22 51:6,8 53:6,17 54:13 55:12 101:4 103:7 108:14

**Richard** 5:5, 19 10:11,23 11:12 14:5 15:15 18:5, 16 20:11 21:14 22:5, 16 23:3,18 24:19 26:9, 24 27:21 28:22 29:22 30:9,10,15 31:4 32:11, 12 34:21 37:17,18,23 40:23,24 41:5,9,11,19 42:4,15,16, 18 43:7,9, 12,20 44:1,9 46:21 47:15, 17 48:1,5, 16,20,24

49:5,7,10,21 50:5,14,16, 21 51:5,7, 15,16 52:11, 12 53:6,8,17 54:13 55:7, 9,12 56:2 57:1,22 58:7 60:1,4 61:3, 18,20,23 62:2,12 63:7,16 72:13 73:15 74:16 75:5, 11,15,20,23 76:4 77:23 78:6 81:22 85:6 87:9 89:4 94:11 99:11,16 101:4,23 102:9,10 103:7 105:9 106:11 107:12 108:3,13,14, 20,24 111:3 112:9 113:10,12

**Richard's** 42:20 43:18 76:2 99:10

**Richards** 48:9 108:22

**Rick** 36:5

**Rick's** 35:15

**Ricky** 10:11 13:3 16:1 17:3 29:6 30:20 42:20 53:10,13 63:17 75:4 79:18,24 80:3 81:21 84:16 106:4 107:2

**rims** 27:10 95:24

**ring** 65:24

**rip** 92:19

**ripped** 38:23

**road** 12:7

**robber** 30:15 32:14 57:23 59:17 61:15 63:7,16 74:11 75:1, 11,20 78:13 86:13 108:9 109:2

**robbery** 30:7 32:15 58:4, 8,16 60:4 61:4,12 63:23 64:14, 22 65:2,5,22 66:4,11,16, 24 69:7,10 72:15 77:9, 12 78:19 79:14 84:10 86:18 97:16

103:9,17 104:11 106:12 110:16 112:7

**rock** 53:1 79:17

**role** 14:1 82:1

**Rolland** 101:20,22 102:1,8,10, 11 108:12

**room** 107:18

**Rosco** 15:22

**ruled** 78:12, 18

**run-in** 23:16

**runs** 43:12 48:23 59:22

**rush** 13:19

———

**S**

**S-M-I** 6:8

**S-M-I-T-H** 6:9

**sad** 46:7 89:17 91:19 107:12

**Sais** 71:10

**sale** 37:1 92:10

**Sam** 71:10

**save** 57:9 90:15

**saved** 57:10

**scene** 78:18

**school** 18:10,18 19:4,6,8,11, 17 20:1,3,5 21:11,12,14, 16 24:9,14, 16,20,22,23 25:2,3,4,5,9, 14 26:5,10, 12,21 42:23 50:24 51:2 57:10,13 62:12,14,20, 21,24 82:9 100:16 104:8

**schooling** 53:3 59:19

**Schwartz** 66:10

**scrammed** 57:16

**secret** 82:4 113:1

**seeking** 32:21

**sell** 37:23 44:19 47:9 48:2,3,12

54:19,22 70:15,21 97:7

**selling** 26:24 27:19,21 29:21 41:14 45:22 46:10 52:16 55:10 70:12,17 79:8 93:6

**send** 87:17

**sense** 7:3,18 81:3

**sentenced** 104:22 105:4

**served** 89:13 91:20 107:14

**serving** 17:15

**set** 12:11 72:5

**sets** 37:13

**shaking** 7:17

**she'll** 68:7, 16

**Shelly** 64:21

**shit** 55:15 106:6

**shocked** 74:17

**shoot** 45:17

**shooting** 55:15

**short** 14:16 27:7 35:4 54:6 68:1,18 72:9 94:5

**shortly** 103:17

**shot** 59:13

**showed** 14:6 17:16

**shown** 65:11,15 92:2

**shy** 84:4,6

**siblings** 15:16 16:1, 10,11,12,24 20:8 53:2,4 58:23 83:21

**sic** 107:13

**sick** 95:8

**side** 19:21, 24 47:6 109:19

**SIDS** 15:20

**signature** 93:7,11 114:3

**sister** 10:12, 24 11:15 15:15 22:14

52:24 64:24

**sit** 12:3,13 37:4 55:15 77:14,21 78:4,11,16 79:7 81:7 83:15,17 84:8 95:22 96:23 98:9 99:18 100:3, 8,21 106:9 112:17

**sits** 12:7

**sitting** 27:11 76:5

**skin** 101:22 102:3,9

**skipping** 39:14

**slowly** 7:7,9

**Smith** 5:2 6:1,8,14 9:1 65:21 113:24

**smoke** 80:6 81:5 109:11, 23

**snatch** 95:24

**social** 47:13

**softies** 51:17 73:12

**sold** 19:19 27:2,18 28:1,16 29:15 36:5, 22,23 37:23 38:5,19 42:8 44:9,18 45:9,14 47:3 54:24 83:13 92:13,18 93:14 94:20 96:11,16 112:9

**sort** 53:22

**sought** 31:5

**soul** 47:22

**sound** 36:13 71:4,6,9,11

**sounds** 43:19

**south** 89:6

**Southern** 5:6

**speak** 6:24 7:1,7,9 10:5, 9 44:19 63:22 65:2,4 66:2 67:4,6 70:19 93:21

**speaking** 15:1 60:3 64:2,13,16, 21 65:20 66:9,14 86:17 100:9

**specific** 31:20 34:22 45:7 55:17

77:15,22 78:5 94:18 98:10 100:9 101:14 102:16

**specifically** 31:13 33:3 54:19 56:16, 21 62:9

**specifics** 60:15

**Spectrum** 5:10

**speeded** 91:17

**spell** 6:7

**spent** 23:24 82:11 84:9

**split** 25:16

**spoke** 13:10 60:11 64:5, 8,10 67:1,9 93:17,18 95:2 106:21

**spoken** 11:5 47:16 66:18, 22 69:5,9

**spot** 46:24 47:2

**stamp** 33:22

**stands** 99:17

**Star** 45:14,24 46:1,24 47:2 97:6 102:1

**start** 18:4 41:1

**started** 17:15 19:8 36:9

**starting** 34:24

**state** 6:7

**stated** 93:17 95:5

**States** 5:6

**station** 32:4

**stay** 26:15

**stayed** 21:2 25:15,17 50:10 94:15

**Stead** 65:21

**step** 18:20

**stepfather** 10:16 16:18

**stereo** 92:16

**stick** 91:10 92:21

**sticking** 13:23 15:13 28:5 31:3

**stole** 27:9 96:3

**stolen** 27:13, 14 28:9 30:4 38:13 95:20 103:16

**stood** 82:21 83:23,24 90:18 108:7, 11

**story** 14:16 28:5 91:7 103:23 105:9,23 106:1

**streamline** 53:23

**street** 5:3 12:1,4,12, 13,15 35:24 46:5 73:12, 13 77:9 97:6

**streets** 46:5 82:22

**stressed** 53:1

**strike** 38:9 83:16 102:13 103:7,20

**stripped** 27:15 95:20, 21

**struggles** 81:24

**struggling** 79:13 81:8

**strung** 79:24 109:21

**stuck** 87:16 88:4,23

**stuff** 13:14 19:19 23:24 24:4 28:2 29:1 44:17 45:17 50:3, 20 51:20,22 52:21 59:21 73:6 83:13 85:24 90:1,2

**subpoena** 10:8,10 11:8 84:24 93:18, 23 94:7

**substance** 94:18

**summers** 23:23

**summertime s** 24:3

**supposedly** 14:11

**surprise** 104:2 105:17,18, 19,22

**surprised** 73:2 103:9, 11,13 106:3

**suspects** 65:12,15,18

**sweet** 68:1, 18 94:5

**switch** 51:23

**switched** 55:12

**sworn** 6:2

**system** 96:1

---

**T**

---

**T-R-A-C-Y** 6:9

**taking** 53:3

**talk** 11:11 14:1 15:12 18:1,2 30:6, 7,8 47:12 51:21 55:3, 6,8,16 58:3 67:23 68:3, 5,9 83:1,3 87:13,14,15 88:21 90:11 94:17 101:12 105:8 110:15,21

**talked** 13:12, 15 16:4,14 17:10 31:18 33:11 36:19 39:13,15 55:1,14 56:9,17,21, 23 58:5 68:22 69:13 87:5 92:9 109:5,17 110:14

**talking** 26:8 31:2 39:15 53:7 56:19, 20 66:20 100:22

**tall** 46:6

**Tanoury** 5:16

**team** 31:23

**Technology** 91:16

**teddy** 46:6

**teenager** 83:19

**telling** 61:12, 14 76:9 98:8

**ten** 26:20 37:21 47:11 76:22

**tend** 112:16

**tested** 92:2

**testified** 9:14 30:11 79:12 83:8 86:10, 16,21 95:19 96:24 97:15 98:13,15 99:6 101:9 104:13

**testifies** 6:2

**testify** 8:12

testifying 87:5

testimonies 82:7

testimony 33:18 34:21, 23 37:16 40:23,24 77:7 92:10 100:12,13 101:6

thing 32:22 35:2,4 81:19 83:12 86:8 90:18 91:16 112:22

things 18:1 31:9,19 54:11 56:10 85:19,20,21 91:17 102:16 110:1

thinking 25:5

thought 68:14 100:10 105:7 106:13 112:24 113:1

thoughts 53:23

time 8:6 11:20 13:9, 11,12 18:2 19:17 23:23 27:8 35:11, 18 38:20 42:17 54:5,8 55:15 57:19 59:2 66:19 72:8,11 76:24 81:13 82:12 86:3, 6,7,9 87:16 88:1 89:5 91:3,12 101:13 102:12 107:18 109:9 110:12,23

times 20:21 31:6 50:6,11 64:4,5 100:17

tires 96:8

title 28:20

today 6:18 7:21 8:5,12 9:18 13:7 50:6 66:23 67:19 77:14, 21 78:4,11, 16 79:1,8 81:7 83:15, 17 84:8,24 85:4 95:7 96:23 98:10, 16,19,24 99:18 100:3,

8,21 104:13 106:9,17 110:15 112:17,22

today's 11:6

told 10:17 31:13 41:16, 21 52:1 55:11,13,18 59:11 67:9, 10 68:13,20, 22 75:19,22 76:1 87:10, 19,24 88:16 89:11 94:1,5 111:3

top 34:9

Totally 86:10

towed 37:24 39:4,8,10

Tracy 5:2 6:1,8,13,16 36:5,15,17 111:17 113:24

transcript 34:4

trial 30:9,12, 15,17 32:14 33:19 34:21 37:16 40:23 86:22 92:1 112:20

trouble 23:19 102:21

troublesome 51:11,19,22 54:15,17 101:5 102:17

truck 80:2

trucking 29:4 80:1

trucks 29:5 109:12,14, 20

true 103:7,8

trust 27:18 28:19 96:15

truthfully 8:12

turn 17:11 30:6

turnaround 93:2

twelfth 19:13

two-door 40:5,7,8

Two-doors 40:11

type 46:4,5 47:20 68:19 82:22 84:1, 17

**U**

Uh-huh 7:4 8:24 17:5 30:23 41:3 63:8 98:17

uncle 8:2 10:11 11:13 13:3 15:21, 24 16:1,2,5 17:19,22 28:22 29:6 30:20 32:9 42:20 43:10 44:23 51:3 53:9,13 59:13 60:10 62:4 63:6,17 64:1,6 73:15,17 74:4,10,24 75:4,14,19 76:10 77:15 79:13,18,24 80:2 81:5,21 84:16,18 85:13 86:13 87:15 88:11, 22 96:4 98:14,24 99:23 100:5, 10,22 103:16,22 104:24 105:5,8 106:4,10,22 107:2 108:8 109:1,8 110:22 111:5 112:6, 18

uncle's 56:24 113:11

uncles 84:19

understand 19:23 81:18 85:11,22

understanding 46:9 85:3

understood 81:12,13,15 82:8 91:14 93:16,21

unhappy 112:8

United 5:6

unpack 45:21

upset 7:23 85:9

**V**

varsity 19:6

vehicle 79:9

verbal 7:15

version 34:9

versus 5:5

51:15

vibe 51:14 82:24

victim 58:8

video 6:20 7:14

Virginia 51:2 72:14,20

voicemail 67:14

**W**

wait 60:24

waived 114:3

walked 89:10 90:24 105:2

Walker 5:16 41:17 71:8

walking 20:4

wanted 26:17 37:23 40:18 60:7 64:11 68:21 83:6 96:2

Ward 5:9

water 53:24

week 61:6

weeks 61:6

weigh 90:1

weird 22:1,2 23:8,11 40:11,12 82:16 90:18, 20

well-known 45:19

Wendy's 110:12,13

west 19:10, 21,24 24:6 51:2 72:14, 20

Westmoor 20:3 24:14

whatever's 95:15

wheels 27:10 28:4 39:5,23 92:16 95:22

Whetstone 19:5,8,12

William 17:3, 7

witnessed 52:7,8

word 47:13 60:9 88:4 89:1

work 7:24 28:23 85:11 89:4 95:7 104:16 110:1 111:19

worked 28:24 66:15 87:11 89:6 109:19 110:12

working 87:9 88:1 109:8, 15,17 110:7, 13

worms 89:20

worried 79:18 89:23

worry 35:3

wow 31:10 112:21

written 7:14

wrong 105:20

wrongfully 32:1 84:13 107:12

**Y**

y'all 68:14 88:11

year 19:8,14 21:17 24:12 39:18 40:14, 16 62:24 80:24 88:15 104:18 110:17

Year's 15:23

yearbook 42:13 43:5 44:7 57:13, 20 62:10,21 77:16,23 78:6

yearbooks 57:10

years 14:3,4 15:21 18:22 24:11 25:19 26:12,20 29:13 32:8 35:12,13 37:21 47:11 54:16 59:4 70:5 76:7 84:9 86:3,20 91:22 95:10 102:20 103:12 108:18 110:13

yellow 83:23 88:19 108:4, 9,13,16,21

yesterday 25:12 67:5 68:23 93:18, 19,24

you-all 16:21 17:15 109:13

young 25:8 83:5

**younger**
 20:20 46:19
 49:18 62:16,
 18 102:6,23
 103:1,3

**Z**

**Zoom**  66:23
 68:16