# Exhibit 20

```
FRANKLIN COUNTY SHERIFF'S OFFICE      # 163735 F         PRISONER
COLUMBUS, OHIO                                           INFORMATION
```

```
Slate    : 2-0018358  5-30-2002  15:29  MJ      Status    : I
Officer  : 809  FCSO Marlette  , Tara A.        Detainers : N
Unique ID:    34967
Name     : DIGGS, RICHARD D
Alias(es):    , RICARDO
Address  : 694 E 4TH AVE                    COL  OH  43201
Employed :


Sex      : M          Height: 5'11"           Hair      : BLK
Race     : B          Weight: 155             Eyes      : BRN
DOB      : 7-16-1977 OH   SSN   :█████████     Religion  : NONE


Cell     : MJ-8-ER-001   Bin  : 00171         Assignment: SFEL
Ill      : N          Med  : N                Cash      :
```

ARREST DATA

```
Arrest  : 5-30-2002 11:20 1500N 4TH AVE                On-View  : Y
Officer : 1999 CPD  Seevers  , Gregg D.
Convey  : 1999 CPD  Seevers  , Gregg D.    1964 CPD  Ayres  , Jason T.
Vehicle : Accident- N     License-                     Disposition-
```

CHARGE DATA

```
Charge  1 : ORC  2923.42    PARTICIPATING IN A CRIMINAL  02CR3082-02
Disposition: 2-20-2003      SENTENCED TO STATE INSTN
Sentenced :          to 2-27-2003 5      YRS

Charge  2 : ORC  2911.01    AGGRAVATED ROBBERY          02CR3082-02
Disposition: 2-20-2003      NOLLE PROSEQUI
Sentenced :          to 2-20-2003

Charge  3 : ORC  2911.02    ROBBERY                     02CR3082-02
Disposition: 2-20-2003      SENTENCED TO STATE INSTN
Sentenced :          to 2-27-2003 5      YRS

Charge  4 : ORC  2911.02    ROBBERY                     02CR3082-02
Disposition: 2-20-2003      NOLLE PROSEQUI
Sentenced :          to 2-20-2003

Charge  5 : ORC  2913.51B   R.S.P. $300-$5000           02CR3082-02
Disposition: 2-20-2003      NOLLE PROSEQUI
Sentenced :          to 2-20-2003

Charge  6 : ORC  2925.03B1  TRAFFICKING IN DRUGS        02CR3082-02
Disposition: 2-20-2003      NOLLE PROSEQUI
Sentenced :          to 2-20-2003

Charge  7 : ORC  2925.03A1  AGG TRAFF IN DRUGS          02CR3643-02
Disposition: 2-20-2003      NOLLE PROSEQUI
Sentenced :          to 2-20-2003

Charge  8 : ORC  2923.42    PARTICIPATING IN A CRIMINAL  13768-1-02
Disposition: 6-07-2002      DISM FOR DIRECT INDICTMNT
Sentenced :          to 6-07-2002
```

R. HORTON 001596

```
FRANKLIN COUNTY SHERIFF'S OFFICE                            PRISONER
COLUMBUS, OHIO                                              INFORMATION
```

```
Slate    : 2-0018358   5-30-2002  15:29  MJ        Status    : I
Unique ID:  34967
Name     : DIGGS, RICHARD D
```

```
Charge  9  : ORC  2925.07A3  PREPARATION OF DRUGS FOR SAL 13768-1-02
Disposition: 6-07-2002       DISM FOR DIRECT INDICTMNT
Sentenced  :            to  6-07-2002
```

## COURT DATA

```
Court-Charge  1: M  PH     6-07-2002 10:00 ARRAIGNMENT MUNI 13768-02

Court-Charge  2: C  TRIAL  2-20-2003  9:00 DANIEL HOGAN      02CR3082-02

Court-Charge  3: C  TRIAL  2-20-2003  9:00 DANIEL HOGAN      02CR3643-02
```

## DETAINERS

```
****/HOLD FOR O.D.R.C.*********************-D- 2003-02-27 656   Mason, David L
```

## RELEASE DATA

```
Tentative Release: 2-27-2003   9:30
Actual Release   : 2-27-2003   9:30  ODRC
Officer          : 656  FCSO Mason  , David L.
```

## REMARKS:

```
05302002...2145...TX'd to CCII...NJR682
05302002 REC'D CCII..CELOL/BIN 2 E 10/2037..CMGREEN 263
05312002 PER JURIS CASE 13768 $100,041 C/S BOND SET.  PER JUDGE
         SCHNEIDER.  1454...TYW636
05312002...2100...SUBJ REC'D MJ.........................MK909
06112002...2141...I/M IS NOW K/S FROM JOHNSON, MICHAEL (2-8638) DUE TO
         BEING CO DEFENDANTS...AUTH BY CPL DUFFER...........MK909
06122002 #02CR3082 CP ARRC $250,000 SUR $20,000 ROR...........TA 594.
06192002...0914...INMATE MOVED FROM 5N2 TO 4ER1 TO AVOID PROBLEMS
............AUTH LT RICH................D MASON 656..........
062102  MOVED FROM 4ER1 TO 4WL1  B/W RATIO...DMA 396
07112002, PER CP ARRC, CASE# 02CR3643, (TRAFF IN DRGS), BOND, $10,000
...SUR & $1,000 ROR...MAG. BROWNING...MADE ACTIVE CHARGE...TLH/212.
071802  #02CR3082  PER CP COMP TRIAL CONT TO 072902...DMA 396
07292002 #02CR3082 PER CP DISPO, CONT FOR TRIAL BY ASSIGNMENT, JUDGE
         HOGAN...............TA 594.
08122002 #02CR3643 & #02CR3082 PER CP DISPO'S, CONT FOR TRIAL 09092002
         JUDGE HOGAN..............TA 594.
08252002...SUBJ TX'D CCII PER CLASSIFICATIONS C-52...AJ803.
08262002 ARR CCII THIS DATE 1333HRS...TK100 ..
08282002 reviewed hanes
09092002..02CR3082,02CR3643 CONT TR 19SEP02 PER/HOGAN.......GM440/1730
09162002 PER CP SS #02CR3643 & 02CR3082 CONT TRIAL..JUDGE HOGAN...J
HATFIELD 88  1526
09232002..02CR3643,02CR3082,CONT FOR TRIAL PER/HOGAN........GM440/1400
09272002 SLATE REVIEWED..J HATFIELD 88
10082002..02CR3082 CONT FOR TRIAL PER/HOGAN.................GM440/1500
```

R. HORTON 001597

```
FRANKLIN COUNTY SHERIFF'S OFFICE                              PRISONER
COLUMBUS, OHIO                                                INFORMATION

Slate  :  2-0018358    5-30-2002  15:29  MJ            Status    : I
Unique ID:    34967
Name    : DIGGS, RICHARD D

10082002..02CR3643 CONT FOR TRAIL PER/HOGAN.................GM440/1501
10102002 reviewed hanes
10162002 Slate reviewed Cpl. Graves. C44
10292002..02CR3643,02CR3082 CONT FOR TRIAL PER/HOGAN........GM440/1730
11052002 SLATE REVIEWED..J HATFIELD 88
11252002 CT FIELD UPDATED...slate reviewed...J HATFIELD 88
12032002..02CR3643,02CR3082 CONT FOR TRIAL PER/HOGAN........GM440/1515
12122002 SLATE REVIEWED..J HATFIELD 88
01102003 reviewed hanes
02052003 Slate Reviewed..Ct.Field Updated...J Hatfield 88
02102003    CASE #02CR3643 CON'T FOR TRIAL DATE BY ASSIGNMENT OFFICE ..
            PER JUDGE HOGAN ... VG309 1325
02102003    CASE #02CR3082 CON'T FOR TRIAL DATE BY ASSIGNMENT OFFICE ..
            PER JUDGE HOGAN ... VG309 1325
02202003..02CR3643 NOLLE PROSEQUI,02CR3082 ct20 SSI/ODRC 5yrs,ct23 SSI
.........ODRC,ct21,22,24,25 NOLLE PROSEQUI PER/HOGAN........GM440/1700
02202003 TX TO MJ.....JRR794
02202003...RECD AT MJ...CLM631
022403  MOVED FROM 7EL1 TO 8ER1  (SSI)...DMA 396
02272003...SUBJECT SENT TO ODRC..ON CASE #02CR3082-1-3, PART IN A
..........CRIME, ROBBERY....CLEARED CC, CV, NCIC, FAS...D MASON 656

SLATE PRINTED: 11-16-17  10:47:12        QPADEV0FNP  FCSOUSER    041184
```

R. HORTON 001598

```
FRANKLIN COUNTY SHERIFF'S OFFICE          163735F              PRISONER
COLUMBUS, OHIO                                                 INFORMATION
```

```
Slate    : 95-0035075  10-06-1995   1:49  MJ      Status    : I
Officer  : 611  FCSO 611  -FCSO                   Detainers : N
Unique ID:   34967
Name     : DIGGS, RICHARD D
Alias(es):
Address  : 694 EAST 4TH AVE              COLS   OH   43201
Employed :

Sex      : M            Height: 5'10"             Hair      : BLK
Race     : B            Weight: 150               Eyes      : BRN
DOB      : 7-16-1977 OH SSN   :                   Religion  :

Cell     : MJ-4-WR-001  Bin   : 00257             Assignment: MIS
Ill      : N            Med   : N                 Cash      :   100.20
```

### ARREST DATA

```
Arrest   : 10-05-1995 23:54 EAST 7TH AT PEARL         On-View    : Y
Officer  : 1777 CPD  Ryder  , Julie A
Convey   : 1777 CPD  Ryder  , Julie A
Vehicle  : Accident- N      License- H682624          Disposition-IMP
```

### CHARGE DATA

```
Charge  1  : ORC  4513.263    FAIL TO WEAR SEAT BELTS  144382 (OI)-1-95
Disposition: 10-06-1995       TIME SERVED
Sentenced  :             to 10-06-1995

Charge  2  : CPD  2135.01     DRIVER LICENSE LAW VIOLATION 145042-1-95
Disposition: 10-06-1995       RELEASED OWN RECOGNIZANCE
Sentenced  :             to 10-06-1995

Charge  3  : CPD  2135.07     FAIL TO REGISTER         145042-2-95
Disposition: 10-06-1995       RELEASED OWN RECOGNIZANCE
Sentenced  :             to 10-06-1995
```

### COURT DATA

```
Court-Charge  1: M  4D   10-06-1995  9:00 ARRAIGNMENT MUNI 144382 (OI)-95

Court-Charge  2: M  4D   10-06-1995  9:00 ARRAIGNMENT MUNI 145042-95
```

### RELEASE DATA

```
Tentative Release: 10-06-1995  14:00
Actual Release   : 10-06-1995  14:00  TS/ROR#203823 VANDERKARR
Officer          : 352         -FCSO
```

### REMARKS:

```
100695 CLEAR CC/NCIC BY#639,MEDICAL CONTACTED.CASE#144382-1/95(FTW
.......SEATBELTS)TIME SERVED.CASE#145042-1-2/95(LIC VIO & FTR)ROR
.......#203823 VANDERKARR...DPS#352

SLATE PRINTED: 11-16-17  14:08:31       QPADEV0FNP  FCSOUSER    041184
```

R. HORTON 001599