**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, *et al.*, | ) | Judge S. Courter Morris Shimeall |
| | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**EXHIBIT LIST FOR PLAINTIFF'S RESPONSE IN**

**OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Police File |
| 2 | Petition to Vacate |
| 3 | Janette Harmon Horton Deposition |
| 4 | Trial Transcript |
| 5 | Plaintiff's Answer to First Set of Discovery |
| 6 | BCI Files |
| 7 | Weisenberger Affidavit |
| 8 | Rhonda Curry Deposition |
| 9 | Sentencing Hearing Transcript |
| 10 | Continued Transcript of Proceedings 2/3/06 |
| 11 | Plaintiff's Deposition |
| 12 | Entry Granting Motion for New Trial |
| 13 | Motion for Nolle Prosequi |
| 14 | Order of Nolle Prosequi |
| 15 | Pamela Rhodeback Deposition |
| 16 | Tracy Smith Deposition |
| 17 | Defendant Brenda Walker's Deposition |
| 18 | Riccardo Diggs Vol. I Deposition |
| 19 | Riccardo Diggs Vol. II Deposition |
| 20 | Franklin County Records for Diggs |
| 21 | ODRC Records |

1

| 22 | Joint Stipulation of Fact 1/12/22 |
|----|-----------------------------------|
| 23 | Riccardo Diggs Death Certificate |
| 24 | Affidavit of Mark Rook |
| 25 | Kim Curry Deposition |
| 26 | Photo Arrays |
| 27 | Timothy Dixon Deposition |
| 28 | Dysart Report |
| 29 | Dysart Declaration |
| 30 | John Wixted Deposition |
| 31 | Lakeon Affidavit |
| 32 | Transition Request |
| 33 | Photo of Richard Diggs |
| 34 | Photo of Riccardo Diggs |
| 35 | Riccardo Diggs Criminal Records |
| 36 | Application for DNA Testing |
| 37 | Riccardo Diggs Montgomery Records |
| 38 | Sgt. Greene Deposition |
| 39 | Shaun Laird Deposition |
| 40 | Bradley Thomas Deposition |
| 41 | State Defense File |
| 42 | Prosector's File |
| 43 | Latent Print Results from McClanahan and Curry Comparison |
| 44 | Alyssa Holfinger Deposition |
| 45 | Carol Wright Deposition |
| 46 | David Thomas Deposition |
| 47 | Blake Affidavit |
| 48 | PRR response to OIP |
| 49 | Richard Horton Affidavit |
| 50 | David Thomas Affidavit |
| 51 | Email chain from Benzinger |
| 52 | Motion for New Trial |
| 53 | McClanahan Obituary |
| 54 | Horton's Brief re: MIL |
| 55 | State's Response Brief re: MIL |
| 56 | Horton's Reply Brief re: MIL |
| 57 | Decision and entry on MIL |
| 58 | Sgt. Kirk Alt Deposition |
| 59 | Plaintiff's 30(b)(6) Notice |
| 60 | Tiderington Report |
| 61 | Tiderington Rebuttal Report |
| 62 | Tiderington Declaration |
| 63 | Affidavit of Elizabeth Benzinger |
| 64 | SCOTUS Salter Denial |
| 65 | Dana Farbacher Deposition |

2

| | |
|---|---|
| 66 | Dana Farbacher Deposition |
| 67 | Plaintiff's Answer to Second Set of Discovery |
| 68 | Defendants' Response to Requests for Admission |
| 69 | Plaintiff's Supplemental Response |