# Exhibit 21



# Department of Rehabilitation & Correction

**Mike Dewine, Governor**
**Annette Chambers-Smith, Director**

Friday, April 4, 2025 12:03 PM

## OFFENDER INFORMATION DETAILS



| | |
|---|---|
| **Inmate ID** | A445365 |
| **First Name** | RICARDO |
| **Last Name** | DIGGS |
| **Lock** | |
| **Race** | BLACK |
| **Institution** | CO.WH |

RELEASED - 06/03/2008 - UNFAVORABLE PRC FINAL RELEASE

| | | | |
|---|---|---|---|
| **Hair Color** | BLACK | **Gender** | MALE |
| **Eye Color** | BROWN | **Height** | 511 |
| **Security Level** | 2A | **Weight** | 160 |
| **DOB** | 07/16/1977 | **Admitted** | 02/27/2003 |
| **Latest Job** | | | |
| **County of Commitment** | FRAN | **FBI** | 578294DB3 |
| **Court Case Number** | 02CR3082 | **BCI** | B735209 |
| **Most Serious Offense** | 2923.42 4-PARTICIPATING IN CRIMINAL GANG | | |

RELEASE DATE: 05/09/2007

| | | | |
|---|---|---|---|
| **PRD Date** | | **POA Date** | |
| **PRC Term** | 3.00 years | **PRC Start Date** | 05/09/2007 |
| **CCIS Investigation Available** | Y | | |

CONFIDENTIAL
City 016432

## ALIAS NAMES

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|

## OTHER INMATE NUMBERS

| OFFENDER NO. | NAME | STATUS | CURRENT NO. |
|---|---|---|---|
| A364470 | RICHARD DIGGS | RELEASED - 04/23/1999 - EXPIRATION OF STATED TERM (NO PRC) | |
| A339403 | RICHARD DEVON DIGGS | RELEASED - 06/18/1997 - EXPIRATION OF STATED TERM (NO PRC) | |

## SENTENCE INFORMATION

**NET SENTENCE:** **5.00 TERM**

**Aggregate Jail time Credit (days): 292**

| | | | |
|---|---|---|---|
| **Exp. of Definite** | | **Exp. of Stated Term [EST]** | 05/09/2007 |
| **2/3 Exp. of Definite** | **Fixed** 05/09/2007 | **Zero Diminishing** | 05/09/2007 |
| **Board Date** | | **Board Month/Yr** | |
| **2/3 Board Date** | **Fixed** | **Zero Diminishing** | |
| **AI(non gun) date 2/3** | **Fixed** | **Zero Diminishing** | |
| **Exp. of Gun/DBS Date** | | **Shock Parole Hearing Date** | |
| **EMS-Exp. of Maximum** | | **Shock Parole Release Date** | |
| **Exp. of Mandatory Term** | | **Furlough/TRC Screening Date** | |
| **Exp. of PRC** | 05/08/2010 | **Furlough/TRC Hearing Date** | |
| **Commutation Review Date** | | **Definite/Stated Term Exp.** | 05/09/2007 |
| **Expiration of EST HB86-1 Sentence** | | **Expiration of EST HB86-5 Sentence** | |
| **Expiration of EST HB86-0 Sentence** | | **Expiration of EST SB2 Sentence** | 05/09/2007 |
| **Risk Reduction Release Date** | | **80% Release Eligibility Date** | |
| **92% Earn Credit CAP HB86-1 Sentence** | | **92% Earn Credit CAP HB86-5 Sentence** | |
| e | | **85% Earn Credit CAP HB86-5 Sentence** | |
| **Earliest Risk Reduction Date** | | **Risk Reduction Qualifying Date** | |
| **Expiration of EST SB2-1 Sentence** | | **85% Earn Credit CAP SB2-1 Sentence** | |

CONFIDENTIAL
City 016433

**Expiration of EST SB2-5 Sentence**

**85% Earn Credit CAP SB2-5 Sentence**

**Expiration of EST SB2-0 Sentence**

-

## OFFENSE DATA

| * | OFFENSE | START mmddyy | CT | CL | JAIL TIME CREDIT | GUN | MAND | DEF/ TERM | SB201 Mand Min | SB201 Mand Max | SB201 Min | SB201 Max | MIN/ FULL | MAX | LD | COUNTY | DOCKET NUMBER | C N | DEG FEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PARTICIPATING IN CRIMINAL GANG 2923.42 4 | 02/27/03 | 1 | C | 292 | | | 5.00 | | | | | | | | FRAN | 02CR3082 | C | 2 |
| | ROBBERY 2911.02 4 | 02/27/03 | 1 | C | 292 | | | 5.00 | | | | | | | | FRAN | 02CR3082 | C | 3 |

## JOB INFORMATION

| DATE | INSTITUTION | JOB DESCRIPTION | JOB LOCATION |
|---|---|---|---|
| 08/05/2008 | CO.WH | | |
| 12/07/2005 | CCI | YARD WKR | D2 |
| 11/30/2005 | CCI | DC | ISOLATION |
| 11/24/2005 | CCI | SC | ISOLATION |
| 11/24/2004 | CCI | YARD WKR | D2 |
| 11/09/2004 | CCI | DC | ISOLATION |
| 11/08/2004 | CCI | SC | ISOLATION |
| 07/28/2004 | CCI | YARD WKR | D2 |
| 05/20/2004 | CCI | FOOD SERVICE WKR | FOOD SERVICE |
| 05/18/2004 | CCI | DC | ISOLATION |
| 05/17/2004 | CCI | SC | ISOLATION |
| 04/29/2003 | CCI | FOOD SERVICE WKR | FOOD SERVICE |
| 03/31/2003 | CCI | ORIENTATION | ORIENTATION |
| 03/31/2003 | CCI | ADD TO COUNT AND ROLLS | BLANK |
| 02/27/2003 | CRC | ADD TO COUNT AND ROLLS | BLANK |
| 02/27/2003 | CRC | RECEPTION | RECEPTION |

## DETAINER INFORMATION

| AGENCY NAME | TYPE | PLACED ON | WARRANT # |
|---|---|---|---|

## HEARING INFORMATION

| SCHEDULED MONTH | TYPE OF HEARING | RESULTS | ACTUAL DATE |
|---|---|---|---|
| 2/2007 | ASMTPRY | PRC YES - BASIC SUPERVISION, OTHER: J.E. language appropriate for PRC | 02/21/2007 |
| 4/2006 | ASMT | | |

CONFIDENTIAL
City 016434

## MOVEMENT INFORMATION

| MM/DD/YY | INSTITUTION | LOCK | | MM/DD/YY | INSTITUTION | LOCK |
|---|---|---|---|---|---|---|
| 08/05/08 | CO.WH | | ◄ | 12/27/05 | CCI | D /D2 /112 / / |
| 12/07/05 | CCI | D /D1 /31 / / | ◄ | 11/24/05 | CCI | D /S2 /9 /E/ |
| 11/24/05 | CCI | D /S2 /9 /E/ | ◄ | 11/24/04 | CCI | D /D2 /139 /B/ |
| 11/09/04 | CCI | D /S2 /15 /D/ | ◄ | 11/08/04 | CCI | D /S2 /15 /D/ |
| 05/20/04 | CCI | D /D2 /130 / / | ◄ | 05/18/04 | CCI | D /S2 /16 /E/ |
| 05/17/04 | CCI | D /S2 /16 /E/ | ◄ | 09/29/03 | CCI | D /D2 /146 /A/ |
| 08/21/03 | CCI | D /D2 /146 /B/ | ◄ | 08/13/03 | CCI | D /D2 /125 / / |
| 03/31/03 | CCI | D /D2 /144 /B/ | ◄ | 03/31/03 | CCI | |
| 03/11/03 | CRC | A /02 /1073/ / | ◄ | 02/27/03 | CRC | R /02 /2054/ / |
| 02/27/03 | CRC | | | | | |

## CLASSIFICATION INFORMATION

| EFFECTIVE | LEVEL | TYPE | CLASS DATE | ANNIVERSARY | PRIV. REVIEW |
|---|---|---|---|---|---|
| 03/30/07 | 2 | ANNIVERSARY | 03/30/07 | 03/30/08 | |
| 03/22/06 | 2 | ANNIVERSARY | 03/22/06 | 03/22/07 | |
| 03/28/05 | 2 | ANNIVERSARY | 03/28/05 | 03/28/06 | 03/01/06 |
| 03/24/04 | 2 | ANNIVERSARY | 03/24/04 | 03/24/05 | 03/01/05 |
| 03/27/03 | 2 | CONFIRMED | 03/27/03 | 03/27/04 | |
| 03/27/03 | 3 | CONFIRMED | 03/27/03 | 03/27/04 | |
| 02/27/03 | 3 | INITIAL | 02/27/03 | | |

## STATUS INFORMATION

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|
| 06/03/08 | RELEASED | UNFAVORABLE PRC FINAL RELEASE | 06/05/08 |
| 05/09/07 | PAROLED | RELEASED UNDER PRC | 05/10/07 |
| 03/31/03 | INCARCERATED | ADMIN. TRANSFER | 03/31/03 |
| 02/27/03 | INCARCERATED | NEW ADMISSION FROM COURT | 02/27/03 |

CONFIDENTIAL
City 016435



# Department of Rehabilitation & Correction

**Mike Dewine, Governor**
**Annette Chambers-Smith, Director**

Friday, April 4, 2025 12:01 PM

## OFFENDER INFORMATION DETAILS



| | |
|---|---|
| **Inmate ID** | A565076 |
| **First Name** | RICARDO |
| **Last Name** | DIGGS |
| **Lock** | |
| **Race** | BLACK |
| **Institution** | CO.WH |

RELEASED - 04/06/2008 - EXPIRATION OF STATED TERM (NO PRC)

| | | | |
|---|---|---|---|
| **Hair Color** | BLACK | **Gender** | MALE |
| **Eye Color** | BROWN | **Height** | 509 |
| **Security Level** | 2A | **Weight** | 170 |
| **DOB** | 08/05/1976 | **Admitted** | 10/22/2007 |
| **Latest Job** | | | |
| **County of Commitment** | MONT | **FBI** | 770772AB9 |
| **Court Case Number** | 2007CR2826 | **BCI** | B544762 |
| **Most Serious Offense** | 2925.03 4-DRUG TRAFFICKING | | |

RELEASE DATE: 04/06/2008

| | | | |
|---|---|---|---|
| **PRD Date** | | **POA Date** | |
| **PRC Term** | 0 years | **PRC Start Date** | |
| **CCIS Investigation Available** | N | | |

CONFIDENTIAL
City 016436

## ALIAS NAMES

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|

## OTHER INMATE NUMBERS

| OFFENDER NO. | NAME | STATUS | CURRENT NO. |
|---|---|---|---|
| A329848 | RICCARDO L DIGGS | RELEASED - 06/22/1997 - EXPIRATION OF SENTENCE | |

## SENTENCE INFORMATION

**NET SENTENCE:   0.58 TERM**

**Aggregate Jail time Credit (days):   41**

| | | | |
|---|---|---|---|
| **Exp. of Definite** | | **Exp. of Stated Term [EST]** | 04/06/2008 |
| **2/3 Exp. of Definite** | **Fixed    04/08/2008** | **Zero Diminishing** | 04/08/2008 |
| **Board Date** | | **Board Month/Yr** | |
| **2/3 Board Date** | **Fixed** | **Zero Diminishing** | |
| **AI(non gun) date 2/3** | **Fixed** | **Zero Diminishing** | |
| **Exp. of Gun/DBS Date** | | **Shock Parole Hearing Date** | |
| **EMS-Exp. of Maximum** | | **Shock Parole Release Date** | |
| **Exp. of Mandatory Term** | | **Furlough/TRC Screening Date** | |
| **Exp. of PRC** | | **Furlough/TRC Hearing Date** | |
| **Commutation Review Date** | | **Definite/Stated Term Exp.** | 04/06/2008 |
| **Expiration of EST HB86-1 Sentence** | | **Expiration of EST HB86-5 Sentence** | |
| **Expiration of EST HB86-0 Sentence** | | **Expiration of EST SB2 Sentence** | 04/06/2008 |
| **Risk Reduction Release Date** | | **80% Release Eligibility Date** | |
| **92% Earn Credit CAP HB86-1 Sentence** | | **92% Earn Credit CAP HB86-5 Sentence** | |
| e | | **85% Earn Credit CAP HB86-5 Sentence** | |
| **Earliest Risk Reduction Date** | | **Risk Reduction Qualifying Date** | |
| **Expiration of EST SB2-1 Sentence** | | **85% Earn Credit CAP SB2-1 Sentence** | |
| **Expiration of EST SB2-5 Sentence** | | **85% Earn Credit CAP SB2-5 Sentence** | |

CONFIDENTIAL
City 016437

**Expiration of EST SB2-0 Sentence**                    -

## OFFENSE DATA

| * | OFFENSE | START mmddyy | CT | CL | JAIL TIME CREDIT | GUN | MAND | DEF/ TERM | SB201 Mand Min | SB201 Mand Max | SB201 Min | SB201 Max | MIN/ FULL | MAX | LD | COUNTY | DOCKET NUMBER | C N | DEG FEL |
|---|---------|-------------|----|----|------------------|-----|------|-----------|----------------|----------------|-----------|-----------|-----------|-----|----|--------|---------------|-----|---------|
| | DRUG TRAFFICKING 2925.03 4 | 10/22/07 | 1 | C | 41 | | | 0.58 | | | | | | | | MONT | 2007CR2826 | C | 5 |

## JOB INFORMATION

| DATE | INSTITUTION | JOB DESCRIPTION | JOB LOCATION |
|------|-------------|-----------------|--------------|
| 05/05/2008 | CO.WH | | |
| 03/20/2008 | PCI | STUDENT | PRE GED |
| 01/07/2008 | PCI | STUDENT | LITERACY |
| 01/03/2008 | PCI | UNASSIGNED | UNASSIGNED |
| 11/27/2007 | PCI | PORTER | D-2 |
| 11/16/2007 | PCI | UNASSIGNED | UNASSIGNED |

## DETAINER INFORMATION

| AGENCY NAME | TYPE | PLACED ON | WARRANT # |
|-------------|------|-----------|-----------|

## HEARING INFORMATION

| SCHEDULED MONTH | TYPE OF HEARING | RESULTS | ACTUAL DATE |
|-----------------|-----------------|---------|-------------|
| 12/2007 | ASMTPRN | NO PRC - | 10/24/2007 |

## MOVEMENT INFORMATION

| MM/DD/YY | INSTITUTION | LOCK | | MM/DD/YY | INSTITUTION | LOCK |
|----------|-------------|------|---|----------|-------------|------|
| 05/05/08 | CO.WH | | ◄ | 01/02/08 | PCI | B /1-E/123 / / |
| 11/16/07 | PCI | D /08 /037 / / | ◄ | 11/16/07 | PCI | D /08 /005 / / |
| 11/16/07 | PCI | Z /MIS/2 / / | ◄ | 11/16/07 | PCI | D /08 /006 / / |
| 11/16/07 | PCI | Z /MIS/15 / / | ◄ | 11/16/07 | PCI | D /08 /006 / / |
| 11/16/07 | PCI | | ◄ | 10/26/07 | CRC | B /02 /2045/A/ |
| 10/26/07 | CRC | Z /MIS/4 / / | ◄ | 10/22/07 | CRC | R /02 /1099/A/ |

## CLASSIFICATION INFORMATION

| EFFECTIVE | LEVEL | TYPE | CLASS DATE | ANNIVERSARY | PRIV. REVIEW |
|-----------|-------|------|------------|-------------|--------------|
| 11/09/07 | 2 | CONFIRMED | 11/09/07 | 11/09/08 | |
| 10/22/07 | 3 | INITIAL | 10/22/07 | | |

## STATUS INFORMATION

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|
| 04/06/08 | RELEASED | EXPIRATION OF STATED TERM (NO PRC) | 04/07/08 |
| 11/16/07 | INCARCERATED | ADMIN. TRANSFER | 11/16/07 |
| 10/22/07 | INCARCERATED | NEW ADMISSION FROM COURT | 10/22/07 |

CONFIDENTIAL
City 016439



# Department of Rehabilitation & Correction

**Mike Dewine, Governor**
**Annette Chambers-Smith, Director**

Friday, April 4, 2025 12:02 PM

## OFFENDER INFORMATION DETAILS

NO PHOTO AVAILABLE

| | |
|---|---|
| **Inmate ID** | A329848 |
| **First Name** | RICCARDO |
| **Last Name** | DIGGS |
| **Lock** | |
| **Race** | BLACK |
| **Institution** | CO.WH |

*RELEASED - 06/22/1997 - EXPIRATION OF SENTENCE*

| | | | |
|---|---|---|---|
| **Hair Color** | | **Gender** | MALE |
| **Eye Color** | | **Height** | |
| **Security Level** | 2A | **Weight** | |
| **DOB** | 08/05/1976 | **Admitted** | 06/24/1996 |

**Latest Job** EXPIRATION OF SENTENCE

| | | | |
|---|---|---|---|
| **County of Commitment** | FRAN | **FBI** | 770772AB9 |
| **Court Case Number** | 95CR116537 | **BCI** | B544762 |
| **Most Serious Offense** | 2925.03 3-DRUG TRAFFICKING | | |

*RELEASE DATE: 06/22/1997*

| | | | |
|---|---|---|---|
| **PRD Date** | | **POA Date** | |
| **PRC Term** | 0 years | **PRC Start Date** | |
| **CCIS Investigation Available** | N | | |

CONFIDENTIAL
City 016440

## ALIAS NAMES

| LAST NAME | FIRST NAME | MIDDLE NAME |
|-----------|------------|-------------|

## OTHER INMATE NUMBERS

| OFFENDER NO. | NAME | STATUS | CURRENT NO. |
|--------------|------|--------|-------------|
| A565076 | RICARDO L DIGGS | RELEASED - 04/06/2008 - EXPIRATION OF STATED TERM (NO PRC) | * |

## SENTENCE INFORMATION

NET SENTENCE:    1.50 DEF

**Aggregate Jail time Credit (days):   20**

| | | | |
|---|---|---|---|
| **Exp. of Definite** | | 06/22/1997 | **Exp. of Stated Term [EST]** | |
| **2/3 Exp. of Definite** 06/04/1997 **Fixed** 06/22/1997 | | | **Zero Diminishing** | 12/03/1997 |
| **Board Date** | | | **Board Month/Yr** | |
| **2/3 Board Date** | **Fixed** | | **Zero Diminishing** | |
| **AI(non gun) date 2/3** | **Fixed** | | **Zero Diminishing** | |
| **Exp. of Gun/DBS Date** | | | **Shock Parole Hearing Date** | |
| **EMS-Exp. of Maximum** | | | **Shock Parole Release Date** | |
| **Exp. of Mandatory Term** | | | **Furlough/TRC Screening Date** | |
| **Exp. of PRC** | | | **Furlough/TRC Hearing Date** | |
| **Commutation Review Date** | | | **Definite/Stated Term Exp.** | 06/22/1997 |
| **Expiration of EST HB86-1 Sentence** | | | **Expiration of EST HB86-5 Sentence** | |
| **Expiration of EST HB86-0 Sentence** | | | **Expiration of EST SB2 Sentence** | |
| **Risk Reduction Release Date** | | | **80% Release Eligibility Date** | |
| **92% Earn Credit CAP HB86-1 Sentence** | | | **92% Earn Credit CAP HB86-5 Sentence** | |
| e | | | **85% Earn Credit CAP HB86-5 Sentence** | |
| **Earliest Risk Reduction Date** | | | **Risk Reduction Qualifying Date** | |
| **Expiration of EST SB2-1 Sentence** | | | **85% Earn Credit CAP SB2-1 Sentence** | |

CONFIDENTIAL
City 016441

**Expiration of EST SB2-5 Sentence**

**85% Earn Credit CAP SB2-5 Sentence**

**Expiration of EST SB2-0 Sentence**

-

## OFFENSE DATA

| * | OFFENSE | START mmddyy | CT | CL | JAIL TIME CREDIT | GUN | MAND | DEF/ TERM | SB201 Mand Min | SB201 Mand Max | SB201 Min | SB201 Max | MIN/ FULL | MAX | LD | COUNTY | DOCKET NUMBER | C N | DEG FEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRUG TRAFFICKING 2925.03 3 | 06/24/96 | 1 | C | 20 | | | 1.50 | | | | | | | | FRAN | 95CR116537 | C | 4 |

## JOB INFORMATION

| DATE | INSTITUTION | JOB DESCRIPTION | JOB LOCATION |
|---|---|---|---|
| 06/22/1997 | SCI | EXPIRATION OF SENTENCE | TIE |
| 05/08/1997 | SCI | PRE-RELEASE | SCHOOL AM |
| 03/13/1997 | SCI | PORTER | C DORMITORY |
| 01/02/1997 | SCI | PORTER | I DORMITORY |
| 12/04/1996 | SCI | PORTER 2 | E BUILDING 1 |
| 11/21/1996 | SCI | PORTER 2 | CAPT OFFICE 3 |
| 11/14/1996 | SCI | TRASH CREW WKR | IDR 2 |

## DETAINER INFORMATION

| AGENCY NAME | TYPE | PLACED ON | WARRANT # |
|---|---|---|---|

## HEARING INFORMATION

| SCHEDULED MONTH | TYPE OF HEARING | RESULTS | ACTUAL DATE |
|---|---|---|---|

## MOVEMENT INFORMATION

| MM/DD/YY | INSTITUTION | LOCK | | MM/DD/YY | INSTITUTION | LOCK |
|---|---|---|---|---|---|---|
| 07/18/97 | CO.WH | | ◄ | 05/30/97 | SCI | 1 /B /14 /2/ |
| 05/22/97 | SCI | 1 /C /44 /2/ | ◄ | 03/27/97 | SCI | 1 /C /7 /3/ |
| 03/12/97 | SCI | 1 /C /28 /3/ | ◄ | 08/18/96 | SCI | 5 /I /14 /1/ |
| 08/12/96 | SCI | 5 /DC / / / | ◄ | 08/11/96 | SCI | 5 /SC / / / |
| 07/26/96 | SCI | 5 /I /20 /4/ | ◄ | 07/23/96 | SCI | 3 /M /49 /2/ |
| 07/23/96 | SCI | | ◄ | 07/05/96 | CRC | B /02 /1080/ / |
| 06/24/96 | CRC | R /01 /1008/ / | ◄ | 06/24/96 | CRC | |

## CLASSIFICATION INFORMATION

| EFFECTIVE | LEVEL | TYPE | CLASS DATE | ANNIVERSARY | PRIV. REVIEW |
|---|---|---|---|---|---|

CONFIDENTIAL
City 016442

| | | | |
|---|---|---|---|
| 02/20/97 | 2 | ANNIVERSARY | 02/20/97 |
| 07/18/96 | 2 | CONFIRMED | 07/08/96 |

## STATUS INFORMATION

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|
| 06/22/97 | RELEASED | EXPIRATION OF SENTENCE | 06/23/97 |
| 07/23/96 | INCARCERATED | ADMIN. TRANSFER | 07/24/96 |
| 06/24/96 | INCARCERATED | NEW ADMISSION FROM COURT | 06/24/96 |

CONFIDENTIAL
City 016443



# Department of Rehabilitation & Correction

**Mike Dewine, Governor**
**Annette Chambers-Smith, Director**

Friday, April 4, 2025 12:04 PM

## OFFENDER INFORMATION DETAILS

NO PHOTO AVAILABLE

| | |
|---|---|
| **Inmate ID** | A339403 |
| **First Name** | RICHARD |
| **Last Name** | DIGGS |
| **Lock** | |
| **Race** | BLACK |
| **Institution** | CO.WH |

RELEASED - 06/18/1997 - EXPIRATION OF STATED TERM (NO PRC)

| | | | |
|---|---|---|---|
| **Hair Color** | | **Gender** | MALE |
| **Eye Color** | | **Height** | |
| **Security Level** | 1 | **Weight** | |
| **DOB** | 07/16/1977 | **Admitted** | 01/09/1997 |

**Latest Job** EXPIRATION OF SENTENCE

| | | | |
|---|---|---|---|
| **County of Commitment** | FAIR | **FBI** | |
| **Court Case Number** | 96CR0322 | **BCI** | B735209 |
| **Most Serious Offense** | 2925.37 4-SALE COUNTERFEIT DRUGS | | |

RELEASE DATE: 06/18/1997

| | | | |
|---|---|---|---|
| **PRD Date** | | **POA Date** | |
| **PRC Term** | 0 years | **PRC Start Date** | |
| **CCIS Investigation Available** | Y | | |

CONFIDENTIAL
City 016444

## ALIAS NAMES

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|

## OTHER INMATE NUMBERS

| OFFENDER NO. | NAME | STATUS | CURRENT NO. |
|---|---|---|---|
| A445365 | RICARDO DIGGS | RELEASED - 06/03/2008 - UNFAVORABLE PRC FINAL RELEASE | * |
| A364470 | RICHARD DIGGS | RELEASED - 04/23/1999 - EXPIRATION OF STATED TERM (NO PRC) | |

## SENTENCE INFORMATION

### NET SENTENCE: 0.75 TERM

**Aggregate Jail time Credit (days): 113**

| | | | |
|---|---|---|---|
| **Exp. of Definite** | | **Exp. of Stated Term [EST]** | 06/18/1997 |
| **2/3 Exp. of Definite** | **Fixed** 06/18/1997 | **Zero Diminishing** | 06/18/1997 |
| **Board Date** | | **Board Month/Yr** | |
| **2/3 Board Date** | **Fixed** | **Zero Diminishing** | |
| **AI(non gun) date 2/3** | **Fixed** | **Zero Diminishing** | |
| **Exp. of Gun/DBS Date** | | **Shock Parole Hearing Date** | |
| **EMS-Exp. of Maximum** | | **Shock Parole Release Date** | |
| **Exp. of Mandatory Term** | | **Furlough/TRC Screening Date** | |
| **Exp. of PRC** | | **Furlough/TRC Hearing Date** | |
| **Commutation Review Date** | | **Definite/Stated Term Exp.** | 06/18/1997 |
| **Expiration of EST HB86-1 Sentence** | | **Expiration of EST HB86-5 Sentence** | |
| **Expiration of EST HB86-0 Sentence** | | **Expiration of EST SB2 Sentence** | 06/18/1997 |
| **Risk Reduction Release Date** | | **80% Release Eligibility Date** | |
| **92% Earn Credit CAP HB86-1 Sentence** | | **92% Earn Credit CAP HB86-5 Sentence** | |
| e | | **85% Earn Credit CAP HB86-5 Sentence** | |
| **Earliest Risk Reduction Date** | | **Risk Reduction Qualifying Date** | |
| **Expiration of EST SB2-1 Sentence** | | **85% Earn Credit CAP SB2-1 Sentence** | |

CONFIDENTIAL
City 016445

**Expiration of EST SB2-5 Sentence**

**85% Earn Credit CAP SB2-5 Sentence**

**Expiration of EST SB2-0 Sentence**

-

## OFFENSE DATA

| * | OFFENSE | START mmddyy | CT | CL | JAIL TIME CREDIT | GUN | MAND | DEF/ TERM | SB201 Mand Min | SB201 Mand Max | SB201 Min | SB201 Max | MIN/ FULL | MAX | LD | COUNTY | DOCKET NUMBER | C N | DEG FEL |
|---|---------|--------------|----|----|------------------|-----|------|-----------|-----------------|-----------------|-----------|-----------|-----------|-----|-----|--------|---------------|-----|---------|
| | SALE COUNTERFEIT DRUGS 2925.37 4 | 01/09/97 | 1 | C | 113 | | | 0.75 | | | | | | | FAIR | | 96CR0322 | C | 5 |

## JOB INFORMATION

| DATE | INSTITUTION | JOB DESCRIPTION | JOB LOCATION |
|------|-------------|-----------------|--------------|
| 06/18/1997 | PCI | EXPIRATION OF SENTENCE | TIE |
| 05/01/1997 | PCI | PRE-RELEASE | PRE-RELEASE |
| 04/03/1997 | PCI | STUDENT | M BLDG/GED |
| 03/31/1997 | PCI | FOOD SERVICE WKR | CFS |
| 03/27/1997 | PCI | AWL | OTC/FRANKLIN |
| 03/07/1997 | PCI | FOOD SERVICE WKR | CFS |
| 02/14/1997 | PCI | AWL | OTC/FRANKLIN |
| 02/07/1997 | PCI | FOOD SERVICE WKR | CFS |
| 01/09/1997 | CRC | RECEPTION | RECEPTION |
| 01/09/1997 | CRC | ADD TO COUNT AND ROLLS | |

## DETAINER INFORMATION

| AGENCY NAME | TYPE | PLACED ON | WARRANT # |
|-------------|------|-----------|-----------|
| FRANKLIN CO. SO | Y | | NOT AVAILABLE |

## HEARING INFORMATION

| SCHEDULED MONTH | TYPE OF HEARING | RESULTS | ACTUAL DATE |
|-----------------|-----------------|---------|-------------|
| 4/1997 | ASMTPRN | NO PRC | 04/14/1997 |

## MOVEMENT INFORMATION

| MM/DD/YY | INSTITUTION | LOCK | | MM/DD/YY | INSTITUTION | LOCK |
|----------|-------------|------|---|----------|-------------|------|
| 10/01/98 | CO.WH | | ◄ | 03/31/97 | PCI | D /07 /54 / / |
| 03/27/97 | PCI | 0 /OTC/ / / | ◄ | 02/24/97 | PCI | D /12 /26 / / |
| 02/14/97 | PCI | 0 /OTC/ / / | ◄ | 01/29/97 | PCI | D /08 /54 / / |
| 01/29/97 | PCI | | ◄ | 01/15/97 | CRC | B /02 /1086/ / |
| 01/09/97 | CRC | R /01 /1033/ / | ◄ | 01/09/97 | CRC | |

CONFIDENTIAL
City 016446

## CLASSIFICATION INFORMATION

| EFFECTIVE | LEVEL | TYPE | CLASS DATE | ANNIVERSARY | PRIV. REVIEW |
|---|---|---|---|---|---|
| 01/28/97 | 1 B | CONFIRMED | 01/28/97 | | |

## STATUS INFORMATION

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|
| 06/18/97 | RELEASED | EXPIRATION OF STATED TERM (NO PRC) | 06/19/97 |
| 03/31/97 | INCARCERATED | RETURNED AWL | 04/01/97 |
| 03/27/97 | INCARCERATED | OUT TO COURT BY COURT ORDER/WARRANT | 03/28/97 |
| 02/24/97 | INCARCERATED | RETURNED AWL | 02/26/97 |
| 02/14/97 | INCARCERATED | OUT TO COURT BY COURT ORDER/WARRANT | 02/18/97 |
| 01/29/97 | INCARCERATED | ADMIN. TRANSFER | 01/29/97 |
| 01/09/97 | INCARCERATED | NEW ADMISSION FROM COURT | 01/09/97 |

CONFIDENTIAL
City 016447



# Department of Rehabilitation & Correction

Mike Dewine, Governor
Annette Chambers-Smith, Director

Friday, April 4, 2025 12:03 PM

**OFFENDER INFORMATION DETAILS**



| | |
|---|---|
| **Inmate ID** | A364470 |
| **First Name** | RICHARD |
| **Last Name** | DIGGS |
| **Lock** | |
| **Race** | BLACK |
| **Institution** | CO.WH |

RELEASED - 04/23/1999 - EXPIRATION OF STATED TERM (NO PRC)

| | | | |
|---|---|---|---|
| **Hair Color** | BLACK | **Gender** | MALE |
| **Eye Color** | BROWN | **Height** | 511 |
| **Security Level** | 1 | **Weight** | 155 |
| **DOB** | 07/16/1977 | **Admitted** | 10/29/1998 |

**Latest Job** EXPIRATION OF STATED TERM

| | | | |
|---|---|---|---|
| **County of Commitment** | FRAN | **FBI** | 578294DB3 |
| **Court Case Number** | 98CR073960 | **BCI** | B735209 |

**Most Serious Offense** 2923.12 4-CARRY CONCEALED WEAPON

RELEASE DATE: 04/23/1999

| | | | |
|---|---|---|---|
| **PRD Date** | | **POA Date** | |
| **PRC Term** | 0 years | **PRC Start Date** | |
| **CCIS Investigation Available** | Y | | |

CONFIDENTIAL
City 016448

## ALIAS NAMES

| LAST NAME | FIRST NAME | MIDDLE NAME |
|-----------|------------|-------------|

## OTHER INMATE NUMBERS

| OFFENDER NO. | NAME | STATUS | CURRENT NO. |
|--------------|------|--------|-------------|
| A445365 | RICARDO DIGGS | RELEASED - 06/03/2008 - UNFAVORABLE PRC FINAL RELEASE | * |
| A339403 | RICHARD DEVON DIGGS | RELEASED - 06/18/1997 - EXPIRATION OF STATED TERM (NO PRC) | |

## SENTENCE INFORMATION

### NET SENTENCE:   0.75 TERM

**Aggregate Jail time Credit (days):   96**

| | | | | |
|---|---|---|---|---|
| **Exp. of Definite** | | | **Exp. of Stated Term [EST]** | 04/23/1999 |
| **2/3 Exp. of Definite** | **Fixed** | **04/23/1999** | **Zero Diminishing** | 04/23/1999 |
| **Board Date** | | | **Board Month/Yr** | |
| **2/3 Board Date** | **Fixed** | | **Zero Diminishing** | |
| **AI(non gun) date 2/3** | **Fixed** | | **Zero Diminishing** | |
| **Exp. of Gun/DBS Date** | | | **Shock Parole Hearing Date** | |
| **EMS-Exp. of Maximum** | | | **Shock Parole Release Date** | |
| **Exp. of Mandatory Term** | | | **Furlough/TRC Screening Date** | |
| **Exp. of PRC** | | | **Furlough/TRC Hearing Date** | |
| **Commutation Review Date** | | | **Definite/Stated Term Exp.** | 04/23/1999 |
| **Expiration of EST HB86-1 Sentence** | | | **Expiration of EST HB86-5 Sentence** | |
| **Expiration of EST HB86-0 Sentence** | | | **Expiration of EST SB2 Sentence** | 04/23/1999 |
| **Risk Reduction Release Date** | | | **80% Release Eligibility Date** | |
| **92% Earn Credit CAP HB86-1 Sentence** | | | **92% Earn Credit CAP HB86-5 Sentence** | |
| e | | | **85% Earn Credit CAP HB86-5 Sentence** | |
| **Earliest Risk Reduction Date** | | | **Risk Reduction Qualifying Date** | |
| **Expiration of EST SB2-1 Sentence** | | | **85% Earn Credit CAP SB2-1 Sentence** | |

CONFIDENTIAL
City 016449

**Expiration of EST SB2-5 Sentence**

**85% Earn Credit CAP SB2-5 Sentence**

**Expiration of EST SB2-0 Sentence**

-

## OFFENSE DATA

| * | OFFENSE | START mmddyy | CT | CL | JAIL TIME CREDIT | GUN | MAND | DEF/ TERM | SB201 Mand Min | SB201 Mand Max | SB201 Min | SB201 Max | MIN/ FULL | MAX | LD | COUNTY | DOCKET NUMBER | C N | DEG FEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRY CONCEALED WEAPON 2923.12 4 | 10/29/98 | 1 | C | 96 | | | 0.75 | | | | | | | | FRAN | 98CR073960 | C | 4 |

## JOB INFORMATION

| DATE | INSTITUTION | JOB DESCRIPTION | JOB LOCATION |
|---|---|---|---|
| 04/23/1999 | RCI | EXPIRATION OF STATED TERM | TIE |
| 12/09/1998 | RCI | FOOD SERVICE WKR | RCC FS |
| 12/09/1998 | CRC | TRANSFERRED | RCI |
| 11/04/1998 | CRC | RECEPTION | RECEPTION |

## DETAINER INFORMATION

| AGENCY NAME | TYPE | PLACED ON | WARRANT # |
|---|---|---|---|

## HEARING INFORMATION

| SCHEDULED MONTH | TYPE OF HEARING | RESULTS | ACTUAL DATE |
|---|---|---|---|
| 12/1998 | ASMTPRN | NO PRC | 12/01/1998 |

## MOVEMENT INFORMATION

| MM/DD/YY | INSTITUTION | LOCK | | MM/DD/YY | INSTITUTION | LOCK |
|---|---|---|---|---|---|---|
| 05/26/99 | CO.WH | | ◄ | 12/09/98 | RCI | CC/F /129 / / |
| 12/09/98 | RCI | | ◄ | 11/23/98 | CRC | A /03 /1027/ / |
| 11/23/98 | CRC | A /03 /1028/ / | ◄ | 11/09/98 | CRC | A /03 /2017/ / |
| 11/06/98 | CRC | A /03 /1030/ / | ◄ | 11/04/98 | CRC | R /01 /0025/ / |
| 10/29/98 | CRC | | | | | |

## CLASSIFICATION INFORMATION

| EFFECTIVE | LEVEL | TYPE | CLASS DATE | ANNIVERSARY | PRIV. REVIEW |
|---|---|---|---|---|---|
| 12/08/98 | 1 B | CONFIRMED | | | |

## STATUS INFORMATION

CONFIDENTIAL
City 016450

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|
| 04/23/99 | RELEASED | EXPIRATION OF STATED TERM (NO PRC) | 04/23/99 |
| 12/09/98 | INCARCERATED | ADMIN. TRANSFER | 12/11/98 |
| 10/29/98 | INCARCERATED | NEW ADMISSION FROM COURT | 10/29/98 |

| EFFECTIVE DATE | STATUS | DETAIL | REPORTING DATE |
|---|---|---|---|

CONFIDENTIAL
City 016451