# Exhibit 22

Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Sep 17 4:44 PM-05CR000146

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | **Case No. 05 CR 146** |
| | : | |
| **Plaintiff,** | : | **Hon. Judge Colleen O'Donnell** |
| | : | |
| -v- | : | <u>**JOINT STIPULATIONS OF FACT**</u> |
| | : | |
| **RICHARD HORTON,** | : | |
| | : | |
| **Defendant.** | : | |

Plaintiff the State of Ohio and Defendant Richard Horton, by and through counsel, hereby stipulate and agree to the following Joint Stipulations of Fact, to be considered in furtherance of Defendant's *First Amended Motion for Leave to File a Motion for New Trial* ("Motion for Leave") and *Motion for New Trial*:

1.  The parties stipulate to the admissibility and authenticity of all exhibits attached to or incorporated into Defendant's *Amended Motion for Leave to File Motion for New Trial, Motion for New Trial,* and *Amended Petition for Postconviction Relief,* and all exhibits attached the State of Ohio's Responses in Opposition. In lieu of an evidentiary hearing, the parties waive any evidentiary objections to these exhibits and affidavits, and the parties jointly offer them for consideration by the Court.

## <u>WITNESSES</u>

2.  Richard Horton, Richard Diggs, Riccardo Diggs, and Kim Curry all attended Everett Middle School in Columbus, Ohio, circa 1990-91.

3.  On October 9, 2004, someone using the name Richard Diggs (DOB 7-16-77, SSN ***-**- ███ ) was in the custody of the ODRC serving a five-year prison term for participating in a criminal gang and robbery (Franklin County Common Pleas No. 02CR-30822). On October 9, 2004, someone using the name Riccardo Diggs (DOB 8-5-76, SSN ███████ ) was on community control for charges in Montgomery County (03-CR-2905). Riccardo Diggs died on September 27, 2016.

4.  The booking photographs of Richard Diggs and Riccardo Diggs, included as part of Exhibit E to Defendant's Motion for New Trial, are reasonable representations of each.

## POLICE FILES AND DISCOVERY

5. The Columbus Division of Police have created and maintained a file containing notes, reports and other documents related to the October 9, 2004 aggravated robbery of Richard McClanahan and Rhonda Curry. ("Police Reports" attached as Exhibit A to Defendant's Motion for New Trial.) This file includes handwritten notes that appear to reference interviews with Rhonda Curry and Richard McClanahan. The handwritten notes labelled as pages OIP 000048-000051 state, *inter alia*, "Can ID—Richard Diggs" and contain a description of the suspect as "5'9" – 6'0"." (Pages OIP 000048-000050, hereafter referred to as "Alleged Brady Material.").

6. The .pdf file labelled "State's discovery," printed and attached to Defendant's Motion for New Trial as Exhibit D, is a complete and accurate account of all reports and notes from Columbus Division of Police that were in defense counsel's file at the time of Defendant's trial.

7. If called to testify, Detective Brenda Walker would state that she has no recollection regarding why she wrote Richard Diggs's name in her notes.

8. The parties stipulate and agree that Alleged Brady Material was not in defense counsel's file at the time of trial.

9. The parties stipulate and agree that the Alleged Brady Material was not in the prosecutor's file at the time of trial.

## CARTRIDGE CASING: FINGERPRINT AND DNA

10. A single 9mm cartridge casing ("Casing") was collected from the scene of the crime on October 9, 2004. The parties stipulate and agree that this casing came from a 9mm pistol fired by the actual perpetrator in this matter.

11. The Ohio Bureau of Criminal Investigation ("BCI") confirmed a single latent fingerprint on the surface of the Casing. The ridge detail on this fingerprint was not clear enough for comparison purposes.

12. The parties stipulate and agree that Columbus police officers would have used proper evidence-handling techniques in collecting and storing the Casing, including wearing latex gloves and taking steps to minimize contamination. The parties stipulate and agree that a proper chain of custody concerning the Casing was maintained between its collection and its testing at BCI. The parties stipulate and agree that no law enforcement or court staff handled the Casing with their bare hands between the time the casing was collected from the scene and the time it was swabbed for DNA at BCI.

13. DNA testing was performed on the Casing in 2019. DNA testing used in this matter included new methods that were developed by BCI to recover touch-DNA from old cartridge casings. The parties stipulate and agree that these methods were not available to either party prior to 2019.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Sep 17 4:44 PM-05CR000146

0B561 - B74

14. As per the BCI report issued November 8, 2019 (attached to Exhibit J to Defendant's Motion for New Trial), DNA testing on the Casing revealed a single male profile. The parties stipulate and agree that Richard Horton was excluded as the source of this DNA.

AGREED and SUBMITTED, this 17th day of September, 2021.

/s/ Brian Howe
Brian Howe (0086517)
Attorney for Defendant Richard Horton
The Ohio Innocence Project
Rosenthal Institute for Justice
University of Cincinnati College of Law
P.O. Box 210040
Cincinnati, Ohio 45221-0040
(513) 556-0752
(513) 556-0702 (fax)
Brian.howe@uc.edu

/s/ Seth Gilbert
Seth Gilbert (0072929)
Attorney for Plaintiff State of Ohio
Assistant Prosecuting Attorney
373 South High Street, 13th Floor
Columbus, OH 43215
614-525-3555