# Exhibit 23

Ohio Department of Health
VITAL STATISTICS

**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 5700

Registrar's No.  5700-2016005475

State File No.  2016090543

| | | |
|---|---|---|
| **DECEDENT** | 1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any)<br>RICCARDO L DIGGS | 2. Sex<br>MALE — 3. Date of Death (Mo/Day/Year)<br>SEPTEMBER 27, 2016 |

**DECEDENT**

| 4. Social Security Number<br>REDACTED | 5a. Age (Years)<br>40 | 5b. Under 1 Year<br>Months / Days | 5c. Under 1 day<br>Hours / Minutes | 6. Date of Birth(Mo/Day/Year)<br>AUGUST 05, 1976 | 7. Birthplace(City and State or Foreign Country)<br>COLUMBUS, OHIO |
|---|---|---|---|---|---|

| 8a. Residence State<br>OHIO | 8b. County<br>MONTGOMERY | 8c. City or Town<br>DAYTON |
|---|---|---|

| 8d. Street Address and Zip Code<br>3498 VALERIE ARMS DR.  45405 | 9. Ever in US Armed Forces?<br>NO |
|---|---|

| 10. Marital Status at Time of Death<br>NEVER MARRIED | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|

| 12. Decedent's Education<br>9TH THRU 12TH GRADE; NO DIPLOMA | 13. Decedent of Hispanic Origin<br>NO | 14. Decedent's Race<br>BLACK |
|---|---|---|

| 15. Father's Name<br>RICCARDO  SAMUELS | 16. Mother's Name (prior to first marriage)<br>SANDRA L DIGGS |
|---|---|

| 17a. Informant's Name<br>SANDRA L SAMUELS | 17b. Relationship to Decedent<br>MOTHER | 17c. Mailing Address (Street and Number, City, State, Zip Code)<br>45 S. NINTH ST. A<br>COLUMBUS, OHIO 43215 |
|---|---|---|

| 18a. Place of Death<br>LIBERTY MOTEL | |
|---|---|
| 18b. Facility Name (If not Institution, give street & number)<br>4104 KEATS DR., APT. NO. RM 198 | 18c. City or Town, State and Zip Code<br>HARRISON TOWNSHIP, OH 45405 — 18d. County of Death<br>MONTGOMERY |

**DISPOSITION**

| 19. Funeral Service Licensee or Other Agent<br>DANIEL J ANTHONY | 20. License Number (of licensee)<br>009540 | 21. Name and Complete Address of Funeral Facility<br>GLICKLER FUNERAL HOME<br>1849 SALEM AVE<br>DAYTON, OH 45406 |
|---|---|---|
| 22. Method and Place of Disposition<br>CREMATION - WOODLAND CREMATORY, DAYTON, OH | | |

| 23. Local Registrar<br>ROY JORDAN | 24. Date Filed (Month/Day/Year)<br>OCTOBER 05, 2016 |
|---|---|

**CERTIFIER**

26a. Certifier (Check only one)
☐ Certifying Physician: To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☒ Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

| 26b. Time of Death<br>17:10 PRONOUNCED | 26c. Date Pronounced Dead (Month/Day/Year)<br>SEPTEMBER 27, 2016 | 26d. Was Case Referred to Medical Examiner or Coroner?<br>YES |
|---|---|---|

| 26e. Certifier Name and Title<br>KENT E HARSHBARGER | MD | 26f. License number<br>35.08209 | 26g. Date Signed (Month/Day/Year)<br>OCTOBER 05, 2016 |
|---|---|---|---|

27. Name and Address of Person who Completed Cause of Death
KENT E HARSHBARGER, 361 WEST THIRD ST, DAYTON, OH 45402

**CAUSE OF DEATH**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval:<br>Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. PENDING | |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) | |
| | c. Due to (or as Consequence of) | |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | d. Due to (or as Consequence of) | |

| Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 29a. Was An Autopsy Performed?<br>YES | 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death<br>YES |
|---|---|---|

| 30. Did Tobacco Use Contribute to Death?<br>UNKNOWN | 31. If Female, Pregnancy Status<br>NOT APPLICABLE. | 32. Manner of Death<br>PENDING INVESTIGATION |
|---|---|---|

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|

33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: |
|---|---|

HEA 2724  Rev. 08/18

* Certifier has filed updated information regarding the Cause of Death
* Correction has been made updating the demographic information

GOVERNMENTAL USE ONLY



City 009285

Reg. Dist. No. 5700

Registrar's No. 5700-2016005475

1127452

**Ohio Department of Health**
**VITAL STATISTICS**
**Supplementary Medical Certification**

State File No. 2016090543

| Name of Deceased |
|---|
| RICCARDO L DIGGS |

| Place of Death | Date of Death |
|---|---|
| Other | September 27, 2016 |

| 23. Local Registrar | 24. Date Filed |
|---|---|
| ROY JORDAN | December 8, 2016 |

| 26a. Certifier (Check only one) | |
|---|---|
| ☐ Certifying Physician | To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated. |
| ☒ Coroner | On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated. |

| 26b. Time of Death | 26c. Date Pronounced Dead (Month/Day/Year) | 26d. Was Case referred to Coroner? |
|---|---|---|
| 1710 PRONOUNCED | September 27,2016 | Yes |

| 26e. Certifier Name and Title | | 26f. License number | 26g. Date Signed |
|---|---|---|---|
| HARSHBARGER, KENT E | MD | 35.08209 | December 30, 1899 |

| 27. Name and Address of Person who Completed Cause of Death |
|---|
| HARSHBARGER, KENT E, 361 WEST THIRD ST, DAYTON, OH, 45402 |

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. MULTIPLE DRUG INTOXICATION (FENTANYL AND COCAINE) | UNKNOWN |
| Sequentially list conditions, if any, leading to the immediate cause. | b. Due to (or as Consequence of) | |
| Enter Underlying Cause Last (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

| Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I. | 29a. Was an Autopsy Performed? | 29b. Were Autopsy Findings Available Prior to completion of Cause of Death? |
|---|---|---|
| | Yes | Yes |

| 30. Did Tobacco Use Contribute to Death? | 31. If Female, Pregnancy Status | 32. Manner of Death |
|---|---|---|
| UNKNOWN | NOT APPLICABLE. | Accident |

| 33a. Date of Injury (Month/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|
| September 27, 2016 | 99:99 | MOTEL | No |

| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) |
|---|
| Liberty Motel, 4101 Keats Dr. RM 198, HARRISON TOWNSHIP, OHIO |

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: |
|---|---|
| Drug Overdose | |

HEA 2752
Rev. 08/18

**THIS SUPPLEMENTARY CERTIFICATE IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN OR CORONER AND FILED WITH LOCAL REGISTRAR OF VITAL STATISTICS**
Required by section 3705.27 of the Ohio Revised Code

GOVERNMENTAL USE ONLY



1127452

2016090543

City 009286