# Exhibit 24

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | |
|---|---|
| **STATE OF OHIO,** | : **Case No. 05-CR-01-146** |
| | : |
| **Plaintiff-Respondent,** | : |
| | : |
| v. | : **AFFIDAVIT OF INVESTIGATOR** |
| | : **MARK ROOKS** |
| **RICHARD HORTON,** | : |
| | : |
| **Defendant-Petitioner.** | : |

Now comes Mark Rooks and swears or affirms the following to be true to the best of his personal knowledge:

1. On Monday April 2, 2018, I went to what I believe to be the home of Richard Diggs on Kinderly Drive in Columbus, Ohio. Mr. Diggs' niece answered the door. She claimed Mr. Diggs was not at home and she refused to provide a way for me to get in touch with him, but she agreed to pass on my card.

2. Later that morning, Mr. Diggs called me directly.

3. Mr. Diggs reported that Riccardo Diggs was his brother, and that Riccardo is now deceased.

4. Mr. Diggs also reported that he and his brother Riccardo were sometimes confused for one another.

5. Mr. Diggs reported that he was in prison between 2002 and 2007.

6. Mr. Diggs reported that he and his brother both attended Everett Middle School.

7. Finally, Mr. Diggs stated that his brother has never discussed any crime with him; that he does not know Richard McClanahan, Rhonda Curry, or Richard Horton; that no one has ever asked him about any 2004 robbery; and that he was not involved.

8. Mr. Diggs refused to cooperate further or sign any statement.

R. HORTON 000202

FURTHER AFFIANT SAYETH NAUGHT.

Mark Rooks

Sworn to and subscribed before me this 6 day of April , 2018.

Notary Public



MARCIA DUKES
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 11-05-2018

R. HORTON 000203