# Exhibit 25



LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 23-CV-3888

# RICHARD HORTON

# V.

# CITY OF COLUMBUS, ET AL.

# DEPONENT:

# KIM CURRY

# DATE:

# October 04, 2024



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

CASE NO. 23-CV-3888

CHIEF JUDGE ALGENON L. MARBLEY

MAGISTRATE JUDGE ELIZABETH P. DEAVERS


RICHARD HORTON,

Plaintiff


V.


CITY OF COLUMBUS, COLUMBUS DIVISION

OF POLICE OFFICERS BRENDA K. WALKER

(BADGE #1176), MIEKO SIAS AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF SAM SIAS

(BADGE #1871), AND AS-YET UNKNOWN

COLUMBUS POLICE OFFICERS,

Defendants


DEPONENT: KIM CURRY

DATE:    OCTOBER 4, 2024

REPORTER: KAYLEIGH KINNAMON



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

                         APPEARANCES


ON BEHALF OF THE PLAINTIFF, RICHARD HORTON:

Alyssa Martinez, Esquire

Loevy & Loevy

311 North Aberdeen Street

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: alyssa@loevy.com

 (Appeared via videoconference)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

APPEARANCES (CONT'D)


ON BEHALF OF THE DEFENDANTS, CITY OF COLUMBUS, COLUMBUS

DIVISION OF POLICE OFFICERS BRENDA K. WALKER (BADGE

#1176), MIEKO SIAS AS PERSONAL REPRESENTATIVE OF THE

ESTATE OF SAM SIAS (BADGE #1871), AND AS-YET UNKNOWN

COLUMBUS POLICE OFFICERS:

Dexter Dorsey, Esquire

David Dirisamer, Esquire

Aaron Epstein, Esquire

Alana Tanoury, Esquire

Sarah Feldkamp, Esquire

Columbus City Attorney's Office

77 North Front Street

Fourth Floor

Columbus, Ohio 43215

Telephone No.: (614) 645-7479

E-mail: dwdorsey@columbus.gov

djdirisamer@columbus.gov

adepstein@columbus.gov

abtanoury@columbus.gov

snfeldkamp@columbus.gov

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

INDEX

                                                    Page


PROCEEDINGS                                         6

DIRECT EXAMINATION BY MS. MARTINEZ                  7

CROSS-EXAMINATION BY MR. DORSEY                     63



                        EXHIBITS

Exhibit                                            Page

A - Amended Complaint                              63



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

STIPULATION

The deposition of KIM CURRY was taken at REGUS COLUMBUS, 20 EAST BROAD STREET, SECOND FLOOR, ROOM 205, COLUMBUS, OHIO 43215, via videoconference in which some participants attended remotely, on FRIDAY the 4TH day of OCTOBER 2024 at 10:06 a.m. (ET); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.

It is agreed that KAYLEIGH KINNAMON, being a Notary Public and Court Reporter for the State of OHIO, may swear the witness.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PROCEEDINGS

THE REPORTER: All right. Give me one moment to get us on record. My name is Kayleigh Kinnamon. I'm the video technician and court reporter today representing Kentuckiana Court Reporters. We are hybrid, located at 20 East Broad Street, Second Floor, Room 205, Columbus, Ohio 43215, and via Zoom. Today is the 4th day of October. The time is 10:06 a.m. We are convened by videoconference and in-person to take the deposition of Kim Curry in the matter of Richard Horton v. City of Columbus, et al., pending in the United States District Court for the Southern District of Ohio, Eastern Division, case number 23-CV-3888. Will everyone but the witness please state your appearance, how you are attending, and the location you are attending from, starting with plaintiff's counsel?

MS. MARTINEZ: This is Alyssa Martinez on behalf of Plaintiff Richard Horton, and I'm appearing remotely from Chicago.

MR. DORSEY: Good morning, Dexter Dorsey. We have Aaron Epstein and David Dirisamer attending in person. We also have Alana Tanoury attending virtually on behalf of Brenda Walker and the City of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Columbus.

MS. MARTINEZ: I believe Sarah Feldkamp also joined the Zoom, Dexter.

MR. DORSEY: Thank you. And we also have Sarah Feldkamp, joining virtually.

THE REPORTER: Perfect. Thank you. Ms. Curry, will you please state your full name for the record?

THE WITNESS: Kimberly Curry.

THE REPORTER: Thank you. And I did ID the witness off video record. Do we all agree to stipulate that Ms. Curry is who she says she is?

MR. DORSEY: Yes.

THE REPORTER: Perfect.

MS. MARTINEZ: Yeah.

THE REPORTER: Thank you. Ms. Curry, will you please raise your right hand? Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes, ma'am.

THE REPORTER: All right. You may proceed.

DIRECT EXAMINATION

BY MS. MARTINEZ:

Q. Good morning, Ms. Curry.

A. Good morning.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Could you please state and spell your full name for the record?

A. Kimberly, K-I-M-B-E-R-L-Y, Curry, C-U-R-R-Y.

Q. Okay. Thank you. And I'm just going to go over a couple of ground rules in advance of the deposition today, just so we can be on the same page, okay?

A. Okay.

Q. So to the left of you is a court reporter who's going to be taking down everything that we say. So to the best of your ability, please try to give loud verbal answers, head nods or shakes don't translate well for the record, okay?

A. Got you.

Q. Okay. And to the best of our abilities, please let's try to talk one at a time since this is a question and answer format. So I'll be asking you questions first and then the City will be. So I will do my absolute best, and I'm sure they will as well, to not cut off your answer.

A. Okay.

Q. And we ask that you please wait until a full question has been asked before giving your response, okay?

A. Got you.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  If a question doesn't make sense, please let me know and I'll rephrase, okay?

A.   Uh-huh.

Q.   Okay.

THE REPORTER:  Say yes.

THE WITNESS:  Yes.

BY MS. MARTINEZ:

Q.   And if you answer a question, I'm going to assume you understood the question, okay?

A.   Yes.

Q.   From time to time, Counsel may object, unless you're specifically instructed not to answer, I'm going to ask that you please answer the question, okay?

A.   Okay.

Q.   Okay.  And lastly, if you need a break at any point, just let us know, we'll take a break.  I just ask that it not be when a question is pending.  Is that fair?

A.   That's fair.

Q.   Okay, great.

And then, Ms. Curry, do you have any medical issues that would prevent you from being able to understand my questions today?

A.   No, ma'am.

Q.   Okay.  And do you have any medical issues that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KIM CURRY, taken on October 04, 2024

10

would prevent you from giving truthful testimony today?

A.   No, ma'am.

Q.   Okay.  And are you currently taking any medications that would prevent you from being able to understand my questions?

A.   No, ma'am.

Q.   And lastly, are you currently taking any medications that would prevent you from giving truthful testimony today?

A.   No, ma'am.

Q.   Okay, great.

Can you please state your date of birth?

A.   October 28th, 1978.

Q.   And what is your current address?

A.   1730 Old Leonard Avenue, Columbus, Ohio 43219.

Q.   And how long have you lived there?

A.   15 years.

Q.   And what is your current occupation?

A.   I am a patient access representative at Nationwide Children's Hospital in the Radiology Department.

Q.   Amazing.  How long have you been there?

A.   I've been with the company as a whole for six-and-a-half years.  I've been with radiology a year-and-a-half.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. Which department were you with before radiology?

A. I was in nutrition services. It was a stem off catering, where we would cater to the doctors and nurses and everything for their off -- I mean, for their meetings and that kind of thing.

Q. Okay. And then which company were you with before?

A. Giant Eagle.

Q. And I'm sorry, what is that?

A. A grocery store.

Q. Oh, okay. And what year did you graduate from high school?

A. In 1996.

Q. Okay. And where did you graduate from?

A. Huntington High, in Huntington, West Virginia.

Q. Okay. And did you attend college?

A. I did not.

Q. Okay. And did you attain any post-high school education, or certificates, or anything like that?

A. I did, when I went to Columbus State. It was actually last year -- '22.

Q. Okay. And did you get a certificate, did you complete a program, what was the --

A. I did. I -- it was the patient -- it was the



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

-- what do they call it?  The -- it's like a fast way of doing things, but it was for my patient access representative.

Q.   Okay.  Okay.

A.   What do they call it, a -- it's not an express course, it's like a --

Q.   Some kind of, like, expedited track or something like that?

A.   Yeah.  It was like a training course for, like, two months and I went, like, three days a week.

Q.   Oh, okay.  So very, very condensed.  A lot of classes to --

A.   Yeah.

Q.   Okay.

A.   Yeah.

Q.   And have you ever been deposed before?

A.   I'm not understanding what you mean by that.

Q.   Oh, okay.  I'll -- yeah -- I'll rephrase.  So here today you're sitting for a deposition.  Have you ever sat for a deposition before?

A.   No, ma'am.

Q.   Okay.  And have you ever testified before?

A.   No, ma'am.

Q.   And did you review any documents in preparation for this deposition?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No, ma'am.

Q.   Okay.  Now, Ms. Curry, could you please describe your understanding of why you're here today?

A.   I really don't know why I'm here today.

Q.   Okay.

A.   All right.  I mean --

Q.   And are --

A.   I'm sorry.

Q.   I apologize.  I didn't mean to cut you off. No, please continue.

A.   Just -- I mean, when I got the original subpoena, like, I didn't understand why I was even subpoenaed, because of the issue that's going on, I wasn't there.  Like, I wasn't present.  I was never subpoenaed when the original case took place, so I just didn't understand why I needed to be here today.

Q.   And are you aware that this deposition pertains to a lawsuit filed by Richard Horton against the City of Columbus and two Columbus officers for violation of his constitutional rights?

A.   I'm aware.

Q.   Okay.  And are you aware that Mr. Horton's conviction was vacated due to DNA evidence excluding him as the perpetrator of the robbery?

A.   No, ma'am.  I was not.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. So today is the first time you're learning that?

A. Not -- I mean, within, like, all the words that you just said, yeah.

Q. Okay. Okay. And then from time to time throughout the deposition this morning, I might use the phrase, "the robbery," or "the October 9th robbery." Can we understand that to mean the robbery that occurred at your mother and Mr. McClanahan's home on October 9, 2004, at 927 Loew Street?

A. Yep.

Q. Okay, great. Thank you. Okay. So I want to ask just a couple quick introductory questions that we'll then kind of go through piece by piece to flesh out, okay?

A. Okay.

Q. So just to clarify, you were not at 927 Loew when the robbery occurred, correct?

A. No, ma'am.

Q. And you weren't there when Mr. McClanahan was transported to the hospital?

A. No, ma'am.

Q. Okay. And did you ever talk to a detective about what you knew or didn't know about the case?

A. No, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. And you didn't testify at Mr. Horton's criminal trial?

A. No, ma'am.

Q. Okay. And now, I want to walk you back to October of 2004. How old would you have been at the time? Sorry to make you do math this early in the morning.

A. Let's see. 19 years ago. Shit, I don't know. Hell, I need my calculator.

Q. Is it fair to say you were around 26?

A. Right.

Q. If you were born in '78 and this happened in 2004?

A. Roughly -- roughly.

Q. Okay. Okay, perfect.

A. Well, actually, no, I wouldn't have been 46, I mean, 26. Because I'm not --

Q. Oh, you'd have been 25?

A. Yeah. I'm -- I'm like, I'm not 46 yet, and that was 19 years ago, so -- yeah, it would be roughly 25.

Q. Okay, perfect. And do you recall --

A. No, I was 24 --

Q. -- where you were living at the time?

A. 24.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Oh.

A. Because my birthday is the end of October. So I would have been turning 25 that year, I do --

Q. Oh.

A. -- believe.

Q. Okay. So around 25.

A. Yeah.

Q. Around 25.

A. Yeah -- yeah.

Q. Okay. And do you remember where you were living at the time?

A. Yeah. I was living at 1250 Indianola Avenue.

Q. Okay. And were you living with anyone at the time?

A. I was. I was living with my children's father.

Q. Okay.

A. And my --

Q. And --

A. -- three children.

Q. -- how old?

A. Sorry.

Q. Oh, okay. No, that's okay. That's okay. And how old were your kids at the time?

A. Here we go. Let me see, Nikaya is 26 now.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

So roughly -- Jesus, why are you doing this to me? Okay, so 2 -- it was 2004. My son was 4.

Q. Okay.

A. My youngest daughter was 2. Well, not the youngest actually because my youngest wasn't born yet. She wasn't born until '06.

Q. Okay.

A. So my middle daughter was 2. My son was 5. That means Nikaya was 6, going on 7.

Q. Okay. So you had pretty young children at the time?

A. Yeah.

Q. Okay. And what is the name of your children's father?

A. Robert Mitchell.

Q. Mitchell. Okay. And do you still have a relationship with Mr. Mitchell?

A. Absolutely not. I mean, talking as far as our children, yeah, but he doesn't even live in Ohio anymore.

Q. Okay. And do you recall how long you'd been at that address, in October of 2004?

A. I don't even remember what year I moved there. I know I was there a total of seven years. And I moved in 2009, so maybe in 2004, I was there maybe a couple

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

years.

Q. Okay.

A. Maybe about two, roughly.

Q. Okay. And do you recall where you were working at that time?

A. I want to say Forever 21. I'm not 100 percent sure.

Q. Okay. Do you recall that you were doing at Forever 21?

A. Yeah. I was a head cashier at first and then I was -- I moved up to assistant manager.

Q. Okay. And do you -- or strike that, please.

And at the time, your mom was residing at 927 Loew Street, correct?

A. Yes, ma'am.

Q. And she lived there with Mr. McClanahan?

A. Yes, ma'am.

Q. Okay. Did anyone else live with them?

A. No, ma'am.

Q. And do you recall the layout of 927 Loew Street?

A. Like it was yesterday.

Q. Okay. And can you just describe it a little bit to me?

A. We usually often used the side door, but the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

front door, if you go into the front door, it was like a little room and then you go through -- it was like a little door, kind of, off to the left side. You go through that room, you're entering a middle room. You go through that room, you get to the kitchen. To your left, it was a bathroom. To your right, it was stairs to get down to that side door that I had mentioned before. And it also got you down to the basement. If you keep going, you'll go through to another back room, which is the very back room. It was a door that kind of kept that door closed. And then off of that back room to your left, it was another room.

Q. Okay. And when you say that side door you would enter through, was that the one that had the bar across it, or was that the back door?

A. No, that was -- it's the side. We didn't have a back door. That was the back door, the side door.

Q. Oh, okay. Okay.

A. That was the one that had the bar on it.

Q. Okay. And then -- so when you first opened that front door, you said that's kind of the main living room area, correct?

A. Yes.

Q. Okay. And do you recall -- or strike that, please. There was a sofa bed right by that front door.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Do you remember that?

A.   Yeah, vaguely.

Q.   Okay.  And do you recall where the windows were situated in that front room?

A.   I want to say it was a front window, and then I can't remember if it was one on the left or the right, or it might have been one on both sides.

Q.   Okay.  Okay.  But there -- do you remember if the front window, was it a relatively bigger window or was it kind of a single-pane window?

A.   How long it's been since I've seen that. I want to say it was more like a pane window.  I'm not 100 percent sure.  Like I -- yeah.

Q.   Okay.

A.   It's been years since I -- like I said, I remember the layout of the home, but I don't remember the windows and everything.  But I want to say it was more of a smaller window in the front.

Q.   Okay.  And actually, it's a good segue to my next question.  When was the last time that you were at 927 Loew Street?

A.   I do not remember that.

Q.   Okay.  It's been years though; is that fair?

A.   Yes, it has.  Yeah.

Q.   Okay.  And so back in October of 2004,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

approximately how often would you see your mom?

A. Oh, very often, because she would keep my kids. She would keep them, like, on the weekends and stuff.

Q. Okay. And probably, because I don't know Columbus geography very well, was Indianola near Loew street?

A. Fairly close. I mean, it wasn't walking distance, if that's what you're asking. Indianola was closer to High Street, and Loew street was closer to St. Clair, which was both off of 5th Avenue.

Q. Oh, okay. Okay. So is it maybe a few miles apart?

A. Yeah.

Q. And would you talk every day?

A. Not every day. No.

Q. Is it fair to say you would talk a couple times a week?

A. Yeah, I would say more than a couple times a week, but it wasn't, like, every single day.

Q. Okay. And do you remember if your mom was working at the time?

A. I don't remember that.

Q. And do you recall if Mr. McClanahan was working at the time?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I want to say that he was he was doing the trucks, like he would always do like Mack truck stuff.

Q.   Okay.  And do you know if he was doing that with, you know, a garage or a car body shop, or was he doing that off on the side?

A.   I don't know if 2004, he was working for -- he -- he used to work for a man named Weldon.  And I'm not sure if that's when he was doing that.  And it was, like, where he was laying, like, sod, like grass. Like, he would transport it on the back of his truck.

Q.   Okay.  Okay.  Do you recall Weldon's last name by any chance?

A.   Fields.

Q.   Weldon Fields.  Okay.  And do you recall, would you work weekends back in October of 2004?

A.   Some.  It just -- it depended on how the schedule was put out.

Q.   Okay.  So is it fair to say your shifts weren't regular, you know, 8:00 to 4:00 sort of --

A.   No, they -- no.  No, they were not.

Q.   Okay.

A.   Yeah.  Working in retail, you don't have a shift like that.

Q.   Okay.  So then on October 9th, 2004, do you recall what time you woke up?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   They -- my mother woke me up.  It was -- it was either my mom or my aunt.  And they had called me to tell me that Rick had been shot.

Q.   Okay.  And when you say your aunt, can you tell me who that is?

A.   My Aunt Shelli Curry.

Q.   Okay.  And do you recall approximately what time that was?

A.   I do not.

Q.   That's okay.  And did they call you on a landline or a cell phone?

A.   It was a landline.

Q.   Okay.  And then so after you received that call, what do you remember happening next?

A.   I remember telling my kids' father that Ricky got shot and I needed to get to the hospital.

Q.   Okay.  And then do you recall how you got to the hospital?

A.   I do not.  I honestly don't.  And I -- I want to say that my kids' dad took me, but I'm not 100 percent sure.  I don't want to say that was for sure, the fact when -- I don't know, honestly.

Q.   Okay.  But it's possible that he took you to the hospital?

A.   Yeah, very possible.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

24

Q.   Okay.  And I want to very quickly backtrack to the phone call you got from either your mother or your aunt.  They told you that Rick had been shot.  Did they tell you anything else on the phone?

A.   I mean -- I don't know if all the details came right then.  I'm not sure.

Q.   That's okay.  Do you recall approximately how long the phone call was?  And I know all this is 20 years ago --

A.   Yeah.

Q.   -- but as you sit here right now --

A.   Yeah.

Q.   -- do you recall approximately how long that phone call was?

A.   It wasn't a long phone conversation at all.  Once I heard that he got shot, I'm trying to get off the phone so I can get downtown.

Q.   Okay.  So maybe a minute, two minutes?

A.   Possibly.

Q.   Okay.  Okay.  So then do you -- or strike that, please.

When you arrived at the hospital, can you please walk me through what you recall of first getting there?

A.   I remember getting there, and I remember they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

let me go back to the trauma area where he was, after I had spoke to my mom to make sure, you know, she was okay. And they directed me back to where he was. And that's when I, you know, was kind of there in my feelings or whatever. Because I didn't know that he had, like, a big gash in his head, like, he had blood all over his face. Like, I just wasn't expecting what I walked into. So yeah.

Q. And I do apologize, you know, that we have to ask you these questions and bring up these bad memories. So I appreciate, you know, you working with us and answering our questions. I just -- I want to take a quick step back. So when you first arrived at the hospital, you said you first checked in with your mom to make sure she was okay, right?

A. Yeah.

Q. Okay. And did you talk about anything else when you first talked to her, or did you just check in with her and then go check on Rick?

A. I checked on her and went and checked on Rick.

Q. Okay. And how was your mom's demeanor at the time?

A. She was frantic. She was a mess. She didn't know whether she was coming or going.

Q. Okay. And do you recall speaking with your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Aunt Shelli at the time?

A. Uh-uh. I didn't talk to her at all.

Q. Okay. Do you recall seeing your Aunt Shelli at the hospital?

A. Uh-huh.

Q. Okay.

THE REPORTER: Yes?

THE WITNESS: Yes.

BY MS. MARTINEZ:

Q. Was she in the same area as your mom or was she somewhere else?

A. No, they were all in the same area.

Q. Okay. And when you get there and you went to check on Rick, were you able to go into his room and see him or was he in surgery?

A. He wasn't in surgery, but he wasn't in a hospital room, either. It was more like the trauma area, like where they, you know, have just like, the bed with all the lights and, you know, one of those kind of rooms. It wasn't a hospital room.

Q. Okay. Okay. So some kind of like intensive care trauma unit?

A. Yes.

Q. Okay.

A. Because they -- they hadn't even cleaned him

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

up yet, like, you know -- yeah. Like, he still had blood all -- like I said, he had blood all over his face and everything. They had his leg kind of covered up. They had it, like, patched up. It was prior to the surgery. They hadn't done the surgery yet.

Q. Okay. And so at that point, you knew that Mr. McClanahan had been shot. Did you know that him and your mother had also been robbed at that point?

A. It may have came up, but that wasn't, like -- my main concern was making sure that they were okay.

Q. Okay. Totally understandable. Okay. So after you checked on Mr. McClanahan, do you recall what happened next?

A. I went back out to the waiting area to where my mom and my aunt was.

Q. Okay. And so -- and you sat with them in the waiting area?

A. Uh-huh. That's when I found out about the robbery.

Q. Okay. So that's when they --

A. Like I said, that's when we -- that's when we started talking more about it. Let me say that.

Q. Okay. Fair enough. Fair enough. Do you recall approximately how long you were out in that waiting area with your mom and aunt?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I don't.  I mean, we -- we sat there damn near all day.

Q.   Okay.  So it was more than a couple hours?

A.   Yeah.

Q.   Okay.  And do you recall speaking with any detectives or police officers while you were at the hotel -- or strike that, please -- while you were at the hospital?

A.   Not that I can recall.  They may have came up and talked to my mom while I was sitting there, but I don't -- like, I wasn't there, so I don't understand why they would even ask me anything.  But, whatever.

Q.   Do you recall seeing any detectives or officers at the hospital?

A.   Uh-huh.

Q.   Okay.  And can you describe what they looked like?

A.   No.  Like, I don't -- I don't remember that.

Q.   Do you recall how many officers or detectives were there?

A.   No.

Q.   Do you recall if the ones that you saw were male or female?

A.   I remember one was a female.  And I don't even know if she was a officer, because she was in regular

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

clothes.

Q. Okay.

A. Like, she might have been more of a detective.

Q. Okay. And she spoke with your mom?

A. Uh-huh.

THE REPORTER: Is that a yes?

THE WITNESS: Yes.

BY MS. MARTINEZ:

Q. And do you recall approximately how long they spoke?

A. No.

Q. Do you recall if she spoke with your aunt?

A. I want to say nine times out of ten. I'm not 100 --

Q. Okay. So you're pretty sure? Okay.

A. I'm not 100 percent sure. Like I said, this was how many years ago?

Q. Fair enough. Fair enough. Okay. So at the point where you are in the waiting room with your mom and aunt and you begin to discuss the robbery, do you recall any details that your mom or aunt gave you about the robbery?

A. I remember my mom saying that she was rolled up, like, in a mattress and he was going to shoot my mom. And Rick was like, "No, don't shoot her," you

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

know, "Finish me off," is what he said.  Or "Take care of me," or whatever, "Do me," or however it went.

Q.    And again, I'm sorry to make you go back through this.

A.    Yeah.  Because --

Q.    And again, if you -- if you need a break at any point, please just let us know.  Okay?

A.    Uh-huh.

Q.    And so do you recall if there were any other details that your mom or aunt shared with you during that time in the waiting room?

A.    No.  I mean, they were talking about it consistently.  It -- it had just happened.  So it was very fresh.  I just -- I remember them saying something about him having a hood on, like his -- only his eyes were visible.  As soon as he came in, like, he hit Rick in the head with the gun, like, kind of, like, drug him around the house a little bit.  And I guess that's when he rolled my mom up in the mattress and pointed the gun at her head or whatever.  But yeah.

Q.    Okay.  And outside of the hoodie where only the eyes are visible, do you recall any other description of the perpetrator being told to you at that time?

A.    No.  I mean, he had on gray.  It was a gray

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hoodie.

Q. Okay. And do you recall if your mom or aunt told you what the robber took after he shot Mr. McClanahan?

A. Probably some money or something. I don't know.

Q. Yeah. Yeah. I definitely -- I don't want you to guess or feel like you've got to reach. I just want to ask if you remember --

A. Because I mean, I -- like I said, I wasn't there. So I don't -- you know, I -- I don't know.

Q. Okay. And then at some point on the 9th, you, your mom, and your aunt left the hospital, correct?

A. I left before they did.

Q. Okay.

A. We didn't all leave -- we didn't all leave together.

Q. Okay. And do you recall around what time you left?

A. It was early evening. I would say roughly, maybe like 3:00 or 4:00, something like that. But my mom stayed there.

Q. Okay. And do you recall, did someone pick you up?

A. That's -- I -- like, that is, like, really

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

vague to me.  I mean, if I didn't drive there, somebody had to pick me up, right?  But yeah, I don't -- I don't know.

Q.   Okay.  And you didn't go back to the hospital for the rest of that day, correct?

A.   No, I did not.

Q.   Okay.  And do you recall talking to your mom or aunt on the phone at all the rest of that day?

A.   I -- nine times out of ten, I probably talked to my mom.

Q.   Okay.  And did your mom have a cell phone at the time?

A.   I want to say she did.  If she didn't have a cell phone, Rick for sure had one.

Q.   Okay.  So you might have talked to her on Rick's phone?

A.   Uh-huh.

Q.   Okay.

THE REPORTER:  Say yes.

THE WITNESS:  Yes

BY MS. MARTINEZ:

Q.   And --

THE WITNESS:  I'm sorry, it's just -- it's habit.

BY MS. MARTINEZ:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.    Oh, yeah.  No, no --

A.    No, because she keeps saying, say yes.
And I'm over here saying, uh-huh.

Q.    No, I do the exact same thing.  It feels --
especially when it's conversational, you know, it feels
counterintuitive to say yes or no, but --

A.    Yeah.  Yes.  Yeah.

Q.    -- appreciate the effort in a difficult --
okay.  So then, do you recall if you talked to your mom
about any other specifics of the robbery that day on the
phone?

A.    Uh-uh.

Q.    No.  Okay.  And so at any point that first
day, in conversations with Mr. McClanahan, with your
mom, or with your Aunt Shelli, did anyone say the name
Richard in connection with the robbery?

A.    Uh-uh.

Q.    Okay.  So not the first day?

A.    Nope.

Q.    Okay.  Do you --

A.    And if -- like I said, if they had that
conversation, it was between them.  I didn't hear
anything about that.

Q.    Okay.  And as you sit here, do you recall the
first time you heard the name Richard in connection with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

the perpetrator?

A. I remember my mom talking about it. I don't remember what day it was, clearly, if it was like the first or the third day. I'm not -- well, clearly not the first day, because like I said, I was more concerned about their wellbeing. But I remember her talking about it, and it was basically like they were having a conversation and they both came up with the same name at the same time.

Q. Okay. And were you there for that, or did you hear about that from your mom?

A. No, I was not there for that. I heard about that through my mom.

Q. Okay. And so could it be possible that the name Richard was brought in a week after the robbery?

A. I wouldn't say it was that far out. I would say maybe a few days.

Q. Okay.

A. Because he was still in -- he was still in the hospital at that time.

Q. Okay. So you recall that Mr. McClanahan was still in the hospital at the time the name Richard is connected, correct?

A. Yes. Yes.

Q. Okay. And -- or I'm -- I just want to make

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 2:23-cv-03888-ALM-SCS Doc #: 151-5 Filed: 03/28/26 Page: 37 of 96 PAGEID #: 11648
The Deposition of KIM CURRY, taken on October 04, 2024

35

sure, you know, your testimony is clear. You don't recall the first person to say Richard --

A. No.

Q. -- in connection with the --

A. No. I was -- like I said, I wasn't there. My mother was telling me the conversation that they had together.

Q. Okay. The conversation that she had with Mr. McClanahan?

A. Yes.

Q. Okay. And as you sit here, do you recall the first time the full name Richard Horton was connected with the identity of the perpetrator?

A. I want to say at the same time.

Q. Okay.

A. Like, they --

Q. But do you --

A. Go ahead.

Q. Oh, sorry. No, no, you go. You go.

A. They were talking about it, like I said. And they -- it like, came up, you know. They were like, hey, do you think it could be blah, blah, blah, you know? And like, my mom kind of like, looked. You know what I mean? And they both were like, hey, like, that's weird, that we're even, you know, having this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

conversation or whatever. But it was, like, around the same time that they were having that conversation and that name came about. I don't remember if a last name was, like, right then and there, or if it was like, a day after or something like that. But I do remember them talking about the first and last name, for sure.

Q. Okay. And you heard all that from your mother, correct?

A. Yes.

Q. Okay. And I want to ask you a similar question but slightly different. Do you recall the first time that either your mom or someone else came to you and told you the name Richard Horton --

A. They didn't come to me --

Q. -- in connection with the robbery?

A. -- and be like, hey, this is the person that did it. You know what I mean? Like, it was just in conversation. Like, I mean, my thing is is, like, I'm not going to say I didn't care because I wasn't there. My main concern was their -- their wellbeing. It didn't even come up in conversation, like, "Hey, do you guys know who did this?" You know what I mean? It was just like them talking amongst each other and his name would come about.

Q. Okay. So --

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I -- I didn't go to them and be like, "Hey, who did this to you?"  You know what I mean?  Like, yeah.

Q.   Right.  Right.  So then could it be possible that you heard about this conversation between your mom and Mr. McClanahan months after the robbery?

A.   No, I wouldn't say months.

Q.   Okay.  Maybe a few weeks?

A.   Because when they left the hospital, they came to my home.  They couldn't go back to where they were, so they came to my house.

Q.   And when they came to your house, do you recall the specific conversation where they told you that they both came to the name Richard?

A.   No.  It wasn't like a conversation like that. You know what I mean?

Q.   Okay.  It was just at some point while they were staying with you, that conversation came up?

A.   Of course it did.  Like I said, they were staying with me through the courts and all that.  Like yeah, they lived with me --

Q.   Okay.  So they were --

A.   -- for a while.

Q.   Oh, I'm sorry.  You please continue.

A.   They lived with me for a while.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.

A.   Like, through his whole healing process with the bars in his leg.  Like, I remember all that.

Q.   Okay.  So they lived with you for a couple years?

A.   I don't know if it was a couple years, because I know that they did move down the street from me, and it was, like, a building and they lived, like, on the second floor.

Q.   Do you recall the address of that location?

A.   I do not.  Mine was 1250.  And it was -- like they were still on Indianola.  But I don't know the number address.  I don't.  Like, I mean, I could literally take you to the building, but I don't know the number address.

Q.   Okay.  And do you recall if they moved there before or after the criminal trial?

A.   No, I don't know about that.

Q.   Okay.  That's totally fine.  But they stayed with you for more than a couple months.  Is that fair?

A.   Yeah.

Q.   Okay.

THE WITNESS:  I have to use the restroom.

MS. MARTINEZ:  Oh, okay.  Yeah.  Let's take a quick five-minute break.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

THE WITNESS:  Okay.  Where is the closest restroom?

THE REPORTER:  Absolutely.  We're going off the record.

(OFF THE RECORD)

THE REPORTER:  We are back on the record. Time is 10:47 a.m. Eastern Time.

BY MS. MARTINEZ:

Q.   So Ms. Curry, I'd like to very quickly backtrack before I move on to my next set of questions.

A.   Okay.

Q.   And so I first want to ask, that first day when you went to the hospital and saw Mr. McClanahan, did you get to speak with him at all that day?

A.   Yeah.

Q.   Okay.

A.   It -- it was it was -- it was mainly like, "Are you okay?"  Like, you know, "What happened?" and, you know, that kind of thing.  But he was just kind of like in and out.  You can tell that he was on some type of medication.

Q.   Okay.  So you guys, you know, didn't talk about the specifics of the robbery, right?

A.   Absolutely not.  Like I said, I -- I keep telling you that my -- my main concern that day was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

their wellbeing.  It -- it wasn't about, you know, the inevitable.

Q.   And so outside of Mr. McClanahan, your Aunt Shelli, and your mom, did you talk to any other family members at the hospital?

A.   I want to say his sisters were there.

Q.   Okay.

A.   Both of his sisters.

Q.   And is that Cynthia Searcy?

A.   It is.  She's now deceased.

Q.   I'm sorry.  And do you recall the name of the other sister?

A.   Yeah, Beverly McClanahan.

Q.   Okay.  And do you recall if they were both already there by the time you arrived?

A.   No, they were not.  They came when we -- once we were already there.

Q.   Okay.  And did they come together?

A.   Yes.

Q.   Okay.  And is Beverly McClanahan still alive, and well?

A.   She's alive.  I -- I don't know how well. I knew that she had took sick a while back.

Q.   Okay.  I'm sorry to hear that.

A.   Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. And so do you recall the specifics of any conversation you had with either of them at the hospital?

A. Yeah, it -- it kind of was -- it turned into a little ruckus, because I remember them coming in and asking my mother for the keys to Rick's truck, and I felt, with everything that's going on, how in the hell can you-all come in here and ask for some keys to a truck?

Q. Right.

A. And we have all this going on. Like, my mom is going to leave him here or, you know, do something with the truck or whatever. So it kind of blew up and we were kind of, like, escorted out of the waiting room.

Q. Were all five of you escorted out or were --

A. No. No, just like a couple of us. I had to go stand outside for a minute.

Q. Okay. And who else was escorted with you?

A. I want to say it might have been my cousin. Yeah. I want to say it was her.

Q. Okay. So your cousin was also there?

A. Yeah. Her name is Alicia.

Q. Okay. Do you know Alicia's last name?

A. Yeah, it's Hill, and -- oh, Jesus.

Q. Do you recall if Alicia arrived before or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

after you?

A.    I want to say after.

Q.    Okay.  And do you recall if any other family members were there?

A.    Uh-uh.

Q.    Okay.  And so after your -- or strike that, please.  After Rick's sisters came and asked for his truck keys, did they then stay or did they leave?

A.    They stayed for a little while, but then they ended up leaving, because like I said, it was really intense.  It -- it was really intense.  I -- I was on protective mode.  I'm -- I'm not even going to lie to you, because my mom just went through this traumatic-ass experience and you-all are worried about some truck keys.  Take the goddamn keys and go on about your business.  Please and thank you.  So yeah, like I said, it got really intense.

Q.    Okay.  I mean, understandable.  Did they then leave with the keys?

A.    I -- all I remember is my mom giving them to them.

Q.    Okay.

A.    And they -- they stuck around for a little while, but they didn't stick around for too long.

Q.    Okay.  Do you know if either of them were able

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

to talk to Rick?

A. I want to say that they did.

Q. Okay. And do you know approximately how long the conversation was?

A. No. Like I said, it was -- it -- it was -- it -- by that time, it had -- it had began to be a little chaotic and I -- I didn't even want to be in the same space with them.

Q. After you were escorted from the waiting room, did you have the opportunity to go back in or did you go home at that point?

A. No, I went back in.

Q. Okay. (Coughs) Oh, excuse me.

A. Because like I said that when they originally asked for the keys, like, my mom was really upset. So once I was made to go stand outside to decompress, you know, cool off, before I left for the day, I wanted to go back in and, you know, see my mom, talk to her, make sure that she was good before I took off.

Q. Okay. So you went back in, checked in on your mom, and stayed for a couple minutes --

A. Uh-huh.

Q. -- and then left?

A. Uh-huh.

THE REPORTER: Is that a yes?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

THE WITNESS: Yes.

BY MS. MARTINEZ:

Q. Okay. And at that point --

A. Yes.

Q. -- was your -- at that point, was your cousin still there?

A. No, I don't want to -- I want to say she left after we got put out.

Q. Okay.

A. Like, when we got made to go outside, she left.

Q. Okay. And then were Rick's sisters both still there when you left?

A. No.

Q. Okay. They'd already left?

A. Yes.

Q. So at that point, it's just your mom and Aunt Shelli that are still in the waiting room?

A. Yep.

Q. Okay. Okay. So do you recall any specific conversation you had with Mr. McClanahan about who he thought the robber was?

A. No. I just told you that. That conversation didn't even come about while we were back there. I just was like, "What happened?" You know, like -- you know,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

he just said "That motherfucker came in my house." That's all I remember is him saying that, but I wasn't like "Who?" You know, "Do you have an idea?" Like, none of that.

Q. Okay. And then when he was living in your home with you and your mom, do you recall any specific conversation about who the robber could have been, with Mr. McClanahan?

A. No.

Q. Okay.

A. Like, him and my mom would have that conversation. I -- my -- like I said, I wasn't there, so I don't -- like, I'm not going to be like, hey, do you think it was -- well, do you think it was, could it might have been? No, I'm not going to do all that.

Q. Right. You weren't trying to speculate?

A. I would -- exactly, I would let him and my mom talk about it and then me and my mom would have a, you know, a little sidebar conversation about it, like okay. So what -- what did you guys, you know, talk about?

Q. Understood. And do you recall ever having a conversation with Tracy McClanahan about who the robber was?

A. No. I don't talk to Tracy like that.

Q. Oh, okay. So you guys weren't close in 2004?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I mean, we have never been close.  I don't know where you got the idea that we were close, number one.  Number two, she's Ricky's niece.  I talk to them when it's more, like, family stuff.  Like, when Aunt Cynthia passed, she sent me a message, "Hey, give me a call."  We're friends on Facebook, but it's not like we, like, hang out.  Like, you know, it -- yeah.  Yeah. We don't.

Q.   Okay.

A.   Yeah.

Q.   Okay.  So you wouldn't know whether or not she ever sold a car to Mr. Horton, correct?

A.   That came about yesterday when we talked about it.

Q.   Okay.  So -- and it's -- I know it's hard to put numbers to things sometimes, but if you had to guesstimate, how many times would you say that you and your mom talked about the robbery, between October and December of 2004?

A.   Not a lot.  I didn't like talking about it, honestly.

Q.   Would it be fair to say less than five?

A.   Yes.

Q.   Okay.  And in the 20 years since the robbery, approximately how often do you and your mom talk about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

what happened?

A.   We don't really talk about it.  It's more so -- like my mom lives with me, and it still bothers her to this day.  Like, she will lock my door.  She will lock me out of the house.  Like, you know what I mean?  Like, we don't sit and discuss it.  It -- it's -- it's nothing -- you -- you don't want to -- you don't want to sit and talk about that shit.  Excuse my French, but you -- that -- you don't -- you don't -- that's -- that's -- it's a -- it's a very touchy subject.  And I remember my mom telling me a while ago she saw him on the bus and she froze.  She -- she --

Q.   What did --

A.   -- froze.

Q.   -- or strike that, please.  Oh, I'm sorry, please continue.

A.   No, I'm just saying she froze.  Like, she -- she -- she don't like to -- she don't like to see a man with a gray hoodie on, you know what I mean?  Like, I don't like to talk about it, because I know it was very traumatic for my mother.  So I'm not going to be just sitting at the house.  And "Oh, mom, remember when you guys were robbed?"  Like, "Do you remember?  You" -- no, I'm not.  It's a very touchy subject for her.

Q.   Okay.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A. So it's never the topic of discussion unless she brings something up about it.

Q. Okay. And then so just to be clear, it's fair to say this was extremely traumatic for her, correct?

A. What do you think? I mean, like honestly, I'm -- I'm on the defense for my mom at this point.

Q. No, it -- it's totally understandable. I just, you know, want to get --

A. I mean, she -- she could have been murdered 19 years ago. She was rolled up in a mattress with a gun put to her head. By the grace of God, he didn't kill her. You know what I mean? So it's very traumatic. I don't like to talk about it. I don't even know why I'm here today. Like, but, you know, we've already discussed that part of it, but whatever --

Q. And I will say, I just have a few more lines of questioning for you, Ms. Curry, and then I'm going to turn it over to the other attorneys that are in the room. I would like to ask you about December of 2004. Do you recall detectives ever coming to your home to speak with your mom or Mr. McClanahan?

A. If they did, it is possible I could have been at work. I don't -- I don't remember that.

Q. Okay. So you just have no recollection of detectives coming to your home to speak with them,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

correct?

A.   Uh-uh.

Q.   Okay.

THE WITNESS:  Sorry.  I said uh-uh.

THE REPORTER:  You're fine.

BY MS. MARTINEZ:

Q.   Okay.  And like you said, it's possible you could have been out at work or you could have been out when they --

A.   Yeah.

Q.   -- showed up?

A.   Very much so.

Q.   And do you recall your mom or Mr. McClanahan ever telling you that police or detectives had stopped by?

A.   I want to say it came up in conversation.  I'm pretty sure that someone came over to speak to them at some point.

Q.   Okay.  And do you recall them telling you what they talked about with the officer or what the officer was doing there?

A.   No.

Q.   Okay.  And did you ever learn that detectives showed photographs to your mom or Mr. McClanahan?

A.   I'm aware.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. And are you aware because they told you?

A. Yes.

Q. Okay.

A. Yeah.

Q. And did they --

A. I wasn't -- I wasn't present when that was happening.

Q. Okay. And is that because they told you, back then, when it happened, or is it something you learned more recently?

A. No. Nothing more recently. It would be back -- like I said, we don't talk about that, especially within the last past, like, shit, 12 years? Like, we don't talk -- we don't talk about that. That is not the topic of discussion.

Q. Okay. Understood. Understood. I'll make my -- I'll make sure my questions are more clear than that. I'm just asking about what you remember back in 2004. And if you don't recall, you don't recall. I definitely understand that you guys just haven't talked about it in the last, you know, X years, because it's extremely traumatic. And so do you recall ever hearing from your mom or Mr. McClanahan that they were shown photographs more than once?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   Not to my knowledge.  I don't -- I don't remember.

Q.   Okay.  And could it be possible that your mom did tell you about seeing photographs multiple times, but since it's been 20 years, you might not remember as you sit here today?

A.   You just keep asking --

MR. DORSEY:  Objection.

THE WITNESS:  -- I was getting ready to say you just keep asking me the same old questions over and over.  I -- I don't remember how many times they were shown photographs.  I -- I don't know that.  I wasn't present.

BY MS. MARTINEZ:

Q.   Okay.  Okay.  And now I'd like to switch gears to something else and step away from the robbery and everything that you and your family experience, okay?

A.   Uh-huh.

Q.   And do you know who Riccardo Diggs is?

A.   I don't know him as Riccardo Diggs.

Q.   Can you explain what you mean by that?

A.   I know him as Richard Diggs.

Q.   Okay.  So you know a man named Richard Diggs, you do not know a man named Riccardo Diggs?

A.   I went to school with Richard Diggs.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KIM CURRY, taken on October 04, 2024

52

Q.   Okay.

A.   Like, in middle school, Everett Middle School.

Q.   Okay.  And do you recall what grades were at Everett Middle School?

A.   6th, 7th, and 8th.

Q.   Okay.  And do you recall if the person you know as Richard Diggs was older than you, younger than you, or in the same grade?

A.   I'm not 100 percent sure, but I want to say we were in the same grade.

Q.   Okay.  And do you recall -- and again, it's -- I know it's been a while.  Do you recall if you had any classes with Richard Diggs?

A.   Girl --

Q.   Okay.

A.   -- I am 46.  You're talking about back when I was 12 and 13.  I just -- I remember him in -- being in that building.  Like, he hung out -- I had a group of girls, you know, how it is in middle school.  And then it's a group of guys and a couple of the girls liked a couple of guys in the same group.  And he hung out with a lot of the guys that we would talk to.

Q.   Okay.  And -- but is it fair to say you were never friends with Richard Diggs?

A.   Hell no.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  And as you sit here today, do you have an opinion on Richard Diggs?

A.   No.  I just know that he hung out with some of the roughnecks in the neighborhood.

Q.   Okay.  And even back in middle school?

A.   Yeah.

Q.   Okay.  And are you aware of Mr. Diggs' criminal record?

A.   No.

Q.   Okay.

A.   Why would I be aware?

Q.   Okay.  And are you aware that at some point Mr. McClanahan gave the name Richard Diggs to detectives when identifying the robber?

MR. DORSEY:  Objection.  You can answer.

THE WITNESS:  I've never heard of that name during --

BY MS. MARTINEZ:

Q.   You mean Richard Diggs?

A.   -- during the whole -- during this whole case, never heard of the name.

Q.   Okay.  Sorry, I just want to -- I think I think I worded my question weirdly.  So let me try to rephrase it.

At any point before this case, did you ever



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

learn that Rick McClanahan told Columbus detectives that Richard Diggs was the person who committed the robbery?

MR. DORSEY: Objection.

THE WITNESS: I was not aware --

BY MS. MARTINEZ:

Q. Okay.

A. -- that he even spoke that name.

Q. Okay.

A. I had only heard Richard Horton.

Q. Okay. And you would have no knowledge, either way, of whether Mr. McClanahan knew Richard Diggs, correct?

A. No.

Q. Okay. And do you recall the last time you saw Richard Diggs?

A. No.

Q. Okay.

A. It would probably have been in middle school.

Q. Okay. Fair enough. And so I just want to -- and I apologize if this is repetitive, I don't mean for it to be. So if it is I'll rephrase, but I just want to be clear. If Richard and Riccardo Diggs ever swapped places and pretended to be each other, that's not something you would know, correct?

MR. DORSEY: Objection.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

THE WITNESS:  You just told me that Richard and Riccardo was the same person.  So make that make sense.  How could they --

BY MS. MARTINEZ:

Q.    Okay.  So I want to -- I want to represent to you that they're not the same person.  I believe your testimony is that you don't know Riccardo Diggs; is that accurate?

A.    Yeah.

Q.    Okay.  But you do know Richard Diggs -- or you knew Richard Diggs?

A.    From middle school, yes.

Q.    Okay.

A.    We -- we attended the same school.  I won't say I knew him personally, because I did not.

Q.    Fair enough.  So then, would it be fair to say that if Richard and Riccardo Diggs, whatever, swap places and pretend to be each other, you would've no knowledge of that, correct?

MR. DORSEY:  Objection.

THE WITNESS:  No.

BY MS. MARTINEZ:

Q.    Okay.  And you stated that you -- or strike that, please.

You attended Everett Middle School with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Richard Horton as well, correct?

A. He was a couple years older than me.

Q. Okay. Do you recall if he was there at the same time as you or would he have already moved on to high school by the time you got to 6th grade?

A. Honestly, I don't know.

Q. Okay.

A. It's possible he could have been, like, in the 8th grade.

Q. Okay. And you weren't ever friends with Mr. Horton, correct?

A. No.

Q. And so you didn't know much about him at all?

A. No.

Q. Okay. And as you sit here today, do you know who Kyle Ramsey is?

A. I knew of Kyle. I did have classes with Kyle.

Q. Okay. Were you friends with Kyle?

A. Kyle dated one of my closest friends. I mean, back then, yeah, we spoke.

Q. Okay. Do you have an opinion of Kyle as a person?

A. Kyle was murdered. So there -- that's all the opinion that I have.

Q. Okay. And -- or actually -- oh, no. Strike

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that, please.  Do you know who Rollin Hunter is?

A.   No.

Q.   Okay.

A.   That name doesn't ring a bell.

Q.   Okay.  I think I'm in my last few lines of questioning, and then you won't have to hear from me anymore.  Do you -- as you sit here today, do you recall ever being at the 927 Loew Street house while police were investigating the scene?

A.   Uh-uh.  No.

THE REPORTER:  Sorry.

THE WITNESS:  I saw you look up.

MS. MARTINEZ:  I'm not catching it either, so thank you to the court reporter.

BY MS. MARTINEZ:

Q.   Do you recall ever searching through a yearbook to find who might have been the perpetrator?

A.   No.

Q.   Okay.  And did Mr. McClanahan ever tell you that he believed the person who robbed him was the same person who asked him for money to use a payphone the night before?

A.   It came up in conversation.

Q.   Okay.  Do you recall approximately when?

A.   No, I don't -- no.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Would this have been while he was living with you?

A.   Uh-huh.

Q.   Okay.

A.   Yes.

Q.   So -- okay.  So within the months to potentially a year plus that he was living with you, you -- this came up in conversation?

A.   Yes.

Q.   Okay.  And did he give any other details about the person who asked him for money to use a payphone?

A.   No.

Q.   Okay.  And I am assuming that you were not aware that Mr. Horton had a cell phone at the time of the robbery, correct?

A.   I --

    MR. DORSEY:  Objection.

    THE WITNESS:  I'm not aware.

BY MS. MARTINEZ:

Q.   Okay.

A.   I -- I didn't talk to him, like, I --

Q.   And I guess, you know, at a more general level, how was your relationship with Mr. McClanahan?

A.   He was like my dad.  Like --

Q.   Thank you for that.  You don't have to expand.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

I can tell it -- it's tough for you to talk about, so I appreciate that.  Okay.  And you had testified previously that you were never subpoenaed to testify at Mr. Horton's criminal trial, correct?

A.   That is correct.

Q.   Okay.  And did anyone ever potentially ask you to testify?

A.   Not that I'm aware of.

Q.   Okay.

A.   I mean, I wasn't there, so what could I possibly testify?

Q.   Okay.  And do you recall attending the criminal trial?

A.   No, I did not.

Q.   Okay.

A.   Not one day of it.

Q.   Okay.  And I've got two or three questions that I apologize in advance for having to ask.  I just have to ask them.  Are you aware that your mom and Mr. McClanahan had bought drugs from Mr. Horton before the robbery?

A.   Very aware.

Q.   Okay.  And are you aware that your mom and Mr. McClanahan were unhappy with the drugs that they bought from Mr. Horton before the robbery?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No.

Q.   Okay.  And were you aware that shortly before the robbery, Mr. McClanahan stole drugs from Kyle Ramsey?

A.   No, I'm not aware.

Q.   Okay.  Okay.  And then, fast-forward to today, your mom currently lives with you, correct?

A.   Yep.

Q.   Okay.  How long have you lived together?

A.   Since I've been in that house.

Q.   So it'd be fair to say ten-plus years?

A.   Yep.

Q.   Okay.

A.   Richard McClanahan lived there too, until he passed.

Q.   Or -- sorry, strike that.  I thought I had a question, but I don't.  And at any point before this lawsuit against the City and the Columbus police officers, had you ever heard that the fingerprints that were lifted from the bed and from the bullet casings were not a match to Mr. Horton?

        MR. DORSEY:  Objection.

        THE WITNESS:  Not until recently when me and my mom was talking after she got -- came down.

BY MS. MARTINEZ:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. And I guess, quickly to that point, you and I spoke back in August, correct?

A. Uh-huh.

Q. Okay. And we talked for maybe two or three minutes after you got home from work?

A. Uh-huh. Yes.

MS. MARTINEZ: And -- okay. Sorry, again, I'm not catching it either. It feels very conversational.

BY MS. MARTINEZ:

Q. And we talked about whether you knew Richard and Riccardo Diggs that day, correct?

A. Uh-huh. Yes.

Q. Okay. Okay. And then Cindy, the investigator who was with me, and I left, correct?

A. Yes.

Q. Okay. And then you and I also spoke last night, correct?

A. Correct.

Q. Okay. And we talked for five to six minutes; is that fair?

A. Yeah.

Q. Okay. And we talked about the logistics and location of your deposition today?

A. Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.   And I guess -- yeah, I guess my kind of concluding questions are, do you have any knowledge, or -- or strike that, please.  Do you know, as you sit here, who committed the robbery on October 9th at 927 Loew Street?

A.   I do not.

Q.   Okay.  And do you believe it is possible that Columbus police committed misconduct in the investigation of the robbery?

MR. DORSEY:  Objection.

THE WITNESS:  I -- I'm not sure.  Like, I -- I don't know.  Like, that's --

BY MS. MARTINEZ:

Q.   Fair enough.  Fair enough.  Is there anything else, as you sit here, Ms. Curry, that you can remember about the robbery or specific conversations you had after the fact with someone about it that we haven't already discussed?

MR. DORSEY:  Objection.

THE WITNESS:  No, ma'am.

BY MS. MARTINEZ:

Q.   Okay.  And nothing we've talked about today has refreshed your recollection or brought up any new memories; is that fair?

A.   No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MS. MARTINEZ:  Okay.  And with that, those are all the questions that I have for you, Ms. Curry, and I'm going to open it up to the other attorneys that are in the room with you or on the Zoom.

THE WITNESS:  Okay.

MS. MARTINEZ:  Thank you for -- so much for your time.

THE WITNESS:  You're welcome.

CROSS-EXAMINATION

BY MR. DORSEY:

Q.  Ms. Curry, we've been going for a while now. Would you like to take a brief break?

A.  No.  I want to get it done and over with as soon as possible.

Q.  Okay.  We can go ahead and do that.  So again, my name is Dexter Dorsey.  I do represent the Columbus Police Officer Brenda Walker. You've indicated that you have not reviewed the -- you don't know what this case is about, correct?

A.  I know what it's about.

Q.  Okay.  Have you reviewed the amended complaint at all, that --

A.  No.

Q.  Okay.  I'm going to hand you what's been marked as Defense Exhibit A.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KIM CURRY, taken on October 04, 2024

64

MR. DORSEY: Ms. Martinez, this is just your Amended Complaint. I'm handing it over. Do you have any --

(EXHIBIT A MARKED FOR IDENTIFICATION)

MS. MARTINEZ: Okay.

MR. DORSEY: Do -- it's your complaint, so...

BY MR. DORSEY:

Q. I want you to take a look at just the first paragraph there. Do you see where it says, "Plaintiff Richard" --

MS. MARTINEZ: I'm so sorry to cut you off, Dexter. I -- could I -- just -- can I have one quick moment to bring up the exhibit?

MR. DORSEY: Sure.

MS. MARTINEZ: Okay. I'm ready.

BY MR. DORSEY:

Q. Okay. So Paragraph 1 says, "Plaintiff Richard Horton was wrongfully arrested, prosecuted, and convicted for a 2004 armed robbery in Columbus, Ohio, which he had nothing to do with." Do you see where it says that?

A. Uh-huh.

Q. In your conversations with Ms. Martinez, did she ever communicate that this is what she was alleging in this lawsuit?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No.  I mean, I knew that he was -- they were doing it because he was wrongfully accused or whatever.

Q.   Okay.  And do you have any knowledge if he was wrongfully convicted --

A.   No.

Q.   -- in this lawsuit?  Okay.  Going to -- let's go to Page 4, Paragraph 17.

A.   Am I going with you?

Q.   Yep.  If you could.  And Page 4, and then number 17, it says, "Neither McClanahan nor Curry were able to see the robber's face.  The robber had a hood pulled up over his face.  Additionally, the robber ordered Curry not to look at him, and threatened to kill her if she did not comply, causing Curry to cover her eyes with her pillow."  Going to the first part "neither McClanahan nor Curry were able to see the robber's face" do you believe that to be a true statement?

A.   I just remember them saying that they were able to see his eyes.

Q.   Okay.

A.   Not his full face.

Q.   Okay.  Thank you.  And then lastly, for this, let's go to Paragraph 66.  It's on Page 9.

A.   Okay.

Q.   And just to ask, it says, "Plaintiff is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

entirely innocent of the Loew Street robbery. He was not present at McClanahan and Curry's home on October 9th, 2004 and had no knowledge or involvement in the planning or commission of this crime." Do you have knowledge if this statement is true?

A. What do you mean? Do I have knowledge? I wasn't there when it occurred, so I don't --

Q. Okay.

A. -- I wouldn't have knowledge.

Q. Okay. Did your mom ever communicate that she believed that Richard Horton was present on her -- at her home on October 9, 2004?

A. Yes.

Q. Okay. Thank you. That will be that -- it for that. The good news is Ms. Martinez went over a lot of my questions, so I will just go over a few things, to clarify, and just ask a few additional questions, okay?

A. Okay.

Q. Did your mother talk to you about the deposition that she had last week?

A. Yeah, briefly.

Q. Okay. And has she talked to anybody else, or have you talked to anybody else about this case before coming here today?

A. No, I -- I did speak to my cousin Tracy last

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

night.

Q.   Okay.  In terms of your conversation with your mother, what did she say about the deposition last week?

A.   She was flustered.  She was upset.  She's kind of over it and wondering why it keeps being brought up.

Q.   Okay.  All right.  And you said that you talked to your cousin as well?

A.   Uh-huh.

Q.   And was that just in preparation for the deposition?

A.   No, it was basically like she -- because she inboxed me yesterday while I was at work.  And I thought it was something with the family, because like I said, that's usually the only time that we really communicate, is when something's going on.  Well, when I got home and me and mom started talking, she told me that she talked to Tracy.  And Tracy had called her to ask what was going on, because she got subpoenaed.  So I called Tracy after Mom said that, you know, she talked to her.  I said, "Well, she inboxed me, too."  So I called her and I asked her, I said, "Do you go tomorrow?"  And she's like, "No." She's like, "I go in November."  And she's like, "What do they want?"  I said, "I don't know." I said, "They subpoenaed me, too, Tracy and I wasn't even there, had no record -- you know, wasn't -- they --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KIM CURRY, taken on October 24, 2024

68

I didn't -- I met them at the hospital.  Like, I'm not even understanding, you know, why I'm even involved."  So that was basically our conversation.  We both were wondering, you know, what was going on and why we were involved, because we weren't there.

Q.   Okay.  All right.  Jumping around a little bit.  You indicated that your mother lives with you now, correct?

A.   Uh-huh.

Q.   Do you take care of her medically or financially now?

A.   No.

Q.   Okay.

A.   I mean, she had a hip replacement.  Of course I was -- I took time off work, you know, to help her.  But outside of that, my mom takes care of herself.

Q.   Okay.  And has that always been the case, where she's taken care of herself?  Even --

A.   For the most part, she's able to go to work and, you know, she just lives with me.

Q.   Okay.  I heard you refer to Mr. McClanahan as Rick.  Do you know if he had any other nicknames?

A.   I mean, they would call him Rick, Ricky.

Q.   Okay.  And you said he was like a father figure to you?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.    For sure.

Q.    Okay.  Do you know if Rick ever went by the nickname Slim?

A.    No.

Q.    Okay.

A.    It could have been a -- a street name or something that some friends from back in the day called him, but I've never heard anybody call him Slim.

Q.    Okay.  Would you say that Rick was a truthful or untruthful person?

A.    It -- it depends.

Q.    Okay.  What does it depend on?

A.    I mean, like he's a jokester, like, you know what I mean?  Like he'd play around a lot.  But when it came to serious, straight-up, you know, questions, answers, very truthful.

Q.    Okay.  So something serious he would be truthful about?

A.    Absolutely.

Q.    Okay.  On October 9th, 2004, do you recall if your grandchildren spent any time with Rhonda?  And that was the day of the robbery, I'll represent.

A.    My grandchildren?

Q.    Or sorry, her grandchildren, your children.

A.    Oh.  Did they spend time with her during that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

period?

Q.    Yes.

A.    On October 9th?

Q.    Yes.

A.    No.

Q.    Okay.

A.    My kids weren't there when that happened. By the grace of God, they weren't there because they're usually there every weekend.

Q.    Okay.  In your conversations with your mother, besides her mentioning that she saw the robber's eyes, did she mention any other physical characteristics that she saw?

A.    I just remember the gray hoodie.

Q.    Go ahead.

A.    Like that -- that's what resonates in my brain still to this day.  Gray hoodie, tied up, I could see his eyes.

Q.    After October 9th, 2004, did you visit Rick in the hospital?

A.    Uh-huh.

Q.    Okay.  How many times would you say that you visited?

A.    Yeah, possibly, like, maybe one or two.  Like, it wasn't often because, like I said, I would be at home

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 2:23-cv-03888-ALM-SCS Doc #: 151-5 Filed: 03/28/26 Page: 73 of 96  PAGEID #: 11684
The Deposition of KIM CURRY, taken on October 24, 2024

71

with the kids, or I would be working or, you know, doing whatever.  Mom would be the main one that was going every day, like clockwork.

Q.   Okay.  And you indicated that your primary concern on the actual day of the robbery was the wellbeing of Rick --

A.   And my mother.

Q.   And your mother.  You didn't -- you said on October 9th that you didn't discuss anything about who the perpetrator may have been.  In any of the follow-up visits, did you have a discussion about who the perpetrator would've been with Rick?

A.   It really wasn't none of my business.  That was between him and my mom, and the detectives.  If it came up in conversation, you know, we would talk about it, but it was more so at the house, not at the hospital.

Q.   At any point in time, do you remember if your mother called you to get clarification as to the last name of the person that robbed her?

A.   Why would she call me?

Q.   Just asking.  Do you remember?

A.   No.

Q.   Okay.

A.   I don't recall that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. As you sit here today, do you have any reason to doubt that Richard Horton was the person that robbed your mother?

A. That's what I've heard. So that's who it was. And he was convicted.

Q. You've stated this. I just want to get a super clear answer. Do you know how your mother came up with the name Richard Horton?

A. No.

Q. Do you know how Rick came up with the name Richard Horton?

A. No.

Q. Okay. Do you know, or have you known, anybody with the nickname Adidas Boy?

A. No.

Q. Or Adidas Man?

A. No.

Q. Okay. During your time at Everett Middle School, did -- do you remember any time where Richard Horton would come over and play with you, or anything like that?

A. No.

Q. Okay. Did you ever see either your mother or Rick have any interactions with Richard Horton?

A. No.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Did your Aunt Shelli ever mention that she knew an Adidas Boy or an Adidas Man?

A.   No.

Q.   Is it fair to say that the last time that you would've saw Richard Horton was in middle school?

A.   Yeah.

Q.   Okay.

A.   Like (Inaudible).

Q.   In your conversations with your mother, have you ever heard -- ever heard her use the phrase "high yellow" to describe skin tone?  Okay.  What does she mean by that, typically?

A.   High yellow, like not dark.

Q.   Okay.

A.   And if somebody was to say high yellow to me, I know exactly what they mean by that.

Q.   Okay.  And that's just not dark or someone that's --

A.   Right.  A lighter -- a lighter color, a lighter-complected person.  Let me say it like that.

Q.   Okay.  Prior to October 9th, 2004, did your mother ever mention Richard Horton's name?

A.   No.

Q.   Okay.  You mentioned that you knew that both Rick and your mother bought drugs from Richard Horton.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

How did you come to find that out?

    A.    What you mean?

    Q.    How did you know that she --

    A.    I knew that they bought drugs.

    Q.    Okay.  Did you know that they bought drugs from Richard Horton?

    A.    No.  I mean, they -- they never came -- you know, came and, "Hey, Kim, I went and bought drugs from blah, blah, blah."  You know, that ain't none of my business.  I hated that they did that shit.  Excuse my French, but I -- I didn't like it.  You know what I mean?  So that was, yeah.

    Q.    Okay.

    A.    They would get it from who they could get it from.

    Q.    To your knowledge, did either your mother or Rick owe Richard Horton any money?

    A.    Not to my knowledge.

    Q.    To your knowledge, did Richard Horton have a reputation in the neighborhood?

    A.    Not to my recollection.  Excuse me.

    Q.    Do you have any reason to believe that your mother falsely accused Richard Horton?

    A.    No.

    Q.    Do you have any reason to believe that Rick

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

falsely accused Richard Horton?

A. No.

Q. So you indicated that you don't believe that you were home when the detective came to your house to do the photo lineup with your mother and Rick?

A. Uh-huh.

Q. Okay. Do you remember anything about that day, other than just having a conversation with your mother afterwards?

A. What do you mean? Remember anything as far as what?

Q. Did your mother communicate anything about the lineup or anything about the detective?

A. The day of?

Q. Or any time afterwards? It's just, do you remember anything about that photo lineup day?

A. No.

Q. Okay.

Do you remember if your mother was at your house the entire day on the day that she took the lineup, or if she went to work, or somewhere else?

A. I don't even know what day that was.

Q. Okay. If I represented to you that that was on December 4th of 2004 -- I know that's a long time ago -- but does that give you any kind of clarification as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

to what may have happened that day?

A.   No.

Q.   Okay.  And the detective did not talk to you at all, correct?

A.   Not that I can recall.  No.  I -- I've never -- that's why I was so puzzled why I was even requested here, because I've never talked to a detective.  I was never subpoenaed to go to the original case.  So why am I being brought into it now?

Q.   Sure.  And we're just asking just to find out if there is anything that you do know.  You said that you didn't go to the trial, did you go to any of, like, his arraignment or any other proceedings at all?

A.   No.

Q.   Okay.

A.   No.

Q.   No conversations with the prosecutor about this case, even, correct?

A.   No.

Q.   Okay.

A.   Nope.  Oh, sorry.  I'm used to eating breakfast by now.

Q.   I'm moving through quickly here, so...  Did your mother ever tell you that Richard Horton tried to contact her while the trial was ongoing?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No.

Q.   To your knowledge, did Rick ever repair brakes for a car that his niece sold to Richard Horton?

A.   Not to my knowledge.

Q.   Okay.  You talked about this being traumatic and not something that you like to talk about with your mother.  Could you tell us just more about how this robbery has affected your mother?

A.   She just -- she's nervous about everything.  Like -- like I said, she locks the doors.  She -- I mean, it's suspect if somebody walks down the street with a hoodie on.  Like I mean, still to this day, it blows my mind.  It -- it -- it really does.  She's just always on the, you know, the swivel, and...

Q.   How did she feel when Richard Horton was let out of prison early?

A.   She was scared shitless.

MS. MARTINEZ:  I'm just going to object to the foundation of that previous question.

BY MR. DORSEY:

Q.   Okay.  Has this been difficult for you to deal with, as well?

A.   A little.  It's just more out of concern for my mom.

Q.   Okay.  You indicated that you did talk to



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Ms. Martinez last night, correct?

A. Uh-huh. Yes.

Q. Could you tell me exactly what you remember about that conversation?

A. It was basically just asking, like, confirming the address, asking why do I have to go down here, like, because I just keep asking, why do I need to be a part of this, because I wasn't, you know, with the original case. And she basically was telling me, like, how it was going to go, who was going to ask me questions and that kind of thing, just so I could kind of like, know what to expect.

Q. Did you ever witness Ms. Martinez come to your house in person?

A. Yes.

Q. And did you -- and you said you had about a two to three-minute conversation with her?

A. Yes.

Q. Can you tell me everything that you remember about that conversation?

A. I remember walking up on the porch and I'm like, "Who are these people?" You know, because they were sitting outside talking to my mom. And they were talking about the case. And like I said, Richard Diggs' name came up and I'm like, yeah, I did go to -- you



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

know, to middle school with him, you know? But outside of that, like we never had like a -- you know, a friendship or like a one-on-one conversation, like, we've never done any of that.

Q. And what exactly -- I guess, how did the name Richard Diggs come up?

A. My mom asked me, because I guess they asked her. And she said, "Hey, do a name Richard Diggs ring a bell?" And I'm like, "Yeah, I went to middle school with him."

Q. Okay. Anything else about that conversation that you remember? Okay. Was your mother upset that the individuals were asking her about this case?

A. Yeah.

Q. Okay.

A. She's upset every time it's brought up, she -- because she don't understand why, 19 years later, she's being brought in and questioned and basically have to relive the whole -- the whole scenario all over.

Q. Okay. Your mother is now sober, correct?

A. Yes.

Q. Okay. And while you were growing up, was your mother able to hold a consistent job?

A. Absolutely.

Q. Okay. And she is retired now, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   Yes, she is.

Q.   Okay.  And in 2004, you've indicated that your mother was using drugs, correct?

A.   Uh-huh.  Yes.

Q.   Do you believe that your mother was still telling the truth about the robbery, despite the drug use?

A.   Absolutely.

Q.   And do you believe that Richard McClanahan was still telling the truth, despite the drug use?

A.   Absolutely.

Q.   Okay.  If I could just have maybe about five minutes.  I think we can start to wrap up.

A.   Okay.

MR. DORSEY:  Thank you.

THE REPORTER:  All right.  Going off record.

(OFF THE RECORD)

THE REPORTER:  We are back on record.  Time is 11:36 a.m. Eastern.

BY MR. DORSEY:

Q.   Okay.  Just very briefly, do you understand that this lawsuit is not a criminal case?

A.   I -- I do know.  I know now.

Q.   Okay.

A.   Let me say that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.    And do you understand that if Richard Horton wins this case, he wants the City of Columbus to pay him money?

A.    I know that now.

Q.    Okay.  And when you had a conversation with Ms. Martinez, did that come up at all?

A.    No.

Q.    And did Ms. Martinez ever mention anything to you about fingerprints or fingerprint analysis that was done?

A.    Yeah.  I don't know if I heard it from her, but I did hear about the fingerprints.

Q.    Okay.  What was your understanding of what you remember hearing about fingerprints?

A.    That the fingerprints didn't match Richard Horton.

Q.    Okay.

A.    That was at the crime scene.

Q.    Okay.  And you don't have any knowledge of that yourself, correct?

A.    No.

Q.    So you -- the only knowledge that you would have is just someone told you that, correct?

A.    Yeah.  Yeah.

Q.    Okay.  I have no further questions.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

THE WITNESS: Okay.

MS. MARTINEZ: I don't have any follow-up questions for you, Ms. Curry.

THE REPORTER: All right. Perfect. Before we get us fully off, Ms. Martinez, would we like an order of the transcript?

MS. MARTINEZ: Not at this time.

THE REPORTER: No problem. Did we want a copy of the video?

MS. MARTINEZ: Not at this time.

THE REPORTER: Perfect. And then Mr. Dorsey?

MR. DORSEY: Yep. We would like to order a transcript.

THE REPORTER: Transcript. Perfect. How would you like that?

MR. DORSEY: You can actually e-mail it to Aaron Epstein --

THE REPORTER: Electronic?

MR. DORSEY: Yep.

THE REPORTER: Perfect. And then, do we want a copy of the video?

MR. DORSEY: May as well, I guess.

THE REPORTER: You can always decide later.

MR. DORSEY: We'll let you know.

THE REPORTER: Okay, perfect. I'm taking us

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

fully off record.

(DEPOSITION CONCLUDED AT 11:38 A.M. ET)



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

**KENTUCKIANA**
— COURT REPORTERS —

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

CERTIFICATE OF REPORTER

STATE OF OHIO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

KAYLEIGH KINNAMON

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 02/01/2029

SUBMITTED ON:  10/14/2024



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | | | |
|---|---|---|---|---|
| **Exhibits** | 69:20 70:19 73:21 75:24 80:2 | **7** | **Additionally** 65:12 | 26:10,12,18 27:14,17,25 |
| **Exhibit A_ Curry** 63:25 64:4 | **2009** 17:25 | **7** 17:9 | **address** 10:14 17:22 38:10,13, 15 78:6 | **armed** 64:19 **arraignment** 76:13 |
| | **205** 6:8 | **78** 15:12 | | |
| **0** | **21** 18:6,9 | **7th** 52:5 | **Adidas** 72:14, 16 73:2 | **arrested** 64:18 |
| | **22** 11:22 | **8** | **advance** 8:5 59:18 | **arrived** 24:22 25:13 40:15 41:25 |
| **06** 17:6 | **23-CV-3888** 6:15 | **8:00** 22:19 | **affected** 77:8 | **ass** 42:14 |
| **1** | **24** 15:23,25 | **8th** 52:5 56:9 | **affirm** 7:17 | **assistant** 18:11 |
| **1** 64:17 | **25** 15:18,21 16:3,6,8 | **9** | **agree** 7:10 | **assume** 9:9 |
| **100** 18:6 20:13 23:20 29:14,16 52:9 | **26** 15:10,17 16:25 | **9** 14:9 65:23 66:12 | **ahead** 35:18 63:15 70:15 | **assuming** 58:13 |
| **10:06** 6:9 | **28th** 10:13 | **927** 14:10,17 18:14,20 20:21 57:8 62:5 | **Alana** 6:24 | **attain** 11:19 |
| **10:47** 39:7 | **3** | | **Alicia** 41:22,25 | **attend** 11:17 |
| **11:36** 80:19 | **3:00** 31:21 | **9th** 14:7 22:24 31:12 62:4 66:3 69:20 70:3,19 71:9 73:21 | **Alicia's** 41:23 | **attended** 55:14,25 |
| **11:38** 83:2 | | | **alive** 40:20,22 | **attending** 6:17,23,24 59:12 |
| **12** 50:14 52:17 | **4** | | **alleging** 64:24 | |
| **1250** 16:12 38:11 | **4** 17:2 65:7,9 | **A** | **Alyssa** 6:19 | **attorneys** 48:18 63:3 |
| **13** 52:17 | **43215** 6:8 | **a.m.** 6:10 39:7 80:19 83:2 | **Amazing** 10:22 | |
| **15** 10:17 | **43219** 10:15 | | **amended** 63:21 64:2 | **August** 61:2 |
| **17** 65:7,10 | **46** 15:16,19 52:16 | **Aaron** 6:23 82:17 | **analysis** 81:9 | **aunt** 23:2,4,6 24:3 26:1,3 27:15,25 29:12, 20,21 30:10 31:2,13 32:8 33:15 40:3 44:17 46:4 73:1 |
| **1730** 10:15 | **4:00** 22:19 31:21 | **abilities** 8:15 | **answering** 25:12 | |
| **19** 15:8,20 48:9 79:17 | **4th** 6:9 75:24 | **ability** 8:11 | **answers** 8:12 69:16 | |
| **1978** 10:13 | **5** | **absolute** 8:19 | **anymore** 17:20 57:7 | |
| **1996** 11:14 | **5** 17:8 | **Absolutely** 17:18 39:3,24 69:19 79:24 80:8,11 | **apologize** 13:9 25:9 54:20 59:18 | **Avenue** 10:15 16:12 21:11 |
| **2** | **5th** 21:11 | | **appearance** 6:16 | **aware** 13:17, 21,22 49:25 50:1 53:7,11,12 54:4 58:14,18 59:8,19,22,23 60:2,5 |
| **2** 17:2,4,8 | **6** | **access** 10:19 12:2 | | |
| **20** 6:7 24:8 46:24 51:5 | **6** 17:9 | **accurate** 55:8 | **appearing** 6:21 | |
| **2004** 14:10 15:5,13 17:2, 22,25 20:25 22:6,15,24 45:25 46:19 48:19 50:19 64:19 66:3,12 | **66** 65:23 | **accused** 65:2 74:23 75:1 | **approximately** 21:1 23:7 24:7, 13 27:24 29:9 43:3 46:25 57:24 | **B** |
| | **6th** 52:5 56:5 | **actual** 71:5 | | **back** 15:4 19:9, 10,12,15,17 20:25 22:10,15 |
| | | **additional** 66:17 | **area** 19:22 25:1 | |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

25:1,3,13 27:14 30:3 32:4 37:10 39:6 40:23 43:10,12,18,20 44:24 50:9,12, 19 52:16 53:5 56:20 61:2 69:7 80:18

**backtrack** 24:1 39:10

**bad** 25:10

**bar** 19:14,19

**bars** 38:3

**basement** 19:8

**basically** 34:7 67:11 68:3 78:5,9 79:18

**bathroom** 19:6

**bed** 19:25 26:18 60:20

**began** 43:6

**begin** 29:20

**behalf** 6:20,25

**believed** 57:20 66:11

**bell** 57:4 79:9

**Beverly** 40:13, 20

**big** 25:6

**bigger** 20:9

**birth** 10:12

**birthday** 16:2

**bit** 18:24 30:18 68:7

**blah** 35:22 74:9

**blew** 41:13

**blood** 25:6 27:2

**blows** 77:13

**body** 22:4

**born** 15:12 17:5,6

**bothers** 47:3

**bought** 59:20, 25 73:25 74:4, 5,8

**Boy** 72:14 73:2

**brain** 70:16

**brakes** 77:2

**break** 9:15,16 30:6 38:25 63:12

**breakfast** 76:22

**Brenda** 6:25 63:17

**briefly** 66:21 80:21

**bring** 25:10 64:13

**brings** 48:2

**Broad** 6:7

**brought** 34:15 62:23 67:5 76:9 79:16,18

**building** 38:8, 14 52:18

**bullet** 60:20

**bus** 47:11

**business** 42:16 71:13 74:10

---
**C**
---

**C-U-R-R-Y** 8:3

**calculator** 15:9

**call** 12:1,5 23:10,14 24:2, 8,14 46:6 68:23 69:8 71:21

**called** 23:2 67:17,18,20 69:7 71:19

**car** 22:4 46:12

77:3

**care** 26:22 30:1 36:19 68:10,16, 18

**case** 6:15 13:15 14:24 53:20,25 63:18 66:23 68:17 76:8,18 78:9,24 79:13 80:22 81:2

**cashier** 18:10

**casings** 60:20

**catching** 57:13 61:8

**cater** 11:4

**catering** 11:4

**causing** 65:14

**cell** 23:11 32:11,14 58:14

**certificate** 11:23

**certificates** 11:20

**chance** 22:12

**chaotic** 43:7

**characteristic s** 70:12

**check** 25:18,19 26:14

**checked** 25:14,20 27:12 43:20

**Chicago** 6:21

**children** 16:20 17:10,19 69:24

**children's** 10:20 16:15 17:13

**Cindy** 61:14

**City** 6:12,25 8:18 13:19 60:18 81:2

**Clair** 21:11

**clarification** 71:19 75:25

**clarify** 14:17 66:17

**classes** 12:12 52:13 56:17

**cleaned** 26:25

**clear** 35:1 48:3 50:18 54:22 72:7

**clockwork** 71:3

**close** 21:8 45:25 46:1,2

**closed** 19:11

**closer** 21:10

**closest** 39:1 56:19

**clothes** 29:1

**college** 11:17

**color** 73:19

**Columbus** 6:8, 12 7:1 10:15 11:21 13:19 21:6 54:1 60:18 62:8 63:16 64:19 81:2

**commission** 66:4

**committed** 54:2 62:4,8

**communicate** 64:24 66:10 67:14 75:12

**company** 10:23 11:7

**complaint** 63:21 64:2,6

**complete** 11:24

**comply** 65:14

**concern** 27:10 36:20 39:25 71:5 77:23

**concerned** 34:5

**CONCLUDED** 83:2

**concluding** 62:2

**condensed** 12:11

**confirming** 78:5

**connected** 34:23 35:12

**connection** 33:16,25 35:4 36:15

**consistent** 79:23

**consistently** 30:13

**constitutional** 13:20

**contact** 76:25

**continue** 13:10 37:24 47:16

**convened** 6:10

**conversation** 24:15 33:22 34:8 35:6,8 36:1,2,18,21 37:5,13,15,18 41:2 43:4 44:21,23 45:7, 12,19,22 49:16 57:23 58:8 67:2 68:3 71:15 75:8 78:4,17,20 79:3,11 81:5

**conversationa l** 33:5 61:9

**conversations** 33:14 62:16 64:23 70:10 73:9 76:17

**convicted** 64:19 65:4 72:5

**conviction** 13:23



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

cool 43:17

copy 82:8,21

correct 14:18 18:14 19:22 31:13 32:5 34:23 36:8 46:12 48:4 49:1 54:12,24 55:19 56:1,11 58:15 59:4,5 60:7 61:2,12,15,18, 19 63:19 68:8 76:4,18 78:1 79:20,25 80:3 81:20,23

Coughs 43:13

counsel 6:18 9:11

counterintuitive 33:6

couple 8:5 14:13 17:25 21:17,19 28:3 38:4,6,20 41:16 43:21 52:20,21 56:2

court 6:5,6,13 8:9 57:14

courts 37:20

cousin 41:19, 21 44:5 66:25 67:7

cover 65:14

covered 27:3

crime 66:4 81:18

criminal 15:2 38:17 53:8 59:4,13 80:22

CROSS-EXAMINATION 63:9

current 10:14, 18

Curry 6:11 7:6, 8,11,15,24 8:3 9:21 13:2 23:6

39:9 48:17 62:15 63:2,11 65:10,13,14,16 82:3

Curry's 66:2

cut 8:20 13:9 64:11

Cynthia 40:9 46:5

___

**D**

dad 23:20 58:24

damn 28:1

dark 73:13,17

date 10:12

dated 56:19

daughter 17:4, 8

David 6:23

day 6:9 21:15, 16,20 28:2 32:5,8 33:10, 14,18 34:3,4,5 36:5 39:12,14, 25 43:17 47:4 59:16 61:12 69:7,22 70:17 71:3,5 75:8,14, 16,20,22 76:1 77:12

days 12:10 34:17

deal 77:21

deceased 40:10

December 46:19 48:19 75:24

decide 82:23

decompress 43:16

defense 48:6 63:25

demeanor 25:21

department 10:21 11:1

depend 69:12

depended 22:16

depends 69:11

deposed 12:16

deposition 6:11 8:6 12:19, 20,25 13:17 14:6 61:24 66:20 67:3,10 83:2

describe 13:3 18:23 28:16 73:11

description 30:23

details 24:5 29:21 30:10 58:10

detective 14:23 29:3 75:4,13 76:3,7

detectives 28:6,13,19 48:20,25 49:14, 23 53:13 54:1 71:14

Dexter 6:22 7:3 63:16 64:12

difficult 33:8 77:21

Diggs 51:19, 20,22,23,24,25 52:7,13,24 53:2,13,19 54:2,11,15,22 55:7,10,11,17 61:12 79:6,8

Diggs' 53:7 78:24

DIRECT 7:22

directed 25:3

Dirisamer 6:23

discuss 29:20 47:6 71:9

discussed 48:15 62:18

discussion 48:1 50:16 71:11

distance 21:9

District 6:13, 14

Division 6:14

DNA 13:23

doctors 11:4

documents 12:24

door 18:25 19:1,3,7,10,11, 13,15,17,21,25 47:4

doors 77:10

Dorsey 6:22 7:4,12 51:8 53:15 54:3,25 55:20 58:17 60:22 62:10,19 63:10,16 64:1, 6,7,14,16 77:20 80:15,20 82:11, 12,16,19,22,24

doubt 72:2

downtown 24:17

drive 32:1

drug 30:17 80:6,10

drugs 59:20,24 60:3 73:25 74:4,5,8 80:3

due 13:23

___

**E**

e-mail 82:16

Eagle 11:9

Dirisamer 6:23

early 15:6 31:20 77:16

East 6:7

Eastern 6:14 39:7 80:19

eating 76:21

education 11:20

effort 33:8

Electronic 82:18

end 16:2

ended 42:10

enter 19:14

entering 19:4

entire 75:20

Epstein 6:23 82:17

escorted 41:14,15,18 43:9

evening 31:20

Everett 52:2,4 55:25 72:18

evidence 13:23

exact 33:4

EXAMINATION 7:22

excluding 13:23

excuse 43:13 47:8 74:10,21

exhibit 63:25 64:4,13

expand 58:25

expect 78:12

expecting 25:7

expedited 12:7

experience 42:14 51:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

explain 51:21

express 12:5

extremely 48:4 50:22

eyes 30:15,22 65:15,19 70:11, 18

**F**

face 25:7 27:2 65:11,12,16,21

Facebook 46:6

fact 23:22 62:17

fair 9:18,19 15:10 20:23 21:17 22:18 27:23 29:18 38:20 46:22 48:3 52:23 54:19 55:16 60:11 61:21 62:14,24 73:4

Fairly 21:8

falsely 74:23 75:1

family 40:4 42:3 46:4 51:17 67:13

fast 12:1

fast-forward 60:6

father 16:16 17:14 23:15 68:24

feel 31:8 77:15

feelings 25:5

feels 33:4,5 61:8

Feldkamp 7:2, 5

felt 41:7

female 28:23, 24

Fields 22:13,14

figure 68:25

filed 13:18

financially 68:11

find 57:17 74:1 76:10

fine 38:19 49:5

fingerprint 81:9

fingerprints 60:19 81:9,12, 14,15

Finish 30:1

five-minute 38:25

flesh 14:14

floor 6:8 38:9

flustered 67:4

follow-up 71:10 82:2

Forever 18:6,9

format 8:17

found 27:18

foundation 77:19

frantic 25:23

French 47:8 74:11

fresh 30:14

friends 46:6 52:24 56:10,18, 19 69:7

friendship 79:3

front 19:1,21, 25 20:4,5,9,18

froze 47:12,14, 17

full 7:7 8:1,22 35:12 65:21

fully 82:5 83:1

**G**

garage 22:4

gash 25:6

gave 29:21 53:13

gears 51:15

general 58:22

geography 21:6

Giant 11:9

Girl 52:14

girls 52:19,20

give 6:3 7:17 8:11 46:5 58:10 75:25

giving 8:23 10:1,8 42:20

God 48:11 70:8

goddamn 42:15

good 6:22 7:24,25 20:19 43:19 66:15

grace 48:11 70:8

grade 52:8,10 56:5,9

grades 52:3

graduate 11:12,15

grandchildren 69:21,23,24

grass 22:9

gray 30:25 47:19 70:14,17

great 9:20 10:11 14:12

grocery 11:11

ground 8:5

group 52:18, 20,21

growing 79:22

guess 30:18 31:8 58:22 61:1 62:1 79:5,7 82:22

guesstimate 46:17

gun 30:17,19 48:10

guys 36:21 39:22 45:20,25 47:23 50:21 52:20,21,22

**H**

habit 32:24

hand 7:16 63:24

handing 64:2

hang 46:7

happened 15:12 27:13 30:13 39:18 44:25 47:1 50:10 70:7 76:1

happening 23:14 50:8

hard 46:15

hated 74:10

head 8:12 18:10 25:6 30:17,20 48:11

healing 38:2

hear 33:22 34:11 40:24 57:6 81:12

heard 24:16 33:25 34:12 36:7 37:5 53:16,21 54:9 60:19 68:21 69:8 72:4 73:10 81:11

hearing 50:23 81:14

hell 15:9 41:7 52:25

hey 35:22,24 36:16,21 37:1 45:13 46:5 74:8 79:8

high 11:13,16 21:10 56:5 73:10,13,15

Hill 41:24

hip 68:14

hit 30:16

hold 79:23

home 14:9 20:16 37:10 43:11 45:6 48:20,25 61:5 66:2,12 67:15 70:25 75:4

honestly 23:19,22 46:21 48:5 56:6

hood 30:15 65:11

hoodie 30:21 31:1 47:19 70:14,17 77:12

Horton 6:12,20 13:18 35:12 36:13 46:12 54:9 56:1,11 58:14 59:20,25 60:21 64:18 66:11 72:2,8, 11,20,24 73:5, 25 74:6,17,19, 23 75:1 76:24 77:3,15 81:1,16

Horton's 13:22 15:1 59:4 73:22

hospital 10:20 14:21 23:16,18, 24 24:22 25:14 26:4,17,20 28:8,14 31:13 32:4 34:20,22 37:9 39:13 40:5 41:3 68:1 70:20 71:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hotel 28:7

hours 28:3

house 30:18 37:11,12 45:1 47:5,22 57:8 60:10 71:16 75:4,20 78:14

hung 52:18,21 53:3

Hunter 57:1

Huntington 11:16

hybrid 6:7

### I

ID 7:9

idea 45:3 46:2

IDENTIFICATI ON 64:4

identifying 53:14

identity 35:13

in-person 6:11

Inaudible 73:8

inboxed 67:12, 20

Indianola 16:12 21:6,9 38:12

individuals 79:13

inevitable 40:2

innocent 66:1

instructed 9:12

intense 42:11, 17

intensive 26:21

interactions 72:24

introductory

14:13

investigating 57:9

investigation 62:9

investigator 61:14

involved 68:2, 5

involvement 66:3

issue 13:13

issues 9:22,25

### J

Jesus 17:1 41:24

job 79:23

joined 7:3

joining 7:5

jokester 69:13

Jumping 68:6

### K

K-I-M-B-E-R-L-Y 8:3

Kayleigh 6:4

Kentuckiana 6:6

keys 41:6,8 42:8,15,19 43:15

kids 16:24 21:3 70:7 71:1

kids' 23:15,20

kill 48:11 65:13

Kim 6:11 74:8

Kimberly 7:8 8:3

kind 11:6 12:7 14:14 19:3,11,

21 20:10 25:4 26:19,21 27:3 30:17 35:23 39:19 41:4,13, 14 62:1 67:4 75:25 78:11

Kinnamon 6:4

kitchen 19:5

knew 14:24 27:6 40:23 54:11 55:11,15 56:17 61:11 65:1 73:2,24 74:4

knowledge 51:1 54:10 55:19 62:2 65:3 66:3,5,6,9 74:16,18,19 77:2,4 81:19,22

Kyle 56:16,17, 18,19,21,23 60:3

### L

landline 23:11, 12

lastly 9:15 10:7 65:22

lawsuit 13:18 60:18 64:25 65:6 80:22

laying 22:9

layout 18:20 20:16

learn 49:23 54:1

learned 50:10

learning 14:2

leave 31:16 41:12 42:8,19

leaving 42:10

left 8:9 19:3,6, 12 20:6 31:13, 14,19 37:9 43:17,23 44:7,

11,13,15 61:15

leg 27:3 38:3

Leonard 10:15

level 58:23

lie 42:12

lifted 60:20

lighter 73:19

lighter-complected 73:20

lights 26:19

lines 48:16 57:5

lineup 75:5,13, 16,21

literally 38:14

live 17:19 18:18

lived 10:16 18:16 37:21,25 38:4,8 60:9,14

lives 47:3 60:7 68:7,20

living 15:24 16:11,12,13,15 19:21 45:5 58:1,7

located 6:7

location 6:17 38:10 61:24

lock 47:4,5

locks 77:10

Loew 14:10,17 18:14,20 20:21 21:6,10 57:8 62:5 66:1

logistics 61:23

long 10:16,22 17:21 20:11 24:8,13,15 27:24 29:9 42:24 43:3 60:9 75:24

looked 28:16 35:23

lot 12:11 46:20 52:22 66:15 69:14

loud 8:11

### M

Mack 22:2

made 43:16 44:10

main 19:21 27:10 36:20 39:25 71:2

make 9:1 15:6 25:2,15 30:3 34:25 43:18 50:17,18 55:2

making 27:10

male 28:23

man 22:7 47:18 51:23,24 72:16 73:2

manager 18:11

marked 63:25 64:4

Martinez 6:19 7:2,14,23 9:7 26:9 29:8 32:21,25 38:24 39:8 44:2 49:6 51:14 53:18 54:5 55:4,22 57:13,15 58:19 60:25 61:7,10 62:13,21 63:1,6 64:1,5,11,15,23 66:15 77:18 78:1,13 81:6,8 82:2,5,7,10

match 60:21 81:15

math 15:6

matter 6:12

mattress



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

29:24 30:19 48:10

**Mcclanahan** 14:20 18:16 21:24 27:7,12 31:4 33:14 34:21 35:9 37:6 39:13 40:3,13, 20 44:21 45:8, 22 48:21 49:13, 24 50:24 53:13 54:1,11 57:19 58:23 59:20,24 60:3,14 65:10, 16 66:2 68:21 80:9

**Mcclanahan's** 14:9

**means** 17:9

**medical** 9:21, 25

**medically** 68:10

**medication** 39:21

**medications** 10:4,8

**meetings** 11:6

**members** 40:5 42:4

**memories** 25:10 62:24

**mention** 70:12 73:1,22 81:8

**mentioned** 19:7 73:24

**mentioning** 70:11

**mess** 25:23

**message** 46:5

**met** 68:1

**middle** 17:8 19:4 52:2,4,19 53:5 54:18 55:12,25 72:18 73:5 79:1,9

**miles** 21:12

**mind** 77:13

**Mine** 38:11

**minute** 24:18 41:17

**minutes** 24:18 43:21 61:5,20 80:13

**misconduct** 62:8

**Mitchell** 17:15, 16,17

**mode** 42:12

**mom** 18:13 21:1,21 23:2 25:2,14 26:10 27:15,25 28:10 29:4,19,21,23, 25 30:10,19 31:2,13,22 32:7,10,11 33:9,15 34:2, 11,13 35:23 36:12 37:5 40:4 41:11 42:13,20 43:15,18,21 44:17 45:6,11, 17,18 46:18,25 47:3,11,22 48:6,21 49:13, 24 50:24 51:3 59:19,23 60:7, 24 66:10 67:16, 19 68:16 71:2, 14 77:24 78:23 79:7

**mom's** 25:21

**moment** 6:3 64:13

**money** 31:5 57:21 58:11 74:17 81:3

**months** 12:10 37:6,7 38:20 58:6

**morning** 6:22 7:24,25 14:6 15:7

**mother** 14:9 23:1 24:2 27:8 35:6 36:8 41:6 47:21 66:19 67:3 68:7 70:10 71:7,8,19 72:3, 7,23 73:9,22,25 74:16,23 75:5, 9,12,19 76:24 77:7,8 79:12, 20,23 80:3,5

**motherfucker** 45:1

**move** 38:7 39:10

**moved** 17:23, 24 18:11 38:16 56:4

**moving** 76:23

**multiple** 51:4

**murdered** 48:9 56:23

---

### N

**named** 22:7 51:23,24

**Nationwide** 10:20

**needed** 13:16 23:16

**neighborhood** 53:4 74:20

**nervous** 77:9

**news** 66:15

**nickname** 69:3 72:14

**nicknames** 68:22

**niece** 46:3 77:3

**night** 57:22 61:18 67:1 78:1

**Nikaya** 16:25 17:9

**nods** 8:12

**November** 67:22

**number** 6:15 38:13,15 46:2,3 65:10

**numbers** 46:16

**nurses** 11:5

**nutrition** 11:3

---

### O

**object** 9:11 77:18

**Objection** 51:8 53:15 54:3,25 55:20 58:17 60:22 62:10,19

**occupation** 10:18

**occurred** 14:8, 18 66:7

**October** 6:9 10:13 14:7,9 15:5 16:2 17:22 20:25 22:15,24 46:18 62:4 66:2,12 69:20 70:3,19 71:9 73:21

**officer** 28:25 49:20 63:17

**officers** 13:19 28:6,14,19 60:19

**Ohio** 6:8,14 10:15 17:19 64:19

**older** 52:7 56:2

**one-on-one** 79:3

**ongoing** 76:25

**open** 63:3

**opened** 19:20

**opinion** 53:2 56:21,24

**opportunity** 43:10

**order** 82:6,12

**ordered** 65:13

**original** 13:11, 15 76:8 78:8

**originally** 43:14

**owe** 74:17

---

### P

**pane** 20:12

**paragraph** 64:9,17 65:7,23

**part** 48:15 65:15 68:19 78:7

**passed** 46:5 60:15

**past** 50:14

**patched** 27:4

**patient** 10:19 11:25 12:2

**pay** 81:2

**payphone** 57:21 58:11

**pending** 6:13 9:17

**people** 78:22

**percent** 18:6 20:13 23:21 29:16 52:9

**perfect** 7:6,13 15:15,22 82:4, 11,14,20,25

**period** 70:1

**perpetrator** 13:24 30:23 34:1 35:13 57:17 71:10,12

**person** 6:24 35:2 36:16 52:6 54:2 55:2,6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

56:22 57:20,21 58:11 69:10 71:20 72:2 73:20 78:14

**personally** 55:15

**pertains** 13:18

**phone** 23:11 24:2,4,8,14,15, 17 32:8,11,14, 16 33:11 58:14

**photo** 75:5,16

**photographs** 49:24 50:24 51:4,12

**phrase** 14:7 73:10

**physical** 70:12

**pick** 31:23 32:2

**piece** 14:14

**pillow** 65:15

**place** 13:15

**places** 54:23 55:18

**Plaintiff** 6:20 64:9,17 65:25

**plaintiff's** 6:18

**planning** 66:4

**play** 69:14 72:20

**point** 9:16 27:6,8 29:19 30:7 31:12 33:13 37:17 43:11 44:3,5,17 48:6 49:18 53:12,25 60:17 61:1 71:18

**pointed** 30:19

**police** 28:6 49:14 57:8 60:18 62:8 63:17

**porch** 78:21

**possibly** 24:19 59:11 70:24

**post-high** 11:19

**potentially** 58:7 59:6

**preparation** 12:25 67:9

**present** 13:14 50:7 51:13 66:2,11

**pretend** 55:18

**pretended** 54:23

**pretty** 17:10 29:15 49:17

**prevent** 9:22 10:1,4,8

**previous** 77:19

**previously** 59:3

**primary** 71:4

**prior** 27:4 73:21

**prison** 77:16

**problem** 82:8

**proceed** 7:21

**proceedings** 6:1 76:13

**process** 38:2

**program** 11:24

**prosecuted** 64:18

**prosecutor** 76:17

**protective** 42:12

**pulled** 65:12

**put** 22:17 44:8 46:16 48:11

**puzzled** 76:6

---

**Q**

**question** 8:17, 23 9:1,8,9,13, 17 20:20 36:11 53:23 60:17 77:19

**questioned** 79:18

**questioning** 48:17 57:6

**questions** 8:18 9:23 10:5 14:13 25:10,12 39:10 50:18 51:10 59:17 62:2 63:2 66:16,17 69:15 78:10 81:25 82:3

**quick** 14:13 25:13 38:25 64:13

**quickly** 24:1 39:9 61:1 76:23

---

**R**

**radiology** 10:20,24 11:2

**raise** 7:16

**Ramsey** 56:16 60:4

**reach** 31:8

**ready** 51:9 64:15

**reason** 72:1 74:22,25

**recall** 15:22 17:21 18:4,8,20 19:24 20:3 21:24 22:11,14, 25 23:7,17 24:7,13,23 25:25 26:3 27:12,24 28:5, 9,13,19,22 29:9,12,21

30:9,22 31:2, 18,23 32:7 33:9,24 34:21 35:2,11 36:11 37:13 38:10,16 40:11,14 41:1, 25 42:3 44:20 45:6,21 48:20 49:13,19 50:20, 23 52:3,6,11,12 54:14 56:3 57:7,16,24 59:12 69:20 71:25 76:5

**received** 23:13

**recently** 50:11, 12 60:23

**recollection** 48:24 62:23 74:21

**record** 6:4 7:7, 10 8:2,13 39:4, 5,6 53:8 67:25 80:16,17,18 83:1

**refer** 68:21

**refreshed** 62:23

**regular** 22:19 28:25

**relationship** 17:17 58:23

**relive** 79:19

**remember** 16:10 17:23 20:1,6,8,16,22 21:21,23 23:14, 15 24:25 28:18, 24 29:23 30:14 31:9 34:2,3,6 36:3,5 38:3 41:5 42:20 45:2 47:10,22,23 48:23 50:19 51:2,5,11 52:17 62:15 65:18 70:14 71:18,22 72:19 75:7,10, 16,19 78:3,19, 21 79:12 81:14

**remotely** 6:21

**repair** 77:2

**repetitive** 54:20

**rephrase** 9:2 12:18 53:24 54:21

**replacement** 68:14

**reporter** 6:3,5 7:6,9,13,15,21 8:9 9:5 26:7 29:6 32:19 39:3,6 43:25 49:5 57:11,14 80:16,18 82:4, 8,11,14,18,20, 23,25

**Reporters** 6:6

**represent** 55:5 63:16 69:22

**representative** 10:19 12:3

**represented** 75:23

**representing** 6:6

**reputation** 74:20

**requested** 76:6

**residing** 18:13

**resonates** 70:16

**response** 8:23

**rest** 32:5,8

**restroom** 38:23 39:2

**retail** 22:22

**retired** 79:25

**review** 12:24

**reviewed** 63:18,21

**Rhonda** 69:21

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Riccardo** 51:19,20,24 54:22 55:2,7,17 61:12

**Richard** 6:12, 20 13:18 33:16, 25 34:15,22 35:2,12 36:13 37:14 51:22,23, 25 52:7,13,24 53:2,13,19 54:2,9,11,15,22 55:1,10,11,17 56:1 60:14 61:11 64:10,17 66:11 72:2,8, 11,20,24 73:5, 22,25 74:6,17, 19,23 75:1 76:24 77:3,15 78:24 79:6,8 80:9 81:1,15

**Rick** 23:3 24:3 25:19,20 26:14 29:25 30:16 32:14 43:1 54:1 68:22,23 69:2,9 70:19 71:6,12 72:10,24 73:25 74:17,25 75:5 77:2

**Rick's** 32:16 41:6 42:7 44:12

**Ricky** 23:15 68:23

**Ricky's** 46:3

**rights** 13:20

**ring** 57:4 79:8

**robbed** 27:8 47:23 57:20 71:20 72:2

**robber** 31:3 44:22 45:7,22 53:14 65:11,12

**robber's** 65:11,16 70:11

**robbery** 13:24 14:7,8,18 27:19 29:20,22 33:10, 16 34:15 36:15

37:6 39:23 46:18,24 51:16 54:2 58:15 59:21,25 60:3 62:4,9,16 64:19 66:1 69:22 71:5 77:8 80:6

**Robert** 17:15

**rolled** 29:23 30:19 48:10

**Rollin** 57:1

**room** 6:8 19:2, 4,5,10,12,22 20:4 26:14,17, 20 29:19 30:11 41:14 43:9 44:18 48:19 63:4

**rooms** 26:20

**roughly** 15:14, 21 17:1 18:3 31:20

**roughnecks** 53:4

**ruckus** 41:5

**rules** 8:5

---

**S**

---

**Sarah** 7:2,5

**sat** 12:20 27:16 28:1

**scared** 77:17

**scenario** 79:19

**scene** 57:9 81:18

**schedule** 22:17

**school** 11:13, 19 51:25 52:2, 4,19 53:5 54:18 55:12,14,25 56:5 72:19 73:5 79:1,9

**searching** 57:16

**Searcy** 40:9

**segue** 20:19

**sense** 9:1 55:3

**services** 11:3

**set** 39:10

**shakes** 8:12

**shared** 30:10

**Shelli** 23:6 26:1,3 33:15 40:4 44:18 73:1

**shift** 22:23

**shifts** 22:18

**shit** 15:8 47:8 50:14 74:10

**shitless** 77:17

**shoot** 29:24,25

**shop** 22:4

**shortly** 60:2

**shot** 23:3,16 24:3,16 27:7 31:3

**showed** 49:11, 24

**shown** 50:24 51:12

**sick** 40:23

**side** 18:25 19:3,7,13,16,17 22:5

**sidebar** 45:19

**sides** 20:7

**similar** 36:10

**single** 21:20

**single-pane** 20:10

**sister** 40:12

**sisters** 40:6,8 42:7 44:12

**sit** 24:11 33:24 35:11 47:6,8 51:6 53:1 56:15 57:7 62:3,15

**72:1**

**sitting** 12:19 28:10 47:22 78:23

**situated** 20:4

**six-and-a-half** 10:24

**skin** 73:11

**slightly** 36:11

**Slim** 69:3,8

**smaller** 20:18

**sober** 79:20

**sod** 22:9

**sofa** 19:25

**sold** 46:12 77:3

**solemnly** 7:16

**something's** 67:15

**son** 17:2,8

**sort** 22:19

**Southern** 6:14

**space** 43:8

**speak** 39:14 48:21,25 49:17 66:25

**speaking** 25:25 28:5

**specific** 37:13 44:20 45:6 62:16

**specifically** 9:12

**specifics** 33:10 39:23 41:1

**speculate** 45:16

**spell** 8:1

**spend** 69:25

**spent** 69:21

**spoke** 25:2 29:4,10,12 54:7

**56:20 61:2,17**

**St** 21:11

**stairs** 19:6

**stand** 41:17 43:16

**start** 80:13

**started** 27:22 67:16

**starting** 6:18

**state** 6:16 7:7 8:1 10:12 11:21

**stated** 55:23 72:6

**statement** 65:17 66:5

**States** 6:13

**stay** 42:8

**stayed** 31:22 38:19 42:9 43:21

**staying** 37:18, 20

**stem** 11:3

**step** 25:13 51:16

**stick** 42:24

**stipulate** 7:11

**stole** 60:3

**stopped** 49:14

**store** 11:11

**straight-up** 69:15

**street** 6:7 14:10 18:14,21 20:21 21:7,10 38:7 57:8 62:5 66:1 69:6 77:11

**strike** 18:12 19:24 24:20 28:7 42:6 47:15 55:23 56:25 60:16 62:3

**stuck** 42:23

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

stuff 21:4 22:2 46:4

subject 47:10, 24

subpoena 13:12

subpoenaed 13:13,15 59:3 67:18,24 76:8

super 72:7

surgery 26:15, 16 27:5

suspect 77:11

swap 55:17

swapped 54:22

swear 7:16

switch 51:15

swivel 77:14

**T**

takes 68:16

taking 8:10 10:3,7 82:25

talk 8:16 14:23 21:15,17 25:17 26:2 39:22 40:4 43:1,18 45:18, 20,24 46:3,25 47:2,8,20 48:13 50:13,15 52:22 58:21 59:1 66:19 71:15 76:3 77:6,25

talked 25:18 28:10 32:9,15 33:9 46:13,18 49:20 50:21 61:4,11,20,23 62:22 66:22,23 67:7,16,19 76:7 77:5

talking 17:18 27:22 30:12 32:7 34:2,6 35:20 36:6,23

46:20 52:16 60:24 67:16 78:23,24

Tanoury 6:24

technician 6:5

telling 23:15 35:6 39:25 47:11 49:14,19 78:9 80:6,10

ten 29:13 32:9

ten-plus 60:11

terms 67:2

testified 12:22 59:2

testify 15:1 59:3,7,11

testimony 7:17 10:1,9 35:1 55:7

thing 11:6 33:4 36:18 39:19 78:11

things 12:2 46:16 66:16

thought 44:22 60:16 67:12

threatened 65:13

three-minute 78:17

tied 70:17

time 6:9 8:16 9:11 14:1,5 15:6,24 16:11, 14,24 17:11 18:5,13 20:20 21:22,25 22:25 23:8 25:22 26:1 30:11,24 31:18 32:12 33:25 34:9,20,22 35:12,14 36:2, 12 39:7 40:15 43:6 54:14 56:4,5 58:14 63:7 67:14 68:15 69:21,25

71:18 72:18,19 73:4 75:15,24 79:16 80:18 82:7,10

times 21:18,19 29:13 32:9 46:17 51:4,11 70:22

today 6:5,9 8:6 9:23 10:1,9 12:19 13:3,4,16 14:1 48:14 51:6 53:1 56:15 57:7 60:6 61:24 62:22 66:24 72:1

told 24:3 30:23 31:3 36:13 37:13 44:23 50:1,9 54:1 55:1 67:16 81:23

tomorrow 67:21

tone 73:11

topic 48:1 50:16

total 17:24

totally 27:11 38:19 48:7

touchy 47:10, 24

tough 59:1

track 12:7

Tracy 45:22,24 66:25 67:17,18, 24

training 12:9

transcript 82:6,13,14

translate 8:12

transport 22:10

transported 14:21

trauma 25:1

26:17,22

traumatic 47:21 48:4,12 50:23 77:5

traumatic- 42:13

trial 15:2 38:17 59:4,13 76:12, 25

truck 22:2,10 41:6,9,13 42:8, 14

trucks 22:2

true 65:17 66:5

truth 7:18,19 80:6,10

truthful 10:1,8 69:9,16,18

turn 48:18

turned 41:4

turning 16:3

type 39:20

typically 73:12

**U**

uh-huh 9:3 26:5 27:18 28:15 29:5 30:8 32:17 33:3 40:25 43:22,24 51:18 58:3 61:3,6,13 64:22 67:8 68:9 70:21 75:6 78:2 80:4

uh-uh 26:2 33:12,17 42:5 49:2,4 57:10

understand 9:23 10:5 13:12,16 14:8 28:11 50:21 79:17 80:21 81:1

understandabl e 27:11 42:18

48:7

understanding 12:17 13:3 68:2 81:13

understood 9:9 45:21 50:17

unhappy 59:24

unit 26:22

United 6:13

untruthful 69:10

upset 43:15 67:4 79:12,16

**V**

vacated 13:23

vague 32:1

vaguely 20:2

verbal 8:12

video 6:5 7:10 82:9,21

videoconferen ce 6:10

violation 13:20

Virginia 11:16

virtually 6:25 7:5

visible 30:16, 22

visit 70:19

visited 70:23

visits 71:11

**W**

wait 8:22

waiting 27:14, 17,25 29:19 30:11 41:14 43:9 44:18

walk 15:4 24:23

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

walked 25:8

Walker 6:25
63:17

walking 21:8
78:21

walks 77:11

wanted 43:17

week 12:10
21:18,20 34:15
66:20 67:3

weekend 70:9

weekends
21:3 22:15

weeks 37:8

weird 35:25

weirdly 53:23

Weldon 22:7,
14

Weldon's
22:11

wellbeing 34:6
36:20 40:1 71:6

West 11:16

window 20:5,9,
10,12,18

windows 20:3,
17

wins 81:2

woke 22:25
23:1

wondering
67:5 68:4

worded 53:23

words 14:3

work 22:7,15
48:23 49:8 61:5
67:12 68:15,19
75:21

working 18:5
21:22,25 22:6,
22 25:11 71:1

worried 42:14

would've
55:18 71:12
73:5

wrap 80:13

wrongfully
64:18 65:2,4

---

### Y

year 11:12,22
16:3 17:23 58:7

year-and-a-
half 10:25

yearbook
57:17

years 10:17,24
15:8,20 17:24
18:1 20:15,23
24:9 29:17
38:5,6 46:24
48:10 50:14,22
51:5 56:2 60:11
79:17

yellow 73:11,
13,15

yesterday
18:22 46:13
67:12

you-all 41:8
42:14

young 17:10

younger 52:7

youngest
17:4,5

---

### Z

Zoom 6:8 7:3
63:4



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com