# Exhibit 26

LINE UP - COLUMBUS DIVISION OF POLICE 16079



FCPO 2554

STATE'S EXHIBIT
1

Richard McClinchy JR
12-4-04
9:15 Am

LINE UP - COLUMBUS DIVISION OF POLICE 16079



(1)  (2)  (3)

(4)  (5) Rhonda N. Avery  (6)

12-4-04  9:27 A

STATE'S EXHIBIT 2

FCPO 2556

file://C:\Documents%20and%20Settings\bwalker\Local%20Settings\Temp\#TLINEUP.HTM                    11/18/2004