# Exhibit 31

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

**STATE OF OHIO,**
    Plaintiff,

vs.
                                       **Case No. 05CR-146**
                                       **Judge Bender**

**RICHARD HORTON,**
    Defendant.

---

## AFFIDAVIT OF LAKEON HORTON

---

State of Ohio:      )
                     )
County of Franklin:  )

I, LaKeon Horton, after being duly cautioned and sworn, depose and state the following:

1)    I am a cousin of Richard Horton and I have known him all of my life.

2)    I lived with Richard Horton on Reynolds Avenue, in Columbus, Ohio during the summer of 2005. I knew who Richard McClanahan was just from the area.

3)    On one occasion, during the summer of 2005, I was in a car with Richard Horton on our way back to the house on Reynolds Avenue. We saw Richard McClanahan traveling in a car and he stopped to talk with Richard Horton. I heard Richard McClanahan tell Richard Horton that he wanted to talk with him. Richard Horton told Richard McClanahan to come to the house.



EXHIBIT E

1

R. HORTON 001689

4)      We got back to the house and I saw Richard McClanahan enter the house.  I heard some of the conversation he had with Richard Horton.  I heard Richard McClanahan tell Richard Horton that if Richard Horton gave him some sum of money, he would go to the police station and tell the police that Richard Horton had not been the man that robbed him.  I went upstairs and did not hear all of the conversation.  Richard McClanahan showed no sign of fear in stopping to talk with Richard Horton or entering the house to talk with him.

5)      I spoke with Richard Horton about this conversation and Richard told me that he was not going to pay any money because he was not guilty.

6)      I never saw Richard Horton with a gun when I lived with him.

7)      I was willing to testify to these facts during Richard Horton's trial and continue to be willing to testify.

Further affiant sayeth naught.

LaKeon Horton

Sworn to and subscribed before me this 1st day of January, 2007.

Notary Public

CAROL A. WRIGHT, Attorney At Law
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

2

R. HORTON 001690