# Exhibit 32

# Department of Rehabilitation and Correction
## Division of Parole and Community Services

# Transitional Control Program Request/Waiver



I, _~~Maxwell~~, Diggs, Ricardo 445-365_, have been informed of my eligibility for Transitional Control

A ☐ I **DO** wish to participate in the Transitional Control Program and I request the Parole Board's consideration in this regard

B ☒ I **DO NOT** wish to participate in the Transitional Control Program and I am waiving the Parole Board's consideration in this matter  I understand that this waiver for Transitional Control Program consideration will not interfere with any other release consideration hearing

| Offender's Signature and Institution No |
| --- |
| *Richard Diggs* |
| Date  7-25-06 |
| Witness's Signature and Title  *Temple CPS* |

CONFIDENTIAL
City 016399