# Exhibit 33

# Franklin County Sheriff's Office
# Columbus, OH

**DIGGS**, **RICHARD DEVON**

**FCSONum:**          **163735F**

**Date Printed:**



Date

R. HORTON 001594