# Exhibit 34



R. HORTON 000167