# Exhibit 35

```
FRANKLIN COUNTY SHERIFF'S OFFICE              153113F              PRISONER
COLUMBUS, OHIO                                                     INFORMATION

Slate    : 0-0033196  10-08-2000  13:03  CC          Status    : I
Officer  : 349 FCSO Cook  , Anthony B.               Detainers : N
Unique ID:    34965
Name     : DIGGS, RICARDO L
Alias(es):
Address  : 694 E 4TH AVE                  COLS   OH  43201
Employed :        NONE


Sex      : M               Height: 5'09"            Hair      : BLK
Race     : B               Weight: 160              Eyes      : BRO
DOB      : 8-05-1976 OH    SSN                       Religion  :

Cell     : CC-2-S-006      Bin   : 05392            Assignment: MIS
Ill      : N               Med   : N                Cash      :    10.00
```

### ARREST DATA

```
Arrest   : 10-08-2000 10:26 36 SCHULTZ AVE             On-View   : Y
Officer  : 1772 CPD  Millimen  , Spencer
Convey   : 1000 CPD  Johnson   , Carl R     1750 CPD  Tunstall  , James
Vehicle  : Accident- N       License-                    Disposition-
```

### CHARGE DATA

```
Charge  1  : CPD  2303.21    AGG MEN THREATS       26119-1-00
Disposition: 10-17-2000      DISMISSED
Sentenced  :            to 10-17-2000

Charge  2  : ORC  2921.33    RESISTING ARREST      26119-2-00
Disposition: 10-17-2000      PROBATION GRANTED
Sentenced  :            to 10-17-2000
```

### COURT DATA

```
Court-Charge  1: M  PT    10-17-2000  9:00 MARK FROEHLICH  26119-00
```

### RELEASE DATA

```
Tentative Release: 10-17-2000  16:30
Actual Release   : 10-17-2000  16:30  PRBN
Officer          : 693  FCSO Allmon  , William F.
```

### REMARKS:

```
10082000...TX TO CCII...CLM631
10082000 RECD AT FCCII THIS DATE...TT695.
10102000.AT REQ. OF MED. MOVED FROM 1W12(2323) TO 2S6(5392) AUTH. BY
     CPL. KAPP C53.................KSeeds#488
10102000.....SLATE REVIEWED........MEJ252.
10102000 #26119 PER SS CT1 $5,000 APP,NGJTNW..CT2 ROR PG#353478..JUDGE
     FAIS....................SB371
10132000.....SLATE REVIEWED........MEJ252.
10172000..#26119-1 DISM....#2 90DAY/SUSP.80DAY/CRDT.10DAY FTS/1YR PRBN
     ALL JUDGE FROEHLICH...SUBJ.CLRD.CC/NCIC/JURIS..RELEASED.....
     WALLMON693/1528
```

```
SLATE PRINTED: 11-16-17  10:50:29          QPADEV0FNP  FCSOUSER     041184
```

R. HORTON 000166