# Exhibit 37

Z-FILED
URT OF COMMON PLEAS
2003 SEP 12 PM 2: 35

DAN FOLEY
CLERK OF COURTS
MONTGOMERY CO., OHIO

DIRECT

SEP 1 5 EiiD

# THE STATE OF OHIO, MONTGOMERY COUNTY

2003 CR 02905

## THE COURT OF COMMON PLEAS

*(September Term in the year Two Thousand and Three)*

**MONTGOMERY COUNTY,** *SS.*

THE **GRAND JURORS** of the County of Montgomery, in the name, and the authority of the State of Ohio, on their oaths do present and find that **RICCARDO L. DIGGS**, *on or about the 2nd day of July in the year **two thousand two** in the County of Montgomery, aforesaid, and State of Ohio,* did knowingly obtain, possess, or use a controlled substance, to-wit: Crack Cocaine or a compound, mixture, preparation or substance containing Crack Cocaine in amount less than one (1) gram Crack Cocaine; contrary to the form of the statute (in violation of Section 2925.11(A) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

Respectfully submitted,

**MATHIAS H. HECK, JR.,**
Prosecuting Attorney
Montgomery County, Ohio

By _____
Assistant Prosecuting Attorney
Supreme Court # _0028196_

"**NOTICE:** UNDER SECTION 2923.13 OF THE OHIO REVISED CODE, NO PERSON WHO IS CHARGED BY THIS INDICTMENT OR CONVICTED OF THE CHARGE(S) IN THIS INDICTMENT MAY KNOWINGLY ACQUIRE, HAVE, CARRY OR USE ANY FIREARM OR DANGEROUS ORDNANCE."

JUDGE DAVID A. GOWDOWN/BRADLEY S BALDWIN 0070186

# ORDER

TO:  DAVE VORE, Sheriff
     Montgomery County , Ohio

You are commanded by the court to notify

RICCARDO L. DIGGS

3598 VALERIE ARMS DRIVE

DAYTON, OH 45405

THAT **RICCARDO L. DIGGS** has been indicted by the Grand Jury of Montgomery County and that the person named in the indictment is hereby ordered to personally appear at **8:30 A.M. on September 25, 2003** before a Presiding Judge of the Montgomery County Common Pleas Court, Courtroom #6, **THIRD FLOOR**, 41 North Perry Street, Dayton, Ohio, and that FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR ARREST, FORFEITURE OF BOND, IF ANY, OR ADDITIONAL CRIMINAL CHARGES FOR FAILURE TO APPEAR UNDER Section 2937.99, Ohio Revised Code. **You have the right to an attorney.  If you are unable to hire an attorney, call the Montgomery County Public Defender's Office at 225-4652 between the hours of 9:00 a.m. and 4:00 p.m. to determine if you qualify for attorney services at no cost to you.** <u>PLEASE BRING THIS INDICTMENT TO COURT WITH YOU.</u>

I certify that the attached indictment is a true copy of the original indictment on file is this office.

> DAN FOLEY, Clerk
> Court of Common Pleas, Montgomery County
>
> By _____

RETURN

On the date stated next to the name of the defendant(s) below, I served a duly certified copy of the within Indictment and Order for appearance by handing the same to said defendant(s).

Fees $_____

DAVE VORE, Sheriff

By _____, *Deputy*

MATHIAS H. HECK, JR.
Prosecuting Attorney
Montgomery County

Foreman of the Grand Jury

A TRUE BILL

POSSESSION OF COCAINE (less than one gram-Crack Cocaine)

INDICTMENT FOR

RICCARDO L. DIGGS

vs.

The State of Ohio

September Term, 2003

THE STATE OF OHIO,
MONTGOMERY COUNTY
COURT OF COMMON PLEAS

NO. 2003 CR 02905

**IN THE COURT OF COMMON PLEAS, MONTGOMERY**
**CRIMINAL DIVISION**

FILED
COURT OF COMMON PLEAS
03 SEP 18 AH 10: 46
DAN FOLEY
CLERK OF COURTS
MONTGOMERY CO., OHIO

# ENTRY OF PLEA NOT GUILTY (MUTE)

STATE OF OHIO:                                    CASE NUMBER: **2003 CR 02905**
    STATE OF OHIO
VS.

DEFENDANT:
    RICCARDO L. DIGGS

On 9/18/03, the above named defendant, RICCARDO L. DIGGS, appeared in open Court and either waived the reading of the indictment, had it read by the Court, or the substance of the charge was stated, and received a copy of the indictment, stood mute and the Court entered a plea of not guilty, and had bond set.

**DAN FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

**Prepared By , Deputy Clerk, on September 18, 2003.**

## IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
## CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | Z-FILED | Case No. 2003-CR-2905 |
| Plaintiff, | OF COMMON PLEAS : | |
| | 2003 OCT -7 PM 12: 00 : | Judge David A. Gowdown |
| vs. | | |
| | FOLEY | |
| RICCARDO L. DIGGS | CLERK OF COURTS : | **ENTRY OF WAIVERS AND PLEA** |
| Defendant. | MONTGOMERY CO., OHIO : | **ON INDICTMENT;** |
| | : | **ENTRY AND ORDER** |

### WAIVERS AND PLEA

The Court informed me and I understand that by pleading **GUILTY**, I am waiving (giving up) my rights
- to jury trial;
- to confront witnesses against me;
- to have compulsory process for obtaining witnesses in my favor; and
- to require the State to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself.

I voluntarily give up those rights, withdraw my former plea(s) of not guilty and plead **GUILTY** to the charge that I committed the offense of **POSSESSION OF COCAINE (CRACK FORM / AN AMOUNT LESS THAN ONE GRAM), AS CHARGED AND STATED IN COUNT ONE OF THE INDICTMENT**, in violation of Ohio Revised Code Section 2925.11 (A), **A FELONY OF THE FIFTH DEGREE.** I understand the nature of the charge.

The Court also informed me and I understand the effect of my plea and that the Court, upon acceptance of my plea, may proceed with judgment and sentence. For the offense to which I am pleading, the Court can sentence me to:

-**FINANCIAL SANCTIONS**, including a fine up to TWO THOUSAND FIVE HUNDRED DOLLARS ($2500), court costs, restitution, and other financial sanctions; and

-**PRISON TERM(S)** OF SIX, SEVEN, EIGHT, NINE, TEN, ELEVEN, OR TWELVE MONTHS; plus
-Post-release control for a period up to three years and prison term{s} up to the period of post-release control or one-half the total term{s} originally imposed, whichever is greater, for violations of post-release control.

-I am eligible to be sentenced to community control sanctions, for a period up to 5 years, which may include:
- Community residential sanctions (including up to 6 months incarceration); and
- Nonresidential sanctions.
I understand that for violations of community control sanctions, I can be required to serve a prison term of twelve (12) months; and

-**Permanent revocation or suspension of my Driver's License** for not less than 6 (six) months and not more than 5 (five) years; and
-**Other sanctions:** I understand that pursuant to Ohio Revised Code Section 2323.13, no person convicted of the offense to which I am entering a plea of guilty may knowingly acquire, have, carry, or use any firearm or dangerous ordnance.

My plea is voluntary. No coercion, force or threats have been used to induce my plea.
No promises were made to me to induce my plea.
This plea was a negotiated plea and the entire underlying agreement upon which the plea is based has been stated on the record in open Court.
I acknowledge that I am a United States citizen.

| | |
|---|---|
| _____ | _____ |
| ATTORNEY FOR DEFENDANT | RICCARDO L. DIGGS, DEFENDANT |
| Supreme Court No. 0069300 | |

## ENTRY AND ORDER

The above-named Defendant appeared with counsel in open Court this __3ʳᵈ__ day of __Oct.__, 2003, whereupon the Court addressed the Defendant personally and informed and explained to said Defendant the contents of the above Entry of Waivers and Plea on Indictment, which the Defendant signed.

This Court FINDS that the Defendant understood the waivers of constitutional rights and what those rights are; the effect of his plea; the nature of the charge; the maximum penalty involved and, if applicable, his eligibility for probation or community control sanctions; and that the Court may proceed with judgment and sentence.

The Court further FINDS that the Defendant understood any plea negotiations concluded between Defendant's attorney and the Assistant Prosecuting Attorney and that the underlying agreement upon which the plea is based was stated on the record in open Court. The Defendant then entered his plea of GUILTY, both orally and in writing in open Court, to the offense set forth in the written plea.

The Court further FINDS that the Defendant is making the plea voluntarily. Upon evidence presented and representations made and accepted, the court further FINDS that there is a factual basis to support the charge and said plea.

Accordingly, the Court hereby ACCEPTS the Defendant's plea and FINDS the Defendant GUILTY of the offense to which said plea was entered.

It is hereby ORDERED that this Defendant's Entry of Waivers and Plea be filed and journalized in the Office of the Clerk of Courts.

This Court refers the Defendant to the Adult Probation Department for a pre-sentence investigation and report and sets the __3__ day of __Nov.__, 2003 at __1:30__ __P__.m. for sentencing hearing in this matter.

ASSISTANT PROSECUTING ATTORNEY
BRADLEY S. BALDWIN
Supreme Court No. 0070186

JUDGE DAVID A. GOWDOWN

THE COMMON PLEAS COURT OF MONTGOMERY COUNTY

FILED
September 8, 2005
COURT OF COMMON PLEAS

2005 SEP 12 PM 3:30

G. M. POLLY
CLERK OF COURTS
MONTGOMERY CO.

The State of Ohio

-vs-

RICCARDO L. DIGGS

Case No.: 203-CR-2905
Offense: Possession of Cocaine (Less Than 1 Gram, Crack-Cocaine) (F-5)
Supervision: 11-3-2003
Max. Exp. Date: 11-2-2008
Attorney: William Daly/ Appointed

OFFENDER ARREST NOTICE

Black _____ Race
Male _____ Sex

The Honorable David A. Gowdown, Judge:

This is to inform the Court that Offender Riccardo L. Diggs was arrested on September 5, 2005 for the offense of Robbery (Physical Harm)(F-2) and Trafficking in Cocaine (F-5) (2005-CR-3746).

(  )    At this time, I recommend no further action be taken.

(  )    At this time, I recommend no further action, pending final disposition of the new case.

(  )    At this time, a detainer has been placed on the offender, until more information about the new charge can be obtained.  The Court will be apprised as soon as the information is available.

(xx)    Revocation/Violation Hearing will be filed.

(  )    A Supplemental Report will follow.

(xx)    Bond Recommendation ($5,000 cash).

(  )    Request for MonDay Screen.

(xx)    Other Comments:  On September 5, 2005, Riccardo L. Diggs was arrested by the Dayton Police Department for the above stated offense and booked into the Montgomery County Jail.  Mr. Diggs is scheduled to appear before the Grand Jury on September 14, 2005, for the new case.  Based on the information provided, it is respectfully recommended that Riccardo L. Diggs appear before the Court for a Violation Hearing in C#2003-CR-2905.

Terri L. Hawk
Supervisor
Extension 6006

Nelson J. Fitchett
Probation Officer
Extension 6008

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPROVE: ___†___        NOT APPROVE: _____

COMMENTS:

JUDGE DAVID A. GOWDOWN

9/9/05.
DATE

7-17-97 arrest.not





Case: 2005 CR 03746

Z-FILED
OF COMMON PLEAS
2005 SEP 15 PM 2:47
CLERK OF COURTS
MONTGOMERY CO., OHIO

2005CRA12790/DAYTON MUNICIPAL COURT

# THE STATE OF OHIO, MONTGOMERY COUNTY

2005 CR 03746

## THE COURT OF COMMON PLEAS

*(September Term in the year Two Thousand and Five)*

***MONTGOMERY COUNTY,*** *ss.*

**THE GRAND JURORS** of the County of Montgomery, in the name, and by the authority of the State of Ohio, upon their oaths do find and present that **RICCARDO LAMONT DIGGS,** *on or about the* **5th** *day of* **September** *in the year* ***Two Thousand and Five*** *in the County of Montgomery, aforesaid, and State of Ohio,* in attempting or committing a theft offense, or in fleeing immediately after the attempt or offense, did inflict, attempt to inflict or threaten to inflict physical harm on another, to-wit: **RAYMOND ST.CLAIR**; contrary to the form of the statute (in violation of Section 2911.02(A)(2) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

Respectfully submitted,

**MATHIAS H. HECK, JR.,**
Prosecuting Attorney
Montgomery County, Ohio

By _____
Assistant Prosecuting Attorney
Supreme Court # _____

**"NOTICE:** UNDER SECTION 2923.13 OF THE OHIO REVISED CODE, NO PERSON WHO IS CHARGED BY THIS INDICTMENT OR CONVICTED OF THE CHARGE(S) IN THIS INDICTMENT MAY KNOWINGLY ACQUIRE, HAVE, CARRY OR USE ANY FIREARM OR DANGEROUS ORDNANCE."

JUDGE DAVID A. GOWDOWN/ANDREW T FRENCH 0069384

## ORDER

TO:    DAVE VORE, Sheriff
       Montgomery County , Ohio

You are commanded by the court to notify

**RICCARDO LAMONT DIGGS**

545 TELFORD AVENUE #B

DAYTON, OH 45419-0000

**MONTGOMERY COUNTY JAIL**

THAT **RICCARDO LAMONT DIGGS** has been indicted by the Grand Jury of Montgomery County and that the person named in the indictment is hereby ordered to personally appear at **8:30 A.M.** on **SEPTEMBER 20, 2005** before a Presiding Judge of the Montgomery County Common Pleas Court, Courtroom **#6, THIRD FLOOR**, 41 North Perry Street, Dayton, Ohio, and that FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR ARREST, FORFEITURE OF BOND, IF ANY, OR ADDITIONAL CRIMINAL CHARGES FOR FAILURE TO APPEAR UNDER Section 2937.99, Ohio Revised Code. **You have the right to an attorney. If you are unable to hire an attorney, call the Montgomery County Public Defender's Office at 225-4652 between the hours of 9:00 a.m. and 4:00 p.m. to determine if you qualify for attorney services at no cost to you. PLEASE BRING THIS INDICTMENT TO COURT WITH YOU.**
I certify that the attached indictment is a true copy of the original indictment on file in this office.

**DAN FOLEY, Clerk**
**Court of Common Pleas, Montgomery County**

By _____

## RETURN

On the date stated next to the name of the defendant(s) below, I served a duly certified copy of the within Indictment and Order for appearance by handing the same to said defendant(s).

Fees  $_____

**DAVE VORE, Sheriff**

By _____ , *Deputy*



MATHIAS H. HECK, JR.
Prosecuting Attorney
Montgomery County

Foreman of the Grand Jury

A TRUE BILL

ROBBERY (physical harm)

INDICTMENT FOR

RICCARDO LAMONT DIGGS

vs.

The State of Ohio

September Term, 2005

THE STATE OF OHIO,
MONTGOMERY COUNTY
COURT OF COMMON PLEAS

NO. 2005 CR 03746

## IN THE COURT OF COMMON PLEAS, MONTGOMERY
### CRIMINAL DIVISION

COURT OF COI
FILED

2005 SEP 20  10: 41

CLERK
MONTGOMERY CO., OHIO

# ENTRY OF PLEA NOT GUILTY

**STATE OF OHIO:**
STATE OF OHIO
VS.

CASE NUMBER: **2005 CR 03746**

**DEFENDANT:**
RICCARDO LAMONT DIGGS

On 9/20/05, the above named defendant, RICCARDO LAMONT DIGGS, appeared in open Court and either waived the reading of the indictment, had it read by the Court, or the substance of the charge was stated, and received a copy of the indictment, entered a plea of not guilty, and had bond set.

**DAN FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

Prepared By S MILLER, Deputy Clerk, on September 20, 2005.



IN THE COMMON PLEAS COURT OF MONTGOMERY COU
CRIMINAL DIVISION

STATE OF OHIO
      Plaintiff,

vs.

RICCARDO LAMONT DIGGS
      Defendant.

FILED
COURT OF COMMON PLEAS

2005 NOV -2 AM 9: 30

GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO., OHIO

:
:
:
:
:
:
:
:
:
:

Case No. __2005 CR 3746__
(Hon.__David A. Gowdown__)

**ENTRY OF WAIVERS AND PLEA(S)
ON INDICTMENT/~~INFORMATION~~;
ENTRY AND ORDER**

## WAIVERS AND PLEA(S)

The Court informed me and I understand that by pleading GUILTY/NO CONTEST, I am waiving (giving up) my rights
- to jury trial;
- to confront witnesses against me;
- to have compulsory process for obtaining witnesses in my favor; and
- to require the State to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself.

I voluntarily give up those rights, withdraw my former plea(s) of not guilty and plead GUILTY/~~NO CONTEST~~ to the charge(s) that I committed the offense(s) and specification(s) of __ROBBERY (physical harm), in violation of R.C. 2911.02(A)(2), a felony of the 2nd degree__ . I understand the nature of the(se) charge(s).

The Court also informed me and I understand the effect of my plea(s) and that the Court, upon acceptance of my plea(s), may proceed with judgment and sentence. For the offense(s) and specification(s) to which I am pleading, the Court can sentence me to:

-**Financial sanctions**, including a fine up to $ __15,000.00__ , ~~a mandatory fine up to $_____~~, court costs, restitution, and other financial sanctions; and
-**Prison term(s) of** __2, 3, 4, 5, 6, 7 or 8 years__ ~~(plus_____ years)~~;
~~Mandatory, consecutive prison term(s) of _____ for firearms specification(s) to be served first~~, plus
-**Post-release control** for up to **3** years and **added prison terms** up to the period of post-release control or one-half the total term originally imposed, whichever is greater, for violating post-release control.
~~The prison term(s) for_____ is/are mandatory and cannot be reduced by judicial release, earned credit, or furlough; and~~

-**I AM/~~AM NOT~~ eligible to be sentenced to community control sanctions**, for a period up to 5 years, which may include:
    • Community residential sanctions (including up to 6 months incarceration); and
    • Nonresidential sanctions.
I understand that for violations of community control sanctions, I can be required to serve a prison term of up to __8 years__ .

~~Permanent revocation or suspension for up to_____ /3/5 years of my Driver's License;~~

-**Other sanctions:** __Pay any uninsured medical expenses, in any, incurred by Raymond St. Clair as a result of injuries caused in this robbery__
_____ .

My plea(s) is/are voluntary. No coercion, force or threats have been used to induce my plea(s).
No promises were made to me to induce my plea(s).
This plea was a negotiated plea and the entire underlying agreement upon which the plea is based has been stated on the record in open Court.
I acknowledge that I AM/~~AM NOT~~ a United States citizen.

_____
**ATTORNEY FOR DEFENDANT**
Supreme Court No. __0069300__

_____
**DEFENDANT**

## ENTRY AND ORDER

The above-named Defendant appeared with counsel in open Court this _3/_ day of _October_ , 20 _05_ , whereupon the court addressed the Defendant personally and informed and explained to said Defendant the contents of the above Entry of Waivers and Plea(s) on Indictment/~~Information~~, which the Defendant signed.

This Court FINDS that the Defendant understood the waivers of constitutional rights and what those rights are; the effect of his/her plea; the nature of the charge(s); the maximum penalty involved and, if applicable, his/her eligibility for probation; and that the Court may proceed with judgment and sentence.

The Court further FINDS that the Defendant understood any plea negotiations concluded between Defendant's attorney and the Assistant Prosecuting Attorney and that the underlying agreement upon which the plea(s) is/are based was stated on the record in open Court. The Defendant then entered his/her plea(s) of GUILTY/NO CONTEST, both orally and in writing in open Court, to the offense(s) and specification(s) set forth in the written plea(s).

The Court further FINDS that the Defendant is making the(se) plea(s) voluntarily. Upon evidence presented and representations made and accepted, the court further FINDS that there is a factual basis to support the charge(s) and said plea(s).

Accordingly, the Court hereby ACCEPTS the Defendant's plea(s) and FINDS the Defendant guilty of the offense(s) and specification(s) to which said plea(s) was/were entered.

In accord with the underlying agreement upon which the(se) negotiated plea(s) was/were based, which agreement this Court approves and accepts, the following Count(s) and Specification(s) is/are hereby DISMISSED:

_____

It is hereby ORDERED that this Defendant's Entry of Waivers and Plea(s) be filed and journalized in the Office of the Clerk of Courts.

This Court refers the Defendant to the Adult Probation Department for a pre-sentence investigation and report and sets the _14th_ day of _NOV_ , 20 _05_ at _3:00 P_ .m. for sentencing hearing in this matter.


_____
ASSISTANT PROSECUTING ATTORNEY
Supreme Court No. _0069384_

_____
JUDGE







THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO

THE STATE OF OHIO
      Plaintiff

-vs-

RICCARDO L. DIGGS
      Offender

CASE NO.: 2003-CR-2905

<u>ENTRY</u>

<u>**TERMINATION OF COMMUNITY CONTROL**</u>
**(INCOMPLETE)**

The Court finds that the Offender has not met all of the sanctions of community control, however, an extension of the community control period will serve no further benefit.

The Court ORDERS that the community control status of the Offender be terminated.

_____
JUDGE DAVID A. GOWDOWN

_____
DEPUTY COURT ADMINISTRATOR
James E. Dare

_____
PROBATION OFFICER
Nelson J. Fitchett

et7-itrm.sb2
3/31/03

Case: 2005 CR 03746

DKT: CRE

COURT OF COMMON PLEAS

2006 OCT 26 AM 8:29

CLERK OF COURTS
MONTGOMERY CO., OHIO

THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO

THE STATE OF OHIO
      Plaintiff

-vs-

RICCARDO LAMONT DIGGS
      Defendant

CASE NO.: 2005-CR-3746
OFFENSE: Robbery (Physical Harm) (F-2)
SUPERVISION: 11-14-05
MAX. EXP. DATE: 11-13-10
ATTORNEY: William Daly/Appointed

ENTRY

**MODIFICATION OF COMMUNITY CONTROL
SANCTIONS EFFECTIVE DATE 10-19-06**

During his period of intensive supervision, Riccardo Lamont Diggs has made positive strides in working toward the completion of his sanctions of supervision. It has been determined that Riccardo Lamont Diggs has achieved the maximum benefits of intensive supervision. It is therefore recommended that the level of supervision be modified from Intensive to Basic. In doing so, Riccardo Lamont Diggs will be terminated from Intensive/CCA Grant Status.

The Court hereby modifies the Sanction(s) of community control sentencing the offender to a term of intensive probation supervision be modified to:

      A term of basic probation supervision

_____
Judge DAVID A. GOWDOWN

_____
Deputy Court Administrator
James E. Dare

_____
Serida Lowery
Intensive Probation Officer
(937) 225-4312

cc:     Probation Officer
        Clerk of Courts

mod-int to basic.wpd
06/13/06



CASE: 2005 CR 03746



E-FILED

2007 MAY 31 PM 12:45

GREG... ...ISH
CLER... ...URTS
MONTG... ... CO. OHIO
14

THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO

THE STATE OF OHIO
      Plaintiff

-vs-

RICCARDO L. DIGGS
      Defendant

CASE NO.:  2005-CR-3746

ENTRY

TERMINATION OF COMMUNITY CONTROL
(COMPLETE)

The Court finds that the Offender has abided by all the sanctions of community control previously imposed, and is rehabilitated to the extent that the community control period should be terminated.

The Court ORDERS that the community control status of the Offender be terminated.

_Timothy N. O'Connell_
JUDGE TIMOTHY N. O'CONNELL

DEPUTY COURT ADMINISTRATOR
James E. Dare

PROBATION OFFICER
Deborah Payne-Essick

etb-ctrm.sb2
9/14/94