# Exhibit 38



LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CASE NO. 23-CV-3888

# RICHARD HORTON

# V.

# CITY OF COLUMBUS, ET AL.

## DEPONENT:

## SGT. CHARLES GREENE

## DATE:

## JUNE 4, 2025



schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

CHIEF JUDGE ALGENON L. MARBLEY

MAGISTRATE JUDGE ELIZABETH P. DEAVERS

CASE NO. 23-CV-3888


RICHARD HORTON,

Plaintiff


V.


CITY OF COLUMBUS, COLUMBUS DIVISION

OF POLICE OFFICERS BRENDA K. WALKER

(BADGE #1176), MIEKO SIAS AS PERSONAL

REPRESENTATIVE OF THE ESTATE OF SAM SIAS

(BADGE #1871), AND AS-YET UNKNOWN

COLUMBUS POLICE OFFICERS,

Defendants


DEPONENT:  SGT. CHARLES GREENE

DATE:      JUNE 4, 2025

REPORTER:  EMMA MCGAHA



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

APPEARANCES


ON BEHALF OF THE PLAINTIFF, RICHARD HORTON:

Alyssa Martinez, Esquire

Loevy + Loevy

311 North Aberdeen

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: alyssa@loevy.com

(Appeared via videoconference)


ON BEHALF OF THE DEFENDANTS, CITY OF COLUMBUS, COLUMBUS

DIVISION OF POLICE OFFICERS BRENDA K. WALKER (BADGE

#1871), MIEKO SIAS AS PERSONAL REPRESENTATIVE OF THE

ESTATE OF SAM SIAS (BADGE #1871), AND AS-YET UNKNOWN

COLUMBUS POLICE OFFICERS:

Alana Tanoury, Esquire

Columbus Litigation Attorney

77 North Front Street

Columbus, Ohio 43215

Telephone No.: (614) 645-6945

E-mail: avtanoury@columbus.gov

(Appeared via videoconference)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

APPEARANCES (CONTINUED)


Also Present: Doug Girard, Paralegal with the City of

Columbus

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

INDEX

                                                          Page

PROCEEDINGS                                                 6

DIRECT EXAMINATION BY MS. MARTINEZ                          7


EXHIBITS

Exhibit                                                   Page

1 - Division of Police Report 10-9-2004

    (CITY 13-15)                                           52

2 - Photograph Array Put Together in

    Connection With the Loew Street Robbery

    (FCPO 2556)                                            59

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

STIPULATION

The REAL VIDEO deposition of SGT. CHARLES GREENE was taken at KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE 101, LOUISVILLE, KENTUCKY 40202, via videoconference in which all participants attended remotely, on WEDNESDAY the 4th day of JUNE 2025 at 4:27 p.m. (ET); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. THE OATH IN THIS MATTER WAS SWORN REMOTELY PURSUANT TO FRCP 30.

It is agreed that EMMA MCGAHA, being a Notary Public and Court Reporter for the State of OHIO, may swear the witness.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SGT. CHARLES GREENE, taken on June 04, 2025

6

PROCEEDINGS

THE REPORTER:  We are now on record.  My name is Emma McGaha.  I'm the online video technician and court reporter today representing Kentuckiana Court Reporters, located at 730 West Main Street, suite 101, Louisville, Kentucky 40202.  Today's the 4th day of June, 2025.

The time is 4:27 p.m. Eastern.  We are convened by videoconference to take the deposition of Sergeant Charles Greene in the matter of Richard Horton v. City of Columbus, et al., pending in the United States District Court for the Southern District of Ohio Eastern Division, case number 23-CV-3888.

Will everyone but the witness please state your appearance, how you're attending, and the location you're attending from, starting with the plaintiff's counsel?

MS. MARTINEZ:  Alyssa Martinez on behalf of Plaintiff, attending via Zoom from Chicago.

MS. TANOURY:  Alana Tanoury with the Columbus City Attorney's Office, attending via Zoom in the city of Columbus.

THE REPORTER:  All right.  Sergeant --

MS. TANOURY:  And we also have Doug Girard,



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

paralegal with the Columbus City Attorney's Office in the room. And we're all at the city attorney's office.

THE REPORTER: All right. Sergeant Greene, will you please state your full name for the record?

THE WITNESS: Charles Richard Greene, II.

THE REPORTER: Thank you. And will you go ahead and hold your ID up to the camera now? Here you go. Do all parties agree the witness is, in fact, Charles Richard Greene II?

MS. MARTINEZ: Yes.

MS. TANOURY: Yes.

THE REPORTER: All right. Sergeant Greene, you can lower that. And will you please raise your right hand? Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes.

THE REPORTER: Thank you. Counsel, you may begin.

DIRECT EXAMINATION

BY MS. MARTINEZ:

Q. Good afternoon, sir.

A. Good afternoon.

Q. Could you please state and then spell your

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

name for the record?

A. Charles, C-H-A-R-L-E-S, Richard, R-I-C-H-A-R-D, Greene, G-R-E-E-N-E, II.

Q. Thank you, sir. And what is your age today?

A. 72.

Q. I'm going to go over some quick ground rules before the deposition just so that we can be on the same page, okay?

A. Okay.

Q. So as you can see, there is a court reporter on the Zoom that is taking down everything that we say. So to the best of your ability, please try to give loud, verbal answers. Head nods or shakes don't translate well for the record, okay?

A. Okay.

Q. Okay. And I ask that we please do our best to not talk over each other because that's also hard to take down. So I am going to do my absolute best to not speak over you. If you feel like I've cut off your answer at any point, please let me know, and I will stop and let you finish your answer.

And I ask that you please extend me that same courtesy. And even if you know where my question is going, please let me get the full question out before you start your answer, okay?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.    Okay.

Q.    If a question that I ask you doesn't make sense, please let me know, and I'm happy to rephrase. But if you answer the question, I'm going to assume you understood the question; is that fair?

A.    Sure.

Q.    Okay.  And from time to time, Counsel may object to some of my questions.  Unless you're specifically instructed not to answer a question, I'm going to ask that you answer the question, okay?

A.    Okay.

Q.    Okay.  And if you need a break at any point, sir, please let me know.  I'm more than happy to take a break.  I don't think we'll be here for very long.  I just ask that the break not be while a question is pending; is that fair?

A.    Sure.

Q.    Okay.  Sir, do you have any conditions that might affect your ability to provide truthful and accurate testimony today?

A.    No.

Q.    Okay.  And do you have any conditions that affect your memory?

A.    No.

Q.    And are you currently taking any medications

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that might affect your ability to provide truthful and accurate testimony today?

A.   No.

Q.   Okay.  And are you currently taking any medications that might affect your memory?

A.   No.

Q.   Okay.  And sir, is there anything else you can think of that might affect your ability to provide accurate testimony or your memory here today?

A.   Age.

Q.   Fair enough.  Anything outside of that, sir?

A.   No.

Q.   Okay.  Great.  So sir, do you understand that this case concerns the October 9th, 2004 armed robbery that occurred at 927 Loew Street in Columbus, Ohio?

A.   I think so.

Q.   Okay.  And do you understand that the person who was charged and convicted of that crime was a man named Richard Horton?

A.   I think so.

Q.   Okay.  And do you understand that Mr. Horton's conviction was vacated and that the criminal charges against him were ultimately dismissed?

A.   I didn't know that.

Q.   Okay.  So this is the first you're learning



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that?

A. Yeah. I thought he was in jail or went to jail for it or whatever.

Q. Okay. And sir, do you understand that Mr. Horton has since filed the lawsuit against the City of Columbus and Detectives Brenda Walker and Sam Sias alleging misconduct that resulted in his wrongful conviction?

A. Yes.

Q. Okay. And as you sit here today, sir, are you aware that DNA from the Bullock (phonetic) case and recovered from the scene was found to not be a match for Mr. Horton?

A. No.

Q. Okay. Today's the first you're learning that?

A. Yes.

Q. Okay. And as you sit here today, sir, are you aware that fingerprints that were lifted from the crime scene were found to not be a match for Mr. Horton?

A. No.

Q. Today's the first year learning of that as well?

A. I think so.

Q. Okay. And from time to time this afternoon, sir, I might use the phrase the robbery or the Loew



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

street robbery, and can we understand that to mean the robbery that occurred on October 9th, 2004 at 927 Loew Street?

A.    Okay.

Q.    Okay.  Thank you.  I appreciate it.  So sir, before I ask my next few questions, I want to clarify that I don't want to know anything about the conversations that you had with your counsel, okay?

A.    Okay.

Q.    Okay.  Did you prepare for this deposition today?

A.    Somewhat.

Q.    Okay.  And did you review any documents?

A.    I think so, yeah.

Q.    Okay.  Do you know what documents you reviewed?

A.    It might have been a report.

THE REPORTER:  I'm sorry, Sergeant Greene, can you repeat that, please?

THE WITNESS:  I said it might've been a report. I'm not sure.

BY MS. MARTINEZ:

Q.    Okay.  And when you say a report, do you mean a police report?

A.    Yes.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. We're going to look at one police report later that -- I'll ask if that's the one that you looked at. But other than that report, did you review any other documents in preparation for your deposition today?

A. I don't think so.

Q. Okay. And did you meet with Counsel in preparation for your deposition today?

A. Yes.

Q. Okay. Again, I want to reiterate, I don't want to know anything about those conversations, but how many times did you meet with Counsel in preparation for your deposition today?

A. Once.

Q. Okay. And when was that meeting?

A. I think a couple of months, two or three months ago.

Q. Three months. Okay.

A. Somewhere in there.

Q. Okay. And how long was that meeting?

A. Anywhere between a half an hour and 40 minutes.

Q. Okay. And was it a meeting in person or was it over the phone or like this via Zoom?

A. In person.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  So outside of the police report and meeting once with Counsel, have you done anything else to prepare for this deposition today?

A.   No.

Q.   Have you spoken with anyone outside of your counsel about your deposition today?

A.   No.

Q.   Okay.  Oh, and apologies.  I should have asked this a second ago.  When you met with your counsel two to three months ago, was anyone else present for that meeting?

A.   No.  No.

Q.   Okay.  And sir, just to clarify, you haven't reviewed any transcripts from Mr. Horton's criminal trial, correct?

A.   No.

Q.   Okay.  Sorry, I want to -- I think -- I worded that strangely.  Would it be correct to say that you have not reviewed any transcripts from Mr. Horton's criminal trial?

A.   That's correct.

Q.   Okay.  And would it be correct to say that you haven't reviewed any transcripts for any depositions that have been given in this civil case?

A.   Correct.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  And sir, have you ever kept a personal file relating to the Loew street robbery investigation, meaning one that is in your personal possession?

A.   No.

Q.   Okay.  And sir, have you read the complaint that was filed in this civil case?

A.   I don't think so.

Q.   Okay.  Now, sir, have you ever been deposed before?

A.   Yes.

Q.   Okay.  How many times?

A.   Once or twice, I think.

Q.   Okay.  And do you recall when those depositions happened?

A.   No.

Q.   Okay.  Would it be fair to say that it was a number of years ago?

A.   Yes.

Q.   Okay.  And were any of those depositions related to your employment with the Columbus Division of Police?

A.   Yes.

Q.   Okay.  As far as you're aware, have you ever sat for a deposition that was not related to your employment with the Columbus Division of Police?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.    (Inaudible).

Q.    Sorry, I think you cut out.  What was that?

A.    I can't recall.  I don't think so.

Q.    Okay.  And for the times you were deposed as an officer with the Columbus Division of Police, do you know if you were a named party in any of those lawsuits?

A.    No.

Q.    And just to make sure I'm understanding, is that no, you don't know if you were a named party or no, you were not a named party?

A.    I was not a named party.

Q.    Okay.  Thank you for the clarification.  And as you sit here today, sir, do you recall any of the allegations from those cases that you were deposed in?

A.    No.

Q.    Okay.  Have you ever testified as a witness in a civil case?

A.    I think once, but I'm -- I'm not sure.

Q.    Okay.  And to the best of your knowledge, was that testimony related to the same case that you were deposed in?

A.    No.

Q.    Okay.  It was a separate incident?

A.    Yes.

Q.    Okay.  And do you recall any of the



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

allegations from the case that you testified as a witness in?

A. No.

Q. Was that testimony related to your employment with the Columbus Division of Police?

A. I -- no, I don't think so.

Q. Okay. And sir, to the best of your knowledge, have you ever been a party to a civil case, whether plaintiff or defendant?

A. Yes.

Q. And how many times?

A. Once, I think.

Q. Okay. And were you the plaintiff or were you one of the defendants?

A. Plaintiff.

Q. Okay. And did that case pertain at all to your employment with the Columbus Division of Police?

A. No.

Q. Okay. I don't want to know any of the specific details. Would it be fair to say that it was a personal matter?

A. I'm -- I'm not sure how to answer that. It was -- I don't -- it was a group thing, a group lawsuit, something like that.

Q. Oh. Oh, is it a class action?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   Yes.

Q.   Okay.  And do you recall what the class action was about?

A.   African Americans getting on the police department, I think it was.

Q.   Okay.  And to the best of your recollection, approximately when were you a member of that class?

A.   I have no idea.

Q.   Okay.  Would it be fair to say that it's been a number of years?

A.   Yes.

Q.   Okay.  And just to make sure I'm understanding, it was a case about employment and the employment of African American individuals with the Columbus Division of Police?

A.   Yes.

Q.   Okay.  And as you sit here today, sir, do you recall how that case resolved?

A.   It wasn't what -- I didn't have to go into court or anything like that.  It was a case for -- somebody else took it to federal court.

Q.   And then you were just added as a class member?

A.   Yes.

Q.   Okay.  And my last question on that one.  Do

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

you remember the name of any of the named plaintiffs in that case?

A.   No.

Q.   Okay.

A.   It's -- I can't think of any names right now.

Q.   Okay.  No worries.  If you think of a name later, feel free to let me know, but if not, totally fine.  Okay.

A.   I got -- I got a question.

Q.   Yeah.  Oh, if -- if -- if you want to have a conversation with your counsel, we should take a quick break so you can, but if the question is for me, I'm happy to answer.

A.   It's mostly for -- for both of you.  If the class action suit was for us but my name wasn't on it, does that make sense?  I was fortunate to get on the department because of it, but I -- my name was not on it.

Q.   Okay.  That's helpful clarification.  So that's --

A.   Does that make sense?

Q.   Yeah.

A.   Okay.

Q.   And at any point this afternoon, sir, if you say something, you know, and then you feel like you want



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 2:23-cv-03888-ALM-SCS Doc #: 152-8 Filed: 03/28/26 Page: 22 of 77 PAGEID #: 12562
The Deposition of SGT. CHARLES GREENE, taken on June 04, 2025

20

to go back and clarify or something like that, please feel free. I want to make sure that I'm getting everything you say down correctly, okay?

A. Okay.

Q. And, sir, as you sit here today, are you aware of any disciplinary complaints that have ever been filed against you?

A. Maybe. I'm not sure, but maybe.

Q. Okay. But as you sit here today, you can't think of any specific one?

A. No.

Q. Okay. And, sir, do you know how complaints were initiated against Columbus Division of Police Officers back in 2004?

A. I think they would go to Internal Affairs and file a complaint with them.

Q. Okay. And then, do you know what the next step would be that internal affairs would take to substantiate the complaint?

A. Get -- go to the lawyers.

Q. Okay. I'm just going to ask you a few quick background questions, sir, and then we'll get into the questions I -- I've got for you about the case. What year did you graduate high school?

A. '71.



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  And where did you go?

A.   Morgan Park High School in Chicago, Illinois.

Q.   Oh, okay.  You went to Chicago.  Are you from Chicago?

A.   Yes.

Q.   Okay.  What neighborhood in Chicago?

A.   Pardon?

Q.   What neighborhood in Chicago?

A.   Morgan Park.

Q.   Okay.  And, sir, did you attain any post-high school education, like a certificate or a degree of any kind?

A.   No.  I went to -- no, I didn't.

Q.   Okay.  And it sounded like you were going to say you went somewhere for some kind of training?

A.   I spent a year in the University of Illinois before I got drafted.  And after I got out, I did three years.  And I -- not -- did three years.  I went to Franklin University for three years before I got on the highway patrol.

Q.   Okay.  And what did you study at the University of Illinois?

A.   Pre-law.

Q.   And is that the same thing that you studied at Franklin University?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No.  It was accounting.

Q.   Okay.  I wonder what it was about the law that made you want to swap to accounting.

A.   My father was a police officer in Chicago, and that's what he wanted me to do.

Q.   Do you know which precinct your father was with?

A.   West side, in K-Town.  And I forgot the name of the area, but that's where he was.

Q.   Okay.  And so, you studied pre-law at the University of Illinois for some time, and then accounting at Franklin University.  Did you ever receive any kind of degree of any type from Franklin University?

A.   No.

Q.   Okay.  And I'm sorry, you said that you were at the University of Illinois until you got drafted?

A.   Yes.

Q.   Okay.  Outside of the University of Illinois and Franklin University, sir, have you received any other education from any post-secondary institution?

A.   No.

Q.   Okay.  And apologies if you already said this, but how long did you study accounting at Franklin University?

A.   Three years.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Three years?  Okay.  And why did you leave?

A.   I got on -- I was at the highway patrol academy, and I couldn't finish.

Q.   Okay.  And just for the record, can you please explain what the highway patrol academy is?

A.   Pardon?

Q.   Sorry.  Just for the record, can you please explain what the highway patrol academy is?

A.   Oh, it's -- it's like a police academy for the highway patrol.

Q.   And so, you were there at the same time that you were studying accounting at Franklin University?

A.   No, I -- you had to stay at the academy.  You had to live there, so I couldn't go to school.

Q.   Okay.  And apologies, I should know this, is the highway patrol academy in Columbus?

A.   Yes.

Q.   Okay.  And, sir, are you currently married?

A.   Yes.

Q.   Okay.  And do you have any children?

A.   Yes.

Q.   Okay.  And I don't want to know their names, but what are the ages of your children, if you know?

A.   They're in their 40s.

Q.   Okay.  Do any of your children live with you?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A. No.

Q. Okay. And, sir, are you currently employed?

A. Yes.

Q. Okay. And where do you work?

A. I'm a dispatcher -- radio dispatcher for the VA in Columbus, Ohio. Well, the VA Police.

Q. Okay. And for the record, can you please explain -- strike that, please. I apologize if you can hear the ruckus outside my window. For the record, can you please explain your duties as a radio dispatcher with the VA?

A. Send officers on radio calls. Answer -- answer the phone for people who need an officer for whatever. I view screens that encompass the area around the VA and inside the VA.

Q. And how long have you been a radio dispatcher with the VA?

A. Two years.

Q. Okay. So you started sometime in 2023?

A. Yes.

Q. Okay.

A. In March.

Q. March? Okay. And what were you doing before that?

A. I was a security guard for the same VA during



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

the COVID epidemic.

Q.   And what were your responsibilities as a security guard with the VA?

A.   To screen people coming in to see if they had any symptoms of COVID.

Q.   And how long were you in that position?

A.   Two to three years.

Q.   So you started there around the time the pandemic started?

A.   Yes.

Q.   And where were you at before that, sir?

A.   I was laid up with a knee -- we -- they -- a knee operation for about a year.

Q.   Yeah.  I've heard the knee replacement recovery time is pretty brutal.

A.   Yes.

Q.   And was that knee replacement the result of an injury or just general wear and tear of going about your life?

A.   General wear and tear.

Q.   Okay.  And so, what was your employment prior to your knee operation?

A.   I was a security guard for the DeVry school -- the DeVry/Chamberlain nurse school on Allegheny.

Q.   And what were your responsibilities as a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

security guard at that facility?  Or strike that.
Location?

A.    To open up the place in the morning and screen people coming in.

Q.    Okay.  And how long were you a security guard with DeVry Chamberlain?

A.    One-and-a-half to two years, something like that.

Q.    Okay.

A.    It was just before the COVID situation.

Q.    Okay.  So that's approximately 2018 when you started, or 2017?

A.    I think so.

Q.    Okay.  And where were you working before then?

A.    No, I was just doing security work for my church.

Q.    Okay.  And was it similar security work to what you were doing at DeVry Chamberlain and the VA?

A.    No.

Q.    No?  Okay.  How was it different?

A.    Just being there when they had the -- during church time or when they had the food pantry open, that kind of thing.

Q.    Okay.  And was that a volunteer role or were you compensated for your work?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   It was three of us, and we were compensated.

Q.   Okay.  And how long were you in that role?

A.   A few years.  I'm not sure.

Q.   Okay.

THE REPORTER:  Sorry, Sergeant.  Did you say three years?  I'm not sure.

THE WITNESS:  A -- a -- a few years.

THE REPORTER:  Thank you.

BY MS. MARTINEZ:

Q.   And sir, where were you at before that?

A.   Nowhere.  Retired.

Q.   Okay.  And when you say retired, is that retired from the Columbus Division of Police?

A.   Yes.

Q.   Okay.  And what year did you retire?

A.   2010.

Q.   Okay.  Congratulations.

A.   Thank you.

Q.   And so, between your retirement in 2010 and when you began work as a security guard at your church, you didn't have any employment in that time?

A.   No.

Q.   Okay.  Now sir, can you please give me a summary of your employment with the Columbus Division of Police, including your assignments, ranks, and time

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

periods?

A.   Graduated from the academy, was in patrol, did that a few years as an officer, went to anti-fencing, which was a theft unit, went back to patrol, went into narcotics for a couple of years, went back to patrol, became a sergeant, and worked on patrol, and that was it.  Retired from there as a sergeant on foot patrol.

Q.   Okay.  All right.  So I'm just going to break that down and ask you a few quick follow-up questions about each position, okay?

A.   Okay.

Q.   So you said you graduated from the academy. Is that the Highway Patrol Academy?

A.   No, that was the Columbus Police Academy.

Q.   Okay.  And to the best of your recollection, when did you graduate from the Columbus Police Academy?

A.   '80.  1980.

Q.   1980?  Okay.

A.   Yeah.  Went in in '79 and -- went in in '79, in October, and graduated in 1980, I think it was.

Q.   Okay.  And then, you said you were a patrol officer for a few years?

A.   Yes.

Q.   Okay.  Strike that, please.  Were you with one precinct that entire time, or did you move around?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I moved -- I moved around.  I was on 7th Precinct, then I went to 12, then I went into narcotics.

Q.   Okay.  And what were your responsibilities as a patrol officer at the 7th Precinct, 12th Precinct, and then narcotics?

A.   Answering calls on -- from the radio, traffic, doing reports, and aiding detectives for whenever they needed us.

Q.   Okay.  And just to make sure I'm understanding, when you say "aiding detectives," what does that entail?

A.   That entailed if they needed us to go with them to a house that they were investigating someone within there, that kind of thing.

Q.   Okay.  And you wouldn't be going to the house to investigate, right?  Would it be going for security purposes or something like that?

A.   Yes.

Q.   Okay.  And then, you said you went to the anti-fencing unit?

A.   Yeah.  That was a theft unit.  They investigated people who -- or folks who did crimes and theft, like, I don't know, stealing goods, selling stolen goods, that kind of thing.

Q.   Okay.  And was your role still patrol officer

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

with that unit, or were you a detective?

A.   No, I was just plainclothes.

Q.   Plainclothes?  Okay.

A.   I wasn't a detective.  As soon as it -- it only lasted a couple of months, and I went right back to patrol.

Q.   Okay.  And just to make sure I'm understanding the timeline, were you with anti-fencing after you had gone from 7 Precinct to 12 Precinct to narcotics?

A.   No.  When I was -- I was in anti-fencing during the time I was at 12th Precinct.

Q.   Okay.  And did the anti-fencing unit have detectives in the unit?

A.   Yes.

Q.   Okay.  And what were your responsibilities as a plainclothes officer with the anti-fencing unit?

A.   Helping them out, learning the -- the different things that they did in anti-fencing.  I wasn't an official part of the team.  Was just -- they just needed somebody, maybe a Black officer to help them out, that kind of thing.

Q.   And just to make sure I'm getting your testimony down, when you say needed a Black officer, would that be for purposes of, you know, talking to witnesses or something who may be more comfortable with

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

a Black officer?

A.    Going on different runs with them, different investigations.

Q.    Okay.  And when you say "them," are you referring to the detectives?

A.    Yes.

Q.    Okay.  And then after anti-fencing, you went back to regular patrol, still at 12 Precinct?

A.    Yes.

Q.    Okay.  And then, you went to narcotics?

A.    Yes.

Q.    Was narcotics based out of 12th Precinct or was it somewhere else?

A.    Somewhere else.

Q.    Okay.  Was it based out of any precinct or did it have its own headquarters?

A.    We were at headquarters.

Q.    And were you a plainclothes officer with narcotics?

A.    Yes.

Q.    And how long were you with the narcotics unit?

A.    I -- I couldn't tell you.

Q.    Okay.  Would it be fair to say it was a number of years?

A.    It was a few years, but I don't -- I don't

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

know how long it was.

Q. Okay. And then after narcotics, I believe you testified you went back to patrol, and that's when you made sergeant?

A. Yes.

Q. Okay. And which precinct did you go back to?

A. I think -- it might have been midwatch.

Q. Midwatch? Okay. And for the record, can you please explain what that is?

A. Midwatch was like a go-between between second and third precinct. It's -- I mean, second and third shift. It's a -- you work between them. Like, second shift started at 2:00 and 3:00. Third shift started at 11:00 and 10:00. Midwatch started from 7:00 to 3:00.

Q. And would each precinct have their own midwatch, or was there a larger midwatch team that would assist multiple precincts?

A. I think each precinct had their own midwatch.

Q. Okay. And when you were on midwatch, were you at a single precinct?

A. Yes, 7th Precinct.

Q. That was back to 7? Okay. And do you recall in what year you made sergeant?

A. No.

Q. Fair enough. I'm sorry. I should have asked

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

this.  When you were a patrol officer with midwatch, were your responsibilities similar to when you were a patrol officer with 7 and 12th Precinct the first time?

A.    Yes.  Yes.

Q.    Okay.  And when you made sergeant, were you with the 7 Precinct?

A.    No.

Q.    Okay.  Where were you when you made sergeant?

A.    C Company General Relief.

Q.    And can you please explain what that is?

A.    That's where you're not assigned a precinct. You go to a precinct when the sergeant's off or not there.

Q.    Okay.  So you would be filling in for other sergeants?

A.    Yes.

Q.    Okay.  Would you be filling in for other sergeants over officers, or could you also be filling in for sergeants that preside over detectives?

A.    No, just officers.

Q.    Okay.  And is that the position that you retired from in 2010?

A.    No.  I was 5 Precinct, A Company Sergeant.

Q.    Okay.  And did you go right to 5 Precinct A Company after you had been at C Company General Relief?



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   No.  I was on second shift relief.

Q.   And then after second shift relief, is that when you went to 5P A Company?

A.   Yes.

Q.   Okay.

A.   I think -- yes, I think so.

Q.   Okay.  And is 5P A Company where you retired from?

A.   Yes.

Q.   Okay.  So sir, during your career, did you ever have occasion to create a photo array?

A.   A photo array?

Q.   Yes, sir.

A.   No.

Q.   No?  Okay.  As you sit here today, do you know generally what a photo array is?

A.   No, I don't think so.  Is that having different pictures or something?

Q.   Yeah.  Yeah.  But would it be fair to say that you never showed a witness a photo array as part of an investigation?

A.   No.

Q.   Okay.  You never did?  Oh, sorry.  I think we got caught on a double negative there.  Would it be correct to say that you never showed a photo array to a

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

witness as part of any investigation?

A. Yes.

Q. Okay. All right. And sir, did you receive any type of specialized training when you became a sergeant?

A. Yes.

Q. And to the best of your recollection, what was that specialized training?

A. Different in-service classes, courses for supervisors.

Q. Okay. And you testified, sir, that you graduated from the police academy in 1980? Around 1980?

A. Yeah. I forgot how long the -- the academy class was. I think it was 22 weeks, so I'm thinking we went in there October. We might have came out in December or in January 1980. So somewhere around in there.

Q. Okay. And sir, as you sit here today, do you recall receiving training on giving testimony in court while you were at the academy?

A. I don't know. I don't -- I don't think so.

Q. Okay. Do you recall receiving training on interviewing witnesses?

A. I couldn't tell you. I don't know.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  Do you recall receiving training on note-taking?

A.   No.

Q.   Do you recall receiving training on report writing?

A.   Report writing, I -- I received training on putting folders, felony folders, together or that kind of thing from when I was in narcotics.

Q.   Okay.  And when you say felony folders, can you please explain what you mean by that?

A.   That's putting a folder together for -- for court.  When you made a purchase from someone where you -- where they would -- where the purchase was made, that kind of thing.

Q.   Okay.  And, sir, do you recall receiving training on probable cause during your time at the academy?

A.   Yes.

Q.   And do you recall receiving a training on the rights of criminal defendants during your time at the academy?

A.   Pardon?  Say again?

Q.   Sorry.  Do you recall receiving a training on the rights of criminal defendants at the academy?

MS. TANOURY:  Objection.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 2:23-cv-03888-ALM-SCS Doc #: 152-8 Filed: 03/28/26 Page: 39 of 77 PAGEID #: 12579
The Deposition of SGT. CHARLES GREENE, taken on June 04, 2025

37

THE WITNESS:  Huh?

MS. TANOURY:  I -- I'm just objecting for the record.

THE WITNESS:  Oh.  Okay.

MS. TANOURY:  You can answer.

THE WITNESS:  Probably.  I don't know.

BY MS. MARTINEZ:

Q.  Okay.  And so, outside of the specialized training you received when you became a sergeant that you testified to and the areas that we just covered, can you think of any other training you've received during your career with the Columbus Division of Police?

A.  A few things, but I can't recall them right now.

Q.  Okay.  But you recall having received some kind of supplemental training while on the job?

A.  Yes.

Q.  Okay.  Now, sir, in 2004, would that have been when you were -- or sorry, strike that, please.  In 2004, were you a sergeant with the C Company General Relief?

A.  I don't know.  I don't know when I went on 5 Precinct, but I wasn't on C Company.

Q.  Okay.  To the best of your knowledge, where were you assigned in October of 2004?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A. I don't know. I would guess 5 Precinct. 5 Precinct K Company.

Q. Oh, okay. Oh, and that's the division that you retired from?

A. Yes.

Q. Okay. And sir, when you say that you were with A Company, was that a certain set of officers? Was that a certain shift that you were on?

A. That was a certain shift, and 5 Precinct was where I was assigned.

Q. Okay. And what shift is A Company?

A. A Company is day shift, anywhere between 7:00 to -- 7:00 a.m. to 3:00 p.m. or 6:00 a.m. to 2:00 p.m.

Q. Okay. And when you were a sergeant of A Company at 5 Precinct in 2004, approximately how many officers would you be overseeing?

A. It would vary. It all depends on who was working at the time or if I was overseeing a different -- another precinct at the same time.

Q. Okay. But if you were just overseeing your precinct, approximately how many officers would you be overseeing on a given shift?

A. Anywhere between six and seven.

Q. Okay. And are those patrol officers that are out patrolling a beat, or would they usually be at the

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

precinct and then, if a call comes in from dispatch, they get sent out?

A.    They would be patrolling their different sections.

Q.    Okay.  And then, in your experience, sir, in 2004, when a call comes in that something is happening within your precinct, would you as the sergeant decide who to assign out?

A.    No.  Radio room would send whoever that cruiser district belonged to or was assigned to.

Q.    And as sergeant, would it also be your responsibility to do patrols or would you be at the precinct?

A.    Both.

Q.    Okay.  Under what circumstances might you be out patrolling with the other officers?

A.    If paperwork was done or if they needed me for something.

Q.    Okay.  And when you say if paperwork were done, do you mean your paperwork?

A.    Yes.

Q.    Okay.  And were there any types of call-ins that your officers would not be assigned to, for example, a homicide?  Or could they be assigned to any call that comes in within that area?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   They would be assigned.  If -- if something occurred, nine times out of ten, the uniform officers would get there first.

Q.   And I apologize, I believe I don't believe I asked this.  Were you a sergeant strictly of plainclothes officers?

A.   No.

Q.   Okay.

A.   Oh.  In juvenile narcotics, I was.

Q.   Okay.  That's where I was -- I was getting confused.  Okay.  So the six to seven officers on average that would be on shift under your purview were the uniformed officers that would be responding to the crime scene?

A.   Yes.

Q.   Okay.  And then you testified, if the officers needed something at that point, they might call you to go?

A.   Yes.  Or it -- it would de depend on the run. I would come over there automatically, whether they needed me or not, just to check things out.

Q.   Okay.  And what so -- strike that, please. What circumstances are those where you would come over no matter what?

A.   Robbery in progress, burglary in progress, gun

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

runs, that sort of thing.

Q.   Okay.  And if it were an open question whether that robbery or burglary were still in progress, would you go just to be safe?

A.   Yes.

Q.   Okay.  And in your experience, sir, for robberies that one of the officers under your purview gets called out to, at what point does that investigation get turned over to detectives?

A.   If they got a suspect or -- they would call them anyway because of the severity of it, I'm -- I'm guessing.

Q.   Okay.  Would it be fair to say that it was not the responsibility of your officers to investigate that robbery?

A.   No.  They're there for the initial call.

Q.   Okay.

A.   The investigation goes to the detectives.

Q.   Okay.  And to the best of your knowledge, was there a separate robberies division of detectives back in 2004?

A.   Yes.  Yeah, the Robbery Bureau.

Q.   And as you sit here today, sir, can you think of anyone -- or strike that, please.  As you sit here today, can you think of any detectives who were with

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that robbery division back in 2004?

A. No.

Q. Okay. For the case -- or strike that, please. For the robberies where you would go in person, would you -- was it your practice to have a conversation with those detective or were you more there to support your officers if they needed anything?

A. Just supporting officers and security, that kind of thing.

Q. Okay. And then, once the case was handed off to the detectives, would that be the end of your and your officer's involvement?

A. Yes. Unless they needed us there for security.

Q. Okay. But then, after securing the crime scene and the investigation proceeding, would that be the end of yours or your officer's involvement?

A. Yes.

Q. Okay. Now, sir, do you recognize the name Pamela Rhodeback?

A. Pamela Rhodeback?

Q. Yes, sir.

A. I want to say it was one of my officers, if I'm not mistaken.

Q. Okay. And do you recognize the name Todd



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SGT. CHARLES GREENE, taken on June 04, 2025

43

Rhodeback?

A.   Yes.

Q.   Okay.

A.   That was her husband at the time.

Q.   Okay.  And was he also one of your officers?

A.   No.

Q.   No?  Okay.

A.   She was for a short time.

Q.   Okay.  And as you sit here today, sir, do you have any professional opinion on Pamela Rhodeback as a Columbus Division of Police officer?

A.   No, not really.

Q.   Okay.  And same question for Todd Rhodeback. Do you have any professional opinion of Mr. Rhodeback as a Columbus Division of Police officer?

A.   No.

Q.   Okay.  And could there be certain circumstances in which one of your officers is called to a scene and officers from another precinct are called in to help?

A.   Yes.

Q.   Okay.

A.   It -- it depends on the severity of the crime.

Q.   Okay.  And in your experience, would a robbery in which someone got shot qualify as severe enough to

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

have other police come in to assist?

A. Yes.

Q. Okay. Okay. And now, sir, I've just got a few policies and practices questions. And what I mean by that is I want to ask you about what your understanding was of the policies and practices of Columbus Police back in 2004, okay?

A. Okay.

Q. And, sir, to the best of your knowledge, are you aware of any Columbus Division of Police policy there was on report writing back in 2004?

A. I'm sure they have it.

Q. You just can't think of what it might have been, as you sit here today?

A. No.

Q. Okay. Do you know if the Columbus Division of Police had transitioned to report writing software by October of 2004?

A. We used to do it longhand, and they started doing some of their reports on computers --

Q. Okay. Do you --

A. -- but --

Q. -- remember what -- oh, sorry, sir. I didn't mean to cut you off.

A. No. I've -- I've never done it. The officers

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

did.

Q.    Okay.  And as you sit here today, do you have any knowledge of how that computer program system works?

A.    No.

Q.    Okay.  As a sergeant, did you ever have to approve computerized reports?

A.    Handwritten reports.  Computerized reports was sent in -- I'm guessing because I don't know -- was sent into the bureau of which -- whatever case it was.

Q.    Okay.  But it's your understanding that handwritten reports would come to you for approval?

A.    At the end of the day, they would bring reports that they took for theft or whatever, or accident reports, and I would review -- review them, and then it would go to whatever bureau.

Q.    Okay.  Understood.  And so, do you recall ever receiving any kind of training on how to use the computerized program for the police reports?

A.    I don't think so.

Q.    Okay.  And sir, while you were a sergeant, were there ever any crimes that it would be the officer's responsibility under your purview to investigate?

A.    Say that again.

Q.    Yeah.  Yeah.  No.  Let me try to rephrase.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

During your time as a sergeant -- or sorry, strike that, please.  You testified earlier that for robberies, the investigation part is for detectives, correct?

A.   Uh-huh.

Q.   Okay.  Were there any crimes that would occur that your officers would be called out to where it would be your officer's responsibility to investigate what had happened?

A.   The initial call, an officer or a cruiser would come out there, and they would do the initial investigation.  But in some crimes, like robbery, armed robbery, that kind of thing, most of the -- most of the part was they would come there just to secure the scene, make sure everything was, you know, okay and gather witnesses, and wait for detectives to get there.

They wouldn't be asking people questions or that kind of thing.  They're just getting names and IDs and that kind of stuff.

Q.   Okay.  Understood.  And it also would not be their responsibility to be looking for evidence and cataloging evidence, correct?

A.   If it happened to be in their purview, like, if it was right there, they would make sure nobody would mess with it.

Q.   Okay.  But it was still more security and not

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

actually cataloging?

A.   Exactly.

Q.   Okay.  Understood.  Okay.  And as you sit here today, sir, are you aware of any policy that the Columbus Division of Police had in place in 2004 that -- or sorry.  Actually, sorry.  Strike that, please.

Would there ever be any circumstances under which officers under your purview would need to turn over police reports or things like that to the Franklin County Prosecutor's Office?

A.   I don't think so, no.

Q.   Okay.

A.   They --

Q.   So would --

A.   They did -- I'm sorry.  Go ahead.

Q.   No.  No.  No.  I'm sorry.  Please continue.

A.   No.  If they did report, it would go to that particular bureau, like I said earlier.

Q.   Okay.  So it would go to whatever investigative file that bureau had?

A.   Yes.

Q.   Okay.  As you sit here today, sir, are you aware of any Columbus Division of Police policy that was in place in 2004 that pertained to how documents should

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

get from the relevant bureau to the prosecutor's office for prosecuting a criminal defendant?

A.   No.

Q.   Okay.

A.   No.

Q.   Okay.  And would it be fair to say that your officers would never be drafting or filling out criminal investigation summaries for cases that have already been transitioned off to the relevant bureau?

A.   No.  I don't think so, no.

Q.   Sorry.  I think we did a double negative there.  Would that be a fair statement?

A.   No.  No.

Q.   Okay.  Let me -- I keep doing it.  It's not your fault.  It's my fault.  Would it be a correct statement to say that your officers would not be in charge of drafting or writing up criminal investigation summaries for cases that had been transitioned off to the relevant bureau?

A.   That's correct.

Q.   Okay.  Okay.  And sir, you testified that you have never had occasion to show a photo array to a witness, correct?

A.   Correct.

Q.   Okay.  Do you know if any officer under your



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

purview has ever had occasion to show a photo array to a witness?

A. I don't -- I -- no. I couldn't tell you.

Q. Okay. Do you recall ever receiving a training on photo identification procedures?

A. I don't recall.

Q. Okay. And sir, during your career, did you ever have occasion to perform an in-person lineup?

A. I don't think so. No.

Q. Do you recall ever receiving training on performing in-person lineups?

A. I -- I don't know.

Q. Okay. So would it be fair to say that as you sit here today, you're not aware of specific Columbus Division of Police policies from 2004 that pertain to photo arrays?

A. (No verbal response.)

Q. Is that a fair statement?

MS. TANOURY: Objection. You can answer.

THE WITNESS: I -- I don't know.

BY MS. MARTINEZ:

Q. Oh, okay. So it's -- let me try rephrasing. Would it be fair to say that as you sit here today, you are not -- strike that, please. You don't know what the policy may have been in 2004 pertaining to photo arrays?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SGT. CHARLES GREENE, taken on June 04, 2025

50

A.   No.  I think detectives did that, not officers.

Q.   Okay. Understood. Understood. Okay. We are cruising through.  I'm actually almost at the end, sir. And sir, have you ever heard of the Supreme Court case Brady v. Maryland?

A.   No.

Q.   Okay.  Do you recall ever receiving training on what's called Brady evidence?

A.   I don't recall.

Q.   Okay. Okay, sir.  I'm going to quickly transition to a line of questioning that are called independent recollection questions.  And what I mean by that are, sitting here today, any specific memories that you have of something, not relying on a report that you may have looked at, okay?

A.   Okay.

Q.   And some of these questions -- there's not many, but some of these questions may feel slightly repetitive.  And it's not to belabor the point.  I just want to make sure that I've got, you know, your clean testimony, at each point, what you remember or what you don't remember, and to see if any part of my question jogs a memory, okay?

A.   Okay.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q. Okay. So as you sit here today, sir, do you have any independent recollection of the Columbus Police investigation into the Loew Street robbery?

A. No.

Q. Do you even know any of the facts of the case?

A. I don't think so. Just what I talked to -- with the other lawyer about.

Q. Okay. And outside of that, the only facts you would know about the case would be from the report that you reviewed?

A. Yes.

Q. Okay. Do you have any independent recollection of talking to dispatch about the robbery?

A. No.

Q. Do you have any independent recollection of speaking with any police officer or detective about the robbery?

A. Not that I recall.

Q. Do you have any independent recollection of going to the crime scene?

A. Not that I recall.

Q. Okay. Do you have any independent recollection of speaking with any witness in connection with the robbery?

A. No.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Do you have any independent recollection of ever speaking with a prosecutor about the robbery?

A.   No.

Q.   Okay.  So I'm going to very quickly show you, sir, what we will mark as Exhibit 1, which is Bates stamped City 13 to 15.  And I'm going to zoom in.  Sir, are you able to see this document?

(Exhibit 1 was marked for identification.)

MR. GIRARD:  Want me to zoom in more?

THE WITNESS:  Yeah, please.

MS. MARTINEZ:  Yeah.  I'm happy to zoom more as well, whatever is easiest.

MR. GIRARD:  Probably easier for you to zoom in.

MS. MARTINEZ:  Okay.  Okay.

BY MS. MARTINEZ:

Q.   How about this?  Is this better, sir?

A.   Yes.

Q.   Okay.  So I'm very quickly going to scroll through the document just so you can see it.  If you want me to stop at any point, please let me know, but the brief part that I want to ask you about, I'm going to read out, and then ask you questions, okay?

A.   Okay.

Q.   But I'm going to scroll through it quickly

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

just so you have a chance to look at the document. Okay. And then that is the bottom. So I'm going to go back up to the top. Do you recognize this document, sir?

A.   No.

Q.   Okay. Is it your belief that this is not the police report that you reviewed in preparation for your deposition today?

A.   I don't know.

Q.   Okay. Would it be fair to say you don't recall what was in that report?

A.   Yes, I do not.

Q.   Okay. And so, do you see where it says, "PRELIMINARY PROGRESS" up here on the top, sir?

A.   What -- say that again.

Q.   Do you see where it says, "PRELIMINARY" --

A.   Yes. Yes, I see that.

Q.   Okay. And, "PROGRESS OF INVESTIGATION"?

A.   Uh-huh.

Q.   Okay. Would it be fair to say that these are not the types of reports that police under your purview would fill out?

A.   Correct.

Q.   Okay. And do you see where it says, "DATE OF OFFENSE 10-09-04"?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

54

A.   Yes.

Q.   Okay.  And then, further down on this Page 1, it's got Detective Brenda Walker?

A.   Yes.

Q.   Okay.  Sir, outside of reading this report, have you ever heard the name Brenda Walker?

A.   No.

Q.   Okay.  You don't know who she is?

A.   No.

Q.   Okay.  And then at the very bottom, sir, do you see where it's got the, "BKW/cab 12-30-04"?

A.   Yes.

Q.   Okay.  Do you have any knowledge as to what this stamp down here means?

A.   No.

Q.   Okay.  So I'm going to scroll back up then to the first page, sir, and I'm just going to read this first paragraph, if you'd like to follow along, and then ask you a few follow-up questions, okay?

A.   Okay.

Q.   "On October 9, 2004, at approximately 8:30 a.m., Detective Bureau personnel notified Robbery Detective Brenda Walker, #1176, that patrol officers were requesting Robbery Squad's assistance.  Detective Walker spoke to Sergeant Charles Greene, #5143, who

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

advised of a residential robbery at 927 Loew Street. Detective Walker, along with Crime Scene Search Unit Detective T. Seevers, #1042, responded."

Okay.  Do you see that, sir?

A.    Yes, sir.  I mean yes, ma'am.

Q.    It's okay.  It's happened to me many times before, and I'm sure it'll happy [sic] many times in the future.  Was your badge number 5143 back in 2004?

A.    That's my IBM number.

Q.    It's your IBM number, okay.  And for the record, can you please explain what an IBM number is?

A.    That's what supervisors had.  Officers had badge numbers, sergeants had IBM numbers.

Q.    Okay.  And as you sit here today, sir, do you have any recollection of the conversation you had with Detective Walker?

A.    Heck no.

Q.    Okay.  And you testified earlier, sir, that for certain circumstances, including robberies or burglaries in progress, you would go to the scene to support your officers; is that correct?

A.    Yes, ma'am.

Q.    Okay.  And then, after the scene is secured and the case is passed over to detectives, is that the point at which you would normally leave?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I would stick around just for assurance's sake.

Q.   Okay.  But you wouldn't be -- or strike that, please.  But you wouldn't be assisting with the investigation, is that --

A.   No.

Q.   Okay.

A.   No, not at all.

Q.   Okay.  And in your experience, sir, back in 2004, when your officers or yourself would be at the scene of a robbery and detectives get called in, would it usually just be one detective?

A.   No.  It would -- it all depends on the severity of the crime and how many detectives that they would send out there.  But I don't think it's -- I don't think it's ever been just one.

Q.   Okay.  And would a robbery in which someone got shot qualify as severe enough, in your opinion, for multiple detectives to have been sent out?

A.   Yes.

Q.   Okay.  Can you think of any time in your career, sir, where there was a crime that occurred that you believe to be severe enough for multiple detectives to be sent, and only one was sent?

A.   Not that I recall.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Q.   Okay.  That would be atypical?

A.   Yes.

Q.   Okay.  And to the best of your knowledge, sir, in 2004, did 5 Precinct use e-mail?

A.   E-mail?  I think so.

Q.   Okay.

A.   I'm -- I'm not sure.

Q.   Okay.  You think they may have had it in 2004?

A.   Maybe.  I'm not sure.

Q.   Okay.  And sir, as you sit here today, do you recall ever learning back in 2004 that there was a local gang committing a string of robberies and home invasions across Columbus?

     MS. TANOURY:  Objection.  You can answer.

     THE WITNESS:  I -- I don't know.  Maybe.

BY MS. MARTINEZ:

Q.   Okay.  Sorry, I forgot to stop sharing.  Just as you sit here today, you have no specific memory of that?

A.   I really couldn't say.  Maybe.  I'm not sure.

Q.   Okay.  And you testified that you don't know who Brenda Walker is.  Have you ever heard the name Samuel (phonetic) Sias?

A.   Samuel what?

Q.   Sorry.  Have you ever heard the name Samuel

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Sias?

A.   No, I don't think so.

Q.   No?  Okay.  And sir, back in 2004, did you have any opinion on detectives from the robbery unit?

A.   No.

Q.   Okay.  All right.

MS. MARTINEZ:  Sir and Counsel, can we take a quick two-minute break so I can look back over my notes really fast --

MS. TANOURY:  Sure.

THE WITNESS:  Sure.

MS. MARTINEZ:  -- and see what else I've got for you?  Okay.

THE REPORTER:  We're going off record.  The time is 4 -- or no, sorry, 5:42 Eastern.

(A recess was taken.)

THE REPORTER:  We are back on the record for the deposition of Sergeant Greene being conducted via videoconference.  My name is Emma McGaha.  Today is 6-4-25, and the time is 5:46 p.m. Eastern.  Thank you.

BY MS. MARTINEZ:

Q.   Okay.  I'm going to quickly show you one more document, sir, but it's not one we've got to read, so hopefully it'll make it a little bit easier in terms of

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

zooming.  And for the record, it's Bates stamped FCPO2556, and this will be marked as Exhibit 2.  Are you able to see the document, sir?

(Exhibit 2 was marked for identification.)

THE WITNESS:  Yes.

BY MS. MARTINEZ:

Q.   Okay.  And sir, to the best of your recollection, have you ever seen this document before?

A.   Not that I recall.

Q.   Okay.  So you didn't review it in preparation for your deposition?

A.   No.

Q.   Okay.  So I will represent to you that this was a photo array that was put together in connection with the Loew Street robbery that was shown to the victims by Detective Walker, okay?

A.   Okay.

Q.   And sir, you testified that you don't recall ever receiving training on photo arrays or fillers; is that correct?

A.   That's correct.

Q.   Okay.  And I should clarify, when I say fillers, I mean the other individuals that are put into the identification procedure that is not the suspect, okay?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.  Yeah.  I've just seen it before.  I don't -- there's no -- I don't recall any training for it.

Q.  Okay.  Sir, would you agree that it would generally be good practice to have fillers that resemble the suspect?

MS. TANOURY:  Objection.  You can answer.

THE WITNESS:  I guess.

BY MS. MARTINEZ:

Q.  And would that be because you don't want to influence the witness or victim in any way on who to choose?

A.  Yes.

Q.  Okay.  So would it be fair to say that if the description of a perpetrator that was given is that it's a light-skinned Black male, would you expect the photo array to have fillers that are light-skinned Black males?

MS. TANOURY:  Objection, but you can answer.

THE WITNESS:  I guess.

BY MS. MARTINEZ:

Q.  Okay.  And could it potentially be -- or strike that, please.  If you included fillers that are not light-skinned Black males, does that run the risk that the suspect is more likely to stand out?

MS. TANOURY:  Objection.  You can answer.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

THE WITNESS:  I'm not sure that -- I don't -- I'm not sure.

BY MS. MARTINEZ:

Q.  Okay.  Would you agree that it would generally be improper to do anything in a photo array that makes the suspect stand out?

MS. TANOURY:  Objection.  You can answer.

THE WITNESS:  I would guess so.

BY MS. MARTINEZ:

Q.  Okay.  And sir, during your career, did you ever learn about an officer or a detective intentionally putting in fillers that did not match the suspect?

A.  No.

Q.  Okay.  And would you agree that that would be improper?

A.  Yes.

Q.  Okay.  And then, my final question for you, sir, about this exhibit is can you please identify the individuals that appear to be light-skinned Black males? And I'm happy to zoom in.

A.  To me, there's no light-skinned male Blacks on here.  Maybe the guy on the bottom row in the middle.

Q.  Okay.  And if one of the victims testified that the perpetrator was a light-skinned Black male that had a yellowish tint -- oh, excuse me -- do you believe

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that any of these individuals have such yellowish tint?

MS. TANOURY:  Objection.  You can answer.

THE WITNESS:  Are you talking about the one guy or all of them?

BY MS. MARTINEZ:

Q.   Yeah.  Just of all five, including the one individual or not including that individual, do you think any of them have a yellowish tint?  It's hard to tell in a black and white photograph.

MS. TANOURY:  Objection.  You can answer.

THE WITNESS:  I don't understand.  The yellowish tint, are you talking about the -- the lighter of the --

BY MS. MARTINEZ:

Q.   Yeah.  Fair point.  I think my question doesn't make super sense, so let me try to rephrase.  Okay.  So you testified that generally you don't believe any of these young men are light-skinned Black mens, but the bottom center gentleman does appear to be a light-skinned Black male?

A.   Yes.

Q.   Okay.  And -- actually, sorry, strike that, please.  That was the question.  Let me stop sharing my screen.  Okay.  And as you sit here today, sir, if you had become aware that a victim had said a light-skinned

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Black male was the perpetrator, and a photo array was created that only had one light-skinned Black male, would you be concerned about the reliability of the identification?

MS. TANOURY: Objection.

THE WITNESS: I guess so.

BY MS. MARTINEZ:

Q. And during your time -- or strike that, please. During your career, did you ever learn of detectives -- I'm sorry. Strike that, please. Trying to think of the best way to word this. During your career, did you ever learn about White detectives creating arrays of young Black men that did not account for similarities in skin tone?

A. No.

Q. Okay. And if that had occurred, would that be something that's concerning?

A. I guess so.

Q. Okay. Okay. So sir, do you have any knowledge about the Loew Street robbery, the robbery investigation, or the prosecution of Mr. Horton that we haven't covered here today?

A. No, ma'am.

Q. Okay. So would it be fair to say that there's no testimony you could give at trial about the robbery

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

that's not memorialized in a police report somewhere?

A.   None.

Q.   Okay.  And the documents we've looked at have not brought back any new memories, correct?

A.   No, ma'am.

MS. MARTINEZ:  Okay.  Those are all of the questions that I have for you today, sir.  Thank you so much for your time.  I'm going to turn it over to your counsel, but thank you so much.

THE WITNESS:  Okey dokey.

MS. TANOURY:  I have no questions.  But the -- you'll have an opportunity, if you want to, to review the transcript for any errors.  It's up to you.  You can waive that if you, you know, feel confident in the court reporter taking it down.

THE WITNESS:  I'm -- I'm good.

THE REPORTER:  Okay.

MS. TANOURY:  So do you want to waive --

THE WITNESS:  Yes.

MS. TANOURY:  -- the chance to review your transcript?

THE WITNESS:  Yeah, I'll waive.

THE REPORTER:  All right.  Thank you.  And then, Ms. Martinez, did you want to order the transcript today?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MS. MARTINEZ:  Not at this time.

THE REPORTER:  Okay.  And I'm guessing you want to hold on the video too?

MS. MARTINEZ:  Yeah.

THE REPORTER:  Perfect.  And Ms. Tanoury, did you want to order the transcript at this time?

MS. TANOURY:  Not at this time.

THE REPORTER:  Okay.  Hold on video too, I'm guessing?

MS. TANOURY:  Yes.

THE REPORTER:  Okay, perfect.  We're officially going off record.  The time is 5:54 p.m. Eastern.

(Deposition concluded at 5:54 p.m. ET)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

STATE OF OHIO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typwritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



EMMA MCGAHA,

COURT REPORTER/NOTARY

COMMISSION EXPIRES: 12/18/2028

SUBMITTED ON: 03/17/2026

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

Exhibit 1_
Greene 52:5,8

Exhibit 2_
Greene 59:2,4

**#**

#1042 55:3

#1176 54:23

#5143 54:25

**1**

1 52:5,8 54:2

10-09-04 53:25

101 6:6

10:00 32:14

11:00 32:14

12 29:2 30:9
31:8

12-30-04 54:11

12th 29:4 30:11
31:12 33:3

13 52:6

15 52:6

1980 28:17,18,
20 35:12,13,17

**2**

2 59:2,4

2004 10:14
12:2 20:14
37:18,20,25
38:15 39:6
41:21 42:1
44:7,11,18
47:5,25 49:15,
25 54:21 55:8
56:10 57:4,8,11
58:3

2010 27:16,19

33:22

2017 26:12

2018 26:11

2023 24:19

2025 6:7

22 35:15

23-CV-3888
6:14

2:00 32:13
38:13

**3**

3:00 32:13,14
38:13

**4**

4 58:15

40 13:21

40202 6:6

40s 23:24

4:27 6:8

4th 6:6

**5**

5 33:23,24
37:22 38:1,9,15
57:4

5143 55:8

5:42 58:15

5:46 58:20

5:54 65:12,13

5P 34:3,7

**6**

6-4-25 58:20

6:00 38:13

**7**

7 30:9 32:22
33:3,6

71 20:25

72 8:5

730 6:5

79 28:19

7:00 32:14
38:12,13

7th 29:1,4
32:21

**8**

80 28:17

8:30 54:22

**9**

9 54:21

927 10:15 12:2
55:1

9th 10:14 12:2

**A**

a.m. 38:13
54:22

ability 8:12
9:19 10:1,8

absolute 8:18

academy 23:3,
5,8,9,13,16
28:2,12,13,14,
16 35:12,14,21
36:17,21,24

accident 45:14

account 63:13

accounting
22:1,3,12,23
23:12

accurate 9:20
10:2,9

action 17:25
18:2 19:15

added 18:22

advised 55:1

affairs 20:15,
18

affect 9:19,23
10:1,5,8

affirm 7:15

African 18:4,
14

afternoon
7:23,24 11:24
19:24

age 8:4 10:10

ages 23:23

agree 7:9 60:3
61:4,14

ahead 7:8
47:16

aiding 29:7,10

Alana 6:21

allegations
16:14 17:1

alleging 11:7

Allegheny
25:24

alleging 11:7

Alyssa 6:19

American
18:14

Americans
18:4

Answering
29:6

answers 8:13

anti-fencing
28:3 29:20
30:8,10,12,16,
18 31:7

apologies 14:8
22:22 23:15

apologize 24:8
40:4

appearance
6:16

approval
45:11

approve 45:6

approximately
18:7 26:11
38:15,21 54:21

area 22:9 24:14
39:25

areas 37:10

armed 10:14
46:11

array 34:11,12,
16,20,25 48:22
49:1 59:14
60:16 61:5 63:1

arrays 49:16,
25 59:19 63:13

assign 39:8

assigned
33:11 37:25
38:10 39:10,23,
24 40:1

assignments
27:25

assist 32:17
44:1

assistance
54:24

assisting 56:4

assume 9:4

assurance's
56:1

attain 21:10

attending
6:16,17,20,22

attorney's
6:22 7:1,2

atypical 57:1

automatically
40:20

average 40:12

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**aware** 11:11,18 15:23 20:5 44:10 47:4,24 49:14 62:25

---

**B**

**back** 20:1,14 28:4,5 30:5 31:8 32:3,6,22 41:20 42:1 44:7,11 53:3 54:16 55:8 56:9 57:11 58:3,8,17 64:4

**background** 20:22

**badge** 55:8,13

**based** 31:12,15

**Bates** 52:5 59:1

**beat** 38:25

**began** 27:20

**begin** 7:20

**behalf** 6:19

**belabor** 50:20

**belief** 53:6

**belonged** 39:10

**bit** 58:25

**BKW/CAB** 54:11

**black** 30:20,23 31:1 60:15,16, 23 61:19,24 62:9,18,20 63:1,2,13

**Blacks** 61:21

**bottom** 53:2 54:10 61:22 62:19

**Brady** 50:6,9

**break** 9:12,14, 15 19:12 28:8 58:8

**Brenda** 11:6 54:3,6,23 57:22

**bring** 45:12

**brought** 64:4

**brutal** 25:15

**Bullock** 11:11

**bureau** 41:22 45:9,15 47:19, 21 48:1,9,19 54:22

**burglaries** 55:20

**burglary** 40:25 41:3

---

**C**

**C-H-A-R-L-E-S** 8:2

**call** 39:1,6,25 40:17 41:10,16 46:9

**call-ins** 39:22

**called** 41:8 43:18,19 46:6 50:9,12 56:11

**calls** 24:12 29:6

**camera** 7:8

**career** 34:10 37:12 49:7 56:22 61:10 63:9,12

**case** 6:13 10:14 11:11 14:24 15:6 16:17,20 17:1, 8,16 18:13,18, 20 19:2 20:23 42:3,10 45:9 50:5 51:5,9 55:24

**cases** 16:14 48:8,18

**cataloging** 46:21 47:1

**caught** 34:24

**center** 62:19

**certificate** 21:11

**Chamberlain** 26:6,18

**chance** 53:1 64:20

**charge** 48:17

**charged** 10:18

**charges** 10:22

**Charles** 6:10 7:6,10 8:2 54:25

**check** 40:21

**Chicago** 6:20 21:2,3,4,6,8 22:4

**children** 23:20, 23,25

**choose** 60:11

**church** 26:16, 22 27:20

**circumstance s** 39:15 40:23 43:18 47:8 55:19

**city** 6:11,22,23 7:1,2 11:5 52:6

**civil** 14:24 15:6 16:17 17:8

**clarification** 16:12 19:19

**clarify** 12:6 14:13 20:1 59:22

**class** 17:25 18:2,7,22 19:15 35:15

**classes** 35:9

**clean** 50:21

**Columbus** 6:11,21,23 7:1 10:15 11:6

15:20,25 16:5 17:5,17 18:15 20:13 23:16 24:6 27:13,24 28:14,16 37:12 43:11,15 44:7, 10,16 47:5,24 49:14 51:2 57:13

**comfortable** 30:25

**committing** 57:12

**Company** 33:9,23,25 34:3,7 37:20,23 38:2,7,11,12,15

**compensated** 26:25 27:1

**complaint** 15:5 20:16,19

**complaints** 20:6,12

**computer** 45:3

**computerized** 45:6,7,18

**computers** 44:20

**concerned** 63:3

**concerns** 10:14

**concluded** 65:13

**conditions** 9:18,22

**conducted** 58:18

**confident** 64:15

**confused** 40:11

**Congratulatio ns** 27:17

**connection** 51:23 59:14

**continue** 47:17

**convened** 6:8

**conversation** 19:11 42:5 55:15

**conversations** 12:8 13:11

**convicted** 10:18

**conviction** 10:22 11:8

**correct** 14:15, 18,21,22,25 34:25 46:3,21 48:15,20,23,24 53:23 55:21 59:20,21 64:4

**correctly** 20:3

**counsel** 6:18 7:19 9:7 12:8 13:7,12 14:2,6, 9 19:11 58:7 64:9

**County** 47:11

**couple** 13:16 28:5 30:5

**courses** 35:9

**court** 6:4,12 8:10 18:20,21 35:20 36:12 50:5 64:15

**courtesy** 8:23

**covered** 37:10 63:22

**COVID** 25:1,5 26:10

**create** 34:11

**created** 63:2

**creating** 63:13

**crime** 10:18 11:18 40:14 42:15 43:23 51:20 55:2 56:14,22

**crimes** 29:22



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

45:21 46:5,11

**criminal** 10:22 14:14,20 36:20, 24 48:2,7,17

**cruiser** 39:10 46:9

**cruising** 50:4

**cut** 8:19 16:2 44:24

### D

**DATE** 53:24

**day** 6:7 38:12 45:12

**de** 40:19

**December** 35:17

**decide** 39:7

**defendant** 17:9 48:2

**defendants** 17:14 36:20,24

**degree** 21:11 22:13

**department** 18:5 19:17

**depend** 40:19

**depends** 38:17 43:23 56:13

**deposed** 15:8 16:4,14,21

**deposition** 6:9 8:7 12:10 13:4, 8,13 14:3,6 15:24 53:8 58:18 59:11 65:13

**depositions** 14:23 15:14,19

**description** 60:14

**details** 17:20

**detective** 30:1,

4 42:6 51:16 54:3,22,23,24 55:2,3,16 56:12 59:16 61:11

**detectives** 11:6 29:7,10 30:13 31:5 33:19 41:9,18, 20,25 42:11 46:3,15 50:1 55:24 56:11,14, 19,23 58:4 63:10,12

**Devry** 25:23 26:6,18

**Devry/ chamberlain** 25:24

**DIRECT** 7:21

**disciplinary** 20:6

**dismissed** 10:23

**dispatch** 39:1 51:13

**dispatcher** 24:5,10,16

**district** 6:12,13 39:10

**division** 6:13 15:20,25 16:5 17:5,17 18:15 20:13 27:13,24 37:12 38:3 41:20 42:1 43:11,15 44:10, 16 47:5,24 49:15

**DNA** 11:11

**document** 52:7,20 53:1,3 58:24 59:3,8

**documents** 12:13,15 13:4 47:25 64:3

**dokey** 64:10

**double** 34:24 48:11

**Doug** 6:25

**drafted** 21:17 22:16

**drafting** 48:7, 17

**duties** 24:10

### E

**e-mail** 57:4,5

**earlier** 46:2 47:19 55:18

**easier** 52:13 58:25

**easiest** 52:12

**Eastern** 6:8,13 58:15,20 65:12

**education** 21:11 22:20

**Emma** 6:3 58:19

**employed** 24:2

**employment** 15:20,25 17:4, 17 18:13,14 25:21 27:21,24

**encompass** 24:14

**end** 42:11,17 45:12 50:4

**entail** 29:11

**entailed** 29:12

**entire** 28:25

**epidemic** 25:1

**errors** 64:13

**et al** 6:11

**evidence** 46:20,21 50:9

**EXAMINATIO N** 7:21

**excuse** 61:25

**exhibit** 52:5,8 59:2,4 61:18

**expect** 60:15

**experience** 39:5 41:6 43:24 56:9

**explain** 23:5,8 24:8,10 32:9 33:10 36:10 55:11

**extend** 8:22

### F

**facility** 26:1

**fact** 7:10

**facts** 51:5,8

**fair** 9:5,16 10:11 15:16 17:20 18:9 31:23 32:25 34:19 41:13 48:6,12 49:13, 18,23 53:10,20 60:13 62:15 63:24

**fast** 58:9

**father** 22:4,6

**fault** 48:15

**FCPO2556** 59:2

**federal** 18:21

**feel** 8:19 19:7, 25 20:2 50:19 64:14

**felony** 36:7,9

**file** 15:2 20:16 47:21

**filed** 11:5 15:6 20:6

**fill** 53:22

**fillers** 59:19,23 60:4,16,22 61:12

**filling** 33:14, 17,18 48:7

**final** 61:17

**fine** 19:8

**fingerprints** 11:18

**finish** 8:21 23:3

**folder** 36:11

**folders** 36:7,9

**folks** 29:22

**follow** 54:18

**follow-up** 28:9 54:19

**food** 26:22

**foot** 28:7

**forgot** 22:8 35:14 57:17

**fortunate** 19:16

**found** 11:12,19

**Franklin** 21:19, 25 22:12,13,19, 23 23:12 47:10

**free** 19:7 20:2

**full** 7:5 8:24

**future** 55:8

### G

**G-R-E-E-N-E** 8:3

**gang** 57:12

**gather** 46:14

**general** 25:18, 20 33:9,25 37:20

**generally** 34:16 60:4 61:4 62:17

**gentleman** 62:19

**Girard** 6:25 52:9,13

**give** 7:16 8:12 27:23 63:25



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**giving** 35:20

**go-between** 32:10

**good** 7:23,24 60:4 64:16

**goods** 29:23, 24

**graduate** 20:24 28:16

**graduated** 28:2,12,20 35:12

**Great** 10:13

**Greene** 6:10 7:4,6,10,13 8:3 12:18 54:25 58:18

**ground** 8:6

**group** 17:23

**guard** 24:25 25:3,23 26:1,5 27:20

**guess** 38:1 60:7,19 61:8 63:6,18

**guessing** 41:12 45:8 65:2,9

**gun** 40:25

**guy** 61:22 62:3

### H

**half** 13:21

**hand** 7:15

**handed** 42:10

**handwritten** 45:7,11

**happened** 15:14 46:8,22 55:6

**happening** 39:6

**happy** 9:3,13

19:13 52:11 55:7 61:20

**hard** 8:17 62:8

**Head** 8:13

**headquarters** 31:16,17

**hear** 24:9

**heard** 25:14 50:5 54:6 57:22,25

**Heck** 55:17

**helpful** 19:19

**Helping** 30:17

**high** 20:24 21:2

**highway** 21:20 23:2,5,8,10,16 28:13

**hold** 7:8 65:3,8

**home** 57:12

**homicide** 39:24

**Horton** 6:11 10:19 11:5,13, 19 63:21

**Horton's** 10:21 14:14,19

**hour** 13:21

**house** 29:13, 15

**husband** 43:4

### I

**IBM** 55:9,10,11, 13

**ID** 7:8

**idea** 18:8

**identification** 49:5 52:8 59:4, 24 63:4

**identify** 61:18

**IDS** 46:17

**II** 7:6,10 8:3

**Illinois** 21:2, 16,22 22:11,16, 18

**improper** 61:5, 15

**in-person** 49:8,11

**in-service** 35:9

**Inaudible** 16:1

**incident** 16:23

**included** 60:22

**including** 27:25 55:19 62:6,7

**independent** 50:13 51:2,12, 15,19,22 52:1

**individual** 62:7

**individuals** 18:14 59:23 61:19 62:1

**influence** 60:10

**initial** 41:16 46:9,10

**initiated** 20:13

**injury** 25:18

**inside** 24:15

**institution** 22:20

**instructed** 9:9

**intentionally** 61:11

**internal** 20:15, 18

**interviewing** 35:24

**invasions** 57:12

**investigate** 29:16 41:14 45:23 46:7

**investigated** 29:22

**investigating** 29:13

**investigation** 15:2 34:21 35:1 41:9,18 42:16 46:3,11 48:8,17 51:3 53:18 56:5 63:21

**investigations** 31:3

**investigative** 47:21

**involvement** 42:12,17

### J

**jail** 11:2,3

**January** 35:17

**job** 37:16

**jogs** 50:24

**June** 6:7

**juvenile** 40:9

### K

**K-TOWN** 22:8

**Kentuckiana** 6:4

**Kentucky** 6:6

**kind** 21:12,15 22:13 26:23 29:14,24 30:21 36:7,14 37:16 42:9 45:17 46:12,17,18

**knee** 25:12,13, 14,17,22

**knowledge** 16:19 17:7 37:24 41:19 44:9 45:3 54:13 57:3 63:20

### L

**laid** 25:12

**larger** 32:16

**lasted** 30:5

**law** 22:2

**lawsuit** 11:5 17:23

**lawsuits** 16:6

**lawyer** 51:7

**lawyers** 20:20

**learn** 61:11 63:9,12

**learning** 10:25 11:15,21 30:17 57:11

**leave** 23:1 55:25

**life** 25:19

**lifted** 11:18

**light-** 62:19

**light-skinned** 60:15,16,23 61:19,21,24 62:18,25 63:2

**lighter** 62:13

**lineup** 49:8

**lineups** 49:11

**live** 23:14,25

**local** 57:11

**located** 6:5

**location** 6:16 26:2

**Loew** 10:15 11:25 12:2 15:2 51:3 55:1 59:15 63:20

**long** 9:14 13:20 22:23 24:16 25:6 26:5 27:2 31:21 32:1 35:14



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

longhand 44:19

looked 13:3 50:16 64:3

loud 8:12

Louisville 6:6

lower 7:14

**M**

made 22:3 32:4,23 33:5,8 36:12,13

Main 6:5

make 9:2 16:8 18:12 19:16,21 20:2 29:9 30:7, 22 46:14,23 50:21 58:25 62:16

makes 61:5

male 60:15 61:21,24 62:20 63:1,2

males 60:17,23 61:19

man 10:18

March 24:22, 23

mark 52:5

marked 52:8 59:2,4

married 23:18

Martinez 6:19 7:11,22 12:22 27:9 37:7 49:21 52:11,15,16 57:16 58:7,12, 22 59:6 60:8,20 61:3,9 62:5,14 63:7 64:6,24 65:1,4

Maryland 50:6

match 11:12, 19 61:12

matter 6:10 17:21 40:24

Mcgaha 6:3 58:19

meaning 15:3

means 54:14

medications 9:25 10:5

meet 13:7,12

meeting 13:15, 20,23 14:2,11

member 18:7, 23

memorialized 64:1

memories 50:14 64:4

memory 9:23 10:5,9 50:24 57:18

men 62:18 63:13

mens 62:18

mess 46:24

met 14:9

middle 61:22

midwatch 32:7,8,10,14, 16,18,19 33:1

might've 12:20

minutes 13:22

misconduct 11:7

mistaken 42:24

months 13:16, 17,18 14:10 30:5

Morgan 21:2,9

morning 26:3

move 28:25

moved 29:1

multiple 32:17 56:19,23

**N**

named 10:19 16:6,9,10,11 19:1

names 19:5 23:22 46:17

narcotics 28:5 29:2,5 30:9 31:10,12,19,21 32:2 36:8 40:9

needed 29:8, 12 30:20,23 39:17 40:17,21 42:7,13

negative 34:24 48:11

neighborhood 21:6,8

nods 8:13

note-taking 36:2

notes 58:9

notified 54:22

number 6:13 15:17 18:10 31:23 55:8,9, 10,11

numbers 55:13

nurse 25:24

**O**

object 9:8

objecting 37:2

Objection 36:25 49:19 57:14 60:6,18, 25 61:7 62:2,10 63:5

occasion 34:11 48:22

49:1,8

occur 46:5

occurred 10:15 12:2 40:2 56:22 63:16

October 10:14 12:2 28:20 35:16 37:25 44:18 54:21

OFFENSE 53:25

office 6:22 7:1, 3 47:11 48:1

officer 16:5 22:4 24:13 28:3,22 29:4,25 30:16,20,23 31:1,18 33:1,3 43:11,15 46:9 48:25 51:16 61:11

officer's 42:12, 17 45:22 46:7

officers 20:14 24:12 33:18,20 38:7,16,21,24 39:16,23 40:2, 6,11,13,16 41:7,14 42:7,8, 23 43:5,18,19 44:25 46:6 47:9 48:7,16 50:2 54:23 55:12,21 56:10

official 30:19

officially 65:11

Ohio 6:13 10:15 24:6

Okey 64:10

One-and-a-half 26:7

online 6:3

open 26:3,22 41:2

operation 25:13,22

opinion 43:10, 14 56:18 58:4

opportunity 64:12

order 64:24 65:6

overseeing 38:16,18,20,22

**P**

p.m. 6:8 38:13 58:20 65:12,13

Pamela 42:20, 21 43:10

pandemic 25:9

pantry 26:22

paperwork 39:17,19,20

paragraph 54:18

paralegal 7:1

Pardon 21:7 23:6 36:22

Park 21:2,9

part 30:19 34:20 35:1 46:3,13 50:23 52:22

parties 7:9

party 16:6,9, 10,11 17:8

passed 55:24

patrol 21:20 23:2,5,8,10,16 28:2,4,5,6,7,13, 21 29:4,25 30:6 31:8 32:3 33:1, 3 38:24 54:23

patrolling 38:25 39:3,16

patrols 39:12

pending 6:11 9:16

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

people 24:13 25:4 26:4 29:22 46:16

perfect 65:5,11

perform 49:8

performing 49:11

periods 28:1

perpetrator 60:14 61:24 63:1

person 10:17 13:23,25 42:4

personal 15:1, 3 17:21

personnel 54:22

pertain 17:16 49:15

pertained 47:25

pertaining 49:25

phone 13:24 24:13

phonetic 11:11 57:23

photo 34:11, 12,16,20,25 48:22 49:1,5, 16,25 59:14,19 60:15 61:5 63:1

photograph 62:9

phrase 11:25

pictures 34:18

place 26:3 47:5,25

plainclothes 30:2,3,16 31:18 40:6

plaintiff 6:20 17:9,13,15

plaintiff's 6:17

plaintiffs 19:1

point 8:20 9:12 19:24 40:17 41:8 50:20,22 52:21 55:25 62:15

police 12:24 13:1 14:1 15:21,25 16:5 17:5,17 18:4,15 20:13 22:4 23:9 24:6 27:13,25 28:14,16 35:12 37:12 43:11,15 44:1,7,10,17 45:18 47:5,10, 24 49:15 51:2, 16 53:7,21 64:1

policies 44:4,6 49:15

policy 44:10 47:4,24 49:25

position 25:6 28:10 33:21

possession 15:3

post-high 21:10

post-secondary 22:20

potentially 60:21

practice 42:5 60:4

practices 44:4, 6

pre-law 21:23 22:10

precinct 22:6 28:25 29:2,4 30:9,11 31:8, 12,15 32:6,11, 15,18,20,21 33:3,6,11,12, 23,24 37:23 38:1,2,9,15,19, 21 39:1,7,13 43:19 57:4

precincts 32:17

PRELIMINARY 53:14,16

preparation 13:4,8,12 53:7 59:10

prepare 12:10 14:3

present 14:10

preside 33:19

pretty 25:15

prior 25:21

probable 36:16

procedure 59:24

procedures 49:5

proceeding 42:16

PROCEEDINGS 6:1

professional 43:10,14

program 45:3, 18

progress 40:25 41:3 53:14,18 55:20

prosecuting 48:2

prosecution 63:21

prosecutor 52:2

prosecutor's 47:11 48:1

provide 9:19 10:1,8

purchase 36:12,13

purposes 29:17 30:24

purview 40:12 41:7 45:22 46:22 47:9 49:1 53:21

put 59:14,23

putting 36:7,11 61:12

___

Q

___

qualify 43:25 56:18

question 8:23, 24 9:2,4,5,9,10, 15 18:25 19:9, 12 41:2 43:13 50:23 61:17 62:15,23

questioning 50:12

questions 9:8 12:6 20:22,23 28:9 44:4 46:16 50:13,18,19 52:23 54:19 64:7,11

quick 8:6 19:11 20:21 28:9 58:8

quickly 50:11 52:4,19,25 58:23

___

R

___

R-I-C-H-A-R-D 8:3

radio 24:5,10, 12,16 29:6 39:9

raise 7:14

ranks 27:25

read 15:5 52:23 54:17 58:24

reading 54:5

recall 15:13 16:3,13,25 18:2,18 32:22 35:20,23 36:1,

4,15,19,23 37:13,15 45:16 49:4,6,10 50:8, 10 51:18,21 53:11 56:25 57:11 59:9,18 60:2

receive 22:12 35:3

received 22:19 36:6 37:9,11,15

receiving 35:20,23 36:1, 4,15,19,23 45:17 49:4,10 50:8 59:19

recess 58:16

recognize 42:19,25 53:3

recollection 18:6 28:15 35:7 50:13 51:2,13, 15,19,23 52:1 55:15 59:8

record 6:2 7:5 8:1,14 23:4,7 24:7,9 32:8 37:3 55:11 58:14,17 59:1 65:12

recovered 11:12

recovery 25:15

referring 31:5

regular 31:8

reiterate 13:10

related 15:20, 24 16:20 17:4

relating 15:2

relevant 48:1, 9,19

reliability 63:3

relief 33:9,25 34:1,2 37:21

relying 50:15

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**remember** 19:1 44:23 50:22,23

**repeat** 12:19

**repetitive** 50:20

**rephrase** 9:3 45:25 62:16

**rephrasing** 49:22

**replacement** 25:14,17

**report** 12:17, 20,23,24 13:2,3 14:1 36:4,6 44:11,17 47:18 50:15 51:9 53:7,11 54:5 64:1

**reporter** 6:2,4, 24 7:4,7,13,19 8:10 12:18 27:5,8 58:14,17 64:15,17,23 65:2,5,8,11

**Reporters** 6:5

**reports** 29:7 44:20 45:6,7, 11,13,14,18 47:10 53:21

**represent** 59:13

**representing** 6:4

**requesting** 54:24

**resemble** 60:4

**residential** 55:1

**resolved** 18:18

**responded** 55:3

**responding** 40:13

**response** 49:17

**responsibilities** 25:2,25 29:3 30:15 33:2

**responsibility** 39:12 41:14 45:22 46:7,20

**result** 25:17

**resulted** 11:7

**retire** 27:15

**retired** 27:11, 12,13 28:7 33:22 34:7 38:4

**retirement** 27:19

**review** 12:13 13:3 45:14 59:10 64:13,20

**reviewed** 12:16 14:14,19, 23 51:10 53:7

**Rhodeback** 42:20,21 43:1, 10,13,14

**Richard** 6:10 7:6,10 8:2 10:19

**rights** 36:20,24

**risk** 60:23

**robberies** 41:7,20 42:4 46:2 55:19 57:12

**robbery** 10:14 11:25 12:1,2 15:2 40:25 41:3,15,22 42:1 43:24 46:11,12 51:3,13,17,24 52:2 54:22,24 55:1 56:11,17 58:4 59:15 63:20,25

**role** 26:24 27:2 29:25

**room** 7:2 39:9

**row** 61:22

**ruckus** 24:9

**rules** 8:6

**run** 40:19 60:23

**runs** 31:2 41:1

---

## S

---

**safe** 41:4

**sake** 56:2

**Sam** 11:6

**Samuel** 57:23, 24,25

**sat** 15:24

**scene** 11:12,19 40:14 42:16 43:19 46:13 51:20 55:2,20, 23 56:11

**school** 20:24 21:2,11 23:14 25:23,24

**screen** 25:4 26:3 62:24

**screens** 24:14

**scroll** 52:19,25 54:16

**Search** 55:2

**sections** 39:4

**secure** 46:13

**secured** 55:23

**securing** 42:15

**security** 24:25 25:3,23 26:1,5, 15,17 27:20 29:16 42:8,14 46:25

**Seevers** 55:3

**selling** 29:23

**send** 24:12 39:9 56:15

**sense** 9:3 19:16,21 62:16

**separate** 16:23 41:20

**sergeant** 6:10, 24 7:4,13 12:18 27:5 28:6,7 32:4,23 33:5,8, 23 35:5 37:9,20 38:14 39:7,11 40:5 45:5,20 46:1 54:25 58:18

**sergeant's** 33:12

**sergeants** 33:15,18,19 55:13

**set** 38:7

**severe** 43:25 56:18,23

**severity** 41:11 43:23 56:14

**shakes** 8:13

**sharing** 57:17 62:23

**shift** 32:12,13 34:1,2 38:8,9, 11,12,22 40:12

**short** 43:8

**shot** 43:25 56:18

**show** 48:22 49:1 52:4 58:23

**showed** 34:20, 25

**shown** 59:15

**Sias** 11:6 57:23 58:1

**sic** 55:7

**side** 22:8

**similar** 26:17 33:2

**similarities** 63:14

**single** 32:20

**sir** 7:23 8:4 9:13,18 10:7, 11,13 11:4,10, 17,25 12:5 14:13 15:1,5,8 16:13 17:7 18:17 19:24 20:5,12,22 21:10 22:19 23:18 24:2 25:11 27:10,23 34:10,13 35:3, 11,19 36:15 37:18 38:6 39:5 41:6,23 42:19, 22 43:9 44:3,9, 23 45:20 47:4, 23 48:21 49:7 50:4,5,11 51:1 52:5,6,17 53:4, 14 54:5,10,17 55:4,5,14,18 56:9,22 57:3,10 58:3,7,24 59:3, 7,18 60:3 61:10,18 62:24 63:19 64:7

**sit** 11:10,17 16:13 18:17 20:5,9 34:15 35:19 41:23,24 43:9 44:14 45:2 47:3,23 49:14, 23 51:1 55:14 57:10,18 62:24

**sitting** 50:14

**situation** 26:10

**skin** 63:14

**skinned** 62:20

**slightly** 50:19

**software** 44:17

**solemnly** 7:15

**sort** 41:1

**sounded** 21:14

**Southern** 6:12

**speak** 8:19

**speaking** 51:16,23 52:2



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

specialized 35:4,8 37:8

specific 17:20 20:10 49:14 50:14 57:18

specifically 9:9

spell 7:25

spent 21:16

spoke 54:25

spoken 14:5

Squad's 54:24

stamp 54:14

stamped 52:6 59:1

stand 60:24 61:6

start 8:25

started 24:19 25:8,9 26:12 32:13,14 44:19

starting 6:17

state 6:15 7:5, 25

statement 48:12,16 49:18

States 6:12

stay 23:13

stealing 29:23

step 20:18

stick 56:1

stolen 29:24

stop 8:20 52:21 57:17 62:23

strangely 14:18

street 6:5 10:15 12:1,3 15:2 51:3 55:1 59:15 63:20

strictly 40:5

strike 24:8

26:1 28:24 37:19 40:22 41:24 42:3 46:1 47:6 49:24 56:3 60:22 62:22 63:8,10

string 57:12

studied 21:24 22:10

study 21:21 22:23

studying 23:12

stuff 46:18

substantiate 20:19

suit 19:15

suite 6:5

summaries 48:8,18

summary 27:24

super 62:16

supervisors 35:10 55:12

supplemental 37:16

support 42:6 55:21

supporting 42:8

Supreme 50:5

suspect 41:10 59:24 60:5,24 61:6,12

swap 22:3

swear 7:15

symptoms 25:5

system 45:3

## T

taking 8:11 9:25 10:4 64:15

talk 8:17

talked 51:6

talking 30:24 51:13 62:3,12

Tanoury 6:21, 25 7:12 36:25 37:2,5 49:19 57:14 58:10 60:6,18,25 61:7 62:2,10 63:5 64:11,18,20 65:5,7,10

team 30:19 32:16

tear 25:18,20

technician 6:3

ten 40:2

terms 58:25

testified 16:16 17:1 32:3 35:11 37:10 40:16 46:2 48:21 55:18 57:21 59:18 61:23 62:17

testimony 7:16 9:20 10:2, 9 16:20 17:4 30:23 35:20 50:22 63:25

theft 28:4 29:21,23 45:13

thing 17:23 21:24 26:23 29:14,24 30:21 36:8,14 41:1 42:9 46:12,17

things 30:18 37:13 40:21 47:10

thinking 35:15

thought 11:2

time 6:8 9:7 11:24 22:11 23:11 25:8,15 26:22 27:21,25 28:25 30:11

33:3 36:16,20 38:18,19 43:4,8 46:1 56:21 58:15,20 63:8 64:8 65:1,6,7, 12

timeline 30:8

times 13:12 15:11 16:4 17:11 40:2 55:6,7

tint 61:25 62:1, 8,12

today 6:4 8:4 9:20 10:2,9 11:10,17 12:11 13:5,8,13 14:3, 6 16:13 18:17 20:5,9 34:15 35:19 41:23,25 43:9 44:14 45:2 47:4,23 49:14, 23 50:14 51:1 53:8 55:14 57:10,18 58:19 62:24 63:22 64:7,25

Today's 6:6 11:15,21

Todd 42:25 43:13

tone 63:14

top 53:3,14

totally 19:7

traffic 29:6

training 21:15 35:4,8,20,23 36:1,4,6,16,19, 23 37:9,11,16 45:17 49:4,10 50:8 59:19 60:2

transcript 64:13,21,25 65:6

transcripts 14:14,19,23

transition 50:12

transitioned 44:17 48:9,18

translate 8:13

trial 14:15,20 63:25

truth 7:17

truthful 9:19 10:1

turn 47:9 64:8

turned 41:9

two-minute 58:8

type 22:13 35:4

types 39:22 53:21

## U

Uh-huh 46:4 53:19

ultimately 10:23

understand 10:13,17,21 11:4 12:1 62:11

understanding 16:8 18:13 29:10 30:7 44:6 45:10

understood 9:5 45:16 46:19 47:3 50:3

uniform 40:2

uniformed 40:13

unit 28:4 29:20, 21 30:1,12,13, 16 31:21 55:2 58:4

United 6:12

University 21:16,19,22,25 22:11,12,13,16, 18,19,24 23:12



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

## V

**VA** 24:6,11,15, 17,25 25:3 26:18

**vacated** 10:22

**vary** 38:17

**verbal** 8:13 49:17

**victim** 60:10 62:25

**victims** 59:16 61:23

**video** 6:3 65:3, 8

**videoconference** 6:9 58:19

**view** 24:14

**volunteer** 26:24

## W

**wait** 46:15

**waive** 64:14, 18,22

**Walker** 11:6 54:3,6,23,25 55:2,16 57:22 59:16

**wanted** 22:5

**wear** 25:18,20

**weeks** 35:15

**West** 6:5 22:8

**white** 62:9 63:12

**window** 24:9

**witnesses** 30:25 35:24 46:15

**word** 63:11

**worded** 14:17

**work** 24:4 26:15,17,25 27:20 32:12

**worked** 28:6

**working** 26:14 38:18

**works** 45:3

**worries** 19:6

**writing** 36:5,6 44:11,17 48:17

**wrongful** 11:7

## Y

**year** 11:21 20:24 21:16 25:13 27:15 32:23

**years** 15:17 18:10 21:18,19 22:25 23:1 24:18 25:7 26:7 27:3,6,7 28:3,5, 22 31:24,25

**yellowish** 61:25 62:1,8,12

**young** 62:18 63:13

## Z

**zoom** 6:20,22 8:11 13:24 52:6,9,11,13 61:20

**zooming** 59:1

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com