# Exhibit 41

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

Date: ___December 29, 2004___

Case File No. ___552-04___

| DEFENDANT RICHARD H. HORTON | SEX Male | RACE Black | DOB 08-21-1976 | ID 20538B |
|---|---|---|---|---|
| ADDRESS 893 Camden Avenue, Columbus, Ohio | ZIP 43201 | SSN ▮▮▮▮▮ | | |
| CHARGE Aggravated Robbery, 2911.01 (A-1) | O.R. 040866104 | | | |
| OFFENSE LOCATION 927 Loew Street | DATE & TIME OF ARREST 12-27-04   9:00 PM | | | |
| EVIDENCE SEIZED 1 Shell casing | PROP NO. 04-24460 | | | |
| TAPE-RECORDED ☐ YES ☒ NO | TYPE OF TAPE ☐ AUDIO ☐ VIDEO | PROP. NO. | | |

| DEFENDANT | SEX | RACE | DOB | ID |
|---|---|---|---|---|
| ADDRESS | ZIP | SSN | | |
| CHARGE | O.R. | | | |
| OFFENSE LOCATION | DATE & TIME OF ARREST | | | |
| EVIDENCE SEIZED | PROP NO. | | | |
| TAPE-RECORDED ☐ YES ☐ NO | TYPE OF TAPE ☐ AUDIO ☐ VIDEO | PROP. NO. | | |

| DEFENDANT | SEX | RACE | DOB | ID |
|---|---|---|---|---|
| ADDRESS | ZIP | SSN | | |
| CHARGE | O.R. | | | |
| OFFENSE LOCATION | DATE & TIME OF ARREST | | | |
| EVIDENCE SEIZED | PROP NO. | | | |
| TAPE-RECORDED ☐ YES ☐ NO | TYPE OF TAPE ☐ AUDIO ☐ VIDEO | PROP. NO. | | |

I-20.125 (1)

Page 1 of 6 pages

R. HORTON 001725

Witnesses: (Police)

| NAME Detective Brenda K. Walker | RANK P.O. | BADGE #1176 |
|---|---|---|
| ASSIGNMENT Robbery Squad – 942 | WATCH 1st | O.R. 040866104 |
| EXPECTED TESTIMONY Primary detective. | | |

| NAME Officer Pamela Rhodeback | RANK P.O. | BADGE #1915 |
|---|---|---|
| ASSIGNMENT 5 Precinct | WATCH 1st | O.R. 040866104 |
| EXPECTED TESTIMONY First responding/reporting officer. | | |

| NAME Detective Tom Seevers | RANK P.O. | BADGE #1042 |
|---|---|---|
| ASSIGNMENT Crime Scene Search Unit | WATCH 1st | O.R. 040866104 |
| EXPECTED TESTIMONY Processed crime scene. | | |

| NAME | RANK | BADGE |
|---|---|---|
| ASSIGNMENT | WATCH | O.R. |
| EXPECTED TESTIMONY | | |

| NAME | RANK | BADGE |
|---|---|---|
| ASSIGNMENT | WATCH | O.R. |
| EXPECTED TESTIMONY | | |

I-20.125 (2)

Page 2 of 6 pages

R. HORTON 001726

If the victim or witness identified the defendant state: How (at scene, line-up, photo, etc.); when (date, time, etc.); where (arrest scene, home, etc.)

Witnesses: (Civilian)

| NAME Richard McClanahan | | PHONE (HOME) 614-291-1102 | PHONE (WORK) 614-294-1133 |
|---|---|---|---|
| ADDRESS 1250 Indianola Avenue, Columbus, Ohio 43201 | | SEX Male | AGE 48 |
| PLACE OF EMPLOYMENT Mr. Dependable | | RELATIONSHIP TO DEFENDANT None | |
| EXPECTED TESTIMONY Victim of robbery. | | | |
| COMMENT Positive I.D. photo array. O.R. #040866104 | TAPE ☐ YES ☒ NO | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

| NAME Rhonda Curry | | PHONE (HOME) 614-291-1102 | PHONE (WORK) |
|---|---|---|---|
| ADDRESS 1250 Indianola Avenue, Columbus, Ohio 43201 | | SEX Female | AGE 47 |
| PLACE OF EMPLOYMENT N/A | | RELATIONSHIP TO DEFENDANT None | |
| EXPECTED TESTIMONY Victim of robbery. | | | |
| COMMENT Positive I.D. photo array O.R. #040866104 | TAPE ☐ YES ☒ NO | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

| NAME | | PHONE (HOME) | PHONE (WORK) |
|---|---|---|---|
| ADDRESS | | SEX | AGE |
| PLACE OF EMPLOYMENT | | RELATIONSHIP TO DEFENDANT | |
| EXPECTED TESTIMONY | | | |
| COMMENT | TAPE ☐ YES ☐ NO | TYPE OF TAPE ☐ Video ☐ Audio | PROP. NO. |

I-20.125 (3)

Page 3 of 6 pages

R. HORTON 001727

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY

COPY

On October 9, 2004, **Richard McClanahan** and his girlfriend of twelve years, **Rhonda Curry**, were asleep at their residence, located at 927 Loew Street. At approximately 7:30 a.m., there was a knock at their door and a man's voice calling, "**Slim,**" which is Mr. McClanahan's nickname. Thinking it was his nephew, Mr. McClanahan answered the door. As he began to open it, it was forced open, causing Mr. McClanahan to fall back onto a roll-out couch that was open in the living room. He was immediately struck in the forehead with a handgun, causing his head to bleed.

The suspect immediately started demanding money while holding the gun to Mr. McClanahan's head. When Mr. McClanahan denied having any, the suspect stated he knew he had gotten paid the day before, and then shot Mr. McClanahan in the right leg. Mr. McClanahan told the suspect that he had used his money to pay bills. The suspect noticed Ms. Curry looking at him and ordered her to stop. He told her if she did not, he would kill her. He again ordered money from Mr. McClanahan. Mr. McClanahan told the suspect he had paid his bills and had only $40.00 left from his paycheck.

The suspect pulled Mr. McClanahan around on the floor while he looked for his boot, which he had put his money in. He asked Mr. McClanahan where his telephone was now and threatened that he had better find the money. The suspect again caught Ms. Curry looking at him, and again he ordered her to quit looking. Mr. McClanahan was able to locate his money and gave the suspect the two twenty-dollar bills.

The suspect became extremely angry and said, "**You got more than this—all that money you had yesterday!**" He then began ransacking the house when he realized that Ms. Curry was looking at him again. When she was caught, she quickly covered her eyes with her pillow. The suspect then placed the gun to her head and stated that because she had looked, he now had to kill her. Mr. McClanahan begged him not to hurt her but to instead shoot him again. The suspect asked Ms. Curry where her money was. She told him she didn't have any and that she did not have a job.

The suspect continued looking around and tried to fold up the couch, with Ms. Curry lying on it. He finally gave up and ran out the front door.

Ms. Curry's sister was an overnight guest and was in the back bedroom when the robbery took place. She heard everything but stayed in the bedroom until the robber left. Once the suspect left, the two women helped Mr. McClanahan to his truck and drove to his sister's to call police. By the time police arrived, Mr. McClanahan was transported to Grant Hospital, where he was immediately taken to surgery.

Robbery Detective B. Walker, #1176, and Crime Scene Search Unit Detective T. Seevers, #1042, responded. Detective Seevers processed the scene for latent prints. The results were positive and the lifts were forwarded to the Latent Unit for evaluation. A 9-mm spent shell casing was also recovered and taken to the Columbus Police Property Room and submitted under Property #04-24460.

Detective Walker met with Ms. Curry at Grant Hospital. Ms. Curry confirmed the above-stated facts. She told Detective Walker that she recognized the suspect but could not remember from where. She described him as male, black, 25 to 30 years of age, approximately 6'2" to 6'3" tall, medium, healthy build, light skin

(continued)

I-20.125 (4)

Page 4 of 6 pages

R. HORTON 001728

COLUMBUS DIVISION OF POLICE
INVESTIGATIVE SUBDIVISION
CRIMINAL INVESTIGATION SUMMARY



(yellow), wearing a gray pullover hooded sweatshirt with the hood up and tied tightly so that she could see his eyes and nose (the center of his face). She stated she would be able to identify the suspect if she saw him again.

On October 13, 2004, Detective Walker interviewed Richard McClanahan at Grant Hospital, where he was a patient. Mr. McClanahan told Detective Walker that he had had two surgeries since the robbery and needed at least two more to repair the damage to his leg.

Mr. McClanahan identified the robber as **"Richard."** Mr. McClanahan stated he was not sure of his last name but would be able to get it. He stated his niece sold him a car five or six years ago. The vehicle needed brakes and Mr. McClanahan put them on so she could sell it. Richard picked up the car at his house. He had seen Richard around the neighborhood and knew he had done time in prison for drug charges. Mr. McClanahan went on to tell Detective Walker that he had seen Richard the night before the robbery. After cashing his check, Mr. McClanahan went to a convenience store, located at 5th Avenue and St. Clair Avenue, to buy beer. Mr. McClanahan ran into Richard when he was outside using the pay phone to call the electric company about a debt. The two exchanged greetings. Mr. McClanahan had to take the wad of folded money out of his pocket to get to the change at the bottom. When Richard saw Mr. McClanahan's cash, he asked to borrow twenty dollars and Mr. McClanahan told him no because he needed it for bills. Richard then asked if he could use the phone and Mr. McClanahan told him no because he needed to place a business call. Mr. McClanahan tried the number once and it was busy. Richard again asked if he could have twenty dollars and said Mr. McClanahan could afford it, with all the money he had. Mr. McClanahan again told him no and tried the number again. The line was still busy, so Mr. McClanahan got in his truck and left.

On October 28, 2004, Detective Walker spoke with Richard McClanahan by phone. He provided the identity of the suspect as **Richard Horton, M/B, 25 to 27 years of age.**

Detective Walker was able to locate Richard Horton in the Columbus Police AFIS computer. A photo array was prepared (lineup #16079), which included Mr. Horton's photograph.

Detective Walker met with Richard McClanahan and Rhonda Curry on December 4, 2004. Ms. Curry and Mr. McClanahan were shown the photo array separately, and each positively identified Richard Horton as the robber. Mr. McClanahan and Ms. Curry each signed copies of the photo array and the Photo Array Procedures form.

On December 15, 2004, a warrant was issued against Richard H. Horton for Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree.

On December 27, 2004, Richard Horton turned himself in to the Franklin County Jail, located at 370 S. Front Street.

(continued)

I-20.125 (5)

Page 5 of 6 pages

R. HORTON 001729

### COLUMBUS DIVISION OF POLICE
### INVESTIGATIVE SUBDIVISION
### CRIMINAL INVESTIGATION SUMMARY



On December 28, 2004, at approximately 12:25 p.m., Detective Walker met with Richard Horton at the Franklin County Jail. Detective Walker advised Mr. Horton of his constitutional rights. Mr. Horton stated he understood his rights and refused to be interviewed without his attorney.

It is respectfully requested that the Franklin County Grand Jury indict Richard H. Horton for his involvement in the above-described offense for one count of Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree, and any and/or all other indictable offenses.

| APPROVED | INVESTIGATING DETECTIVE<br>Brenda K. Walker #1176 |
|---|---|
|  | ASSIGNMENT<br>Robbery – 1st |
| Sgt: _____ |  |
|  | DAYS OFF<br>S/M |
| Lt.: _____ |  |

BKW/cab 12-29-04

I-20.125 (6)

Page 6 of 6 pages

R. HORTON 001730

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 1 | PAGE 1 |
|---|---|---|
| OFFENSE Armed robbery | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-09-04 |
| DETECTIVE Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

INFORMATIONAL SUMMARY #1

COPY

SUBJECT: INTERVIEW OF      RHONDA CURRY, F/B/47
DOB: 03-12-1957
SSN: ████████████
927 LOEW STREET
COLUMBUS, OHIO 43219

On October 9, 2004, at approximately 10:00 a.m., Robbery Detective Brenda Walker, #1176, conducted an interview with Ms. Curry at Grant Hospital regarding a robbery that occurred at Ms. Curry's residence earlier that morning.

Rhonda Curry lives at the residence with her live-in boyfriend of fifteen years, **Richard McClanahan**. At approximately 7:30 a.m., both she and Mr. McClanahan were asleep in the living room when they heard a knock at the door and a male calling Mr. McClanahan by his nickname "Slim." Thinking it was their nephew, Mr. McClanahan began to open the door, at which time it was forced open. This caused Mr. McClanahan to lose his balance and he fell onto a roll-out couch, which was open and on which Ms. Curry was lying. Mr. McClanahan was immediately struck in the forehead with a handgun.

The suspect immediately started demanding money and said, **"Man, give me the goddamn money! Where's it at? I know you got it. I know you got paid yesterday."** Mr. McClanahan replied by saying that he had paid his bills and had only forty dollars left. Mr. McClanahan was on his back and had raised his leg toward his chest in an effort to conceal himself when the suspect shot him in the leg and said, **"Man, I'll kill you!"**

Ms. Curry stated that one of the first things the robber said to her was to quit looking at him. Numerous times throughout the incident she was told to quit looking, however, she thought he looked familiar and was trying to remember how she knew him. At one point he caught her looking at him and he placed the gun to the pillow she was hiding under and told her he would have to kill her because she had seen his face. Mr. McClanahan begged him to leave her alone and to shoot him again instead.

R. HORTON 001731

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

COPY

| | SUMMARY NO. 1 | PAGE 2 |
|---|---|---|
| OFFENSE Armed robbery | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-09-04 |
| DETECTIVE Brenda K. Walker #1176 | DETECTIVE | SERGEANT |

The suspect was extremely angry and pulled Mr. McClanahan around on the floor so Mr. McClanahan could find his boots because Mr. McClanahan had stated he thought he had put his money in one of them. When Mr. McClanahan finally found the boots, he gave the suspect the forty dollars he had left after paying his bills. The suspect kept accusing Mr. McClanahan of having more money, because he knew Mr. McClanahan had gotten paid the day before. The suspect began ransacking the living room, turning over the TV and other various items.

The suspect then asked Ms. Curry where her money was. She told him she didn't have any and that she didn't work. Unhappy with her response, the suspect tried to fold up the couch she was lying on.

Ms. Curry told Detective Walker that the suspect finally gave up and said, **"Fuck this shit!"** and walked out the front door. Ms. Curry stated she immediately closed and secured the front door, as she was unsure if he would come back.

Ms. Curry's sister, **Shelli Curry**, was visiting from out of town. She was in the back bedroom when the robbery occurred and the robber did not know she was there. After the robber left, the two women helped Mr. McClanahan to his truck and drove to his sister's to call police, as they did not have a phone.

Ms. Curry described the suspect as male, black, 25 to 30 years of age, 6'2" to 6'3" tall, medium, healthy build, light skin (yellow), wearing a gray pullover hooded sweatshirt (with the hood up and tied tightly), and medium-colored blue jeans with lighter stitching. She could not remember if he wore gloves. She described the gun as flat with a five- or six-inch silver barrel and a black handle.

Ms. Curry stated she would be able to identify the suspect if she saw him again.

Respectfully submitted,

Brenda K Walker 1176

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 12-30-04

R. HORTON 001732

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

|  |  | SUMMARY NO. 2 | PAGE 1 |
|---|---|---|---|
| OFFENSE Armed robbery |  | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan |  | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-09-04 |
| DETECTIVE Brenda K. Walker #1176 |  | DETECTIVE | SERGEANT |

INFORMATIONAL SUMMARY #2

SUBJECT: INTERVIEW OF   RICHARD MCCLANAHAN, JR., M/B/48
DOB: 04-23-1956
SSN: ███████
927 LOEW STREET
COLUMBUS, OHIO 43219

On October 13, 2004, at approximately 12:10 p.m., Robbery Detective Brenda Walker, #1176, conducted an interview with Mr. McClanahan at Grant Hospital, where he was a patient as a result of injuries he had sustained during a robbery at his residence, 927 Loew Street, on October 9, 2004.

Mr. McClanahan started by telling Detective Walker that the person who robbed him was a male he knew as **"Richard."** He stated his niece had sold Richard a car five or six years ago and that he would be able to get Richard's last name. Mr. McClanahan said he had to replace the brakes on the car before she could sell it and that Richard had picked it up at his house, 927 Loew Street.

Mr. McClanahan stated he works for Mr. Dependable driving a tractor-trailer and delivering sod. Mr. McClanahan stated he has worked for this company for approximately two years. The night before the robbery (Friday), Mr. McClanahan had gotten paid. After going to the bank, Mr. McClanahan went to a convenience store, located at 5th Avenue and St. Clair Avenue, to buy beer.

Afterwards, Mr. McClanahan went outside to use the pay phone, where he ran into Richard. The two men exchanged greetings and Mr. McClanahan went ahead and proceeded to use the phone. Mr. McClanahan had to remove a handful of folded money from his pocket to get to the change underneath. When he did this, Richard saw his money and said, **"You must have just got paid with that big knot."** Mr. McClanahan replied, **"This ain't no money—this is chicken change."** Richard asked if he could borrow twenty dollars, and Mr. McClanahan told him he couldn't because he needed to pay his bills. Richard questioned Mr. McClanahan and asked, **"All that money and you can't loan me twenty dollars?"** Again, Mr. McClanahan told him no and that he needed it to pay bills. Richard asked if he could use the phone first. Mr. McClanahan told him no, that he needed to make an important business call before they

R. HORTON 001733

DIVISION OF POLICE
PROGRESS OF INVESTIGATION
COPY

| | | SUMMARY NO. 2 | PAGE 2 |
|---|---|---|---|
| OFFENSE Armed robbery | | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan | PLACE OF OCCURRENCE 927 Loew Street | | DATE OF OFFENSE 10-09-04 |
| DETECTIVE Brenda K. Walker #1176 | DETECTIVE | | SERGEANT |

closed. Richard replied sarcastically, **"All right. That's all right."** Mr. McClanahan made the call, but the line was busy, so he got into his truck and left.

The next morning there was a knock at the door of Mr. McClanahan's residence. Mr. McClanahan's girlfriend, **Rhonda Curry**, woke him up, so he got up to answer it. Mr. McClanahan asked who it was through the door and he thought the male said, **"Rob."** (Rob is Mr. McClanahan's nephew, and he was expecting him, as he was going to help him with a car repair.)

As Mr. McClanahan opened the door, the door was pushed open, and Mr. McClanahan was hit in the head above his left eye with a handgun. He fell to the open roll-out couch. Pointing the gun at Mr. McClanahan's face, the suspect said, **"You know what this is. You know. Give it up."** Mr. McClanahan told him he didn't have any money. The suspect then shot Mr. McClanahan in the right leg and said, **"Give me that money. You just got paid yesterday—all that money you had."**

Mr. McClanahan told the suspect, **"I ain't got none. That was bill money. I told you that yesterday."** The suspect then stated, **"Yeah, where's your telephone at now? Get that money."**

Mr. McClanahan told Detective Walker that he was getting dizzy and that he had hidden his money but wasn't' sure where he had put it. He was trying to tell the suspect the he had forgotten where he put it and said he might have put it in his boot. Mr. McClanahan stated he was crawling around the floor when the suspect started dragging him and telling him he had better find it. When Mr. McClanahan found his boot, he removed the two twenty-dollar-bills that were inside. The suspect became angry and yelled, **"You got more than this, and all that money you had yesterday!"**

Mr. McClanahan said his girlfriend was crying and the suspect started screaming at her for looking at him, **"I told you don't look at me! I got to kill you now!"** Mr. McClanahan said the suspect held the gun to the pillow with which his girlfriend was covering her head. Mr. McClanahan told the suspect to shoot him again instead and to leave her alone. The suspect responded by telling Mr. McClanahan that he had to kill him anyway because he didn't have any money. Mr. McClanahan stated the suspect pulled back the hammer, placed the gun

R. HORTON 001734

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

COPY

| | | SUMMARY NO. 2 | PAGE 3 |
|---|---|---|---|
| OFFENSE Armed robbery | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 | |
| FIRM OR VICTIM Richard McClanahan | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-09-04 | |
| DETECTIVE Brenda K. Walker #1176 | DETECTIVE | SERGEANT | |

to his head again and said, **"Give me the money!  This is your last chance!"**  Mr. McClanahan told him again that he didn't' have any more. Mr. McClanahan stated the suspect started knocking things over in the living room looking for money, then left.

Mr. McClanahan said that his girlfriend and her sister drove him to his sister's to call police, as they did not have a phone.  Mr. McClanahan said his sister lives just around the corner at 1412 Gibbard.

Mr. McClanahan described the suspect as male, black, light skin, 6'0" tall, with bushy eyebrows and short nappy hair.  During the robbery, the suspect wore a gray hooded sweatshirt, with the hood up and tied tightly.

Mr. McClanahan stated he would be able to identify the suspect if he saw him again.  Mr. McClanahan stated he did see the suspect's face during the robbery.  Mr. McClanahan advised that he would call Detective Walker when he found out Richard's last name.

Respectfully submitted,

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 12-30-04

R. HORTON 001735

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 3 | PAGE 1 |
|---|---|---|
| OFFENSE<br>Aggravated Robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM<br>Richard McClanahan Jr. | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-19-2004 |
| DETECTIVE<br>Sam Sias #1871 | DETECTIVE<br>Brenda Walker #1176 | SERGEANT |

**INFORMATIONAL SUMMARY #3**

SUBJECT:                      INTERVIEW WITH:

COPY

JANETTE D. HARMON, F/B/23
DOB: 12-30-1981
2279 SONORA DRIVE
GROVE CITY, OHIO 43123
CELL PHONE: 284-4482
WORK PHONE: 337-1066

On June 22, 2005, at approximately 9:00 a.m., Robbery Detectives Brenda Walker, #1176, and Sam Sias, #1871, conducted an interview with Ms. Harmon at Columbus Police Headquarters, 6th-floor, Detective Bureau.

Ms. Harmon was interviewed at the request of Prosecutor Nate Smith as an alibi witness for suspect **Richard Horton**. Ms. Harmon identified herself as Richard Horton's fiancée. She has known him for approximately 14 months. They have lived together at the above-listed address since his release from jail in January. They have been engaged for two months and plan to marry at the Franklin County Courthouse July 1.

Ms. Harmon started by saying that Mr. Horton was at home with her on October 9, 2004. She knew that, because it was a Saturday, and they do not work weekends. She remembered that October 9, 2004, was around the time she had burned her leg at work, but she couldn't remember the exact date of the injury.

Ms. Harmon continued by saying that on Saturdays, they always sleep in. Detective Walker asked if she would have noticed if Mr. Horton had gotten up and left. She said she was a very light sleeper and would have known if he had gotten out of bed. She could not remember any specifics about that day; only that they might have gone shopping. She could not say where or for what, nor could she provide any receipts.

Detective Walker asked Ms. Harmon if she could remember what they had done the night before, on Friday October 8. Again, she could not remember specifics but stated she would get off work at 2:30 p.m. and

R. HORTON 001736

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

COPY

| | SUMMARY NO. 3 | PAGE 2 |
|---|---|---|
| OFFENSE Aggravated Robbery | REPORT NUMBER 040866104 | CASE FILE NO. 552-04 |
| FIRM OR VICTIM Richard McClanahan Jr. | PLACE OF OCCURRENCE 927 Loew Street | DATE OF OFFENSE 10-19-2004 |
| DETECTIVE Sam Sias #1871 | DETECTIVE Brenda Walker #1176 | SERGEANT |

go home and take a nap.  Mr. Horton got off work that day at 4:30 p.m. from Popeye's Chicken, located at 2135 E. Livingston Avenue.  Mr. Horton would take the COTA bus and go to the World Gym downtown and work out.  She would pick him up at the gym around 9:30 and they would go home.  Again, she could not say specifically, only that that was what they always did—their normal routine.

Ms. Harmon stated that Richard Horton had not been involved in any drug activity that she was aware of since they have been dating.  She said she had never seen him with a gun.

Ms. Harmon stated she drives a 2002 Sebring.  She said that Richard Horton has never driven her car, as he does not have a valid driver's license.

Ms. Harmon was aware of some of Richard Horton's criminal history.

Ms. Harmon provided a short handwritten statement.  It will be maintained in the robbery File (#552-04).

Respectfully submitted,

*Brenda K. Walker* 1176

DETECTIVE BRENDA K. WALKER #1176
Robbery Squad – 1st Watch

BKW/cab 06-30-05

R. HORTON 001737

DIVISION OF POLICE

PROGRESS OF INVESTIGATION                                      PAGE NO. 1

| OFFENSE<br>Armed Robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
|---|---|---|
| FIRM OR VICTIM'S NAME<br>Richard McClanahan & Rhonda Curry | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |

**PRELIMINARY PROGRESS**



On October 9, 2004, at approximately 8:30 a.m., Detective Bureau personnel notified Robbery Detective Brenda Walker, #1176, that patrol officers were requesting Robbery Squad's assistance. Detective Walker spoke to Sergeant Charles Greene, #5143, who advised of a residential robbery at 927 Loew Street. Detective Walker, along with Crime Scene Search Unit Detective T. Seevers, #1042, responded.

Upon arrival, detectives were met by Patrol Officer Pamela Rhodeback, #1915, and Todd Rhodeback, #1501, who provided the following information. The officers stated they were advised that the homeowners were victims of a residential robbery. As they answered a knock at the door, the suspect forced his way inside and struck the male victim in the head with a handgun, causing him to fall on a roll-out couch. The male victim was then shot in the leg. The suspect ransacked the living room and had tried to fold the female victim up in the fold-out couch/bed. The suspect took $40.00 before he fled.

Officers told detectives that the male resident had been transported to Grant Hospital for his injuries and that the female resident was at the hospital with him.

Detective Seevers photographed the crime scene. He then processed several areas and items for latent fingerprints. Two lifts were obtained and forwarded to the Latent Unit for evaluation. Detective Seevers collected on 9-mm spent shell casing, which was located in the living room. The item was taken to the Columbus Police Property Room and submitted under Property #04-24460).

Detective Walker met with **Rhonda Curry** at Grant Hospital and interviewed her regarding the incident (see Informational Summary #1). Ms. Curry stated that she recognized the suspect as someone she had seen in the past, but she could not recall where. She described him as male, black, 25 to 30 years of age, approximately 6'2" to 6'3" tall, medium, healthy build, light skin (yellow). She stated he wore a gray

| CLEARANCE | | DATE | AGES/PERSONS ARRESTED<br>28/Richard H. Horton | |
|---|---|---|---|---|
| X | CLEARED<br>BY ARREST | 12-27-04 | DETECTIVE<br>Brenda K. Walker | BADGE<br>#1176 |
| | EX. CLEARED | | DETECTIVE | BADGE |
| | UNFOUNDED | | DETECTIVE | BADGE |
| | RECLASSIFIED | | DETECTIVE | BADGE |
| | INVES. CONT. | | SUPERVISOR | IBM |

R. HORTON 001738



DIVISION OF POLICE

PROGRESS OF INVESTIGATION                                    PAGE NO. 2

| OFFENSE | REPORT NUMBER | CASE FILE NO. |
|---|---|---|
| Armed Robbery | 040866104 | 552-04 |
| FIRM OR VICTIM'S NAME | PLACE OF OCCURRENCE | DATE OF OFFENSE |
| Richard McClanahan & Rhonda Curry | 927 Loew Street | 10-09-04 |

pullover hooded sweatshirt with the hood up and tied tightly so that she could see his eyes and nose. She stated she would be able to identify him if she saw him again, because she kept looking at his face to try to remember where she knew him from.

On October 13, 2004, Latent Examiner Kim Sharrock examined the lifts forwarded to the Latent Unit. The lifts were determined to be of value, but not AFIS quality.

On October 13, 204, at 12:10 p.m., Detective Walker interviewed **Richard McClanahan** at Grant Hospital, where he was a patient. MR. McClanahan told Detective Walker that he had had two surgeries since the robbery and needed at least two more to repair the damage to his leg, which had been shot. During the interview, Mr. McClanahan identified the robber as **"Richard."** He was unsure of Richard's last name, but told Detective Walker he would be able to get it (see Informational Summary #2 for details).

On October 28, 2004, Detective Walker spoke with Richard McClanahan by phone. Mr. McClanahan provided the identity of the suspect as **Richard Horton, M/B/25 to 27** years of age. Upon checking, Richard H. Horton was located in the Division computer under **CPD ID #20453B**.

On October 29, 204, Detective Walker submitted a Latent Comparison Request to have the prints recovered at the scene compared to those of Richard Horton. On November 4, 2004, Latent Examiner Rhonda Cadwallader determined the results were negative.

Detective Walker prepared a photo array (lineup #16079), which included Richard Horton's photograph. Detective Walker met with Richard McClanahan and Rhonda Curry on December 4, 2004. Ms. Curry and Mr. McClanahan were shown the photo array separately, and each positively identified Richard Horton as the robber. Mr. McClanahan and Ms. Curry each signed copies of the photo array and the Photo Array Procedures form.

On December 15, 2004, a warrant was issued against Richard H. Horton for Aggravated Robbery, 2911.01 (A-1) O.R.C., a felony of the first degree.

On December 27, 2004, Richard Horton turned himself in to the Franklin County Jail, located at 370 S. Front Street.

On December 28, 2004, at approximately 12:25 p.m., Detective Walker met with Richard Horton at the Franklin County Jail. Detective Walker advised Mr. Horton of his constitutional rights. Mr. Horton stated he understood his rights and refused to be interviewed without his attorney.

R. HORTON 001739

DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 3 |
|---|---|---|
| OFFENSE<br>Armed Robbery | REPORT NUMBER<br>040866104 | CASE FILE NO.<br>552-04 |
| FIRM OR VICTIM'S NAME<br>Richard McClanahan & Rhonda Curry | PLACE OF OCCURRENCE<br>927 Loew Street | DATE OF OFFENSE<br>10-09-04 |

Based on the above-listed facts, Columbus Police Report #040866104 is cleared by the arrest of:

**RICHARD H. HORTON, M/B/28**
**CPD ID #20538B**

COPY

BKW/cab 12-30-04

R. HORTON 001740

Location _927 LOEW ST._      Offense _ROBBERY_    Property # _____

Victim _RICHARD McCLANAHAN JR_      Detective(s) _WALKER_

Date _10.9.04_     OR# _04086104_     CSSU Detective(s) _TJ_

I-10.108 (1-91)



1



2

ts1042
10.9.04



1

2

SOFA BED + FRAME
IN LIVING ROOM

R. HORTON 001741

# LATENT COMPARISON REQUEST

### Division of Police • Columbus, Ohio

| REQUEST Date: | Requested By: | BADGE / IBM # | ASSIGNMENT / SHIFT | PHONE # |
|---|---|---|---|---|
| 10-29-2004 | Brenda K Walker | 1176 | Robbery 1st | 4667 |

| OFFENSE: | Offense Date: | Offense Report # |
|---|---|---|
| Armed Robbery | 10-09-2004 | 040866104 |

| Offense Location or Address: | Latent Case # |
|---|---|
| 927 Loew St. | 7102-04 |

| SUSPECT Name: *Only ONE suspect is to be listed. Submit a separate request for each suspect.* | Suspect I.D. # |
|---|---|
| Richard H. Horton | 205388 |

**• Latent Unit Use Only - Do Not Write In Area Below •**

Results of Latent Examination:

COPY

NEGATIVE RESULTS

| Date Completed: | Examined & Compared By: | Verified By: |
|---|---|---|
| 11/4/04 | Rhonda Leavelladr LPO | |

| Results Sent To: | Date Sent: |
|---|---|
| B Walker 1176 Robbery | 11/4/04 |

S-33.112 (2/96)

R. HORTON 001742

COPY

# Crime Scene Procedures

| | | | | | |
|---|---|---|---|---|---|
| **CSSU #** 04-964A | | | | **Date** 10-9-04 | |

| Offense ROBBERY | Incident/Report # 040 866104 | Location 927 LOEW ST. | | Victim RICHARD McCLANAHAN JR. | |
|---|---|---|---|---|---|
| **CSSU Personnel** T. SEEVERS 1042 | | | | **Investigator** B. WALKER #1176 | |

| ☑ Scene | ☑ Inside / ☐ Outside | | | ☑ Evidence | ☑ Property Room / ☐ Lab | ☑ I.D. Section / ☐ CSSU Lab |
|---|---|---|---|---|---|---|
| ☑ Photos | **Standard** 24 T6 | | Other | ☑ Property Number 04-24460 | | |
| ☐ Vehicle Processed | ☐ Lab / ☐ Scene | | | ☐ Scene Sealed | | |
| ☐ Vehicle | Type | | License # | ☐ Forensic Evidence Chart Completed | | |
| ☐ Search Warrant | | | | ☑ Attachments PHOTO LIST, LAB, PRINT CARD, | | |
| ☐ Trace Evidence | ☐ Blood / ☐ Semen | ☐ Hair / ☐ Other | | ☑ Other PROPERTY SLIP, NIBIN, FIREARM REC. | | |
| ☐ Vacuum | ☐ Vehicle / ☐ Scene | ☐ Clothing / ☐ Other | | Time Dispatched | **Scene** 8:30A | **Morgue / Lab** — **H.Q.** |
| ☑ Latent Process | **Number of Lifts** 2 | **Chemicals** BLACK POWDER | | Time Arrived | 8:56A | |
| ☐ Scene Diagram | ☐ Interior / ☐ Exterior | | | Time Cleared | 10:02A | |

DET. B. WALKER 1176 OF 1ST WATCH ROBBERY REQUESTED THAT 1ST WATCH CSSU. DET T. SEEVERS 1042 RESPOND TO 927 LOEW ST. TO PROCESS THE SCENE OF A ROBBERY.

DET. WALKER MET DET. SEEVERS AT THE SCENE AND REQUESTED 1) PHOTOGRAPHS 2) EVIDENCE COLLECTION 3) PROCESS AREAS AND ITEMS FOR LATENT FINGERPRINTS.

THE PRIMARY SCENE WAS LOCATED IN THE LIVING ROOM OF THE 1 STORY, SIDED HOME ON THE WEST SIDE OF THE STREET WITH THE FRONT FACING TO THE EAST.

DET. SEEVERS TOOK A TOTAL OF (24) .35 mm PHOTOGRAPHS TO DEPICT THE CONDITION OF THE SCENE AND THE LOCATION OF ANY EVIDENCE. SEE PHOTO LIST.

DET. SEEVERS PROCESSED A SMALL TV, AND THE FOOT RAIL OF A BED FRAME OF A HID A BED FOR LATENT FINGERPRINTS USING THE BLACK POWDER METHOD WHICH MET WITH A POSITIVE RESULT. A TOTAL OF (2) LIFTS WERE OBTAINED AND FORWARDED TO THE LATENT UNIT FOR EVALUATION. SEE PRINT CARD.

DET. SEEVERS COLLECTED (1) ITEM OF EVIDENCE FROM THE SCENE AND IT WAS TRANSPORTED TO THE CPD PROPERTY ROOM AND SUBMITTED UNDER PROPERTY NUMBER 04-24460.

| 1) | 953AM | 1 - SPENT SHELL CASING (WIN - 9mm) | UNDER MILK CRATE AT FOOT OF SOFA BED. |
|---|---|---|---|

R. HORTON 001743



## Evidence and Property Inventory • Division of Police, Columbus, Ohio

Property Number ....O4O24446O............. Date Submitted *10.19.04*.... Time *10:54* AM/PM

**Recovered From** ☐ Finder ☐ Suspect ☑ Victim ☐ Deceased SSN ......................... DOB ........................
M^C CLANAHAN JR.            RICHARD
Last Name                    First Name                    Middle Name

........................................................................................................
Street Address          Apt.#          City          State          Zip

**Owner Information** ☐ Same ☐ Suspect ☐ Victim ☐ Deceased SSN ........................ DOB ........................

Last Name                    First Name                    Middle Name

Street Address          Apt.#          City          State          Zip

**Turned In By** SEEVERS.............     **Associated Name**   SSN.............................. DOB ..............
Badge *1042* Asgmt. *CSSU*             Last........................First.................Middle ..............

**Recovered At** *927 LOEW ST.* ............................................................
Location/Address

**Charges/Reason Submitted:**   Report# *040866104*................ Incident# ......................
Offense Description *ROBBERY*............................................................

**From Impounded Vehicle**   Make ................................  License#...........................

| Articles | Brief Description (List Guns Below) | Make/Model | Serial #/Weight | Office Use Only |
|---|---|---|---|---|
| SPENT WIN. 9MM CASING | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Guns | Make | Model | Caliber | Type | Barrel Length | Finish | Serial Number | Office Use Only |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Firearm Information: Wanted Felon or Registrant Per ORC 2923.13 ☐ Yes ☐ No   **Safekeeping only** | Entered: | Basic: |
|---|---|---|

**Stored In:**  ☑ Property Room ☐ Lab ☐ Other ........................ Lab Request Submitted ☐ Yes ☑ No
**Stored For:**  ☐ Safekeeping ☑ Evidence ☐ Destruction (*List Only One Per Form*)
**Hold For:**  ☐ Homicide ☐ Auto ☐ Burglary ☐ Forgery/Fraud ☑ Robbery ☐ S.A.S.
☐ Juvenile ☐ Narcotics ☐ Vice ☐ Intelligence ☐ S.R.B. ☐ A.I.U.
☐ U.C.R.T. ☐ Assault ☐ Dom. Violence ☐ Other........................

Detective Name & Badge# *B. WALKER 1176* .............................. Property Clerk ............

R. HORTON 001744




# Recovered Firearm / Ammunition

☑ Ammo Only   ☐ Safekeeping   ☑ Evidence   ☐ Lab Form Submitted
[Do not submit if no charges are filed or no suspect(s).]

## Impounded / Recovered From:

| Name | Sex / Race |
|---|---|
| Date of Birth | Social Security Number |
| Address | City/State/Zip |
| Date/Time of Recovery  10-9-04  9:53A | Offense  ROBBERY |
| Owner's Name (If Different) | |
| Owner's Address (If Different) | |

## Weapon

| OR / CI Number  040866107 | Property Number  04-24460 |
|---|---|
| Serial Number | Manufacturer |
| Caliber | Model | Capacity |

BBL Length      Grips

**TWIST:**
RIGHT ____ LEFT ____   LANDS & GROOVES ____

**TYPE METAL:**
☐ Blue Steel
☐ Stainless
☐ Nickel
☐ Chrome

**TYPE WEAPON:**
☐ Revolver      ☐ Shotgun
☐ Derringer     ☐ Machine Gun
☐ Automatic     ☐ Handgun
☐ Rifle

## Ammunition Only:

☐ Cartridge (s)  Cal. ____   ☑ Casing (s) Cal. 9mm
☐ Bullet (s)

## Lab Use Only:                Dimensions: ____
Bullet                          Bullet
Twist: R ____  L ____   Lands & Grooves ____

## REVOLVER

Facing rear of cylinder

Clockwise

### Cylinder Rotation

☐ Clockwise
☐ Counter Clockwise

## AUTO PISTOL

In a clip fed gun, position #1 is always under the hammer.
The top position of the clip is position #2

| Position | Condition Live or Spent | Maker |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

Brief narrative: RECOVERED AT ROBBERY SCENE

Complete this form when impounding firearms and/or ammunition. Property Room personnel will attach this form to the property receipt, and forward it to the Crime Lab with the property. Examiner will fill in the appropriate information and forward to the Detective Bureau.

T. SEEVERS 1042 CCSU
Recovered By:        Name, Badge, Assignment

R. HORTON 001745



# NIBIN Evidence Request
## Columbus Division of Police



Lab Use Only:

PR# *04·24460*  Submitting Officer *T. SEEVERS* _____ Badge # *1042*

OR# *04036604*  Incident # _____

> *Foreign Departments Only:*
>
> Invoice# _____ Criminal Case# _____
>
> Department: _____

Date of Shooting or Seizure of Firearm(s): *10 / 9 / 04*  **Required**

Location of Shooting or Seizure of Firearm(s) *927 LOEW ST.* _____

_____ Zone *5*  Cruiser District _____

*Type of Evidence:*  ❑ Firearm(s)  ☑ Spent casing(s)/Shotshell(s)  ❑ Spent Bullet(s)/Projectile(s)

List Firearm(s) Submitted by make, model, and serial number:  (No mag or ammo)

| Make | Model | Serial Number |
|------|-------|---------------|
|      |       |               |
|      |       |               |
|      |       |               |

Circumstances of Recovery: (check all that apply):  **Required**

❑ CCW  ❑ Stolen Weapon  ❑ Homicide  ❑ Agg. Assault  ❑ Discharge Into Habitation

❑ WUD  ❑ Narc. Search Warrant  ❑ Drive-By Shooting  ❑ Suicide  ❑ Found

☑ Other *ROBBERY* _____

*R. WALKER #1176  X4665*

---

## LABORATORY USE ONLY

Evidence was entered into the *IBIS* system on ___ / ___ / ___ By: _____

NIBIN Case # _____

Additional Comments: _____

_____

_____

Correlation(s) of the above entered exhibit(s) were viewed on ___ / ___ / ___ by _____

**Results:**  ❑ No Matches Found  ❑ Hit Made (see attached paperwork)

I-10.117  (07/02)

R. HORTON 001746

☒ **Photo** ☐ *Evidence* **Collection** | CSSU # 04-964A | Date 10-9-04

| OFFENSE ROBBERY | LOCATION | VICTIM |
| CSSU PERSONNEL | | INVESTIGATOR |
| OR # 040866104 | PROPERTY # | PHOTO LAB # |

| No. | Direction / *Time* | Photo / *Evidence* | *Location* |
|---|---|---|---|
| 1 | 9:19 A | P/C | |
| 2 | W | I.D. 927 LOEW ST. | |
| 3 | S/W | PUPPY PICTURE | |
| 4 | S/W | F. STORM LATCH | |
| 5 | W | F. STORM JAMB | |
| 6 | E | PAN L/R FROM KITCHEN DOOR | |
| 7 | NE | '' | |
| 8 | NE | '' | |
| 9 | NE | '' | |
| 10 | N | '' | |
| 11 | W | PAN L/R FROM F/DOOR | |
| 12 | SW | '' | |
| 13 | SW | '' | |
| 14 | SW | '' | |
| 15 | S | '' | |
| 16 | S/E | F/DOOR LOCK (SCREWDRIVER) INSIDE | |
| 17 | W | POSS. BLOOD ON SOFA BED | |
| 18 | W | L/R TOWARD BACK BEDROOM | |
| 19 | E | BACK BEDROOM TOWARD L/R | |
| 20 | NW | OVERVIEW BACK BEDROOM | |
| 21 | SW | '' | |
| 22 | SE | '' | |
| 23 | NE | '' | |
| 24 | E/ON | SPENT SHELL CASING | UNDER MILK CRATE FOOT OF SOFA BED |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

R. HORTON 001747



04-2107AA003.jpg



04-2107AA006.jpg



04-2107AA009.jpg



04-2107AA012.jpg





04-2107AA002.jpg



04-2107AA005.jpg



04-2107AA008.jpg



04-2107AA011.jpg

04-2107AA001.jpg



04-2107AA004.jpg



04-2107AA007.jpg



04-2107AA010.jpg

R. HORTON 001748
















R. HORTON 001749

# Request for Laboratory Examination

❑ Crime Laboratory, 520 King Avenue

❑ C.S.S.U. Latent Evidence Lab, 120 Marconi Blvd.

*(Check one)*

◆ **Please make three copies** ◆



Date *10-9-04*

❑ Adult Arrested
❑ Juvenile Arrested
❑ Payable Citation

Ticket No. _____

Please examine the following articles in the case of :

Suspect _____ Victim *RICHARD MᶜCLANAHAN JR.*

Location *927 LOEW ST* Offense *ROBBERY*

Offense Report Number *040866104* Property number _____

## CHECK TYPE OR TYPES OF LABORATORY EXAMINATION

( ✓ ) Latent Fingerprints
( ) Alcoholic Beverage Analysis
( ) Blood/Urine Alcohol Analysis
( ) Blood/Urine Drug Screen
( ) Drug Analysis *(Specify below)*
( ) Photo Lab *(Specify below)*

( ) Firearms Examination
( ) Bullet/Casing Comparison
( ) Serial Number Restoration
( ) Distance Determination
( ) Toolmark Comparison
( ) Shoeprint Comparison

( ) Test For Semen
( ) Test for Blood
( ) DNA Analysis
( ) Glass Comparison
( ) Paint Comparison
( ) Other Examination *(Specify below)*

List Articles Submitted *ONE CARD W/ 2 LATENT LIFTS*

Investigating Officer *R. WALKER* Badge Number *1176*

Assignment *ROBBERY 1ˢᵗ* Telephone Extension *4665*

Submitting Officer *T. SEEVERS* Badge Number *1042*

Assignment *CSSU 1ˢᵗ* Telephone Extension *4865*

*(Over)*

I-10.101 (Rev. 11/02)

R. HORTON 001750

# Columbus Division Of Police Follow-Up Report

Case No. 040866104
Report No. 040866104.3
Report Date: 10/13/2004 11:34:59 AM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH  43215
614 645-4545

1

| Subject: | LATENT EXAM |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | I - In Process | Date Entered | 10/13/2004 11:34:59 AM | Reporting Officer | |
| Report Type | O - Follow-Up Report | Entered By | ▓ - Sharrock, Kimberly | ▓ - Rhodeback, Pamela | |
| Occurred On (and Between) | 10/9/2004 7:50:00 AM | Date Verified Verified By | | | |
| | | Date Approved | | | |
| Location | 927 Loew St | Approved By | | Assisted By | |
| Zip Code | 43219 | | | | |
| Geo Code | | Connecting Cases | | | |
| Zone | 5 - Zone 5 | Disposition | Active | | |
| Call Source | | Clearance Reason | | | |
| District | 60 - 60 District | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | Columbus Division Of Police | | |
| Vehicle Traveling | | Division | | | |
| Cross Street | | Map | 5 - Zone 5 | | |
| Jurisdiction | 01 - Columbus, OH | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |
| Threat Group | | Incident Number | | | |
| Latent Process | | Property Process | | | |
| Location Of Dispatched Run | | Basic Called In | | | |
| Tech Number | | Reporting Officer Assignment | | | |
| Detective Notified | | Detective Name | | | |
| Teletype # | | Unit Case File # | | | |
| NIC # | | LEADS ID Number | | | |

Report Narrative  LC#7102-04
1 CARD 2 LIFTS NO AFIS QUAILTY PRINTS. PRINTS OF VALUE

## Offense Detail: 291102.120 - Robbery

| | | | |
|---|---|---|---|
| Offense Description | 291102.120 - Robbery | No. Prem. Entered | |
| IBR Code | 120 - Robbery | Entry Method | |
| IBR Group | A | Method of Entry For Motor Vehicle Theft | |
| Crime Against | PR | Method of Entry For Burglary/B&E | |
| ORC Code | 291102.120 | Method of Entry For Burglary/B&E | |
| Offense Completed? | Yes | Direction of Entry | |
| Larceny Type | | Secondary Location | |
| Primary Location | 01 - Single Family Home | Force Level | |
| Hate/Bias | N - No Bias/Not Applicable | | |
| Domestic Violence | No | | |

| | |
|---|---|
| Method of Operation | |
| Using | |
| Criminal Activity | |
| Weapons/Force | 12 - Handgun |
| Type Security | |
| Tools Used | |
| Type Of Abuse | Arrested By |
| Warrant Filed By | |
| Offense Notes | VICTIM STATES AN UNKOWN MALE KNOCKED ON THE FRONT DOOR OF HIS HOME. VICTIM OPENED THE DOOR THEN WAS "PISTOL WHIPPED" ON THE HEAD BY THE SUSPECT, KNOCKING VICTIM TO THE GROUND. SUSPECT KEPT SCREAMING AT THE VICTIM, USING VICTIMS NICKNAME, SAYING "I KNOW YOU JUST GOT PAID BITCH, GIMME THE MONEY". SUSPECT WAS STANDING OVER THE VICTIM, THEN SHOT VICTIMS LEG. VICTIM GAVE THE SUSPECT $40. SUSPECT BECAME EVEN MORE IRATE, WANTING THE REST OF THE MONEY AND BEGAN RANSACKING THE FRONT ROOM, TURNING OVER MISC. ITEMS. SUSPECT THEN WENT TO THE GIRLFRIEND (ALSO LISTED AS A VICTIM), WHO WAS LAYING ON A HIDE-A-BED AND BEGAN SLAMMING THE BED CLOSED ON HER , OVER AND OVER AGAIN, SCREAMING "WHERE'S THE MONEY BITCH?". SUSPECT EVENTUALLY LEFT, RUNNING OUT THE FRONT DOOR OF THE RESIDENCE. VICTIMS DROVE OVER TO A SISTERS HOME AT 1412 GIBBARD AVE WHERE THEY CALLED 911. |

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|
| | | | |

R. HORTON 001751

# Personal Profile • Columbus, Ohio Division of Police

| | |
|---|---|
| 1. CPD ID Number | 205386 |

| 2. Date 12-28-2004 | 3. Arrested ☐ Fel. Reg ☐ | 4. Charge AGGRAVATED ROBBERY | 5. Report Number 040866104 |
|---|---|---|---|

| 6. Last Name HORTON | First Richard | Middle | Maiden/Alias | Sex M | Race B |
|---|---|---|---|---|---|

| 7. Date of Birth 08-21-1976 | 8. Place of Birth LENORE NC. | 9. Social Security # ▬▬▬ | 10. Height 6'1 | 11. Weight 202 | 12. Hair BLK | 13. Eyes BRO |
|---|---|---|---|---|---|---|

| 14. Address | 15. Residential Phone |
|---|---|

16. Motor Vehicle/Drivers License Information
None
no drivers License

COPY

| 17. Relatives/Associates | Sex | Race | Age | Date of Birth | Address | Relationship |
|---|---|---|---|---|---|---|
| Janice Horton | | | | | | Mother/Deceased |
| Nancy Banner | | | 294-0623 | | 893 Camden Ave | Aunt |
| Vantaisha Johnson | F | | 5 | 02-19-99 | Grove City Ohio | daughter |
| Kabe Horton | M | | 3 | 02-14-01 | Alabama | Son |

18. Synopsis of Incident
Horton forced his way inside 927 Loew St struck the male vic in the head with his gun & did demand $. Not moving fast enough Horton shot the man in the leg. He continued threatening both the male & female victims with the gun. He ultimately took $40.00 And Fled.

19. Hobbies/Interests/Places Frequented
Watch Sports
Lifting weights.

Attorney Ms Riggins
turned self in Frank Co Jail
parole officer - Ms Hopkins

20. Education/Employment/Military Service
Graduate Centenial H.S.
no military
Popeye's Chicken - Livingston Ave   8 mos.

No Addictions

| 21. Detective R. Walker | Badge 1176 | Investigative Unit Robbery 1st | Case File # 552-04 |
|---|---|---|---|

I-20.113 (1/98)

R. HORTON 001752



## Photo Lab Work Order ........ Columbus Division of Police

Press Firmly • Submit Both Copies to Photo Lab • Yellow Copy Will Be Returned

WALKER                      Robbery

| REQUESTED BY NAME | ASSIGNMENT | PHONE EXT. 04-2107 |

| PROPERTY NUMBER | OFFICIAL REPORT # | PHOTO LAB CONTROL # |

Richard McClanahan    929 Loew    Wot Robbery

| SUBJECT NAME | LOCATION / ADDRESS | DATE - SCENE / OFFENSE |

**❶ Film** Processing & Proof Sheet ······· **Date** of Request 10/12/04
# of Rolls _/_  ❑ Color ❑ Black & White, ☑ 35mm ❑ 120 ❑ _____
❑ Notify for Pick-up ☑ Division Mail,  Negatives: ☑ File ❑ Return with proofs
Info (exposure problems, etc.): ........................................................................ *

**❷ Print** Processing ······················ **Date** of Request ___ / ___ / ___
❑ Print CIRCLED Proofs ONLY  ❑ Print ALL without an " ✖ " over proof
# of Proofs/Prints _____  · # of Prints Each _____ ,  ❑ Color ❑ B&W
❑ 5x7 ❑ 8x8 ❑ 7x10 ❑ 8x10 ❑ 11x14 ❑ 16x20 ❑ 20x24 ❑ _____
❑ Pick-up ❑ Mail, Info: .................................................................. *

**❸ Copywork** Photos ····················· **Date** of Request ___ / ___ / ___
# of Originals _____  # of Copies of Each _____ ,  ❑ Color ❑ B&W
❑ Polaroid ❑ Negative ❑ Slide,  Size:_____ ,  ❑ Pick-up ❑ Mail

**❹ Video Tape** ····························· **Date** of Request ___ / ___ / ___
❑ Duplicate Tape(s)  # of Originals _____  # of Copies of Each _____
❑ Still Prints - Specify: ....................................... *, ❑ Pick-up ❑ Mail

**❺ Photographer Needed** ··············· **Date** of Request ___ / ___ / ___
❑ Photo ❑ Video, **Date Needed:** ___ / ___ / ___ , Time: ___:___ PM to ___:___ PM
Location: ..................................................................................... *
Use & event/activity: .......................................................................

*Additional Info by Job # : ..................................................................
...............................................................................................
...............................................................................................
...............................................................................................
...............................................................................................
...............................................................................................

| **PHOTO LAB USE ONLY** | | | Twin Number |
| Job # | Received in Lab | Lab Tech | Sent / Notified |
| / | 10/12/04 | CF | |
| / | / | / | |

Remarks: ..................................................................................

Complete and resubmit multi-use yellow copy if further processing is required on this job.
**Original** - Photo Lab File  **Yellow Copy** - Return with Completed Work  S-34.100 (3-91)

R. HORTON 001753

COPY

Robbory

**Columbus Division of Police**

To: _Walker_

Date _6/22_      Time _11:55 Am_

### While You Were Out

M _nut Smith_

of _____

Phone _462-4374_

AREA CODE      NUMBER      EXTENSION

☐ Telephoned   ☐ Urgent   ☐ Please Call
☐ Returned Your Call      ☐ Will Call Again
☐ Wants To See You   ☐ Called To See You

**Message**

_____

_____

_____

S-35.100   (10-91)           Person Taking Message

R. HORTON 001754

June 22. 2005
9:20AM.

JANETTE D. HARMON          12.30.1981
2279 SONORA DR
Grove City ~~tots~~     43123
Cell    284-4482        COPY

Work - Broadview Health Center
       -2 years
          337-1066

Richard Horton.    -
FIANCE.                        wedding - July 1
Known him 14 mos.
engaged  2 mos.
Lived together since JANUARY. 2005

At home Oct 09 2004
will get / don't work on weekends -
dates /  burned leg at work 2 wks prior.
       / burned hot water on leg.
       / before she went to hosp.
       / Tues.

R. HORTON 001755

shopping. didn't go until 9 or 10.

**Friday.**

Worked until 2:30 -
took nap. woke up @ 5:00
Δ not there ~~2:30~~ 3:00
Δ worked at popeye's - Livingston/main
off at 4:30-5:00pm
took Cota bus.
Always go to Gym & works out
Worlds Gym downtown

*what we always do
not specifically
did work that Fridays till 4:30pm*

PU Δ Gym 9:30pm.
go home

April - he got paid every other Friday.

*Alum Creek
Livingston* Gastation BP/horton's nobody

No drug Activity since dating
Does drink.

Light sleeper would have known
if he got up.

2002 Sebring. - Never driven CAR.

COPY

R. HORTON 001756

Prison For crack/cocain
27 mos.

COPY

Met him 3 wks After he got out prison
met in May   out April.

Attorney Myron Swartz

Not Aware of any drug use.
never seen △ with Any GUNS.

No one else in home.
no kids together/ or living with..

R. HORTON 001757



# Witness Statement
## Columbus, Ohio • Division of Police

Name __Janette Harmon__ Sex _F_ Age _23_ Race _Black_

Address _2279 Sonora Dr._

City _Grove City_ State _OH_ Zip _43123_

~~Home~~ Cell Phone _614-284-4482_ Work Phone _____

On Oct 9, 2004 Richard Horton was with me (Janette Harmon) doing our normal routine on that Saturday morning. I did not work on that Saturday morning so we were asleep at this time and then spent the rest of the day together.

Report # _____

Case# _____

Detective _____

Signature _____

Date _6/22/05_ Time _____

R. HORTON 001758

# Columbus Division of Police
## INVESTIGATIVE PHOTO ARRAY PROCEDURE

Offense Report Number _040866104_          File Number _552-04_

Assigned Detective(s) _Brenda K. Walker_

## THE STATEMENT BELOW IS TO BE READ TO THE VIEWER BEFORE ARRAY IS SHOWN

The photo array you are about to view consists of six photographs in no particular order of impor-
tance. The subject of this investigation may or may not be included in the photographs. Look
carefully at the photographs of all six people then advise the detective whether or not you recog-
nize anyone. You are not required to select any of the photographs.

## THE RESULT OF THE VIEWING AND LEVEL OF CERTAINTY MUST BE CLEARLY AND ACCURATELY DOCUMENTED IN THE FOLLOWING STATEMENT:

Viewer's Statement _Immediately pointed to photo #5_
_& said "Right here"_
_describe level of certainty "voice, same eyebrow_
_wearing same pants from night before, 100% certain"_

Viewer's Signature _Rachel McClanahan_ Date _12-4-04_ Time _9-15_ AM/PM

Detective's Signature _Brenda Walker_ Date _12.04.04_ Time _9:15_ (AM)/PM

The photo array # _16079_ consisted of six photographs numbered 1-6. The photograph of the
subject of the investigation, Mr./Ms. _Richard H. Horton_
was in position# _5_

Detective's Comments _Mr. McClanahan was sure of his selection_

R. HORTON 001759

# Columbus Division of Police
## INVESTIGATIVE PHOTO ARRAY PROCEDURE COPY

Offense Report Number __040866104__          File Number __552-04__

Assigned Detective(s) __Brenda K. Walker "76__

### THE STATEMENT BELOW IS TO BE READ TO THE VIEWER BEFORE ARRAY IS SHOWN

The photo array you are about to view consists of six photographs in no particular order of importance. The subject of this investigation may or may not be included in the photographs. Look carefully at the photographs of all six people then advise the detective whether or not you recognize anyone. You are not required to select any of the photographs.

### THE RESULT OF THE VIEWING AND LEVEL OF CERTAINTY MUST BE CLEARLY AND ACCURATELY DOCUMENTED IN THE FOLLOWING STATEMENT:

Viewer's Statement _____

__Pointed to photo 5 "that's him"__

__describe level of certainty__

__" I swear on everything I love he's the one"__
__" I recognize the eye's I know those eye's its him "__

Viewer's Signature __Rhonda H. Curry__ Date __12-4-04__ Time __9:33__ AM

Detective's Signature _____ Date _____ Time_____ AM PM

---

The photo array # __16079__ consisted of six photographs numbered 1-6. The photograph of the subject of the investigation, ~~the~~ __mr Richard H. Horton__ was in position# __5__

Detective's Comments _____
__M/s Curry was sure of her selection__

R. HORTON 001760

# CONSTITUTIONAL RIGHTS COPY

Name _Richard HARRembee Horton_  Place _370 S. Front St_

Date _12.28.2004_

Time _12:28 pm_

Before we ask you any questions, you must understand your rights. You have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions, and to have him/her present with you during questioning. If you are unable to pay a lawyer, a lawyer will be appointed for you prior to any questioning, if you so desire. If you wish to answer questions now without a lawyer present, you have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

I have read and been read the statement of my rights as written above. I understand what my rights are. I do not want a lawyer at this time. I am willing to answer questions. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me.

Witness _[signature]_ 1176

Witness _____

Time _12:31 pm_

Signed _I wants An Attorney_
<br>Signature for Waiver

---

Education:

Grade completed _12th Graduate_  Do you read and write? ☒ Yes ☐ No

Do you have a hearing problem?  ☐ Yes ☒ No

Do you wear glasses or contacts?  ☐ Yes ☒ No

_no Alcohol/ drugs past 24 hrs._

I-20.109 (11-99)

R. HORTON 001761

STAY-A-WR~ FROM RHONDA CURRY AND

**COPY**

# Court Arraignment Sheet
## Columbus Division of Police   RICHARD MCCLANAHAN JR.

Date: _12-28-2004_

**Check Block Applicable**
☒ Direct Indictment:        Note: List all CPD Officers subpoenaed at bottom of page.
☐ Preliminary Hearing:      NO FUTHER ACTS OF VIOLENCE
☐ Diversion

Defendant Name _Richard H. Horton_                    Charge _Aggravated Robbery 2911.01 (A-1)_

Court Date _12/28/2004_ Municipal Court Case No. _31600 - 2004_ CPD Case Folder No. _552-04_

**(Note: If a high bond is warranted justify at end of summary)**

Bond Set _$ 25,000 APP_ ─      By Judge _GLAEDEN_

Preliminary Hearing Date _1/6/2005_ Court Room _4-D_     Time _10:00AM_

Location Offense Occurred _927 Loew Street_          Date of Offense _10/09/2004_

Time of Offense _7:50 AM_     Victim _Richard McClanahan, Jr._        Age _48_

Reporting Person _Rhonda Curry_          Relationship to Victim _live-in-girlfriend_

Date of Arrest _____ Time of Arrest _____ Co-Defendants 1. _____

2. _____ 3. _____ 4. _____

*If Preliminary Hearing - Attach Subpoena Here.*

Summary Of Incident: State the who, what, where, how, and, if known, the why of the case:
*"Use reverse side if more space is needed"*
On listed date and time Horton knocked on McClanahan's door and as McClanahan started opening it, Horton forced open the door, struck McClanahan in the forehead with a handgun, causing him to fall onto a fold-out couch, occupied by Rhonda Curry. He demanded McClanahan give him money. He then shot McClanahan in the leg when he refused. He held the gun on Rhonda Curry's head demanding money from her as well. McClanahan was able to find his $40. that he gave to Horton before he fled. Positive ID photo array.

**Complaint filed by:**
Police Officer – Name _Detective Brenda K. Walker #1176_

Private Citizen – Name _____

Investigating Officer _Detective Brenda K. Walker_  Badge _1176_  Assignment _Robbery Sq._

Processing Officer _____ Badge _____ Assignment _____

If Preliminary Hearing, List all C.P.D. Officers Subpoenaed Here: _____

Supervisor's Approval _____       Date _____
Document1

R. HORTON 001762

2004 CR A 031660 COL     12/15/2004   **JNTY MUNICIPAL COURT**    FILED

STATE OF OHIO           vs.                Franklin County Municipal Court

HORTON, RICHARD H

2911.01    F1   AGGRAVATED ROBBERY           DEC 2 8 2004

**FELONY INITIAL APPEARANCE**       MICHAEL A. PIRIK, CLERK

By——————— Deputy Clerk

On this date the above named defendant appeared in open court, on the record, and before the undersigned judge. The nature of the charge(s) was presented to the defendant and the reading of the complaint was waived or the complaint was read. The defendant was advised of his/her right to have counsel assigned without cost if he/she is unable to employ counsel pursuant to Crim. R. 44.

The defendant was/was not present and represented by counsel **PUBLIC DEFENDER 9999973**

Bond has been set by the court in this matter as follows:

_____ Entire case bond   (cs)   (ab)   (ror)

Count (1)   __$25,000_____    (cs)   (ab)   (ror)

Count (2)   _____    (cs)   (ab)   (ror)

Count (3)   _____    (cs)   (ab)   (ror)

Count (4)   _____    (cs)   (ab)   (ror)

**Preliminary hearing** is scheduled for ____1/6__/20_05_ at _10:00_ A.M.

_____Preliminary hearing waived, defendant bound over to Franklin County Grand Jury.

Defendant represented by_____.

                                Atty                       Supreme Court #

**Arraignment** reassigned until     _____/_____/20___ at _____A.M.

Further:_____

_____ Protection order granted and served on the defendant in open court.

__X__ No further acts of violence as a condition of bond.

__X__ As a condition of bond stay away from _Richard Mc Clanahan_

_& Rhonda Curry_____.

It is so ordered.

DEC 2 8 2004

_____          _____

Date                                                  Judge

R. HORTON 001763

# IN THE FRANKLIN COUNTY MUNICIPAL COURT

Paul M. Herbert
Clerk of Court

Criminal/Traffic Division
375 South High Street - Second Floor
Columbus, Ohio 43215-4520
(614) 645-8186

## BAIL OR RECOGNIZANCE BOND OF THE ACCUSED

State of Ohio,
County of Franklin,
City of Columbus / _____
vs.

Case Number: 04-31640

Charge(s): ASS. robbery

Time Stamp

Horton, Richard
Defendant

Slate Number: 4-47023

Dollar Amount(s): (-1)$ 2515 (-2)$____ (-3)$____ (-4)$____ (-5)$____ (-6)$____

Be it remembered, that on the 29th day of Dec. 2004, the above defendant and the surety listed below agree to abide by the following release agreement pursuant to Criminal Rule 46. The defendant is to be released by the following method of bail and any conditions the Court may impose to reasonably assure the appearance of the defendant for trial. The following methods of release may require surety to be posted with the Clerk of Court. On default of the conditions of release, the Court may take judgment against the defendant and/or surety, jointly and severally, to be levied on their goods, chattels, lands, and tenements.

(1) $ _____

❑ Personal Recognizance  ❑ Unsecured Appearance Bond
Per Judge _____

(2) $ _____

(3) $ 2.500

Cash Bond (100% of deposit refundable when case is completed)

Cash Deposit for $ 25.000
10% or a minimum of $25 per charge (90% of deposit refundable when case completed) — Appearance Bond

(4) $ _____

Surety Bond: Power Number _____

Company: _____ (Non-refundable)

Agency: _____

(5) Other/Conditions Stay Away from Richard McClanhan + Rhonda Curry

(6) State fees in the amount of $ 45.00
State fees refunded only if the case is dismissed or the defendant is found not guilty. (cash)

❑ Property Bond
❑ Bond Transfer to/from _____

The conditions of release are such that if the above DEFENDANT SHALL PERSONALLY APPEAR BEFORE:
❑ THE FRANKLIN COUNTY MUNICIPAL COURT or ❑ THE FRANKLIN COUNTY COURT OF COMMON PLEAS or ❑
375 S. High Street                                369 S. High Street                    (Other)

DEPOSITOR INFORMATION

Name _____

Street Address _____

City _____ State _____ Zip _____

I.D. Number: _____
I hereby give consent to apply any of the deposited cash or securities toward the satisfaction of any penalty, fine or court cost assessed against the accused upon conviction or guilty plea in the above referenced case.

X _____
Depositor Signature

❑ Defendant Posted Bail

on Day Thursday Date 1-6-05 Address _____ Time 10:00 AM Phone: (    ) _____ Court Room 4C Floor 4th

❑ Date To Be Assigned with Judge _____

and shall further appear from day to day as may be required, until the case is finally disposed of, and abide by the judgement of the Court, and not depart without leave, then this release agreement shall be void, otherwise it shall be and remain in full force and effect. Taken, signed and acknowledged before me and approved by me on the day and year above written.

Paul M. Herbert, Clerk
Franklin County Municipal Court

By: _____
Deputy Clerk

Defendant Signature _____

Defendant Address _____

Surety/Power Owner/Depositor Signature

2279 Silva Dr. Grove City, OH 43123

(614-284-4482

The defendant is obligated to keep the court apprised of his/her current address, and to appear in this court on those days, to know the date all scheduled appearances and to appear in this court on those days. Court information can be obtained from the Clerk of Court Criminal/Traffic Division 24 hours a day. APPLICABLE BAIL MONEY MAY BE REFUNDED TO THE DEPOSITOR/DEFENDANT IN ACCORDANCE WITH ORC 2937.40. bail money refundable after a case is completed may be returned by the clerk - Monday through Friday, except holidays, between 8:00 a.m. and 4:00 p.m.

ies forwarded to: ❑ F.C.C.C.I ❑ F.C.C.C.II

re.# 4470311
$25 45

456228

R. HORTON 001764

# Franklin County Municipal Court

Paul M. Herbert, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus } v: _Richard H Horton_
DEFENDANT



OTHER JURISDICTION

TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the _9th_ day of _October_, 20 _04_ did: _WHILE COMMITTING A theft offense to wit: theft Section* 2913.02 ORC DID with purpose to deprive the owner, to wit: Richard McClanahan of property Knowingly exert control over $40.00 without the consent of the owner to wit: Richard McClanahan AND did HAVE A deadly WEAPON ON HIS person AND Used it to wit: Shot Richard McClanahan IN the Leg with a handgun_

in violation of section _2911.01 A 1_ ☐ City Code ☐ Misdemeanor ☐ O.R.C. , a ☑ Felony of the _1st_ degree.

Complainant _Brenda K Walker 1176_   _BRENDA K WALKER_   _1176_
SIGNATURE   PRINT FULL NAME   BADGE NUMBER

_120 Marconi Blvd   Robbery Sq   Columbus   OH   43215_
ADDRESS OR AGENCY & ASSIGNMENT   CITY   STATE   ZIP CODE

Sworn to and subscribed before me, this
_15_ day of _Dec_, 20 _04_
### Paul M. Herbert
Clerk of the Franklin County Municipal Court
By _____
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER   *Notary Seal & Expiration Date*

### ☑ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 A.M., MONDAY THROUGH FRIDAY.

Paul M. Herbert
Clerk of the Franklin County Municipal Court
Slate # _____   Control # _____
By _____
DEPUTY   DATE

Complaint Number
**1073049**

Issuing Officer _B. K. Walker_   Badge Number _1176_
☐ SUMMONS
☑ WARRANT
☐ MISDEMEANOR CITATION

Case No. _04/31660_

Charge: _Aggravated Robbery_

Section Number _2911.01 A-1_   ☐ City Code ☑ O.R.C.   Offense Date _10-09-04_   Offense Time _7:30_ ☑ AM ☐ PM

Offense Location _927 Loew St_

Suspect Cruiser Dist. _____

Name _Horton   Richard   H_
LAST   FIRST   MIDDLE

Street _893 Camden Ave._

City _Columbus_   State _OH_   Zip _43201_

SEX _M_ RACE _B_ HGT _6'1_ WGT _202_ HAIR _BLK_ EYES _BR_
DOB _08-31-1976_ S.S. # ████   DL/I.D.# _265358_

☐ **SUMMONS:**   Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☐ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____ Signature _____

Type of SUMMONS Service Requested:
☐ Personal   ☐ Certified Mail

☐ **CITATION:**   Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

| COURT DATE & TIME | | | | |
|---|---|---|---|---|
| | | | : | AM PM |
| MONTH | DAY | YEAR | TIME | |

X _____
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

R. HORTON 001765

# Franklin County Municipal Court

Paul M. Herbert, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin } v: *Richard H Horton*
City of Columbus

DEFENDANT

.......................
OTHER JURISDICTION



FILED
2004 DEC 15 AM 11:22

TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the *9th* day of *October*, 20*04* did: *WHILE COMMITTING A theft offense to wit: theft Section # 2913.02 ORC DID with purpose to deprive the owner, to wit: Richard McClanahan of property, Knowingly exert control over $40.00 without the consent of the owner to wit: Richard McClanahan And did Have A deadly weapon on His person And Used it. to wit: shot Richard McClanahan IN the Leg with a handgun*

in violation of section *2911.01 A-1*  ☐ City Code    ☐ Misdemeanor    a    ☐ Felony of the *1st* degree.
☑ O.R.C.

Complainant *(signature)* *1176*   *BRENDA K WALKER*   *1176*
SIGNATURE                           PRINT FULL NAME                BADGE NUMBER

*120 MARCONI Blvd Robbery Sq Columbus OH 43215*
ADDRESS OR AGENCY & ASSIGNMENT    CITY    STATE    ZIP CODE

Sworn to and subscribed before me, this
*15* day of *Dec*, 20*04*
Paul M. Herbert
Clerk of the Franklin County Municipal Court
By *(signature)*
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

*Notary Seal & Expiration Date*

## ☑ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 A.M., MONDAY THROUGH FRIDAY.

Slate # ........................
Paul M. Herbert
Clerk of the Franklin County Municipal Court

Control # *12/15/0*
By *(signature)*
DEPUTY    DATE

Complaint Number
**1073049**   Issuing Officer *B. K. Walker*   Badge Number *1176*
☐ SUMMONS
☑ WARRANT
☐ MISDEMEANOR CITATION

Case No. *04/31060*

Charge: *Aggravated Robbery*

Section Number *2911.01 A-1*   ☐ City Code ☑ O.R.C.   Offense Date *10-09-04*   Offense Time *7:50* ☑ AM ☐ PM

Offense Location *927 Loew St*   Suspect Cruiser Dist. ........................

Name *Horton     Richard     H*
      LAST        FIRST       MIDDLE

Street *893 Camden Ave*

City *Columbus*   State *OH*   Zip *43201*

SEX *M*   RACE *B*   HGT *6'1*   WGT *202*   HAIR *BLK*   EYES *Bro*

☐ **SUMMONS:** Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☐ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____ Signature _____

Type of SUMMONS Service Requested:
☐ Personal    ☐ Certified Mail

☐ **CITATION:** Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

| COURT DATE & TIME | | | | |
|---|---|---|---|---|
| | | | | AM |
| MONTH | DAY | YEAR | : TIME | PM |

X _____
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

R. HORTON 001766

# Franklin County Municipal Court

State of Ohio
County of Franklin
City of Columbus

vs. Richard Hilton

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the 9th day of _____ 20__

A theft offense to wit: Theft Section# 2913.02 ORC, Did with purpose to deprive the owner to wit Richard McClanahan of property knowingly exert control over $40.00 without the consent of the owner to wit: Richard McClanahan and did have a deadly weapon on his person and used it to wit: Shot Richard McClanahan in the leg with a handgun

in violation of section 2911.01 A 1 ____ a ____ Felony of the 1st degree.

Complainant: David Yull #7  BRENDA K WALKER #76

120 Marconi Blvd Robbery ___ Columbus OH 43215

Sworn to and subscribed before me, this ___ day of Dec 20 04

Paul M. Herbert
Clerk of the Franklin County Municipal Court
By _____

## D. ARREST WARRANT

To any law enforcement officer of this State of Ohio...
WHEN APPLICABLE IN ACCORDANCE TO CRIMINAL RULE 4A, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 A.M. MONDAY THROUGH FRIDAY.

Paul M. Herbert
Clerk of the Franklin County Municipal Court
Slate # _____ Control # _____
By _____

Complaint Number 073049
Issuing Officer B. K. Walker Number #76

Case No. 04/316060

Charge: Aggravated Robbery

2911.01 A 1  Date 10-09-04  Time 7:50 PM

907 Loew St

Name: Horton Richard H
(LAST) (FIRST) (MIDDLE)

893 Gumber Ave

City Columbus State OH Zip 43201

race M sex B age 67 wgt 400 hair BLK eyes BRO
DOB 08-21-1976  SSN 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  DL/ID 300-28-R

□ SUMMONS: Read Notice #1 on reverse side.
You MUST appear in courtroom 4C □ or 15C □ on the date and time

Type of SUMMONS Service Requested:
□ Personal  □ Certified Mail

□ CITATION: Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by...

COURT DATE & TIME
AM
PM
X
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

R. HORTON 001767