**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD HORTON, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 23-cv-3888 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| CITY OF COLUMBUS, *et al.,* | ) | Judge S. Courter Morris Shimeall |
| | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT *INSTANTER***

Plaintiff Richard Horton, by and through his undersigned counsel, respectfully moves this

Court for leave to file *instanter* his Response in Opposition to Defendants' Motion for Summary

Judgment. In support of this request, Plaintiff states as follows:

1.      On February 20, 2026, Defendants filed their 101-page Motion for Summary

Judgment. Dkt. 142.

2.      Plaintiff's response was due on March 27, 2026. Dkt. 148.

3.      Given the complexity of the issues and the length of Defendants' brief, Plaintiff's

Response is correspondingly extensive and includes 69 exhibits.

4.      Plaintiff began attempting to upload these exhibits around 10:30 p.m. EST on

March 27, 2026. However, the PACER CM/ECF system repeatedly crashed due to the number

and size of the exhibits. Plaintiff reformatted each of the exhibits and attempted to refile by the

deadline, but encountered the error screen reproduced below for several of the exhibits:

1

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Click here for more information.

If you need further assistance, please contact the court.

Error File: C:\fakepath\Exhibit 15_Pamela Rhodeback 11-20-2024_full_ex (1).pdf

5.      After multiple attempts and troubleshooting, Plaintiff successfully filed his Response and a portion of the exhibits approximately one hour after the deadline. Dkt. 149.

6.      Following additional troubleshooting and reformatting, Plaintiff was able to file the remaining exhibits in the early morning hours of March 28, 2026—with the last filed approximately three hours after the deadline. Dkt Nos. 150-155.

7.      Despite devoting considerable attorney and support staff resources to this project over the past several weeks, Plaintiff's counsel regret that, due to the volume of the summary judgment record and technological limitations, the filings could not be completed by the midnight deadline.

8.      Plaintiff apologizes for any inconvenience to the Court caused by the delayed filings and respectfully requests that the filings be accepted *instanter* in the interests of justice, and to provide the Court with the complete legal and factual arguments necessary to resolve the issues presented by Defendants' summary judgment filings. Plaintiff further submits that no party will be prejudiced by accepting Plaintiff's filings *instanter*.

WHEREFORE Plaintiff respectfully requests this Honorable Court grant his Motion for Leave to File *Instanter* His Response in Opposition to Defendants' Motion for Summary Judgment.

RESPECTFULLY SUBMITTED,

/s/ Michele Berry_____
*One of Plaintiff's Attorneys*

2

Michele L. Berry (0018939)
THE LAW OFFICE OF MICHELE BERRY, LLC
114 East 8th Street
Cincinnati, OH 45202
Tel: 513.919.5315
Fax: 513.376.8752
mberry@mberrylaw.com

*Counsel for Plaintiff*

Jon Loevy
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, certify that a copy of the foregoing was filed electronically on March 28, 2026 by using the Court's CM/ECF System, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's CM/ECF System.

/s/ Alyssa Martinez
*One of Plaintiff's Attorneys*

4