**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Richard Horton, | |
| Plaintiff, | Case No. 2:23-cv-3888 |
| v. | Judge Algenon L. Marbley |
| City of Columbus, et al., | Magistrate Judge S. Courter Morris Shimeall |
| Defendants. | |

**UNOPPOSED MOTION TO AMEND THE CASE SCHEDULE**

Defendants the City of Columbus and Brenda Walker (collectively "Defendants") request that the Court extend the case deadlines as follows:

**Dispositive Motion Replies Due: April 20, 2026**

The current deadline for Defendants' Reply is April 13, 2026. Defendants' Motion for Summary Judgment was one hundred (100) pages. (ECF No. 142.) Horton filed a Response in Opposition to Defendants' Motion for Summary Judgment that is over one hundred thirty (130) pages and that included sixty-nine (69) exhibits. (ECF No. 149.) Given the extensive record and complicated legal issues involved in this case, Defendants request an additional seven (7) days to file their Reply brief. This brief extension will not cause any significant or undue delay to the case schedule. For these reasons, good cause exists for the requested amendments to the case schedule, and Defendants respectfully request that their unopposed motion to amend the case schedule be granted.

Respectfully submitted,

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286) – Lead
Alana V. Tanoury (0092265)
Sarah N. Feldkamp (0099464)
David J. Dirisamer (0092125)
Samantha J. Scherger (0097690)
Westley M. Phillips (0077728)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
adepstein@columbus.gov
avtanoury@columbus.gov
snfeldkamp@columbus.gov
djdirisamer@columbus.gov
sjscherger@columbus.gov
wmphillips@columbus.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On April 8, 2026, I served a copy of the foregoing via the Court's CM/ECF system upon all parties of record.

/s/ Aaron D. Epstein
Aaron D. Epstein